No. 23-11189

# United States Court of Appeals for the Fifth Circuit

James Shepherd, Trustee for the James B. Shepard Trust; New Millennium
Concepts, Limited,

*Plaintiffs – Appellants*

v.

Michael S. Regan, Administrator;
Environmental Protection Agency;
Christine Tokarz; David Cobb; Carol Kemker; Keriema Newman,

*Defendants - Appellees*

On Appeal from the United States District Court
for the Northern District of Texas, Fort Worth Division

APPELLANTS/PLAINTIFFS' APPENDIX
PART 2, EXHIBIT B

Warren V. Norred
**Norred Law, PLLC**
Texas Bar Number: 24045094
warren@norredlaw.com
515 E. Border St.
Arlington, TX 76010
(817) 704-3984 (Office)
(817) 524-6686 (Fax)
Counsel for Appellants

I certify that I filed this Part 2 of Appellants/Plaintiffs' Appendix, comprising Exhibit B of the Appendix, in support of the Motion for Injunction filed this same day, December 10, 2023, serving it through the Court's PACER system to counsel for Appellees/Defendants. - /s/Warren V. Norred

## DECLARATION OF SUSAN SPAAR

My name is Susan Spaar. I declare under penalty of perjury that the proceeding statements are true and correct, and based on my personal knowledge and documents collected as the records custodian for Transglobal Management, LLC. I have written this declaration to support the complaint to which it is attached, filed against the Environmental Protection Agency ("Complaint").

1. I am a manager at Transglobal Management, the General Partner for New Millennium Concepts, and sometimes act as Jim Shepherd's agent on business concerning New Millennium Concepts, Ltd. ("NMCL"), which has sold Berkey water filters with a license issued by the JBS Trust for many years. This declaration uses "Berkey" to jointly refer to NMCL and Berkey Int'l.

2. In late April of 2022, the EPA stopped an inbound NMCL container at customs in Denver to conduct an EPA inspection. NMCL's shipping agent set up a phone call with EPA Region 8 Inspector Christine Tokarz to resolve the issue. On May 1, 2022, Tokarz confirmed the upcoming call by email, writing to me and others, "This is a virtual compliance call to discuss devices and compliance with FIFRA regulations." She also included links to EPA Guidance for pesticide devices. A true copy of this email thread is attached to the Complaint as Ex. B-1.

3. On or about May 3, 2022, I participated in a phone call with EPA Region 8 Inspector Christine Tokarz on Jim Shepherd's behalf. Tokarz mentioned that Berkey products may be in violation of 7 U.S.C. § 136j(a)(1)(F) for distributing a device that is misbranded for allegedly "potentially false or misleading pesticidal claims." Tokarz also stated that, after reviewing NMCL's website and packaging, she stated, "I can assure you though, these are pesticide device claims, I have no doubt about that in my mind". Lastly, Tokarz concluded the call by saying "My goal here is to help American companies stay in business and get them into compliance, not to enforce a bunch of, you know, record keeping rules. That's not really my goal". A recording of the conversation is available to the Court and all parties. As the custodian of these records, I am familiar with the manner in which they are created and maintained by virtue of my duties and responsibilities with NMCL.

4. I am the custodian of records for NMCL concerning this dispute, which includes emails and collection of communications and relevant documents, emails sent to me from NMCL agents, various people who are identified on these records, and documents concerning these meetings, of which I have personal knowledge by observing the document in question or receiving it from the apparent author.

5. The records were made at or near the time of each act or event set forth in the record, which I created for my own records and for the benefit of NMCL management, or any other interested persons with whom NMCL is working.

7.      Attached are  279 pages of records, which are exact duplicates of the records that I received, and are labeled and titled as follows:

B-1: Tokarz Email Thread (May 1, 2022)
B-2: Tokarz EPA Close Out Letter (May 5, 2022)
B-3: Texado Establishment Number, 30-Day Report Email Thread (May 2022)
B-4: SSURO to James Enterprises, FIFRA-08-2023-0011 (December 27, 2022)
B-5: Tokarz Email Seeking Documents (December 2, 2022)
B-6: SSURO to Vendor B (FIFRA-04-2023-0700 (February 3, 2023)
B-7: SSURO to Fritz Wellness, FIFRA-08-2023-0015 (February 27, 2023)
B-8: SSURO to Eden Valley Farms LLC, FIFRA-08-2023-0014 (March 6, 2023)
B-9: SSURO to Mountain Mama Natural Foods, Inc., FIFRA-08-2023-0017 (March 7, 2023)
B-10: SSURO to Good Earth Natural Foods Co., FIFRA-08-2023-0037 (May 2, 2023)
B-11: SSURO to Berkey Int'l, FIFRA-08-2023-0038 (May 8, 2023)
B-12: EPA Order to Amazon and eBay, including Updated List
B-13: Rejected Packaging, including Lake Image
B-14: Communications Regarding Damage to Reputation
B-15: Amazon Counterfeit Documentation
B-16: Counterfeit Examples
B-17: Big Berkey Amazon sales decrease from SSUROs
B-18: Reputation damage example in global marketplace from wrongful EPA actions
B-19: Berkey Statement Regarding Berkey Water Filter Lawsuit
B-20: March 6, 2000, Pesticide Registration (PR) Notice 2000 – 1*
B-21: Pesticide Registration Notice (PR Notice) 2023-01
B-22: Best Water Filters for PFAS chemicals – CBS Philadelphia
B-23: Clerk Cover Sheet
B-24: Berkey Int'l SSURO Closed

Executed on July 30, 2023.

Susan Spaar

From: **SUSAN** sstransworld@startmail.com 📎
Subject: Fwd: Pesticide Device Compliance Call - Imports
Date: May 2, 2022 at 8:48 AM
To: JS-TW@startmail.com

--- Original message ---
Subject: Pesticide Device Compliance Call - Imports
From: tokarz.christine@epa.gov
Date: Sunday, May 1, 2022 11:30 AM
To: SUSAN <sstransworld@startmail.com>, Scooter Ruskamp <scooter.ruskamp@schayer.com>

This is a  virtual compliance call to discuss pesticide devices and compliance with FIFRA regulations. Please forward as you see fit.

Product Website: https://support.berkeywater.com/

EPA Guidance: https://www.epa.gov/pesticides/pesticide-devices-guide-consumers

Tips for filing FIFRA regulated products in ACE: https://www.cbp.gov/document/publications/ace-tips-filing-epa-pesticides

Best-

# Christine Tokarz

FIFRA Inspector

EPA, Region 8

tokarz.christine@epa.gov

O:303-312-6147

C:518-416-8965

---

# Microsoft Teams meeting

**Join on your computer or mobile app**

Click here to join the meeting

**Join with a video conferencing device**

sip:teams@video.epa.gov

Video Conference ID: 119 578 695 3

Alternate VTC instructions

**Or call in (audio only)**

+1 720-642-6536,,100357603#   United States, Denver

Phone Conference ID: 100 357 603#

Find a local number | Reset PIN

For all EPA meetings, there is no expectation of privacy regarding any communications. Participation in a recorded meeting will be deemed as consent to be recorded. Information on EPA systems is the property of the Agency and may become official records.

Learn More | Meeting options

---

| DEPARTMENT OF HOMELAND SECURITY | Generated on 04-27-2022 |
|---|---|

U.S. Customs and Border Protection
For official Use Only

Entry and PGA data: **700-15582169**

| Entry Number | 700-15582169 | | Entry System | ACE |
|---|---|---|---|---|
| Entry Type | 01 - Consumption: Free and Dutiable | | Entry Status | Released |
| Port of Entry | 3307 - DENVER, CO | | Release Date | 04-22-2022 |
| File Date | 04-22-2022 15:27:54 | | MOT | 10 - Vessel (Non-Containerized) |
| Arrival Date | 04-09-2022 00:00:00 | | Bill Number | MEDUI7034438 |
| Bond Type | 8 - Continuous | | House Bill | NA |
| Firms Code | | | In-Bond Number | NA |
| Importer | 75-278722200 NEW MILLENIUM CONCEPTS 1848 NORWOOD PLZ HURST TX 76054-3751 US | | Consignee | 75-278722200 NEW MILLENIUM CONCEPTS 1848 NORWOOD PLZ HURST TX 76054-3751 US |

**Line Item Information**

| Line # | HTS Code | Country | Manufacturer | Consignee | Line Status | PGA Data |
|---|---|---|---|---|---|---|
| L1:S1 | 8421990140 | IN | AETIOUS CORPORATION LLP A - 1701, KANAKIA AROHA DATTAPADA R MUMABAI MUMABAI, 400066 IN | NEW MILLENIUM CONCEPTS 1848 NORWOOD PLZ STE 100 HURST, TX 76054-3751 US | Closed | EPA |

**PGA Data**

| Line : L1:S1 | HTS Code : 8421990140 |
|---|---|
| OI (Cargo Desc): WATER FILTER PTS | |

**paa-** Agency Key Indicators

| | | | |
|---|---|---|---|
| PSAUne Number | 1 | | |
| Govt Agency Code | EPA | Program Code | PS1 |
| Processing Code | NA | Electronic Image Submitted | NA |
| Confidentiality Indicator | NA | Disclaimed Indicator | A |







**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION 8**
1595 Wynkoop Street
Denver, CO  80202-1129
Phone 800-227-8917
www.epa.gov/region08

Ref:  8ENF-AT-P; ICIS 3601409839

Ms. Susan Spaar
New Millennium Concepts, Ltd
1848 Norwood Plaza
Hurst, Texas 76054-3751
sstransworld@startmail.com

      Re: Closeout of Federal Insecticide, Fungicide, and Rodenticide Act Investigation

Dear Ms. Spaar:

On May 4, 2022, the U.S. Environmental Protection Agency facilitated a virtual compliance call with representatives of Charles M. Schayer & Company brokerage and New Millennium Concepts, Ltd of Hurst, Texas. The purpose of this call was to discuss a shipment of Berkey Water Filter parts in the shipment with entry number 700-15582169. It was determined that these products in and of themselves were not FIFRA regulated and this shipment was released.

However, as part of this compliance investigation, information was discovered on your company's website (https://www.berkeyfilters.com/) related to the distribution of your company's water filter systems and claims regarding disinfection. Based on this information, it appears that you are marketing a pesticide device. You are advised to ensure your activities are compliant with FIFRA, 7 U.S.C. §§ 136 to 136y, and its implementing regulations, 40 C.F.R. parts 150-180, which together are the federal laws governing the production, sale, distribution, and use of pesticides in the United States.

Applicable Law

Under FIFRA section 7, all pesticide devices sold or distributed in the United States must be produced in a registered establishment. 7 U.S.C. §§ 136e(a), 136j(a)(2)(L). A pesticide device is defined as any instrument or contrivance that is intended for trapping, destroying, repelling, or mitigating any pest or any other form of plant or animal life. 7 U.S.C. § 136(h). An establishment is any place where a pesticide or device or active ingredient used in producing a pesticide is produced, or held, for distribution or sale. 7 U.S.C. § 136(dd).

"To distribute or sell" is defined by FIFRA in section 2, to mean to distribute, sell, offer for sale, hold for distribution, hold for sale, hold for shipment, ship, deliver for shipment, release for shipment, or receive and (having so received) deliver or offer to deliver. 7 U.S.C. § 136(gg). In FIFRA section 2, the term "produce" is defined to mean to manufacture, prepare, compound, propagate, or process any pesticide or device or active ingredient used in producing a pesticide. 7 U.S.C. § 136(w). Under FIFRA section 2(q)(1)(D) a device is considered misbranded and subject to enforcement action if the label fails to bear the establishment number of the establishment where it was produced. 7 U.S.C. § 136(q)(1)(D). It is a violation of FIFRA section 12(a)(1)(F), 7 U.S.C. § 136j (a)(1)(F), to distribute a device that is misbranded.

A device is considered intended for a pesticidal purpose, and thus must be produced in a registered establishment under several circumstances including when the person who distributes or sells the substance claims, states, or implies, by labeling or otherwise, that the substance can or should be used as a pesticide, 40 C.F.R. § 152.15(a), or when the person who distributes or sells the substance has actual or constructive knowledge that the substance will be used, or is intended to be used, for a pesticidal purpose. 40 C.F.R. § 152.15(c).

<u>Compliance Advisory</u>

Production of a pesticide device in an establishment that has not been registered with the EPA is a violation of section 12(a)(2)(L) of FIFRA, 7 U.S.C. § 136j(a)(2)(L). The following is a partial list of potential false or misleading pesticidal claims found on your website:

- "To be classified as a water purifier, a water treatment device must remove at least 99.9999% of pathogenic bacteria, reduce viruses by 99.99%, and reduce parasites and cysts by 99.9%." (https://www.berkeywater.com/exceeding-the-standard-for-water-purification/)

- "Berkey® Systems equipped with Black Berkey® Purification Elements remove up to 99.999% of viruses and 99.9999% of pathogenic bacteria, while also removing or dramatically reducing protozoa, trihalomethanes, inorganic minerals, heavy metals, pharmaceuticals, pesticides, VOCs, petroleum products, perfluorinated chemicals, rust, silt, sediment and even radiologicals." (https://www.berkeywater.com/travel-berkey-system-1-5-gal/)

New Millennium Concepts, Ltd may be in violation of FIFRA section 12(a)(1)(F), 7 U.S.C. § 136j(a)(1)(F), for distributing a device that is misbranded.

Nothing in this letter shall limit or preclude EPA from assessing penalties or taking any other action authorized under FIFRA. The EPA reserves the right to bring an action against New Millennium Concepts, Ltd assessing or seeking penalties or other relief for any FIFRA violations.

The EPA has agreed to notify small businesses of their rights pursuant to the Small Business Regulatory Enforcement Fairness Act, https://www.epa.gov/enforcement/small-businesses-and-enforcement. Please note that SBREFA neither eliminates your responsibility to comply with FIFRA nor creates any new rights or defenses under law.

If you have any questions concerning this advisory letter, please contact Christine Tokarz at (303) 312-6147 or by email at tokarz.christine@epa.gov. Thank you for your prompt attention to this matter.

Sincerely,

CHRISTINE TOKARZ  
Digitally signed by CHRISTINE TOKARZ  
Date: 2022.05.04 15:36:22 -06'00'

Christine Tokarz, FIFRA Inspector  
Toxics and Pesticides Enforcement Section  
Enforcement and Compliance Assurance Division

cc:  James Shepherd, New Millennium Concepts, Ltd., jshep@berkeywater.com

Scooter Ruskamp, Charles M. Schayer & Company, scooter.ruskamp@schayer.com
Warren Norrad, Norred Law, PLLC, wnorred@norredlaw.com
Ruben Deleon, Deleon Law Group, rdeleon@deleonlawgroup.com

From: **Brian Hogan** brianhogan330@gmail.com 📎
Subject: Re: 8ENF-AT-P; ICIS 3601409839
Date: June 8, 2022 at 9:40 AM
To: Kevin Kutcel kevinkutcel@gmail.com
Cc: Tokarz, Christine tokarz.christine@epa.gov, JIM JS-TW@startmail.com

Just so everyone is aware, the initial report for this EPA Est. No. was filed and accepted by EPA.  Please see below.



| st. No. | Est. Name | Report Year | Postmark Date | Form Status | Copy of Record | Termination Request | Amen Form |
|---|---|---|---|---|---|---|---|
| 1921-CO-1 | TEXADO, LTD | 2021 | 05/19/2022 | ● Accepted by EPA | ⬇ | No | Amen |

On Wed, Jun 8, 2022 at 11:15 AM <kevinkutcel@gmail.com> wrote:

Ms. Tokarz,

Thank you for the follow-up.  KRK Consulting LLC will work closely with New Millenium Concepts, Ltd. to ensure all pesticide device requirements are in compliance and no false and misleading claims are made.  We will also be sure to file the initial 30 day report for Texado, Ltd.

Warm Regards,

Kevin Kutcel

KRK Consulting LLC

5807 Churchill Way
Medina, OH 44256

440-263-7305

kevinkutcel@gmail.com

This e-mail transmission is intended only for the addressee(s) named above.

If you receive this e-mail in error, please do not read, copy or disseminate it in any

manner.  If you are not the intended recipient, any disclosure, copying,

distribution or use of the contents of this information is prohibited.

Please reply to the message immediately by informing the sender that the

message was misdirected. After replying, please erase it from your computer system.

---

**From:** Tokarz, Christine <tokarz.christine@epa.gov>
**Sent:** Wednesday, June 8, 2022 10:45 AM
**To:** kevinkutcel@gmail.com
**Cc:** 'JIM' <JS-TW@startmail.com>
**Subject:** RE: 8ENF-AT-P; ICIS 3601409839

Good Morning Mr. Kutcel,

I appreciate the follow up, but would like to note that simply adding the EPA Establishment number to the pesticide device label does not meet all the FIFRA requirements. Also note that there seems to be quite a few new establishments that are not submitting their Initial 30 day report, rendering them "delinquent".

Please ensure that your clients are in compliance with all the regulations:

https://www.epa.gov/pesticide-registration/pesticide-registration-manual-chapter-13-devices

Best-

# Christine Tokarz

FIFRA Inspector

EPA, Region 8

tokarz.christine@epa.gov

O:303-312-6147

C:518-416-8965

Tips for FIFRA Imports: https://www.cbp.gov/document/publications/ace-tips-filing-epa-pesticides

File a Tip or Complaint to EPA: https://echo.epa.gov/report-environmental-violations

*Confidential: This transmission may contain deliberative, attorney-client, attorney work product or otherwise privileged material. Do not release under FOIA without appropriate review. If you have received this message in error, please delete it from your machine and all storage media, whether electronic or hard copy.*

**From:** kevinkutcel@gmail.com <kevinkutcel@gmail.com>
**Sent:** Tuesday, June 7, 2022 3:43 PM
**To:** Tokarz, Christine <tokarz.christine@epa.gov>
**Cc:** 'JIM' <JS-TW@startmail.com>
**Subject:** Re: 8ENF-AT-P; ICIS 3601409839

Ms. Christine Tokarz

US Environmental Protection Agency, Region 8

Toxics and Pesticides Enforcement Section

Re: 8ENF-AT-P; ICIS 3601409839

Dear Ms. Tokarz,

KRK Consulting LLC is the authorized agent for New Millenium Concepts, Ltd. I am writing in response to your letter regarding the closeout of your Federal Insecticide, Fungicide and Rodenticide Act Investigation (Ref: 8ENF-AT-P; ICIS 3601409839). Even though your letter implies that this action is closed out, I wanted to provide an update to your office and inform you that Texado, the Colorado manufacturer and packager for Berkey Products, has obtained an EPA Establishment No. 101921-CO-1 and this number is now being posted on the outside of the box for each Berkey filtration system that they manufacture. I believe that the acquisition of this EPA Est. No. for Texado, Ltd., meets the legal requirements for a distributor of a device and no false and misleading claims are being made on the packaging. Please let me know if you have any questions.

Warm Regards,

Kevin Kutcel

KRK Consulting LLC

5807 Churchill Way
Medina, OH 44256

440-263-7305

kevinkutcel@gmail.com

This e-mail transmission is intended only for the addressee(s) named above.

If you receive this e-mail in error, please do not read, copy or disseminate it in any

manner.  If you are not the intended recipient, any disclosure, copying,

distribution or use of the contents of this information is prohibited.

Please reply to the message immediately by informing the sender that the

message was misdirected. After replying, please erase it from your computer system.

--
Brian

12/27/2022

7:00am

Received by
EPA Region VIII
Hearing Clerk

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) Docket No.  FIFRA-08-2023-0011 |
| **James Enterprise, Inc.** | ) |
| **DBA Berkey Filters** | ) FIFRA SECTION 13(a) |
| | ) |
| 1976 Aspen Circle | ) STOP SALE, USE, or |
| Pueblo, Colorado 81006 | ) REMOVAL ORDER |
| | ) |
| Respondent. | ) |
| | ) |
| | ) |
| | ) |

## I.    **AUTHORITY**

1. This Stop Sale, Use, or Removal Order (Order) is issued pursuant to the authority vested in the Administrator of the United States Environmental Protection Agency by section 13(a) of the Federal Insecticide, Fungicide, and Rodenticide Act, as amended (FIFRA), 7 U.S.C. § 136k(a), which authorizes the Administrator of EPA to issue an order prohibiting the sale, use, or removal of any pesticide or device by any person who owns, controls, or has custody of such pesticide or device whenever there is reason to believe that the pesticide or device is in violation of any provision of FIFRA or the pesticide or device has been or is intended to be distributed or sold in violation of any provision of FIFRA.

2. The undersigned EPA official has been duly authorized to issue this Order.

## II.    **GOVERNING LAW**

3. Section 12(a)(1)(A) of FIFRA, 7 U.S.C. § 136j(a)(1)(A), provides that it shall be unlawful for any person in any state to distribute or sell to any person any pesticide that is not registered under section 3 of FIFRA, 7 U.S.C. § 136a.

4. Section 12(a)(1)(E) of FIFRA, 7 U.S.C. § 136j(a)(1)(E), provides that it shall be unlawful for any person in any state to distribute or sell to any person any pesticide that is misbranded.

5. Section 12(a)(2)(N) of FIFRA, 7 U.S.C. § 136j(a)(2)(N), provides that it shall be unlawful for any person who is a registrant, wholesaler, dealer, retailer, or other distributor to fail to file reports required by FIFRA.

6. Section 12(a)(2)(S) of FIFRA, 7 U.S.C. § 136j(a)(2)(S), provides that it shall be unlawful for any person to violate any regulation issued under sections 3(a) or 19 of FIFRA.

7. Section 2(s) of FIFRA, 7 U.S.C. § 136(s), defines a "person" as "any individual, partnership, association, corporation, or any organized group of persons whether incorporated or not."

8. Section 2(t) of FIFRA, 7 U.S.C. § 136(t), defines "pest," in part, as any "form of terrestrial or aquatic plant or animal life or virus, bacteria, or other microorganism (except viruses, bacteria, or other microorganisms on or in living man or other living animals) which the Administrator declares to be a pest under section 25(c)(1)."

9. Pursuant to the authority in section 25(c)(1) of FIFRA, 7 U.S.C. § 136w(c)(1), the Administrator established that "an organism is declared to be a pest under circumstances that make it deleterious to man or the environment, if it is: . . . [a]ny fungus, bacterium, virus, prion, or other microorganism, except for those on or in living man or other living animals and those on or in processed food or processed animal feed, beverages, drugs … and cosmetics . . . ." 40 C.F.R. § 152.5(d).

10. Section 2(h) of FIFRA, 7 U.S.C. § 136(u), defines "pesticide" as "(1) any substance or mixture of substances intended for preventing, destroying, repelling, or mitigating any pest, (2) any substance or mixture of substances intended for use as a plant regulator, defoliant, or desiccant, and (3) any nitrogen stabilizer…."

11. Section 2(gg) of FIFRA, 7 U.S.C. § 136(gg), defines "to distribute or sell" as "to distribute, sell, offer for sale, hold for distribution, hold for sale, hold for shipment, ship, deliver for shipment, release for shipment, or receive and (having so received) deliver or offer to deliver."

12. The regulation at 40 C.F.R. § 152.3 further defines the term "distribute or sell" as "the acts of distributing, selling, offering for sale, holding for sale, shipping, holding for shipment, delivering for shipment, or receiving and (having so received) delivering or offering to deliver, or releasing for shipment to any person in any state."

13. Section 2(p) of FIFRA, 7 U.S.C. § 136(p), defines "label" as "the written, printed, or graphic matter on, or attached to, the pesticide or device or any of its containers or wrappers" and defines "labeling" in part, as "all labels and all other written, printed, or graphic matter (A) accompanying the pesticide or device at any time; or (B) to which reference is made on the label or in literature accompanying the pesticide."

14. Section 2(q)(1) of FIFRA, 7 U.S.C. § 136(q)(1), provides that, among other reasons, a pesticide is misbranded if:

   (A) its labeling bears any statement, design, or graphic representation relative thereto or to its ingredients which is false and misleading in any particular;

   (B) it is contained in a package or other container or wrapping which does not conform to the standards established by the Administrator pursuant to section 136w(c)(3) of this title;

   (C) it is an imitation of, or is offered under the name of, another pesticide;

   (D) its label does not bear the registration number assigned under section 136e of this title [FIFRA section 7] to each establishment in which it was produced;

2

(E) any word, statement, or other information required by or under authority of this subchapter to appear on the label or labeling is not prominently placed thereon with such conspicuousness (as compared with other words, statements, designs, or graphic matter in the labeling) and in such terms as to render it likely to be read and understood by the ordinary individual under customary conditions of purchase and use;

(F) the labeling accompanying it does not contain directions for use which are necessary for effecting the purpose for which the product is intended and if complied with, together with any requirements imposed under section 136a(d) of this title [FIFRA section 3(d)], are adequate to protect health and the environment; [or]

(G) the label does not contain a warning or caution statement which may be necessary and if complied with, together with any requirements imposed under section 136a(d) of this title [FIFRA section 3(d)], is adequate to protect health and the environment[.]

15. Section 2(q)(2) of FIFRA, 7 U.S.C. § 136(q)(2), provides that, among other reasons, a pesticide is misbranded if:

    (C) there is not affixed to its container, and to the outside container or wrapper of the retail package, if there be one, through which the required information on the immediate container cannot clearly be read, a label bearing—
        (i) the name and address of the producer, registrant, or other person for whom produced;
        (ii) the name, brand, or trademark under which the pesticide is sold;
        (iii) the net weight or measure of the content, except that the Administrator may permit reasonable variations; and
        (iv) when required by regulation of the Administrator to effectuate the purposes of this subchapter, the registration number assigned to the pesticide under this subchapter, and the use classification[.]

16. FIFRA's labeling requirements at 40 C.F.R. part 156 require that labels for pesticide products must contain several pieces of information, including the producing establishment number, hazard and precautionary statement, and directions for use. 40 C.F.R. § 156.10(a).

## III.    BASIS FOR THE ORDER

17. Respondent James Enterprise, Inc., doing business as Berkey Filters, is a corporation organized under the laws of the State of Colorado and is therefore a "person" as that term is defined by section 2(s) of FIFRA, 7 U.S.C. § 136(s), subject to FIFRA and its implementing regulations.

18. On November 22, 2022, a representative of the EPA inspected Respondent's facility located at 1976 Aspen Circle, Pueblo, Colorado 81006 (the Facility), to determine Respondent's compliance with FIFRA (the Inspection).

19. Upon review of the information collected at the Inspection and upon review of Respondent's website, www.berkeyfilters.com, the EPA has reason to believe Respondent distributed or sold, and continues to distribute or sell unregistered and misbranded pesticides, specifically **Black Berkey**

3

**Filters**, **Sport Berkey Replacement Filters**, **Travel Berkey Water Filters**, **Big Berkey Water Filters**, **Royal Berkey Water Filters**, **Imperial Berkey Water Filters**, **Crown Berkey Filters, Berkey Light Water Filters**, and **Sport Berkey Water Bottles**, in violation of FIFRA.

**A.      Black Berkey Filters and Products Sold with Black Berkey Filters (Big Berkey Water Filters, Royal Berkey Water Filters, Imperial Berkey Water Filters, Crown Berkey Water Filters, and Berkey Light Water Filters)**

20.   The **Black Berkey Filter** product is a water filtration unit that is used in multiple products and may be purchased as part of those products or on its own.

21.   **Travel Berkey Water Filters**, **Big Berkey Water Filters**, **Royal Berkey Water Filters**, **Imperial Berkey Water Filters**, **Crown Berkey Water Filters** and **Berkey Light Water Filters** are sold with **Berkey Black Filters** inserted in the apparatus and will be referenced as "**Berkey Black Filter Products**".

22.   **Black Berkey Filter** labeling includes the following language:
   "Black Berkey Purification Elements:
      VIRUSES: >99.999%
      PATHOGENIC BACTERIA (AND SURROGATES)
      >99.9999% -Exceeds Purification Standard (Log 6): Bacillius atrophaeus
      (Anthrax Surrogate)".

23.   The EPA observed that Respondent had **Berkey Black Filter Products** at its Facility being held for distribution or sale, and that it offers them for sale and distribution online through its website, https://www.berkeyfilters.com/products/black-berkey-filter.

24.   **Berkey Black Filter Products** are available for purchase online at: https://www.berkeyfilters.com/products/black-berkey-filter.

25.   The EPA observed the following statements regarding **Berkey Black Filter Products** on the site, https://www.berkeyfilters.com/products/black-berkey-filter:

   a. "Composition[:] Black Berkey Filters are made of a carbon composite containing high-grade coconut shell carbon combined with a proprietary blend of 5 other types of media."
   b. "Our Black Berkey® Filters (sometimes called Black Berkey Elements) are world famous for good reasons. Read below to learn how the Black Berkey® Filters used in all of our systems make purified water. It's a more encompassing level of H20 filtration!"
   c. "The Black Berkey Filters used in all of our systems take water filtration to a whole new level! During testing conducted by independent, EPA-approved laboratories, the Black Berkey Filters removed a long list of water contaminants with never-before-seen results and significantly raised the standard for the water filter industry."
   d. "A pair of Black Berkey Filters comes standard in all of Berkey Water Filter Systems, including the Big Berkey."

4

e. "When drinking water that's been filtered using a Black Berkey Filter, you can rest assured that your water is clean and safe for consumption. In fact, Black Berkey purification elements are far more powerful compared to competitors' water filters."

f. "We tested the filters with more than 10,000 times the concentration of harmful pathogens per liter of water than is required by industry-standard test protocols. This concentration of pathogens is so high that the water exiting the filters should be expected to contain a concentration of 100,000 or more pathogens per liter (99.99% reduction — the requirement in order to be classified for pathogenic removal)."

g. "Incredibly, Black Berkey water filter elements removed 100% of the pathogens."

h. "After using the Black Berkey Filters, absolutely no pathogens were found in the effluent or were able to be detected. This set a new standard, allowing us to classify all systems containing the Black Berkey Filters as purifiers."

26. The EPA observed the following statements regarding **Berkey Black Filter Products** on the site, https://berkey-store.com/en/faq/faq-water-filter-black-berkey/faq-silver-black-berkey-water-filter.html:

> "Yes, silver is used as an antimicrobial to self-sterilize the Black Berkey® elements. Testing was conducted both internally and by Analytical Services, Inc. to ensure that the silver used does not leach into the purified water."

27. These claims indicate that **Berkey Black Filter Products** are substances or mixtures of substances intended for preventing, destroying, repelling, or mitigating any pest, and thus, pesticides pursuant to section 2(h) of FIFRA, 7 U.S.C. § 136(u).

28. None of the **Berkey Black Filter Products** are registered with the EPA.

29. None of the **Berkey Black Filter Product** labels bear a registration number assigned under FIFRA section 7 to the establishment in which the products were produced, making them misbranded pursuant to section 2(q)(1)(D) of FIFRA, 7 U.S.C. § 136(q)(1)(D).

30. Respondent distributed or sold, and continues to distribute or sell, the unregistered pesticides, **Berkey Black Filter Products** in violation of section 12(a)(1)(A) of FIFRA, 7 U.S.C. § 136j(a)(1)(A).

31. Respondent distributed or sold, and continues to distribute or sell, the misbranded pesticides **Berkey Black Filter Products** in violation of section 12(a)(1)(E) of FIFRA, 7 U.S.C. § 136j(a)(1)(E).

### B. Sport Berkey Replacement Filter and Products Sold with Sport Berkey Replacement Filter (Sport Berkey Water Bottles)

32. The **Sport Berkey Replacement Filter** product is a water filtration unit that is used in the **Sport Berkey Water Bottles** and may be purchased as part of that product or on its own.

33. **Sport Berkey Replacement Filter** products are available to purchase online at
https://www.berkeyfilters.com/products/berkey-sport-filter.

34. A brochure for the Sport Berkey Filter available at
https://cdn.shopify.com/s/files/1/0167/5480/2788/files/The_Sport_Berkey.pdf?11355, states:

> "The media within the filter element removes contaminants by a surface phenomenon known
> as 'adsorption' which results from the molecular attraction of substances to the surface of the
> media. As the bottle is pressed, the source water is forced through the filter. The quality and
> volume of media used, determine the rate of adsorption. The flow rate or time of exposure
> through the filter has been calculated to yield the greatest volume removal of toxic chemicals
> caused by pollution from industry and agriculture. This exclusive filter also incorporates
> proprietary absorbing media that are impregnated into the micro-porous filter for the IONIC
> absorption of pollutants into the filter such as aluminum, cadmium, chromium, copper, lead,
> mercury, and other dangerous heavy metals."

35. The **Sport Berkey Replacement Filter** website: https://www.berkeyfilters.com/products/berkey-
sport-filter, includes the following claims:

> a. "This is the factory original replacement for the filter in the Sport Berkey Water Bottle and
> has the same filtration medium as the larger Black Berkey Filter element."
> b. "The Sport Berkey® Portable Water Filter is the ideal personal protection traveling
> companion — featuring the IONIC ADSORPTION MICRO FILTRATION SYSTEM. The
> theory behind this innovation is simple. The bottle's filter is designed to remove and/or
> dramatically reduce a vast array of health-threatening contaminants from questionable sources
> of water, including remote lakes and streams, stagnant ponds and water supplies in foreign
> countries where regulations may be sub standard, at best."
> c. "The Sport Berkey® Portable Water Filter eliminates or reduces: Harmful microscopic
> pathogens."

36. The EPA observed that Respondent had **Sport Berkey Replacement Filter** products at its Facility
being held for distribution or sale, and that it offers the product for sale and distribution online
through its website https://www.berkeyfilters.com/products/berkey-sport-filter.

37. These claims on the **Sport Berkey Replacement Filter** product's labeling indicate that **Sport
Berkey Replacement Filter** is a substance or mixture of substances intended for preventing,
destroying, repelling, or mitigating any pest, and thus a pesticide pursuant to section 2(h) of FIFRA,
7 U.S.C. § 136(u).

38. The **Sport Berkey Replacement Filter** label does not contain an EPA Registration Number or any
other information regarding registration of the **Sport Berkey Replacement Filter** as a pesticide
with the EPA.

39. The EPA has not registered the **Sport Berkey Replacement Filter**.

40. The **Sport Berkey Replacement Filter** label does not bear a registration number assigned under FIFRA section 7 to the establishment in which the products were produced.

41. Because of the lack of an EPA establishment registration number on the label, **Sport Berkey Replacement Filter** is misbranded pursuant to section 2(q)(1)(D) of FIFRA, 7 U.S.C. § 136(q)(1)(D).

42. The **Sport Berkey Water Bottles** are sold with the **Sport Berkey Replacement Filters** inserted in the apparatus.

43. Because the **Sport Berkey Water Bottles** are sold with the **Sport Berkey Replacement Filters** inserted in the apparatus, and because the pesticidal claims associated with the **Sport Berkey Replacement Filters** accompany the **Sport Berkey Water Bottles**, the **Sport Berkey Water Bottles** is also a pesticide pursuant to section 2(h) of FIFRA, 7 U.S.C. § 136(u).

44. The EPA has not registered the **Sport Berkey Water Bottle**.

45. The **Sport Berkey Water Bottle** label does not bear a registration number assigned under FIFRA section 7 to the establishment in which the products were produced.

46. Because of the lack of an EPA establishment registration number on the label, **Sport Berkey Water Bottle** is misbranded pursuant to section 2(q)(1)(D) of FIFRA, 7 U.S.C. § 136(q)(1)(D).

47. Respondent distributed or sold, and continues to distribute or sell, the following unregistered pesticides, the **Sport Berkey Replacement Filters** and the **Sport Berkey Water Bottle**, in violation of section 12(a)(1)(A) of FIFRA, 7 U.S.C. § 136j(a)(1)(A).

48. The Respondent distributed or sold, and continues to distribute or sell, the following misbranded pesticides, the **Sport Berkey Replacement Filters** and the **Sport Berkey Water Bottles**, in violation of section 12(a)(1)(E) of FIFRA, 7 U.S.C. § 136j(a)(1)(E).

## IV.    ORDER

49. Pursuant to the authority of section 13(a) of FIFRA, 7 U.S.C. § 136k(a), EPA hereby orders Respondent to immediately cease the sale, use, or removal of all **Berkey Black Filter Products, Sport Berkey Replacement Filters**, and **Sport Berkey Water Bottle** units ("**Subject Products**") under its ownership, control, or custody, wherever such products are located, except in accordance with the provisions of this Order.

50. The **Subject Products** shall not be sold, offered for sale, held for sale, shipped, delivered for shipment, received; or, having been so received, delivered, offered for delivery, moved, or removed, for any reason, other than in accordance with the provisions of this Order and any provisions of any written modifications to this Order.

51. Should Respondent seek an exception to this Order's prohibitions, Respondent may submit a request to EPA, in accordance with the following:

a) Requests must be made in writing by electronic mail to Christine Tokarz, Enforcement and Compliance Assurance Division, United States Environmental Protection Agency, at tokarz.christine@epa.gov.

b) Any request for movement or removal must include a written accounting of the products to be moved, including the quantity (type, number, and volume of containers) to be moved, the address of the facility from which the products will be moved, the address of the destination facility, and an explanation of the reasons for the request.

c) If the movement or removal is for the purposes of disposal, Respondent must provide written proof of disposal to EPA, including proof of compliance with all applicable federal, state, and local laws.

d) Any movement or removal of any **Subject Products** made without prior written authorization from EPA in accordance with this paragraph constitutes a violation of this Order and the distribution or sale of an unregistered and misbranded pesticide in violation of FIFRA.

52. Within 30 days of receipt of this Order, Respondent must submit to EPA a written accounting of the **Subject Products** subject to this Order. The accounting must be submitted to Christine Tokarz, at the e-mail address above, and must include the following:

a) The complete list of media used in the composition of **Black Berkey Filters** and **Sport Berkey Replacement Filters.**

b) An accounting of all existing product inventory at any of Respondent's facilities or warehouses, including the location(s) where the products are held, quantities, and container sizes;

c) A list of each shipment of the **Subject Products** en route to any of Respondent's establishments from any person on or after the date of this Order. The list shall include the quantities being shipped, including number and types of containers, and amount held by each type of container, the name and address or addresses from which the shipment was shipped and the destination establishment(s); and

d) A list of each shipment of **Subject Products** en route from any of Respondent's establishments to any person on or after the date of this Order. The list shall include the quantities being shipped, including number and types of containers, and amounts held by each type of container, the establishment from which the shipment was shipped and the destination establishment(s).

53. Respondent must provide EPA with an updated accounting at least every 30 days thereafter until Respondent no longer has any **Subject Products** in its ownership, custody or control.

54. The information requested herein must be provided whether Respondent regards part or all of it as a trade secret or confidential business information. Respondent is entitled to assert a claim of business confidentiality in accordance with the regulations at 40 C.F.R. § 2.203(b) by labeling such

8

information at the time it is submitted to EPA as "trade secret" or "proprietary" or "company confidential" or other suitable notice. Information subject to a properly made claim of business confidentiality will be disclosed by EPA to the public only in accordance with the procedures set forth at 40 C.F.R. part 2, subpart B. If Respondent does not make a proper claim at the time that it submits the information in the manner described in 40 C.F.R. § 2.203(b), EPA may make this information available to the public without further notice to Respondent.

## V.    OTHER MATTERS

55. Respondent may seek federal judicial review of this Order pursuant to section 16 of FIFRA, 7 U.S.C. § 136n.

56. The issuance of this Order shall not constitute a waiver by EPA of its remedies, either judicial or administrative, under FIFRA or any other federal environmental law to address this matter or any other matters or unlawful acts not specified in this Order.

57. This Order shall be effective immediately upon receipt by Respondent or any of Respondent's agents.

58. Section 12(a)(2)(I) of FIFRA, 7 U.S.C. § 136j(a)(2)(I), provides that it shall be unlawful for any person to violate any order issued under section 13 of FIFRA.

59. This Order shall remain in effect unless and until revoked, terminated, suspended, or modified in writing by EPA.

60. If any provision of this Order is subsequently held to be invalid, illegal, or unenforceable, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired thereby and they shall remain in full force and effect.

9

**UNITED STATES**
**ENVIRONMENTAL PROTECTION AGENCY REGION 8**

Date: _____  By: _____

DAVID COBB

Digitally signed by DAVID COBB
Date: 2022.12.22 11:26:00 -07'00'

David Cobb, Section Supervisor
Toxics and Pesticides Enforcement Section
Enforcement and Compliance Assurance Division

10

From: **Todd Emerson** todd@berkeyfilters.com
Subject: Inspection
Date: December 2, 2022 at 12:36 PM
To: JS js-tw@startmail.com

TE

**From:** Tokarz, Christine <tokarz.christine@epa.gov>
**Sent:** Friday, December 2, 2022 10:34 AM
**To:** Eddy, Ronald M. <reddy@shermanhoward.com>
**Cc:** Tegtmeier, Richard L. <rtegtmeier@shermanhoward.com>; Kinard, Sherrie <Kinard.Sherrie@epa.gov>
**Subject:** RE: Berkey Filters


**EXTERNAL EMAIL WARNING: Do not click links or open UNKNOWN attachments.**


Good Morning,

Thank you for your email regarding the inspection follow up document request.

EPA believes that the products listed below may be subject to FIFRA regulations:

*Black Berkey Filters, Sport Berkey Replacement Filters, Travel Berkey Water Filters, Big Berkey Water Filters, Royal Berkey Water Filters, Imperial Berkey Water Filters, Crown Berkey Water Filters, the Berkey Light Water Filters, and the Sport Berkey Water Bottle.*

Please provide the requested documentation on each of the 9 separate products identified above.

For further information on the types of products that are subject to FIFRA regulations please see the following website, https://www.epa.gov/laws-regulations/summary-federal-insecticide-fungicide-and-rodenticide-act.

We look forward to your responses on or before January 6, 2023.

Best-


# Christine Tokarz

FIFRA Inspector
EPA, Region 8
tokarz.christine@epa.gov
O:303-312-6147
C:518-416-8965
Tips for FIFRA Imports: https://www.cbp.gov/document/publications/ace-tips-filing-epa-pesticides
File a Tip or Complaint to EPA: https://echo.epa.gov/report-environmental-violations
*Confidential: This transmission may contain deliberative, attorney-client, attorney work product or otherwise privileged material.*
*Do not release under FOIA without appropriate review. If you have received this message in error, please delete it from your*

*...machine and all storage media, whether electronic or hard copy.*

Get [Outlook for iOS](#)

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION 4**
**ATLANTA, GEORGIA**

IN THE MATTER OF:                            )
                                             )      **TERMINATION OF**
██████████████████████                       )      **STOP SALE, USE OR**
                                             )      **REMOVAL ORDER**
        Respondent.                          )
                                             )      FIFRA-04-2023-0700
_____        )

**TERMINATION OF STOP SALE, USE OR REMOVAL ORDER**

1.  On February 3, 2023, the U.S. Environmental Protection Agency issued a Stop Sale, Use or

    Removal Order ("SSURO"), FIFRA-04-2023-0700, to the Respondent ██████████████

    (hereinaft ██████████), pursuant to Section 13 of the Federal Insecticide, Fungicide and

    Rodenticide Act (FIFRA). The SSURO prohibited ██████████ from selling and distributing

    certain water filters and water treatment units which contained a registered pesticide and for

    which ██████████ was making pesticidal claims on product labels and on their website that were

    not properly qualified to meet the requirements of the treated article exemption under 40 C.F.R.

    § 152.132. Therefore, these products were determined to be unregistered pesticides.

2.  The unregistered pesticides products subject to the SSURO were listed in Attachment A to the

    SSURO. Ingredient statements on the pesticide product labels showed that the following

    products contained the pesticide active ingredient "Metallic Silver 1.05%" or "Silver Carbon

    1.05%," including the Clearbrook Water Treatment Units, Woder ADVANCED WD-S-5K-REP,

    Woder ADVANCED WD-4K, Woder ADVANCED WD-10K, Woder ADVANCED WD-S-8K-

    REP, Woder HEAVY METAL WD-HM-REP, and Woder ADVANCED WD-HMADV-REP.

    Additionally, the label of at least one of the ██████████ Water Treatment Units included the

pesticidal claim "Antimicrobial." Furthermore, ███████ website contained thirty-five (35) products that had pesticidal claims indicating that the products were intended for a pesticidal purpose; however, the products were not registered as pesticides with the EPA.

3. In response to the SSURO, ███████ ceased sale and distribution of the aforementioned unregistered pesticide products, removed pesticidal claims from the labels and labeling and from its website pertaining to these products, and notified its primary customers and distributors of the products that no pesticidal claims should be made for these products as the products are not pesticides or pesticide devices, and are not intended to be used for pesticidal purposes. The notification to one of its customers/distributors also advised that the filter product being sold by ███████ to that customer/distributor is a treated article that has been treated with a pesticide to protect the filter from degradation but not to protect the user of any products containing the filter from microbial contamination.

4. Based on the actions taken by ███████ as noted above to comply with the SSURO and to return to compliance with FIFRA, the EPA hereby terminates the SSURO.

5. ███████ may distribute, sell and use the products listed in Attachment A to the SSURO, provided that the products are in compliance with FIFRA.

6. The issuance of this Termination shall not act as a waiver by the EPA of any enforcement action that may be brought against ███████ for violations of FIFRA in connection with the import of these pesticide devices, as set forth in the SSURO and herein, or for any future enforcement actions or other authority available to the EPA under FIFRA.

███████
Termination of Stop Sale, Use, or Removal Order
███████

7. This Termination is effective upon the date it is signed by the EPA official designated below.

Signing for

KERIEMA NEWMAN  Digitally signed by KERIEMA NEWMAN
Date: 2023.05.26 14:55:34 -04'00'

Carol L. Kemker
Director
Enforcement and Compliance Assurance Division

Termination of Stop Sale, Use, or Removal Order

## Attachment A

Unregistered pesticides offered for sale on ▆▆▆▆▆'s and Woder's websites (Accessed from on or about March 24, 2022, to April 1, 2022)

| ID | Brand | Model |
|----|-------|-------|
| 1 | Berkey | Travel Berkey (1.5 gallons) |
| 2 | Berkey | Big Berkey (2.25 gallons) |
| 3 | Berkey | Light Berkey (2.4 gallons) |
| 4 | Berkey | Royal Berkey (3.25 gallons) |
| 5 | Berkey | Imperial Berkey (4.5 gallons) |
| 6 | Berkey | Crown Berkey (6 gallons) |
| 7 | Berkey | Black Berkey Water Replacement Filter |
| 8 | ▆▆▆▆▆ | ▆▆▆▆ Dual Quick connect cartridge system with 5K Fluoride + Gen III Filter and Direct connect hoses |
| 9 | ▆▆▆▆▆ | ▆▆▆▆ Single Quick Connect Cartridge system with Gen III 8K filter and direct connect hoses |
| 10 | ▆▆▆▆▆ | ▆▆▆▆ Quick Connect Gen. III 8k/ Replacement filter |
| 11 | ▆▆▆▆▆ | ▆▆▆▆ Survival High Performance Water Filter Bottle – 32oz White |
| 12 | ▆▆▆▆▆ | ▆▆▆▆ Survival High Performance Water Filter Bottle - 22oz Blue |
| 13 | ▆▆▆▆▆ | ▆▆▆▆ Survival High Performance Water Filter Bottle - 22oz Yellow |
| 14 | ▆▆▆▆▆ | ▆▆▆▆ Survival High Performance Water Filter Bottle - 24oz Blue |
| 15 | ▆▆▆▆▆ | ▆▆▆▆ Sport High Flow Water Filter Bottle - 32oz White |
| 16 | ▆▆▆▆▆ | ▆▆▆▆ Sport High Flow Water Filter Bottle - 22oz Blue |
| 17 | ▆▆▆▆▆ | ▆▆▆▆ Sport High Flow Water Filter Bottle - 22oz Yellow |
| 18 | ▆▆▆▆▆ | ▆▆▆▆ Sport High Flow Water Filter Bottle - 24oz Blue |
| 19 | ▆▆▆▆▆ | Replacement Survival Filter for 22oz or 32oz ▆▆▆▆ Water Filter Bottle |
| 20 | ▆▆▆▆▆ | Replacement Survival Filter for 24oz ▆▆▆▆ Water Filter Bottle with Straw |
| 21 | ▆▆▆▆▆ | Replacement Sport Filter for 22oz and 32 oz ▆▆▆▆ Water Filter Bottles |
| 22 | ▆▆▆▆▆ | Replacement Sport Filter for 24oz ▆▆▆▆ Water Filter Bottle with Straw |
| 23 | ▆▆▆▆▆ | Well Water Sink Filter - Triplex Cartridge System |
| 24 | ▆▆▆▆▆ | Well Water Sink Filter - Duplex Cartridge System |
| 25 | ▆▆▆▆▆ | Well Water Sink Primary Sink Filter |
| 26 | ▆▆▆▆▆ | Whole House Water Filter System |

03/06/2023

7:00am

Received by
EPA Region VIII
Hearing Clerk

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) Docket No.  FIFRA-08-2023-0015 |
| **Fritz Wellness, Professional Company** | ) |
| **DBA Fritz Wellness Center** | ) |
| | ) FIFRA SECTION 13(a) |
| | ) |
| 1749 Terry Street | ) STOP SALE, USE, or |
| Longmont, Colorado 80501 | ) REMOVAL ORDER |
| | ) |
| Respondent. | ) |
| | ) |
| | ) |
| | ) |

## I.      **AUTHORITY**

1. This Stop Sale, Use, or Removal Order (Order) is issued pursuant to the authority vested in the Administrator of the United States Environmental Protection Agency by section 13(a) of the Federal Insecticide, Fungicide, and Rodenticide Act, as amended (FIFRA), 7 U.S.C. § 136k(a), which authorizes the Administrator of EPA to issue an order prohibiting the sale, use, or removal of any pesticide or device by any person who owns, controls, or has custody of such pesticide or device whenever there is reason to believe that the pesticide or device is in violation of any provision of FIFRA or the pesticide or device has been or is intended to be distributed or sold in violation of any provision of FIFRA.

2. The undersigned EPA official has been duly authorized to issue this Order.

## II.      **GOVERNING LAW**

3. Section 12(a)(1)(A) of FIFRA, 7 U.S.C. § 136j(a)(1)(A), provides that it shall be unlawful for any person in any state to distribute or sell to any person any pesticide that is not registered under section 3 of FIFRA, 7 U.S.C. § 136a.

4. Section 12(a)(1)(E) of FIFRA, 7 U.S.C. § 136j(a)(1)(E), provides that it shall be unlawful for any person in any state to distribute or sell to any person any pesticide that is misbranded.

5. Section 2(s) of FIFRA, 7 U.S.C. § 136(s), defines a "person" as "any individual, partnership, association, corporation, or any organized group of persons whether incorporated or not."

6. Section 2(t) of FIFRA, 7 U.S.C. § 136(t), defines "pest," in part, as any "form of terrestrial or aquatic plant or animal life or virus, bacteria, or other microorganism (except viruses, bacteria, or other microorganisms on or in living man or other living animals) which the Administrator declares to be a pest under section 25(c)(1)."

7. Pursuant to the authority in section 25(c)(1) of FIFRA, 7 U.S.C. § 136w(c)(1), the Administrator established that "an organism is declared to be a pest under circumstances that make it deleterious to man or the environment, if it is: . . . [a]ny fungus, bacterium, virus, prion, or other microorganism, except for those on or in living man or other living animals and those on or in processed food or processed animal feed, beverages, drugs ... and cosmetics . . . ." 40 C.F.R. § 152.5(d).

8. Section 2(u) of FIFRA, 7 U.S.C. § 136(u), defines "pesticide" as "(1) any substance or mixture of substances intended for preventing, destroying, repelling, or mitigating any pest, (2) any substance or mixture of substances intended for use as a plant regulator, defoliant, or desiccant, and (3) any nitrogen stabilizer…."

9. Section 2(gg) of FIFRA, 7 U.S.C. § 136(gg), defines "to distribute or sell" as "to distribute, sell, offer for sale, hold for distribution, hold for sale, hold for shipment, ship, deliver for shipment, release for shipment, or receive and (having so received) deliver or offer to deliver."

10. The regulation at 40 C.F.R. § 152.3 further defines the term "distribute or sell" as "the acts of distributing, selling, offering for sale, holding for sale, shipping, holding for shipment, delivering for shipment, or receiving and (having so received) delivering or offering to deliver, or releasing for shipment to any person in any state."

11. Section 2(p) of FIFRA, 7 U.S.C. § 136(p), defines "label" as "the written, printed, or graphic matter on, or attached to, the pesticide or device or any of its containers or wrappers" and defines "labeling" in part, as "all labels and all other written, printed, or graphic matter (A) accompanying the pesticide or device at any time; or (B) to which reference is made on the label or in literature accompanying the pesticide."

12. Section 2(q)(1) of FIFRA, 7 U.S.C. § 136(q)(1), provides that, among other reasons, a pesticide is misbranded if:

   (A) its labeling bears any statement, design, or graphic representation relative thereto or to its ingredients which is false and misleading in any particular;

   (B) it is contained in a package or other container or wrapping which does not conform to the standards established by the Administrator pursuant to section 136w(c)(3) of this title;

   (C) it is an imitation of, or is offered under the name of, another pesticide;

   (D) its label does not bear the registration number assigned under section 136e of this title [FIFRA section 7] to each establishment in which it was produced;

   (E) any word, statement, or other information required by or under authority of this subchapter to appear on the label or labeling is not prominently placed thereon with such conspicuousness (as compared with other words, statements, designs, or graphic matter in the labeling) and in such terms as to render it likely to be read and understood by the ordinary individual under customary conditions of purchase and use;

2

(F) the labeling accompanying it does not contain directions for use which are necessary for effecting the purpose for which the product is intended and if complied with, together with any requirements imposed under section 136a(d) of this title [FIFRA section 3(d)], are adequate to protect health and the environment; [or]

(G) the label does not contain a warning or caution statement which may be necessary and if complied with, together with any requirements imposed under section 136a(d) of this title [FIFRA section 3(d)], is adequate to protect health and the environment[.]

13. Section 2(q)(2) of FIFRA, 7 U.S.C. § 136(q)(2), provides that, among other reasons, a pesticide is misbranded if:

(C) there is not affixed to its container, and to the outside container or wrapper of the retail package, if there be one, through which the required information on the immediate container cannot clearly be read, a label bearing
    (i) the name and address of the producer, registrant, or other person for whom produced;
    (ii) the name, brand, or trademark under which the pesticide is sold;
    (iii) the net weight or measure of the content, except that the Administrator may permit reasonable variations; and
    (iv) when required by regulation of the Administrator to effectuate the purposes of this subchapter, the registration number assigned to the pesticide under this subchapter, and the use classification[.]

14. FIFRA's labeling requirements at 40 C.F.R. part 156 require that labels for pesticide products must contain several pieces of information, including the producing establishment number, hazard and precautionary statement, and directions for use. 40 C.F.R. § 156.10(a).

## III.    **BASIS FOR THE ORDER**

15. Respondent, Fritz Wellness, Professional Company DBA Fritz Wellness Center, is a limited liability company organized under the laws of the state of Colorado and is therefore a "person" as that term is defined by section 2(s) of FIFRA, 7 U.S.C. § 136(s), subject to FIFRA and its implementing regulations.

16. On January 12, 2023, a representative of the EPA inspected Respondent's facility located at 1749 Terry Street, Longmont, Colorado 80501 ("Facility"), to determine Respondent's compliance with FIFRA.

17. Upon review of the information collected at the inspection and upon review of Respondent's website, https://www.fritzwellness.com, the EPA has reason to believe Respondent distributed or sold, and continues to distribute or sell unregistered and misbranded pesticides, specifically **Black Berkey Filters**, **Travel Berkey Water Filters**, **Big Berkey Water Filters**, **Royal Berkey Water Filters**, **Imperial Berkey Water Filters**, and **Crown Berkey Water Filters,** in violation of FIFRA.

3

18. The **Black Berkey Filter** product is a water filtration unit that is used in multiple products and may be purchased as part of those products or on its own.

19. **Berkey Black Filter** labeling includes the following language:
     "Black Berkey Purification Elements:
         VIRUSES: >99.999%
         PATHOGENIC BACTERIA (AND SURROGATES)
         >99.9999% -Exceeds Purification Standard (Log 6): Bacillius atrophaeus
         (Anthrax Surrogate)".

20. **Travel Berkey Water Filters, Big Berkey Water Filters, Royal Berkey Water Filters, Imperial Berkey Water Filters, and Crown Berkey Water Filters,** are sold with **Black Berkey Filters** inserted in the apparatus and will be referenced as "**Black Berkey Filter Products.**"

21. At the Facility, the EPA observed that Respondent had **Black Berkey Filter Products** being held for distribution or sale and being offered for sale.

22. The EPA observed the following statements regarding **Black Berkey Filter Products** on the website https://www.fritzwellness.com/water:

    a. "Berkey water filters offer amazing filtration capabilities at an affordable price, and the best part is that the filters do not remove the important minerals that your body needs. Stop in our office to see the different sizes available and determine which size would best fit your family."
    b. "Black Berkey® Purification Elements are black filters that sit in the top chamber of a Berkey® System. Simply pour untreated water into the system's top chamber, and the water is purified as gravity pulls it through the Black Berkey® Purification Elements into the bottom chamber where it is easily dispensed through a handy spigot."
    c. "THE GOLD STANDARD IN WATER PURIFICATION
    Black Berkey® Purification Elements classified as water purifiers because they reduce or remove up to 99.9999999% of pathogenic bacteria and up to 99.999% of viruses, which greatly exceeds the standard."
    d. "They remove or greatly reduce contaminants like viruses, bacteria, pesticides, PFCs, pharmaceuticals, heavy metals like lead and even radiologicals."
    e. "Berkey Systems. New Millennium Concepts Ltd. Authorized Dealer."

23. The EPA observed the following statements regarding **Black Berkey Filter Products** on the site https://www.berkeyfilters.com/products/black-berkey-filter:

    a. "Composition[:] Black Berkey Filters are made of a carbon composite containing high-grade coconut shell carbon combined with a proprietary blend of 5 other types of media."
    b. "Our Black Berkey® Filters (sometimes called Black Berkey Elements) are world famous for good reasons. Read below to learn how the Black Berkey® Filters used in all of our systems make purified water. It's a more encompassing level of H20 filtration!"
    c. "The Black Berkey Filters used in all of our systems take water filtration to a whole new level! During testing conducted by independent, EPA-approved laboratories, the Black Berkey Filters

4

removed a long list of water contaminants with never-before-seen results and significantly raised the standard for the water filter industry."

d. "A pair of Black Berkey Filters comes standard in all of Berkey Water Filter Systems, including the Big Berkey."

e. "When drinking water that's been filtered using a Black Berkey Filter, you can rest assured that your water is clean and safe for consumption. In fact, Black Berkey purification elements are far more powerful compared to competitors' water filters."

f. "We tested the filters with more than 10,000 times the concentration of harmful pathogens per liter of water than is required by industry-standard test protocols. This concentration of pathogens is so high that the water exiting the filters should be expected to contain a concentration of 100,000 or more pathogens per liter (99.99% reduction — the requirement in order to be classified for pathogenic removal)."

g. "Incredibly, Black Berkey water filter elements removed 100% of the pathogens."

h. "After using the Black Berkey Filters, absolutely no pathogens were found in the effluent or were able to be detected. This set a new standard, allowing us to classify all systems containing the Black Berkey Filters as purifiers."

24. The EPA observed the following statements regarding **Black Berkey Filter Products** on the site https://berkey-store.com/en/faq/faq-water-filter-black-berkey/faq-silver-black-berkey-water-filter.html:

> "Yes, silver is used as an antimicrobial to self-sterilize the Black Berkey® elements. Testing was conducted both internally and by Analytical Services, Inc. to ensure that the silver used does not leach into the purified water."

25. These claims indicate that **Black Berkey Filter Products** are substances or mixtures of substances intended for preventing, destroying, repelling, or mitigating any pest, and thus, are pesticides pursuant to section 2(u) of FIFRA, 7 U.S.C. § 136(u).

26. None of the **Black Berkey Filter Products** are registered with the EPA.

27. None of the **Black Berkey Filter Product** labels bear a registration number assigned under FIFRA section 7 to the establishment in which the products were produced, making them misbranded pursuant to section 2(q) of FIFRA, 7 U.S.C. § 136(q).

28. EPA has reason to believe Respondent distributed or sold, and continues to distribute or sell, the unregistered pesticides, **Black Berkey Filter Products,** in violation of section 12(a)(1)(A) of FIFRA, 7 U.S.C. § 136j(a)(1)(A).

29. EPA has reason to believe Respondent distributed or sold, and continues to distribute or sell, the misbranded pesticides **Black Berkey Filter Products** in violation of section 12(a)(1)(E) of FIFRA, 7 U.S.C. § 136j(a)(1)(E).

5

# IV.    ORDER

30. Pursuant to the authority of section 13(a) of FIFRA, 7 U.S.C. § 136k(a), EPA hereby orders Respondent to immediately cease the sale, use, or removal of all **Black Berkey Filters, Travel Berkey Water Filters, Big Berkey Water Filters, Royal Berkey Water Filters, Imperial Berkey Water Filters, Crown Berkey Water Filters** units ("**Subject Products**") under its ownership, control, or custody, wherever such products are located, except in accordance with the provisions of this Order.

31. The **Subject Products** shall not be sold, offered for sale, held for sale, shipped, delivered for shipment, received; or, having been so received, delivered, offered for delivery, moved, or removed, for any reason, other than in accordance with the provisions of this Order and any provisions of any written modifications to this Order.

32. Should Respondent seek an exception to this Order's prohibitions, Respondent may request authorization from EPA by submitting a request in accordance with the following:

   a) Requests must be made in writing by electronic mail to Christine Tokarz, Enforcement and Compliance Assurance Division, United States Environmental Protection Agency, at tokarz.christine@epa.gov.

   b) Any request for movement or removal must include a written accounting of the products to be moved, including the quantity (type, number, and volume of containers) to be moved, the address of the facility from which the products will be moved, the address of the destination facility, and an explanation of the reasons for the request.

   c) If the movement or removal is for the purposes of disposal, Respondent must provide written proof of disposal to EPA, including proof of compliance with all applicable federal, state, and local laws.

   d) Any movement or removal of any **Subject Products** made without prior written authorization from EPA in accordance with this paragraph constitutes a violation of this Order and the distribution or sale of an unregistered and misbranded pesticide in violation of FIFRA.

33. Within 30 days of receipt of this Order, Respondent must submit to EPA a written accounting of the **Subject Products** under its ownership, custody or control. The accounting must be submitted to Christine Tokarz, at the email address above, and must include the following:

   a) An accounting of all existing **Subject Product** inventory at any of Respondent's facilities or warehouses, including the location(s) where the products are held, quantities, and container sizes.

   b) A list of each shipment of the **Subject Products** en route to any of Respondent's establishments from any person on or after the date of this Order. The list shall include the quantities being shipped, including number and types of containers,

6

and amount held by each type of container, the name and address or addresses from which the shipment was shipped and the destination establishment(s).

c) A list of each shipment of **Subject Products** en route from any of Respondent's establishments to any person on or after the date of this Order. The list shall include the quantities being shipped, including number and types of containers, and amounts held by each type of container, the establishment from which the shipment was shipped and the destination establishment(s).

34. Respondent must provide EPA with an updated accounting at least every 30 days thereafter until Respondent no longer has any **Subject Products** in its ownership, custody, or control.

35. The information requested herein must be provided whether Respondent regards part or all of it as a trade secret or confidential business information. Respondent is entitled to assert a claim of business confidentiality in accordance with the regulations at 40 C.F.R. § 2.203(b) by labeling such information at the time it is submitted to EPA as "trade secret" or "proprietary" or "company confidential" or other suitable notice. Information subject to a properly made claim of business confidentiality will be disclosed by EPA to the public only in accordance with the procedures set forth at 40 C.F.R. part 2, subpart B. If Respondent does not make a proper claim at the time that it submits the information in the manner described in 40 C.F.R. § 2.203(b), EPA may make this information available to the public without further notice to Respondent.

## V. <u>OTHER MATTERS</u>

36. Respondent may seek federal judicial review of this Order pursuant to section 16 of FIFRA, 7 U.S.C. § 136n.

37. The issuance of this Order shall not constitute a waiver by EPA of its remedies, either judicial or administrative, under FIFRA or any other federal environmental law to address this matter or any other matters or unlawful acts not specified in this Order.

38. This Order shall be effective immediately upon receipt by Respondent or any of Respondent's agents.

39. Section 12(a)(2)(I) of FIFRA, 7 U.S.C. § 136j(a)(2)(I), provides that it shall be unlawful for any person to violate any order issued under section 13 of FIFRA.

40. Violation of this Order may result in the imposition of civil or criminal penalties as prescribed by Section 14 of FIFRA, 7 U.S.C. § 136l.

41. This Order shall remain in effect unless and until revoked, terminated, suspended, or modified in writing by EPA.

42. If any provision of this Order is subsequently held to be invalid, illegal, or unenforceable, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired thereby and they shall remain in full force and effect.

**UNITED STATES**
**ENVIRONMENTAL PROTECTION AGENCY REGION 8**


Date: _____     By: _____

DAVID COBB

Digitally signed by
DAVID COBB
Date: 2023.03.03
16:48:00 -07'00'

David Cobb, Section Supervisor
Toxics and Pesticides Enforcement Section
Enforcement and Compliance Assurance Division

8

3/6/2023

7:00am

Received by
EPA Region VIII
Hearing Clerk

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8

| | |
|---|---|
| IN THE MATTER OF: ) | Docket No. FIFRA-08-2023-0014 |
| ) | |
| **Eden Valley Farms LLC** ) | FIFRA SECTION 13(a) |
| ) | |
| 1145 North State Street ) | STOP SALE, USE, or |
| Orem, Utah 84057 ) | REMOVAL ORDER |
| ) | |
| Respondent. ) | |
| ) | |
| ) | |
| ) | |

## I.   **AUTHORITY**

1. This Stop Sale, Use, or Removal Order (Order) is issued pursuant to the authority vested in the Administrator of the United States Environmental Protection Agency by section 13(a) of the Federal Insecticide, Fungicide, and Rodenticide Act, as amended (FIFRA), 7 U.S.C. § 136k(a), which authorizes the Administrator of EPA to issue an order prohibiting the sale, use, or removal of any pesticide or device by any person who owns, controls, or has custody of such pesticide or device whenever there is reason to believe that the pesticide or device is in violation of any provision of FIFRA or the pesticide or device has been or is intended to be distributed or sold in violation of any provision of FIFRA.

2. The undersigned EPA official has been duly authorized to issue this Order.

## II.   **GOVERNING LAW**

3. Section 12(a)(1)(A) of FIFRA, 7 U.S.C. § 136j(a)(1)(A), provides that it shall be unlawful for any person in any state to distribute or sell to any person any pesticide that is not registered under section 3 of FIFRA, 7 U.S.C. § 136a.

4. Section 12(a)(1)(E) of FIFRA, 7 U.S.C. § 136j(a)(1)(E), provides that it shall be unlawful for any person in any state to distribute or sell to any person any pesticide that is misbranded.

5. Section 2(s) of FIFRA, 7 U.S.C. § 136(s), defines a "person" as "any individual, partnership, association, corporation, or any organized group of persons whether incorporated or not."

6. Section 2(t) of FIFRA, 7 U.S.C. § 136(t), defines "pest," in part, as any "form of terrestrial or aquatic plant or animal life or virus, bacteria, or other microorganism (except viruses, bacteria, or other microorganisms on or in living man or other living animals) which the Administrator declares to be a pest under section 25(c)(1)."

7. Pursuant to the authority in section 25(c)(1) of FIFRA, 7 U.S.C. § 136w(c)(1), the Administrator established that "an organism is declared to be a pest under circumstances that make it deleterious to

man or the environment, if it is: . . . [a]ny fungus, bacterium, virus, prion, or other microorganism, except for those on or in living man or other living animals and those on or in processed food or processed animal feed, beverages, drugs … and cosmetics . . . ." 40 C.F.R. § 152.5(d).

8.  Section 2(h) of FIFRA, 7 U.S.C. § 136(u), defines "pesticide" as "(1) any substance or mixture of substances intended for preventing, destroying, repelling, or mitigating any pest, (2) any substance or mixture of substances intended for use as a plant regulator, defoliant, or desiccant, and (3) any nitrogen stabilizer…."

9.  Section 2(gg) of FIFRA, 7 U.S.C. § 136(gg), defines "to distribute or sell" as "to distribute, sell, offer for sale, hold for sale, hold for distribution, hold for shipment, ship, deliver for shipment, release for shipment, or receive and (having so received) deliver or offer to deliver."

10. The regulation at 40 C.F.R. § 152.3 further defines the term "distribute or sell" as "the acts of distributing, selling, offering for sale, holding for sale, shipping, holding for shipment, delivering for shipment, or receiving and (having so received) delivering or offering to deliver, or releasing for shipment to any person in any state."

11. Section 2(p) of FIFRA, 7 U.S.C. § 136(p), defines "label" as "the written, printed, or graphic matter on, or attached to, the pesticide or device or any of its containers or wrappers" and defines "labeling" in part, as "all labels and all other written, printed, or graphic matter (A) accompanying the pesticide or device at any time; or (B) to which reference is made on the label or in literature accompanying the pesticide."

12. Section 2(q)(1) of FIFRA, 7 U.S.C. § 136(q)(1), provides that, among other reasons, a pesticide is misbranded if:

(A) its labeling bears any statement, design, or graphic representation relative thereto or to its ingredients which is false and misleading in any particular;

(B) it is contained in a package or other container or wrapping which does not conform to the standards established by the Administrator pursuant to section 136w(c)(3) of this title;

(C) it is an imitation of, or is offered under the name of, another pesticide;

(D) its label does not bear the registration number assigned under section 136e of this title [FIFRA section 7] to each establishment in which it was produced;

(E) any word, statement, or other information required by or under authority of this subchapter to appear on the label or labeling is not prominently placed thereon with such conspicuousness (as compared with other words, statements, designs, or graphic matter in the labeling) and in such terms as to render it likely to be read and understood by the ordinary individual under customary conditions of purchase and use;

(F) the labeling accompanying it does not contain directions for use which are necessary for effecting the purpose for which the product is intended and if complied with, together with any requirements imposed under section 136a(d) of this title [FIFRA section 3(d)], are adequate to protect health and the environment; [or]

2

(G) the label does not contain a warning or caution statement which may be necessary and if complied with, together with any requirements imposed under section 136a(d) of this title [FIFRA section 3(d)], is adequate to protect health and the environment[.]

13. Section 2(q)(2) of FIFRA, 7 U.S.C. § 136(q)(2), provides that, among other reasons, a pesticide is misbranded if:

(C) there is not affixed to its container, and to the outside container or wrapper of the retail package, if there be one, through which the required information on the immediate container cannot clearly be read, a label bearing—
(i) the name and address of the producer, registrant, or other person for whom produced;
(ii) the name, brand, or trademark under which the pesticide is sold;
(iii) the net weight or measure of the content, except that the Administrator may permit reasonable variations; and
(iv) when required by regulation of the Administrator to effectuate the purposes of this subchapter, the registration number assigned to the pesticide under this subchapter, and the use classification[.]

14. FIFRA's labeling requirements at 40 C.F.R. part 156 require that labels for pesticide products must contain several pieces of information, including the producing establishment number, hazard and precautionary statement, and directions for use. 40 C.F.R. § 156.10(a).

## III.    BASIS FOR THE ORDER

15. Respondent, Eden Valley Farms LLC, is a limited liability company organized under the laws of the State of Utah and is therefore a "person" as that term is defined by section 2(s) of FIFRA, 7 U.S.C. § 136(s), subject to FIFRA and its implementing regulations.

16. On January 30, 2023, a representative of the EPA investigated Respondent's website, https://edenvalleyfood.com/.

17. Upon review of the information on the website, the EPA has reason to believe Respondent distributed or sold, and continues to distribute or sell unregistered and misbranded pesticides, specifically **Black Berkey Filters**, **Big Berkey Water Filters, Royal Berkey Water Filters, Imperial Berkey Water Filters, Crown Berkey Water Filters, and Berkey Light Water Filters** in violation of FIFRA.

18. Upon review of the information on the website, the EPA has reason to believe Respondent distributed or sold, and continues to distribute or sell unregistered pesticide, **Nano Silver – Family Sized 16oz (57PPM)** in violation of FIFRA.

### A.    Black Berkey Filters and Products Sold with Black Berkey Filters (Big Berkey Water Filters, Royal Berkey Water Filters, Imperial Berkey Water Filters, Crown Berkey Water Filters, and Berkey Light Water Filters)

19. The **Black Berkey Filter** product is a water filtration unit that is used in multiple products and may be purchased as part of those products or on its own.

3

20. The **Black Berkey Filter** labeling includes the following language:
   "Black Berkey Purification Elements:
   VIRUSES: >99.999%
   PATHOGENIC BACTERIA (AND SURROGATES)
   >99.9999% -Exceeds Purification Standard (Log 6): Bacillius atrophaeus
   (Anthrax Surrogate)".

21. **Travel Berkey Water Filters**, **Big Berkey Water Filters**, **Royal Berkey Water Filters**, **Imperial Berkey Water Filters**, **Crown Berkey Water Filters** and **Berkey Light Water Filters** are sold with **Black Berkey Filters** inserted in the apparatus and will be referenced as "**Black Berkey Filter Products**".

22. The EPA observed the **Black Berkey Filter Products** available for purchase online at: https://edenvalleyfood.com/water-purification-products/.

23. The EPA observed the following statements regarding **Black Berkey Filter Products** on the site, https://edenvalleyfood.com/berkey-water-filter/:

   a. "The last thing you need to be worrying about during an emergency is whether your bottled water is contaminated with chemicals or bacteria. Berkey Water Filters get rid of all those concerns for you."
   b. "The Berkey Water filter system is simply the most efficient water filtration system available in the world right now. It is so powerful it is classified as a water purifier rather than a water filter."
   c. "The filter has micropores through which the water passes, leaving any bacteria, sediment, or harmful chemicals trapped within the filter. The material it is made of has ion exchange and adsorption properties which keep that waste from passing on to your drinking water."
   d. "Again, Berkey is classified as a water purifier, which means it removes 99.9999999% of pathogenic bacteria and 99.999% of viruses from water. It really doesn't get any cleaner than that."

24. The EPA observed the following statements regarding **Black Berkey Filter Products** on the site, https://www.berkeyfilters.com/products/black-berkey-filter:

   a. "Composition[:] Black Berkey Filters are made of a carbon composite containing high-grade coconut shell carbon combined with a proprietary blend of 5 other types of media."
   b. "Our Black Berkey® Filters (sometimes called Black Berkey Elements) are world famous for good reasons. Read below to learn how the Black Berkey® Filters used in all of our systems make purified water. It's a more encompassing level of H20 filtration!"
   c. "The Black Berkey Filters used in all of our systems take water filtration to a whole new level! During testing conducted by independent, EPA-approved laboratories, the Black Berkey Filters removed a long list of water contaminants with never-before-seen results and significantly raised the standard for the water filter industry."
   d. "A pair of Black Berkey Filters comes standard in all of Berkey Water Filter Systems, including the Big Berkey."

4

e. "When drinking water that's been filtered using a Black Berkey Filter, you can rest assured that your water is clean and safe for consumption. In fact, Black Berkey purification elements are far more powerful compared to competitors' water filters."

f. "We tested the filters with more than 10,000 times the concentration of harmful pathogens per liter of water than is required by industry-standard test protocols. This concentration of pathogens is so high that the water exiting the filters should be expected to contain a concentration of 100,000 or more pathogens per liter (99.99% reduction — the requirement in order to be classified for pathogenic removal)."

g. "Incredibly, Black Berkey water filter elements removed 100% of the pathogens."

h. "After using the Black Berkey Filters, absolutely no pathogens were found in the effluent or were able to be detected. This set a new standard, allowing us to classify all systems containing the Black Berkey Filters as purifiers."

25. The EPA observed the following statements regarding **Black Berkey Filter Products** on the site, https://berkey-store.com/en/faq/faq-water-filter-black-berkey/faq-silver-black-berkey-water-filter.html:

> "Yes, silver is used as an antimicrobial to self-sterilize the Black Berkey® elements. Testing was conducted both internally and by Analytical Services, Inc. to ensure that the silver used does not leach into the purified water."

26. These claims indicate that **Black Berkey Filter Products** are substances or mixtures of substances intended for preventing, destroying, repelling, or mitigating any pest, and thus, pesticides pursuant to section 2(h) of FIFRA, 7 U.S.C. § 136(u).

27. None of the **Black Berkey Filter Products** are registered with the EPA.

28. None of the **Black Berkey Filter Product** labels bear a registration number assigned under FIFRA section 7 to the establishment in which the products were produced, making them misbranded pursuant to section 2(q)(1)(D) of FIFRA, 7 U.S.C. § 136(q)(1)(D).

29. Based on the above, EPA has reason to believe Respondent distributed or sold, and intends to continue to distribute or sell, the unregistered pesticides, **Black Berkey Filter Products,** in violation of section 12(a)(1)(A) of FIFRA, 7 U.S.C. § 136j(a)(1)(A).

30. Based on the above, EPA has reason to believe Respondent distributed or sold, and intends to continue to distribute or sell, the misbranded pesticides, **Black Berkey Filter Products,** in violation of section 12(a)(1)(E) of FIFRA, 7 U.S.C. § 136j(a)(1)(E).

### B.     Nano Silver – Family Sized 16oz (57PPM)

31. The EPA observed the **Nano Silver – Family Sized 16oz (57PPM)** products available to purchase online at https://edenvalleyfood.com/product/nano-silver-family-sized-16oz-57ppm/.

32. The EPA observed the following statements regarding the **Nano Silver – Family Sized 16oz (57PPM)** on the site, https://edenvalleyfood.com/product/nano-silver-family-sized-16oz-57ppm/:

5

a. "Eden Valley Farms Nano Silver is 6X more POWERFUL than any other Nano Silver you'll find. With our proprietary methods of infusing our solution with Silver, this is the most effective Nano Silver you've ever used."
b. "Our Nano Silver will kill over 600 bacteria, viruses and fungi on contact."
c. "Kills bacteria and fungi on all kinds of surfaces."
d. "Use in the Kitchen, Bathroom, or anywhere that needs disinfecting."
e. "Also for emergency water purification, just use 4-5 drops per quart of water, or 2.5oz per 50 gallons. Let stand for 20 minutes."

33. These claims indicate that **Nano Silver – Family Sized 16oz (57PPM)** is a substance or mixture of substances intended for preventing, destroying, repelling, or mitigating any pest, and thus a pesticide pursuant to section 2(h) of FIFRA, 7 U.S.C. § 136(u).

34. The **Nano Silver – Family Sized 16oz (57PPM)** label does not contain an EPA Registration Number or any other information regarding registration of the **Nano Silver – Family Sized 16oz (57PPM)** as a pesticide with the EPA.

35. The EPA has not registered the **Nano Silver – Family Sized 16oz (57PPM)**.

36. The **Nano Silver – Family Sized 16oz (57PPM)** label does not bear a registration number assigned under FIFRA section 7 to the establishment in which the products were produced.

37. Because of the lack of an EPA establishment registration number on the label, **Nano Silver – Family Sized 16oz (57PPM)** is misbranded pursuant to section 2(q)(1)(D) of FIFRA, 7 U.S.C. § 136(q)(1)(D).

38. Based on the above, the EPA has reason to believe Respondent distributed or sold, and intends to continue to distribute or sell, the unregistered pesticide, **Nano Silver – Family Sized 16oz (57PPM)**, in violation of section 12(a)(1)(A) of FIFRA, 7 U.S.C. § 136j(a)(1)(A).

## IV.    ORDER

39. Pursuant to the authority of section 13(a) of FIFRA, 7 U.S.C. § 136k(a), EPA hereby orders Respondent to immediately cease the sale, use, or removal of all **Black Berkey Filter Products,** and **Nano Silver – Family Sized 16oz (57PPM)** products (**Subject Products**) under its ownership, control, or custody, wherever such products are located, except in accordance with the provisions of this Order.

40. The **Subject Products** shall not be sold, offered for sale, held for sale, shipped, delivered for shipment, received; or, having been so received, delivered, offered for delivery, moved, or removed, for any reason, other than in accordance with the provisions of this Order and any provisions of any written modifications to this Order.

41. Should Respondent seek an exception to this Order's prohibitions, Respondent may request authorization from EPA by submitting a request in accordance with the following:

    a) Requests must be made in writing by electronic mail to Christine Tokarz, Enforcement and Compliance Assurance Division, United States Environmental Protection Agency, at tokarz.christine@epa.gov.

6

    b) Any request for movement or removal must include a written accounting of the products to be moved, including the quantity (type, number, and volume of containers) to be moved, the address of the facility from which the products will be moved, the address of the destination facility, and an explanation of the reasons for the request.

    c) If the movement or removal is for the purposes of disposal, Respondent must provide written proof of disposal to EPA, including proof of compliance with all applicable federal, state, and local laws.

    d) Any movement or removal of any **Subject Products** made without prior written authorization from EPA in accordance with this paragraph constitutes a violation of this Order and the distribution or sale of an unregistered and misbranded pesticide in violation of FIFRA.

42. Within 30 days of receipt of this Order, Respondent must submit to EPA a written accounting of the **Subject Products** under Respondent's ownership, custody or control. The accounting must be submitted to Christine Tokarz, at the e-mail address above, and must include the following:

    a) An accounting of all existing **Subject Product** inventory at any of Respondent's facilities or warehouses, including the location(s) where the products are held, quantities, and container sizes;

    b) A list of each shipment of the **Subject Products** en route to any of Respondent's establishments from any person on or after the date of this Order. The list shall include the quantities being shipped, including number and types of containers, and amount held by each type of container, the name and address or addresses from which the shipment was shipped and the destination establishment(s); and

    c) A list of each shipment of **Subject Products** en route from any of Respondent's establishments to any person on or after the date of this Order. The list shall include the quantities being shipped, including number and types of containers, and amounts held by each type of container, the establishment from which the shipment was shipped and the destination establishment(s).

43. Respondent must provide EPA with an updated accounting at least every 30 days thereafter until Respondent no longer has any **Subject Products** in its ownership, custody or control.

44. The information requested herein must be provided whether Respondent regards part or all of it as a trade secret or confidential business information. Respondent is entitled to assert a claim of business confidentiality in accordance with the regulations at 40 C.F.R. § 2.203(b) by labeling such information at the time it is submitted to EPA as "trade secret" or "proprietary" or "company confidential" or other suitable notice. Information subject to a properly made claim of business confidentiality will be disclosed by EPA to the public only in accordance with the procedures set forth at 40 C.F.R. part 2, subpart B. If Respondent does not make a proper claim at the time that it submits the information in the manner described in 40 C.F.R. § 2.203(b), EPA may make this information available to the public without further notice to Respondent.

7

# V.     OTHER MATTERS

45. Respondent may seek federal judicial review of this Order pursuant to section 16 of FIFRA, 7 U.S.C. § 136n.

46. The issuance of this Order shall not constitute a waiver by EPA of its remedies, either judicial or administrative, under FIFRA or any other federal environmental law to address this matter or any other matters or unlawful acts not specified in this Order.

47. This Order shall be effective immediately upon receipt by Respondent or any of Respondent's agents.

48. Section 12(a)(2)(I) of FIFRA, 7 U.S.C. § 136j(a)(2)(I), provides that it shall be unlawful for any person to violate any order issued under section 13 of FIFRA.

49. Violation of this Order may result in the imposition of civil or criminal penalties as prescribed by Section 14 of FIFRA, 7 U.S.C. § 136l.

50. This Order shall remain in effect unless and until revoked, terminated, suspended, or modified in writing by EPA.

51. If any provision of this Order is subsequently held to be invalid, illegal, or unenforceable, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired thereby and they shall remain in full force and effect.

8

**UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY REGION 8**

Date: _____    By: DAVID COBB    Digitally signed by DAVID COBB Date: 2023.03.03 16:44:01 -07'00'
David Cobb, Section Supervisor
Toxics and Pesticides Enforcement Section
Enforcement and Compliance Assurance Division

9

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) Docket No. FIFRA-08-2023-0017 |
| **Mountain Mama Natural Foods, Inc.** | ) |
| | ) FIFRA SECTION 13(a) |
| | ) |
| 1625 West Uintah Suite A | ) STOP SALE, USE, or |
| Colorado Springs, Colorado 80904 | ) REMOVAL ORDER |
| | ) |
| Respondent. | ) |
| | ) |
| | ) |
| | ) |

## I.    **AUTHORITY**

1. This Stop Sale, Use, or Removal Order (Order) is issued pursuant to the authority vested in the Administrator of the United States Environmental Protection Agency by section 13(a) of the Federal Insecticide, Fungicide, and Rodenticide Act, as amended (FIFRA), 7 U.S.C. § 136k(a), which authorizes the Administrator of EPA to issue an order prohibiting the sale, use, or removal of any pesticide or device by any person who owns, controls, or has custody of such pesticide or device whenever there is reason to believe that the pesticide or device is in violation of any provision of FIFRA or the pesticide or device has been or is intended to be distributed or sold in violation of any provision of FIFRA.

2. The undersigned EPA official has been duly authorized to issue this Order.

## II.    **GOVERNING LAW**

3. Section 12(a)(1)(A) of FIFRA, 7 U.S.C. § 136j(a)(1)(A), provides that it shall be unlawful for any person in any state to distribute or sell to any person any pesticide that is not registered under section 3 of FIFRA, 7 U.S.C. § 136a.

4. Section 12(a)(1)(E) of FIFRA, 7 U.S.C. § 136j(a)(1)(E), provides that it shall be unlawful for any person in any state to distribute or sell to any person any pesticide that is misbranded.

5. Section 2(s) of FIFRA, 7 U.S.C. § 136(s), defines a "person" as "any individual, partnership, association, corporation, or any organized group of persons whether incorporated or not."

6. Section 2(t) of FIFRA, 7 U.S.C. § 136(t), defines "pest," in part, as any "form of terrestrial or aquatic plant or animal life or virus, bacteria, or other microorganism (except viruses, bacteria, or other microorganisms on or in living man or other living animals) which the Administrator declares to be a pest under section 25(c)(1)."

7. Pursuant to the authority in section 25(c)(1) of FIFRA, 7 U.S.C. § 136w(c)(1), the Administrator established that "an organism is declared to be a pest under circumstances that make it deleterious to man or the environment, if it is: . . . [a]ny fungus, bacterium, virus, prion, or other microorganism, except for those on or in living man or other living animals and those on or in processed food or processed animal feed, beverages, drugs … and cosmetics . . . ." 40 C.F.R. § 152.5(d).

8. Section 2(u) of FIFRA, 7 U.S.C. § 136(u), defines "pesticide" as "(1) any substance or mixture of substances intended for preventing, destroying, repelling, or mitigating any pest, (2) any substance or mixture of substances intended for use as a plant regulator, defoliant, or desiccant, and (3) any nitrogen stabilizer…."

9. Section 2(gg) of FIFRA, 7 U.S.C. § 136(gg), defines "to distribute or sell" as "to distribute, sell, offer for sale, hold for distribution, hold for sale, hold for shipment, ship, deliver for shipment, release for shipment, or receive and (having so received) deliver or offer to deliver."

10. The regulation at 40 C.F.R. § 152.3 further defines the term "distribute or sell" as "the acts of distributing, selling, offering for sale, holding for sale, shipping, holding for shipment, delivering for shipment, or receiving and (having so received) delivering or offering to deliver, or releasing for shipment to any person in any state."

11. Section 2(p) of FIFRA, 7 U.S.C. § 136(p), defines "label" as "the written, printed, or graphic matter on, or attached to, the pesticide or device or any of its containers or wrappers" and defines "labeling" in part, as "all labels and all other written, printed, or graphic matter (A) accompanying the pesticide or device at any time; or (B) to which reference is made on the label or in literature accompanying the pesticide."

12. Section 2(q)(1) of FIFRA, 7 U.S.C. § 136(q)(1), provides that, among other reasons, a pesticide is misbranded if:

(A) its labeling bears any statement, design, or graphic representation relative thereto or to its ingredients which is false and misleading in any particular;

(B) it is contained in a package or other container or wrapping which does not conform to the standards established by the Administrator pursuant to section 136w(c)(3) of this title;

(C) it is an imitation of, or is offered under the name of, another pesticide;

(D) its label does not bear the registration number assigned under section 136e of this title [FIFRA section 7] to each establishment in which it was produced;

(E) any word, statement, or other information required by or under authority of this subchapter to appear on the label or labeling is not prominently placed thereon with such conspicuousness (as compared with other words, statements, designs, or graphic matter in the labeling) and in such terms as to render it likely to be read and understood by the ordinary individual under customary conditions of purchase and use;

2

(F) the labeling accompanying it does not contain directions for use which are necessary for effecting the purpose for which the product is intended and if complied with, together with any requirements imposed under section 136a(d) of this title [FIFRA section 3(d)], are adequate to protect health and the environment; or

(G) the label does not contain a warning or caution statement which may be necessary and if complied with, together with any requirements imposed under section 136a(d) of this title [FIFRA section 3(d)], is adequate to protect health and the environment.

13. Section 2(q)(2) of FIFRA, 7 U.S.C. § 136(q)(2), provides that, among other reasons, a pesticide is misbranded if

(C) there is not affixed to its container, and to the outside container or wrapper of the retail package, if there be one, through which the required information on the immediate container cannot clearly be read, a label bearing
    (i) the name and address of the producer, registrant, or other person for whom produced;
    (ii) the name, brand, or trademark under which the pesticide is sold;
    (iii) the net weight or measure of the content, except that the Administrator may permit reasonable variations; and
    (iv) when required by regulation of the Administrator to effectuate the purposes of this subchapter, the registration number assigned to the pesticide under this subchapter, and the use classification[.]

14. FIFRA's labeling requirements at 40 C.F.R. part 156 require that labels for pesticide products must contain several pieces of information, including the producing establishment number, hazard and precautionary statement, and directions for use. 40 C.F.R. § 156.10(a).

## III.    <u>BASIS FOR THE ORDER</u>

15. Respondent Mountain Mama Natural Foods, Inc. is a corporation organized under the laws of the state of Colorado and is therefore a "person" as that term is defined by section 2(s) of FIFRA, 7 U.S.C. § 136(s), subject to FIFRA and its implementing regulations.

16. On January 10, 2023, a representative of the EPA inspected Respondent's facility located at 1625 West Uintah Suite A, Colorado Springs, Colorado 80904 ("Facility"), to determine Respondent's compliance with FIFRA.

17. Upon review of the information collected at the inspection, the EPA has reason to believe Respondent distributed or sold and continues to distribute or sell unregistered and misbranded pesticides, specifically **Black Berkey Filters** and **Big Berkey Water Filters** in violation of FIFRA.

18. The **Black Berkey Filter** product is a water filtration unit that is used in multiple products and may be purchased as part of those products or on its own.

19. **Berkey Black Filter** labeling includes the following language:

3

> "Black Berkey Purification Elements:
> VIRUSES: >99.999%
> PATHOGENIC BACTERIA (AND SURROGATES)
> >99.9999% -Exceeds Purification Standard (Log 6): Bacillius atrophaeus
> (Anthrax Surrogate)".

20. At the inspection of Respondent's Facility, EPA observed **Big Berkey Water Filters** being sold with **Black Berkey Filters** taped to the top of the box and inserted in the apparatus and **Black Berkey Filters** sold separately. Together the **Big Berkey Water Filters** and the **Black Berkey Filters** will be referenced as "**Berkey Black Filter Products**".

21. At the Facility the EPA observed that Respondent had **Black Berkey Filter Products** being held for distribution or sale and being offered for sale.

22. The EPA observed the following statements regarding **Black Berkey Filter Products** on the site https://www.berkeyfilters.com/products/black-berkey-filter:

   a. "Composition[:] Black Berkey Filters are made of a carbon composite containing high-grade coconut shell carbon combined with a proprietary blend of 5 other types of media."
   b. "Our Black Berkey® Filters (sometimes called Black Berkey Elements) are world famous for good reasons. Read below to learn how the Black Berkey® Filters used in all of our systems make purified water. It's a more encompassing level of H20 filtration!"
   c. "The Black Berkey Filters used in all of our systems take water filtration to a whole new level! During testing conducted by independent, EPA-approved laboratories, the Black Berkey Filters removed a long list of water contaminants with never-before-seen results and significantly raised the standard for the water filter industry."
   d. "A pair of Black Berkey Filters comes standard in all of Berkey Water Filter Systems, including the Big Berkey."
   e. "When drinking water that's been filtered using a Black Berkey Filter, you can rest assured that your water is clean and safe for consumption. In fact, Black Berkey purification elements are far more powerful compared to competitors' water filters."
   f. "We tested the filters with more than 10,000 times the concentration of harmful pathogens per liter of water than is required by industry-standard test protocols. This concentration of pathogens is so high that the water exiting the filters should be expected to contain a concentration of 100,000 or more pathogens per liter (99.99% reduction — the requirement in order to be classified for pathogenic removal)."
   g. "Incredibly, Black Berkey water filter elements removed 100% of the pathogens."
   h. "After using the Black Berkey Filters, absolutely no pathogens were found in the effluent or were able to be detected. This set a new standard, allowing us to classify all systems containing the Black Berkey Filters as purifiers."

23. The EPA observed the following statements regarding **Black Berkey Filter Products** on the site https://berkey-store.com/en/faq/faq-water-filter-black-berkey/faq-silver-black-berkey-water-filter.html:

   a. "Yes, silver is used as an antimicrobial to self-sterilize the Black Berkey® elements."

4

b. "Testing was conducted both internally and by Analytical Services, Inc. to ensure that the silver used does not leach into the purified water."

24. These claims indicate that **Black Berkey Filter Products** are substances or mixtures of substances intended for preventing, destroying, repelling, or mitigating any pest, and thus, are pesticides pursuant to section 2(u) of FIFRA, 7 U.S.C. § 136(u).

25. None of the **Black Berkey Filter Products** are registered with the EPA.

26. None of the **Black Berkey Filter Product** labels bear a registration number assigned under FIFRA section 7 to the establishment in which the products were produced, making them misbranded pursuant to section 2(q)(1)(D) of FIFRA, 7 U.S.C. § 136(q)(1)(D).

27. EPA has reason to believe Respondent distributed or sold, and continues to distribute or sell, the unregistered pesticides **Black Berkey Filter Products** in violation of section 12(a)(1)(A) of FIFRA, 7 U.S.C. § 136j(a)(1)(A).

28. EPA has reason to believe Respondent distributed or sold, and continues to distribute or sell, the misbranded pesticides **Black Berkey Filter Products** in violation of section 12(a)(1)(E) of FIFRA, 7 U.S.C. § 136j(a)(1)(E).

# IV.    ORDER

29. Pursuant to the authority of section 13(a) of FIFRA, 7 U.S.C. § 136k(a), EPA hereby orders Respondent to immediately cease the sale, use, or removal of all **Black Berkey Filter Products** under its ownership, control, or custody, wherever such products are located, except in accordance with the provisions of this Order.

30. The **Black Berkey Filter Products** shall not be sold, offered for sale, held for sale, shipped, delivered for shipment, received; or, having been so received, delivered, offered for delivery, moved, or removed, for any reason, other than in accordance with the provisions of this Order and any provisions of any written modifications to this Order.

31. Should Respondent seek an exception to this Order's prohibitions, Respondent may request authorization from EPA by submitting a request in accordance with the following:

   a) Requests must be made in writing by electronic mail to Sherrie Kinard, Enforcement and Compliance Assurance Division, United States Environmental Protection Agency, at kinard.sherrie@epa.gov.

   b) Any request for movement or removal must include a written accounting of the products to be moved, including the quantity (type, number, and volume of containers) to be moved, the address of the facility from which the products will be moved, the address of the destination facility, and an explanation of the reasons for the request.

5

    c) If the movement or removal is for the purposes of disposal, Respondent must provide written proof of disposal to EPA, including proof of compliance with all applicable federal, state, and local laws.

    d) Any movement or removal of any **Black Berkey Filter Products** made without prior written authorization from EPA in accordance with this paragraph constitutes a violation of this Order and the distribution or sale of an unregistered and misbranded pesticide in violation of FIFRA.

32. Within 30 days of receipt of this Order, Respondent must submit to EPA a written accounting of the **Black Berkey Filter Products** under Respondent's ownership, custody or control. The accounting must be submitted to Sherrie Kinard, at the email address above, and must include the following information:

    a) an accounting of all existing **Black Berkey Filter Products** inventory at any of respondent's facilities or warehouses, including the location(s) where the products are held, quantities, and container sizes;

    b) a list of each shipment of the **Black Berkey Filter Products** en route to any of Respondent's establishments from any person on or after the date of this Order. The list shall include the quantities being shipped, including number and types of containers, and amount held by each type of container, the name and address or addresses from which the shipment was shipped and the destination establishment(s); and

    c) a list of each shipment of **Black Berkey Filter Products** en route from any of Respondent's establishments to any person on or after the date of this Order. The list shall include the quantities being shipped, including number and types of containers, and amounts held by each type of container, the establishment from which the shipment was shipped and the destination establishment(s).

33. Respondent must provide EPA with an updated accounting at least every 30 days thereafter until Respondent no longer has any **Black Berkey Filter Products** in its ownership, custody, or control.

34. The information requested herein must be provided whether Respondent regards part or all of it as a trade secret or confidential business information. Respondent is entitled to assert a claim of business confidentiality in accordance with the regulations at 40 C.F.R. § 2.203(b) by labeling such information at the time it is submitted to EPA as "trade secret" or "proprietary" or "company confidential" or other suitable notice. Information subject to a properly made claim of business confidentiality will be disclosed by EPA to the public only in accordance with the procedures set forth at 40 C.F.R. part 2, subpart B. If Respondent does not make a proper claim at the time that it submits the information in the manner described in 40 C.F.R. § 2.203(b), EPA may make this information available to the public without further notice to Respondent.

6

# V.     OTHER MATTERS

35.  Respondent may seek federal judicial review of this Order pursuant to section 16 of FIFRA, 7 U.S.C. § 136n.

36.  The issuance of this Order shall not constitute a waiver by EPA of its remedies, either judicial or administrative, under FIFRA or any other federal environmental law to address this matter or any other matters or unlawful acts not specified in this Order.

37.  This Order shall be effective immediately upon receipt by Respondent or any of Respondent's agents.

38.  Section 12(a)(2)(I) of FIFRA, 7 U.S.C. § 136j(a)(2)(I), provides that it shall be unlawful for any person to violate any order issued under section 13 of FIFRA.

39.  Violation of this Order may result in the imposition of civil or criminal penalties as prescribed by Section 14 of FIFRA, 7 U.S.C. § 136l.This Order shall remain in effect unless and until revoked, terminated, suspended, or modified in writing by EPA.

40.  If any provision of this Order is subsequently held to be invalid, illegal, or unenforceable, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired thereby and they shall remain in full force and effect.


**UNITED STATES**
**ENVIRONMENTAL PROTECTION AGENCY REGION 8**


Date:  _____     By:  DAVID COBB    Digitally signed by DAVID COBB Date: 2023.03.03 17:01:34 -07'00'

David Cobb, Section Supervisor
Toxics and Pesticides Enforcement Section
Enforcement and Compliance Assurance Division

7

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | Docket No. FIFRA-08-2023-0037 |
| **Good Earth Natural Foods Co.** | ) | |
| *South Dakota* | ) | FIFRA SECTION 13(a) |
| | ) | |
| 638 North Main Street | ) | STOP SALE, USE, or |
| Spearfish, South Dakota 57783 | ) | REMOVAL ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

## I.   <u>AUTHORITY</u>

1. This Stop Sale, Use, or Removal Order (Order) is issued pursuant to the authority vested in the Administrator of the United States Environmental Protection Agency by section 13(a) of the Federal Insecticide, Fungicide, and Rodenticide Act, as amended (FIFRA), 7 U.S.C. § 136k(a), which authorizes the Administrator of EPA to issue an order prohibiting the sale, use, or removal of any pesticide or device by any person who owns, controls, or has custody of such pesticide or device whenever there is reason to believe that the pesticide or device is in violation of any provision of FIFRA or the pesticide or device has been or is intended to be distributed or sold in violation of any provision of FIFRA.

2. The undersigned EPA official has been duly authorized to issue this Order.

## II.   <u>GOVERNING LAW</u>

3. Section 12(a)(1)(A) of FIFRA, 7 U.S.C. § 136j(a)(1)(A), provides that it shall be unlawful for any person in any state to distribute or sell to any person any pesticide that is not registered under section 3 of FIFRA, 7 U.S.C. § 136a.

4. Section 12(a)(1)(E) of FIFRA, 7 U.S.C. § 136j(a)(1)(E), provides that it shall be unlawful for any person in any state to distribute or sell to any person any pesticide that is misbranded.

5. Section 2(s) of FIFRA, 7 U.S.C. § 136(s), defines a "person" as "any individual, partnership, association, corporation, or any organized group of persons whether incorporated or not."

6. Section 2(t) of FIFRA, 7 U.S.C. § 136(t), defines "pest," in part, as any "form of terrestrial or aquatic plant or animal life or virus, bacteria, or other microorganism (except viruses, bacteria, or other microorganisms on or in living man or other living animals) which the Administrator declares to be a pest under section 25(c)(1)."

7. Pursuant to the authority in section 25(c)(1) of FIFRA, 7 U.S.C. § 136w(c)(1), the Administrator established that "an organism is declared to be a pest under circumstances that make it deleterious to man or the environment, if it is: . . . [a]ny fungus, bacterium, virus, prion, or other microorganism,

except for those on or in living man or other living animals and those on or in processed food or processed animal feed, beverages, drugs … and cosmetics . . . ." 40 C.F.R. § 152.5(d).

8. Section 2(u) of FIFRA, 7 U.S.C. § 136(u), defines "pesticide" as "(1) any substance or mixture of substances intended for preventing, destroying, repelling, or mitigating any pest, (2) any substance or mixture of substances intended for use as a plant regulator, defoliant, or desiccant, and (3) any nitrogen stabilizer…."

9. Section 2(gg) of FIFRA, 7 U.S.C. § 136(gg), defines "to distribute or sell" as "to distribute, sell, offer for sale, hold for distribution, hold for sale, hold for shipment, ship, deliver for shipment, release for shipment, or receive and (having so received) deliver or offer to deliver."

10. The regulation at 40 C.F.R. § 152.3 further defines the term "distribute or sell" as "the acts of distributing, selling, offering for sale, holding for sale, shipping, holding for shipment, delivering for shipment, or receiving and (having so received) delivering or offering to deliver, or releasing for shipment to any person in any state."

11. Section 2(p) of FIFRA, 7 U.S.C. § 136(p), defines "label" as "the written, printed, or graphic matter on, or attached to, the pesticide or device or any of its containers or wrappers" and defines "labeling" in part, as "all labels and all other written, printed, or graphic matter (A) accompanying the pesticide or device at any time; or (B) to which reference is made on the label or in literature accompanying the pesticide."

12. Section 2(q)(1) of FIFRA, 7 U.S.C. § 136(q)(1), provides that, among other reasons, a pesticide is misbranded if

(A) its labeling bears any statement, design, or graphic representation relative thereto or to its ingredients which is false and misleading in any particular;
(B) it is contained in a package or other container or wrapping which does not conform to the standards established by the Administrator pursuant to section 136w(c)(3) of this title;
(C) it is an imitation of, or is offered under the name of, another pesticide;
(D) its label does not bear the registration number assigned under section 136e of this title [FIFRA section 7] to each establishment in which it was produced;
(E) any word, statement, or other information required by or under authority of this subchapter to appear on the label or labeling is not prominently placed thereon with such conspicuousness (as compared with other words, statements, designs, or graphic matter in the labeling) and in such terms as to render it likely to be read and understood by the ordinary individual under customary conditions of purchase and use;
(F) the labeling accompanying it does not contain directions for use which are necessary for effecting the purpose for which the product is intended and if complied with, together with any requirements imposed under section 136a(d) of this title [FIFRA section 3(d)], are adequate to protect health and the environment; [or]
(G) the label does not contain a warning or caution statement which may be necessary and if complied with, together with any requirements imposed under section 136a(d) of this title [FIFRA section 3(d)], is adequate to protect health and the environment[.]

2

13. Section 2(q)(2) of FIFRA, 7 U.S.C. § 136(q)(2), provides that, among other reasons, a pesticide is misbranded if:

(C) there is not affixed to its container, and to the outside container or wrapper of the retail package, if there be one, through which the required information on the immediate container cannot clearly be read, a label bearing
      (i) the name and address of the producer, registrant, or other person for whom produced;
      (ii) the name, brand, or trademark under which the pesticide is sold;
      (iii) the net weight or measure of the content, except that the Administrator may permit reasonable variations; and
      (iv) when required by regulation of the Administrator to effectuate the purposes of this subchapter, the registration number assigned to the pesticide under this subchapter, and the use classification[.]

14. FIFRA's labeling requirements at 40 C.F.R. part 156 require that labels for pesticide products must contain several pieces of information, including the producing establishment number, hazard and precautionary statement, and directions for use. 40 C.F.R. § 156.10(a).

## III.   <u>BASIS FOR THE ORDER</u>

15. Respondent, Good Earth Natural Food Co. *South Dakota*, is a limited liability company organized under the laws of the state of South Dakota and is therefore a "person" as that term is defined by section 2(s) of FIFRA, 7 U.S.C. § 136(s), subject to FIFRA and its implementing regulations.

16. On February 1, 2023, a state representative of the South Dakota Department of Agriculture and Natural Resources (SDDANR) inspected Respondent's facility located at 638 North Main Street, Spearfish, South Dakota 57783, to determine Respondent's compliance with FIFRA.

17. Upon review of the information collected at the inspection, the EPA has reason to believe Respondent distributed or sold, and continues to distribute or sell, unregistered and misbranded pesticides, specifically **Black Berkey Filters**, **Travel Berkey Water Filters**, **Big Berkey Water Filters**, **Royal Berkey Water Filters**, **Imperial Berkey Water Filters**, and **Crown Berkey Water Filters,** in violation of FIFRA.

18. The **Black Berkey Filter** product is a water filtration unit that is used in multiple products and may be purchased as part of those products or on its own.

19. **Travel Berkey Water Filters, Big Berkey Water Filters, Royal Berkey Water Filters, Imperial Berkey Water Filters, and Crown Berkey Water Filters,** are sold with **Berkey Black Filters** inserted in the apparatus and will be referenced as "**Berkey Black Filter Products.**"

20. **Berkey Black Filter** labeling includes the following language:
"Black Berkey Purification Elements:
VIRUSES: >99.999%
PATHOGENIC BACTERIA (AND SURROGATES)

3

>99.9999% -Exceeds Purification Standard (Log 6): Bacillius atrophaeus (Anthrax Surrogate)".

21. The SDDANR representative observed that Respondent had **Berkey Black Filter Products** at its Facility being held for distribution or sale, and that it offers them for sale and distribution.

22. The SDDANR representative observed that the Respondent had the following statements regarding **Berkey Black Filter Products** displayed

a) "Berkey water filters keep the good minerals your body needs while removing: Pathogenic bacteria Parasites and cysts Chemicals such as chlorine, fluoride & Radon 22 Heavy metals (reduced up to 95%) We sell Berkey Water Filters in our household section"

b) "Berkey vs. Brita Water Filters Educating yourself about the limits and benefits of each product is essential for beign able to make a well-informed purchase. Berkey wants to help by giving valuable product comparison information to assist you as you look at a variety of filters. Berkey water filters are superior in construction, design and filtering ability, but don't just take our word for it. Let's see how Berkey stacks up against the competition."

c) "Maximum filtering capacity: The largest Berkey filter system, Crown Berkey, is capable of filtering six gallons of water at a time, while our travel model still is capable of filtering up to one and a half gallons of water at a time – which means you will always be able to get a substantial amount of clean, fresh, water to drink no matter where you go."

d) "Filter Replacement Cost Per Year: A good filtering system keeps costs down by maximizing the life of the filters so you don't have to keep replacing them. Even though Berkey systems have a higher initial cost to purchase the whole systems, you end up saving substantially throughout the life of the filters. A pair of Black Berkey Purification elements will last up to 6000 gallons. With the use of 3 gallons per day, you will be paying 2¢ per gallon over the lifespan.

e) "Filtering Capabilities: The most important question to consider when shopping for a water filter is what exactly does the filter you are considering remove? At Berkey, we are proud to say that our filters are capable of removing 100% pathogens from regular drinking water. That's right, there were no pathogen found in water filtered by Berkey filter. These filters were rigorously tested by state and EPA laboratories to confirm these results which were phenomenal."

f) "The Choice is Simple Brita water filter systems have been exceedingly popular for many years, but the numbers don't lie. Brita filters simply lack the quality and filtering capability necessary. Berkey filters are the winner hands down in quality, longevity, long term affordability, and filtering capability."

23. The EPA observed the following statements regarding **Berkey Black Filter Products** on the site https://www.berkeyfilters.com/products/black-berkey-filter:

a) "Composition[:] Black Berkey Filters are made of a carbon composite containing high-grade coconut shell carbon combined with a proprietary blend of 5 other types of media."

b) "Our Black Berkey® Filters (sometimes called Black Berkey Elements) are world famous for good reasons. Read below to learn how the Black Berkey® Filters used in all of our systems make purified water. It's a more encompassing level of H20 filtration!"

c) "The Black Berkey Filters used in all of our systems take water filtration to a whole new level! During testing conducted by independent, EPA-approved laboratories, the Black Berkey Filters removed a

4

long list of water contaminants with never-before-seen results and significantly raised the standard for the water filter industry."

d) "A pair of Black Berkey Filters comes standard in all of Berkey Water Filter Systems, including the Big Berkey."

e) "When drinking water that's been filtered using a Black Berkey Filter, you can rest assured that your water is clean and safe for consumption. In fact, Black Berkey purification elements are far more powerful compared to competitors' water filters."

f) "We tested the filters with more than 10,000 times the concentration of harmful pathogens per liter of water than is required by industry-standard test protocols. This concentration of pathogens is so high that the water exiting the filters should be expected to contain a concentration of 100,000 or more pathogens per liter (99.99% reduction — the requirement in order to be classified for pathogenic removal)."

g) "Incredibly, Black Berkey water filter elements removed 100% of the pathogens."

h) "After using the Black Berkey Filters, absolutely no pathogens were found in the effluent or were able to be detected. This set a new standard, allowing us to classify all systems containing the Black Berkey Filters as purifiers."

24. The EPA observed the following statements regarding **Berkey Black Filter Products** on the site https://berkey-store.com/en/faq/faq-water-filter-black-berkey/faq-silver-black-berkey-water-filter.html:

"Yes, silver is used as an antimicrobial to self-sterilize the Black Berkey® elements. Testing was conducted both internally and by Analytical Services, Inc. to ensure that the silver used does not leach into the purified water."

25. These claims indicate that **Berkey Black Filter Products** are substances or mixtures of substances intended for preventing, destroying, repelling, or mitigating any pest, and thus, are pesticides pursuant to section 2(u) of FIFRA, 7 U.S.C. § 136(u).

26. None of the **Berkey Black Filter Products** are registered with the EPA.

27. None of the **Berkey Black Filter Product** labels bear a registration number assigned under FIFRA section 7 to the establishment in which the products were produced, making them misbranded pursuant to section 2(q) of FIFRA, 7 U.S.C. § 136(q).

28. Respondent distributed or sold, and continues to distribute or sell, the unregistered pesticides, **Berkey Black Filter Products,** in violation of section 12(a)(1)(A) of FIFRA, 7 U.S.C. § 136j(a)(1)(A).

29. Respondent distributed or sold, and continues to distribute or sell, the misbranded pesticides **Berkey Black Filter Products** in violation of section 12(a)(1)(E) of FIFRA, 7 U.S.C. § 136j(a)(1)(E).

## IV.  **ORDER**

30. Pursuant to the authority of section 13(a) of FIFRA, 7 U.S.C. § 136k(a), EPA hereby orders Respondent to immediately cease the sale, use, or removal of all **Black Berkey Filters, Travel Berkey Water Filters, Big Berkey Water Filters, Royal Berkey Water Filters, Imperial Berkey Water**

**Filters, Crown Berkey Water Filters** units ("**Subject Products**") under its ownership, control, or custody, wherever such products are located, except in accordance with the provisions of this Order.

31. The **Subject Products** shall not be sold, offered for sale, held for sale, shipped, delivered for shipment, received; or, having been so received, delivered, offered for delivery, moved, or removed, for any reason, other than in accordance with the provisions of this Order and any provisions of any written modifications to this Order.

32. Should Respondent seek an exception to this Order's prohibitions, Respondent may submit a request to EPA, in accordance with the following:

a) Requests must be made in writing by electronic mail to Devin Donaldson, Enforcement and Compliance Assurance Division, United States Environmental Protection Agency, at donaldson.devin@epa.gov.

b) Any request for movement or removal must include a written accounting of the products to be moved, including the quantity (type, number, and volume of containers) to be moved, the address of the facility from which the products will be moved, the address of the destination facility, and an explanation of the reasons for the request.

c) If the movement or removal is for the purposes of disposal, Respondent must provide written proof of disposal to EPA, including proof of compliance with all applicable federal, state, and local laws.

d) Any movement or removal of any **Subject Products** made without prior written authorization from EPA in accordance with this paragraph constitutes a violation of this Order and the distribution or sale of an unregistered and misbranded pesticide in violation of FIFRA.

33. Within 30 days of receipt of this Order, Respondent must submit to EPA a written accounting of the **Subject Products** subject to this Order. The accounting must be submitted to Christine Tokarz, at the email address above, and must include the following:

a) The complete list of media used in the composition of **Black Berkey Filters.**

b) An accounting of all existing product inventory at any of Respondent's facilities or warehouses, including the location(s) where the products are held, quantities, and container sizes.

c) A list of each shipment of the **Subject Products** en route to any of Respondent's establishments from any person on or after the date of this Order. The list shall include the quantities being shipped, including number and types of containers, and amount held by each type of container, the name and address or addresses from which the shipment was shipped and the destination establishment(s).

d) A list of each shipment of **Subject Products** en route from any of Respondent's establishments to any person on or after the date of this Order. The list shall include the quantities being shipped, including number and types of containers, and amounts held by each type of container, the establishment from which the shipment was shipped and the destination establishment(s).

34. Respondent must provide EPA with an updated accounting at least every 30 days thereafter until Respondent no longer has any **Subject Products** in its ownership, custody, or control.

35. The information requested herein must be provided whether Respondent regards part or all of it as a trade secret or confidential business information. Respondent is entitled to assert a claim of business confidentiality in accordance with the regulations at 40 C.F.R. § 2.203(b) by labeling such information

6

at the time it is submitted to EPA as "trade secret" or "proprietary" or "company confidential" or other suitable notice. Information subject to a properly made claim of business confidentiality will be disclosed by EPA to the public only in accordance with the procedures set forth at 40 C.F.R. part 2, subpart B. If Respondent does not make a proper claim at the time that it submits the information in the manner described in 40 C.F.R. § 2.203(b), EPA may make this information available to the public without further notice to Respondent.

## V. OTHER MATTERS

36. Respondent may seek federal judicial review of this Order pursuant to section 16 of FIFRA, 7 U.S.C. § 136n.

37. The issuance of this Order shall not constitute a waiver by EPA of its remedies, either judicial or administrative, under FIFRA or any other federal environmental law to address this matter or any other matters or unlawful acts not specified in this Order.

38. This Order shall be effective immediately upon receipt by Respondent or any of Respondent's agents.

39. Section 12(a)(2)(I) of FIFRA, 7 U.S.C. § 136j(a)(2)(I), provides that it shall be unlawful for any person to violate any order issued under section 13 of FIFRA.

40. This Order shall remain in effect unless and until revoked, terminated, suspended, or modified in writing by EPA.

41. If any provision of this Order is subsequently held to be invalid, illegal, or unenforceable, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired thereby and they shall remain in full force and effect.

7

**UNITED STATES**
**ENVIRONMENTAL PROTECTION AGENCY REGION 8**

Date: _____  By: DAVID COBB    Digitally signed by
DAVID COBB
Date: 2023.04.26
13:13:16 -06'00'

David Cobb, Section Supervisor
Toxics and Pesticides Enforcement Section
Enforcement and Compliance Assurance Division

8

5/8/2023

4:42 PM

Received by
EPA Region VIII
Hearing Clerk

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Docket No. FIFRA-08-2023-0038 |
| **Berkey International LLC** ) | |
| ) | FIFRA SECTION 13(a) |
| Royal Industrial Park, B-2 ) | |
| 869 Km 1.5, Barrio Palmas ) | STOP SALE, USE, or |
| Catano, Puerto Rico 00962 ) | REMOVAL ORDER |
| ) | |
| PO Box 2206, ) | |
| Orocovis, Puerto Rico 00720 ) | |
| ) | |
| Respondent. ) | |

## I.   **AUTHORITY**

1. This Stop Sale, Use, or Removal Order (Order) is issued pursuant to the authority vested in the Administrator of the United States Environmental Protection Agency by section 13(a) of the Federal Insecticide, Fungicide, and Rodenticide Act, as amended (FIFRA), 7 U.S.C. § 136k(a), which authorizes the Administrator of EPA to issue an order prohibiting the sale, use, or removal of any pesticide or device by any person who owns, controls, or has custody of such pesticide or device whenever there is reason to believe that the pesticide or device is in violation of any provision of FIFRA or the pesticide or device has been or is intended to be distributed or sold in violation of any provision of FIFRA.

2. The undersigned EPA official has been duly authorized to issue this Order.

## II.   **GOVERNING LAW**

3. Section 12(a)(1)(A) of FIFRA, 7 U.S.C. § 136j(a)(1)(A), provides that it shall be unlawful for any person in any state to distribute or sell to any person any pesticide that is not registered under section 3 of FIFRA, 7 U.S.C. § 136a.

4. Section 12(a)(1)(E) of FIFRA, 7 U.S.C. § 136j(a)(1)(E), provides that it shall be unlawful for any person in any state to distribute or sell to any person any pesticide that is misbranded.

5. Section 2(s) of FIFRA, 7 U.S.C. § 136(s), defines a "person" as "any individual, partnership, association, corporation, or any organized group of persons whether incorporated or not."

6. Section 2(t) of FIFRA, 7 U.S.C. § 136(t), defines "pest," in part, as any "form of terrestrial or aquatic plant or animal life or virus, bacteria, or other microorganism (except viruses, bacteria, or other microorganisms on or in living man or other living animals) which the Administrator declares to be a pest under section 25(c)(1)."

7. Pursuant to the authority in section 25(c)(1) of FIFRA, 7 U.S.C. § 136w(c)(1), the Administrator established that "an organism is declared to be a pest under circumstances that make it deleterious to man or the environment, if it is: . . . [a]ny fungus, bacterium, virus, prion, or other microorganism, except for those on or in living man or other living animals and those on or in processed food or processed animal feed, beverages, drugs … and cosmetics . . . ." 40 C.F.R. § 152.5(d).

8. Section 2(h) of FIFRA, 7 U.S.C. § 136(u), defines "pesticide" as "(1) any substance or mixture of substances intended for preventing, destroying, repelling, or mitigating any pest, (2) any substance or mixture of substances intended for use as a plant regulator, defoliant, or desiccant, and (3) any nitrogen stabilizer…."

9. Section 2(gg) of FIFRA, 7 U.S.C. § 136(gg), defines "to distribute or sell" as "to distribute, sell, offer for sale, hold for distribution, hold for sale, hold for shipment, ship, deliver for shipment, release for shipment, or receive and (having so received) deliver or offer to deliver."

10. The regulation at 40 C.F.R. § 152.3 further defines the term "distribute or sell" as "the acts of distributing, selling, offering for sale, holding for sale, shipping, holding for shipment, delivering for shipment, or receiving and (having so received) delivering or offering to deliver, or releasing for shipment to any person in any state."

11. Section 2(p) of FIFRA, 7 U.S.C. § 136(p), defines "label" as "the written, printed, or graphic matter on, or attached to, the pesticide or device or any of its containers or wrappers" and defines "labeling" in part, as "all labels and all other written, printed, or graphic matter (A) accompanying the pesticide or device at any time; or (B) to which reference is made on the label or in literature accompanying the pesticide."

12. Section 2(q)(1) of FIFRA, 7 U.S.C. § 136(q)(1), provides that, among other reasons, a pesticide is misbranded if:

(A) its labeling bears any statement, design, or graphic representation relative thereto or to its ingredients which is false and misleading in any particular;

(B) it is contained in a package or other container or wrapping which does not conform to the standards established by the Administrator pursuant to section 136w(c)(3) of this title;

(C) it is an imitation of, or is offered under the name of, another pesticide;

(D) its label does not bear the registration number assigned under section 136e of this title [FIFRA section 7] to each establishment in which it was produced;

(E) any word, statement, or other information required by or under authority of this subchapter to appear on the label or labeling is not prominently placed thereon with such conspicuousness (as compared with other words, statements, designs, or graphic matter in the labeling) and in such terms as to render it likely to be read and understood by the ordinary individual under customary conditions of purchase and use;

2

(F) the labeling accompanying it does not contain directions for use which are necessary for effecting the purpose for which the product is intended and if complied with, together with any requirements imposed under section 136a(d) of this title [FIFRA section 3(d)], are adequate to protect health and the environment; [or]

(G) the label does not contain a warning or caution statement which may be necessary and if complied with, together with any requirements imposed under section 136a(d) of this title [FIFRA section 3(d)], is adequate to protect health and the environment[.]

13. Section 2(q)(2) of FIFRA, 7 U.S.C. § 136(q)(2), provides that, among other reasons, a pesticide is misbranded if:

(C) there is not affixed to its container, and to the outside container or wrapper of the retail package, if there be one, through which the required information on the immediate container cannot clearly be read, a label bearing—
(i) the name and address of the producer, registrant, or other person for whom produced;
(ii) the name, brand, or trademark under which the pesticide is sold;
(iii) the net weight or measure of the content, except that the Administrator may permit reasonable variations; and
(iv) when required by regulation of the Administrator to effectuate the purposes of this subchapter, the registration number assigned to the pesticide under this subchapter, and the use classification[.]

14. FIFRA's labeling requirements at 40 C.F.R. part 156 require that labels for pesticide products must contain several pieces of information, including the producing establishment number, hazard and precautionary statement, and directions for use. 40 C.F.R. § 156.10(a).

### III.  BASIS FOR THE ORDER

15. Respondent, Berkey International LLC, is a limited liability company organized under the laws of Puerto Rico and is therefore a "person" as that term is defined by section 2(s) of FIFRA, 7 U.S.C. § 136(s), subject to FIFRA and its implementing regulations.

16. On November 22, 2022, a representative of the EPA inspected the facility of James Enterprise Inc. doing business as Berkey Filters (JEI), located at 1976 Aspen Circle, Pueblo, Colorado 81006, to determine compliance with FIFRA.

17. At that November 2022 inspection, the EPA observed **Black Berkey Filters** and products containing **Black Berkey Filters** being held for distribution and sale.

    a.

18. The **Black Berkey Filter** product is a water filtration unit that is used in multiple products and may be purchased as part of those products or on its own.

3

19. **Travel Berkey Water Filters**, **Big Berkey Water Filters**, **Royal Berkey Water Filters**, **Imperial Berkey Water Filters** and **Crown Berkey Water Filters (Black Berkey Filter Products)** are sold with **Black Berkey Filters** inserted in the apparatus.

20. At the November 2022 inspection, EPA Inspectors observed that the **Black Berkey Filter** labeling included the following language:

> "Black Berkey Purification Elements:
> VIRUSES: >99.999%
> PATHOGENIC BACTERIA (AND SURROGATES)
> >99.9999% -Exceeds Purification Standard (Log 6): Bacillius atrophaeus
> (Anthrax Surrogate)".

21. At the time of the November 2022 inspection, the EPA observed the following statements regarding **Black Berkey Filter Products** on the website, https://www.berkeyfilters.com/products/black-berkey-filter:

a. "Composition[:] Black Berkey Filters are made of a carbon composite containing high-grade coconut shell carbon combined with a proprietary blend of 5 other types of media."
b. "Our Black Berkey® Filters (sometimes called Black Berkey Elements) are world famous for good reasons. Read below to learn how the Black Berkey® Filters used in all of our systems make purified water. It's a more encompassing level of H20 filtration!"
c. "The Black Berkey Filters used in all of our systems take water filtration to a whole new level! During testing conducted by independent, EPA-approved laboratories, the Black Berkey Filters removed a long list of water contaminants with never-before-seen results and significantly raised the standard for the water filter industry."
d. "A pair of Black Berkey Filters comes standard in all of Berkey Water Filter Systems, including the Big Berkey."
e. "When drinking water that's been filtered using a Black Berkey Filter, you can rest assured that your water is clean and safe for consumption. In fact, Black Berkey purification elements are far more powerful compared to competitors' water filters."
f. "We tested the filters with more than 10,000 times the concentration of harmful pathogens per liter of water than is required by industry-standard test protocols. This concentration of pathogens is so high that the water exiting the filters should be expected to contain a concentration of 100,000 or more pathogens per liter (99.99% reduction — the requirement in order to be classified for pathogenic removal)."
g. "Incredibly, Black Berkey water filter elements removed 100% of the pathogens."
h. "After using the Black Berkey Filters, absolutely no pathogens were found in the effluent or were able to be detected. This set a new standard, allowing us to classify all systems containing the Black Berkey Filters as purifiers."

22. At the time of the November 2022 inspection, the EPA observed the following statements regarding **Black Berkey Filter Products** on the website, https://berkey-store.com/en/faq/faq-water-filter-black-berkey/faq-silver-black-berkey-water-filter.html:

"Yes, silver is used as an antimicrobial to self-sterilize the Black Berkey® elements. Testing was conducted both internally and by Analytical Services, Inc. to ensure that the silver used does not leach into the purified water."

23. These claims indicate that **Black Berkey Filter Products** are substances or mixtures of substances intended for preventing, destroying, repelling, or mitigating any pest, and thus, pesticides pursuant to section 2(h) of FIFRA, 7 U.S.C. § 136(u).

24. None of the **Black Berkey Filter Products** are registered with the EPA.

25. None of the **Black Berkey Filter Product** labels bear a registration number assigned under FIFRA section 7 to the establishment in which the products were produced, making them misbranded pursuant to section 2(q)(1)(D) of FIFRA, 7 U.S.C. § 136(q)(1)(D).

26. As a result of that November 2022 inspection, the EPA issued a Stop Sale, Use, or Removal Order, FIFRA-08-2023-0011, pursuant to the authority of section 13(a) of FIFRA, 7 U.S.C. § 136k(a), and ordered JEI to immediately cease the sale, use, or removal of all **Berkey Black Filter Products**, **Sport Berkey Replacement Filters**, and **Sport Berkey Water Bottle** units under its ownership, control, or custody, wherever such products are located, except in accordance with the provisions of the Stop Sale, Use, or Removal Order, FIFRA-08-2023-0011.

27. As part of the investigation related to the Stop Sale, Use, or Removal Order, FIFRA-08-2023-0011, the EPA received information related to the products referenced in the FIFRA Stop Sale, Use, or Removal Order, FIFRA-08-2023-0011.

28. EPA has information demonstrating the following:

   a.  Respondent sold or distributed **Big Berkey Water Filters**;
   b.  Respondent sold or distributed **Travel Berkey Water Filters**;
   c.  Respondent sold or distributed **Crown Berkey Water Filters**;
   d.  Respondent sold or distributed **Imperial Berkey Water Filters**;
   e.  Respondent sold or distributed **Royal Berkey Water Filters**; and
   f.  Respondent sold or distributed **Travel Berkey Water Filters**:

29. Accordingly, EPA has reason to believe that Respondent sold or distributed the following **Berkey Black Filter Products**: **Travel Berkey Water Filters**, **Big Berkey Water Filters**, **Royal Berkey Water Filters**, **Imperial Berkey Water Filters**, and **Crown Berkey Water Filters.**

30. EPA has reason to believe Respondent distributed or sold, and continues to distribute or sell, the unregistered pesticides, **Black Berkey Filter Products** in violation of section 12(a)(1)(A) of FIFRA, 7 U.S.C. § 136j(a)(1)(A).

31. EPA has reason to believe Respondent distributed or sold, and continues to distribute or sell, the misbranded pesticides **Black Berkey Filter Products** in violation of section 12(a)(1)(E) of FIFRA, 7 U.S.C. § 136j(a)(1)(E).

5

# IV.    ORDER

32. Pursuant to the authority of section 13(a) of FIFRA, 7 U.S.C. § 136k(a), EPA hereby orders Respondent to immediately cease the sale, use, or removal of all **Black Berkey Filter Products,** under its ownership, control, or custody, wherever such products are located, except in accordance with the provisions of this Order.

33. The **Black Berkey Filter Products** shall not be sold, offered for sale, held for sale, shipped, delivered for shipment, received; or, having been so received, delivered, offered for delivery, moved, or removed, for any reason, other than in accordance with the provisions of this Order and any provisions of any written modifications to this Order.

34. Should Respondent seek an exception to this Order's prohibitions, Respondent may submit a request to EPA, in accordance with the following:

    a) Requests must be made in writing by electronic mail to Christine Tokarz, Enforcement and Compliance Assurance Division, United States Environmental Protection Agency, at tokarz.christine@epa.gov.

    b) Any request for movement or removal must include a written accounting of the products to be moved, including the quantity (type, number, and volume of containers) to be moved, the address of the facility from which the products will be moved, the address of the destination facility, and an explanation of the reasons for the request.

    c) If the movement or removal is for the purposes of disposal, Respondent must provide written proof of disposal to EPA, including proof of compliance with all applicable federal, state, and local laws.

    d) Any movement or removal of any **Black Berkey Filter Products** made without prior written authorization from EPA in accordance with this paragraph constitutes a violation of this Order and the distribution or sale of an unregistered and misbranded pesticide in violation of FIFRA.

35. Within 30 days of receipt of this Order, Respondent must submit to EPA a written accounting of the **Black Berkey Filter Products** subject to this Order. The accounting must be submitted to Christine Tokarz, at the e-mail address above, and must include the following:

    a) The complete list of media used in the composition of **Black Berkey Filters.**

    b) An accounting of all existing product inventory at any of Respondent's facilities or warehouses, including the location(s) where the products are held, quantities, and container sizes;

    c) A list of each shipment of the **Black Berkey Filter Products** en route to any of Respondent's establishments from any person on or after the date of this Order. The list shall include the quantities being shipped, including number and types of containers, and amount held by each type of container, the name and address or

6

addresses from which the shipment was shipped and the destination establishment(s); and

d) A list of each shipment of **Black Berkey Filter Products** en route from any of Respondent's establishments to any person on or after the date of this Order. The list shall include the quantities being shipped, including number and types of containers, and amounts held by each type of container, the establishment from which the shipment was shipped and the destination establishment(s).

36. Respondent must provide EPA with an updated accounting at least every 30 days thereafter until Respondent no longer has any **Black Berkey Filter Products** in its ownership, custody or control.

37. The information requested herein must be provided whether Respondent regards part or all of it as a trade secret or confidential business information. Respondent is entitled to assert a claim of business confidentiality in accordance with the regulations at 40 C.F.R. § 2.203(b) by labeling such information at the time it is submitted to EPA as "trade secret" or "proprietary" or "company confidential" or other suitable notice. Information subject to a properly made claim of business confidentiality will be disclosed by EPA to the public only in accordance with the procedures set forth at 40 C.F.R. part 2, subpart B. If Respondent does not make a proper claim at the time that it submits the information in the manner described in 40 C.F.R. § 2.203(b), EPA may make this information available to the public without further notice to Respondent.

## V.    OTHER MATTERS

38. Respondent may seek federal judicial review of this Order pursuant to section 16 of FIFRA, 7 U.S.C. § 136n.

39. The issuance of this Order shall not constitute a waiver by EPA of its remedies, either judicial or administrative, under FIFRA or any other federal environmental law to address this matter or any other matters or unlawful acts not specified in this Order.

40. This Order shall be effective immediately upon receipt by Respondent or any of Respondent's agents.

41. Section 12(a)(2)(I) of FIFRA, 7 U.S.C. § 136j(a)(2)(I), provides that it shall be unlawful for any person to violate any order issued under section 13 of FIFRA.

42. This Order shall remain in effect unless and until revoked, terminated, suspended, or modified in writing by EPA.

43. If any provision of this Order is subsequently held to be invalid, illegal, or unenforceable, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired thereby and they shall remain in full force and effect.

7

**UNITED STATES**
**ENVIRONMENTAL PROTECTION AGENCY REGION 8**


Date: _____    By: _____

DAVID COBB

Digitally signed by
DAVID COBB
Date: 2023.05.04
18:07:03 -06'00'

David Cobb, Section Supervisor
Toxics and Pesticides Enforcement Section
Enforcement and Compliance Assurance Division

8

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION X**
**1200 6th AVENUE, Suite 155**
**SEATTLE, WASHINGTON 98101**

| | | |
|---|---|---|
| *In the Matter of:* | ) | **ORDER** |
| | ) | **SECTION 13(a)** |
| **Amazon.com Services LLC,** | ) | |
| | ) | **FEDERAL INSECTICIDE, FUNGICIDE** |
| | ) | **AND RODENTICIDE ACT** |
| | ) | |
| **Respondent** | ) | **Docket No. FIFRA-10-2020-0102** |
| | ) | |
| ———————————————— | ) | |

## I.    AUTHORITY

1. This Stop Sale, Use, or Removal Order ("Order") is issued pursuant to the authority vested in the Administrator of the United States Environmental Protection Agency (EPA) by section 13(a) of the Federal Insecticide, Fungicide, and Rodenticide Act, as amended (FIFRA), 7 U.S.C. § 136k(a), which authorizes the Administrator of the EPA to issue an order prohibiting the sale, use, or removal of any pesticide or device by any person who owns, controls, or has custody of such pesticide or device whenever there is reason to believe that, *inter alia*, the pesticide or device is in violation of any provision of FIFRA or the pesticide or device has been or is intended to be distributed or sold in violation of any provision of FIFRA.

2. This authority has been delegated from the EPA Administrator to the Director of the Enforcement and Compliance Assurance Division for EPA Region 10 through the Regional Administrator for EPA Region 10.

3. Section 12(a)(1)(A) of FIFRA, 7 U.S.C. § 136j(a)(1)(A), provides that it shall be unlawful for any person in any State to distribute or sell to any person any pesticide that is not registered under Section 3 of FIFRA, 7 U.S.C. § 136a.

4. Section 12(a)(1)(E) of FIFRA, 7 U.S.C. § 136j(a)(1)(E), provides that it shall be unlawful for any person in any State to distribute or sell to any person any pesticide which is adulterated or misbranded.

5. Section 12(a)(1)(F) of FIFRA, 7 U.S.C. § 136j(a)(1)(F), provides that it shall be unlawful for any person in any State to distribute or sell to any person any device which is misbranded.

In the Matter of:  AMAZON.COM SERVICES LLC     U.S. Environmental Protection Agency
Docket Number:  FIFRA-10-2020-0102     1200 Sixth Avenue, Suite 155, M/S 11-C07
Stop Sale, Use, or Removal Order     Seattle, Washington 98101
Page 1 of 11
Exhibit B, pg. 70 of 280

6.  Section 2(s) of FIFRA, 7 U.S.C. § 136(s), defines a "person" as "any individual, partnership, association, corporation, or any organized group of persons whether incorporated or not."

7.  Section 2(u) of FIFRA, 7 U.S.C. § 136(u), defines a "pesticide," in part, as "any substance or mixture of substances intended for preventing, destroying, repelling, or mitigating any pest." *See also* 40 C.F.R. § 152.15.

8.  Section 2(t) of FIFRA, 7 U.S.C. § 136(t), defines a "pest" as "any insect, rodent, nematode, fungus, weed, or . . . any other form of terrestrial or aquatic plant or animal life or virus, bacteria, or other micro-organism (except viruses, bacteria, or other micro-organisms on or in living man or other living animals) which the Administrator declares to be a pest under section [25(c)(1) of FIFRA]."

9.  Section 2(h) of FIFRA, 7 U.S.C. § 136(h) defines a "device" as "any instrument or contrivance (other than a firearm) which is intended for trapping, destroying, repelling, or mitigating any pest or any other form of plant or animal life (other than man and other than bacteria, virus, or other microorganism on or in living man or other living animals).

10. The regulation at 40 C.F.R. § 152.500 provides that devices are subject to the requirements set forth in:
    (a) FIFRA sec. 2(q)(1) and 40 C.F.R. Part 156, with respect to labeling;
    (b) FIFRA sec. 7 and 40 C.F.R. Part 167, with respect to establishment registration and reporting;
    (c) FIFRA sec. 8 and 40 C.F.R. Part 169, with respect to books and records;
    (d) FIFRA sec. 9, with respect to inspection of establishments;
    (e) FIFRA sec. 12, 13, and 14, with respect to violations, enforcement activities, and penalties;
    (f) FIFRA sec. 17, with respect to import and export of devices;
    (g) FIFRA sec. 25(c)(3), with respect to child-resistant packaging; and
    (h) FIFRA sec. 25(c)(4), with respect to the Agency's authority to declare devices subject to certain provisions of the Act.

11. The regulation at 40 C.F.R. § 152.15 states that "a substance is considered to be intended for a pesticidal purpose, and thus to be a pesticide requiring registration, if: (a) the person who distributes or sells the substance claims, states, or implies (by labeling or otherwise) that the substance can or should be used as a pesticide; . . . (b) the substance consists of or contains one or more active ingredients and has no significant commercially valuable use as distributed or sold other than use for pesticidal purpose (by itself or in combination with any other substances); . . . or (c) the person who distributes or sells the substance has actual or constructive knowledge that the substance will be used, or is intended to be used, for a pesticidal purpose."

In the Matter of: AMAZON.COM SERVICES LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Exhibit B, pg. 71 of 280
Page 2 of 11

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

12. Section 2(p) of FIFRA, 7 U.S.C. § 136(p), defines "label" as "the written, printed, or graphic matter on, or attached to, the pesticide or device or any of its containers or wrappers." This section also defines "labeling" as "all labels and all other written, printed, or graphic matter (A) accompanying the pesticide or device at any time; or (B) to which reference is made on the label or in literature accompanying the pesticide or device . . . ."

13. Section 2(gg) of FIFRA, 7 U.S.C § 136(gg), defines "to distribute or sell" as "to distribute, sell, offer for sale, hold for distribution, hold for sale, hold for shipment, ship, deliver for shipment, release for shipment, or receive and (having so received) deliver or offer to deliver."

14. The regulation at 40 C.F.R. § 152.3 further defines "distribute or sell" as "the acts of distributing, selling, offering for sale, holding for sale, shipping, holding for shipment, delivering for shipment, or receiving and (having so received) delivering or offering to deliver, or releasing for shipment to any person in any State."

15. The regulation at 40 C.F.R. § 168.22(a) states: "FIFRA sections 12(a)(1) (A) and (B) make it unlawful for any person to 'offer for sale' any pesticide if it is unregistered, or if claims made for it as part of its distribution of sale differ substantially from any claim made for it as part of the statement required in connection with its registration under FIFRA section 3. EPA interprets these provisions as extending to advertisements in any advertising medium to which pesticide users or the general public have access."

16. The regulation at 40 C.F.R. § 168.22(b)(4) states: "EPA regards it as unlawful for any person who distributes, sells, offers for sale, holds for sale, ships, delivers for shipment, or receives and (having so received) delivers or offers to deliver any pesticide, to place or sponsor advertisements which recommend or suggest the purchase or use of . . . [a]ny unregistered pesticide for any use unless the advertisement is one permitted by 40 C.F.R. § 168.22(b)(2) or (3)."

17. Under Section 2(q)(1)(A) of FIFRA, 7 U.S.C. § 136(q)(1)(A), "A pesticide is misbranded if its labeling bears any statement, design, or graphic representation relative thereto or to its ingredients which is false or misleading in any particular."

18. In accordance with 40 C.F.R. § 156.10(a)(5), the following statements or representations in pesticide or device labeling constitute misbranding:
    (a) A false or misleading statement concerning the composition of the product;
    (b) A false or misleading statement concerning the effectiveness of the product as a pesticide or device;
    (c) A true statement used in such a way as to give a false or misleading impression to the purchaser;
    (d) A false or misleading comparison with other pesticides or devices;
    (e) Claims as to the safety of the pesticide or its ingredients, including statements such as "safe," "nonpoisonous," "noninjurious," "harmless," or "nontoxic to

In the Matter of: AMAZON.COM SERVICES LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Page 3 of 11

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

Exhibit B, pg. 72 of 280

humans and pets" with or without such a qualifying phrase as "when used as directed;" and

    (f)  Non-numerical and/or comparative statements on the safety of the product, including but not limited to: "Contains all natural ingredients;" "Among the least toxic chemicals known;" or "Pollution approved."

19. Under Section 2(q)(1)(D) of FIFRA, 7 U.S.C. § 136(q)(1)(D), a pesticide is misbranded if its label does not bear the registration number assigned under section 7 to each establishment in which it was produced.

## II.  **BACKGROUND**

20. Amazon.com Services LLC ("Amazon") is a corporation incorporated in the State of Delaware with its principle place of business located in the State of Washington.  Therefore, Amazon is a "person" as defined in Section 2(s) of FIFRA, 7 U.S.C. § 136(s).

21. This Order refers to Amazon and all its divisions, offices, and branches collectively as "Amazon."

22. Amazon is an indirect subsidiary of Amazon.com, Inc. and offers internet-based retail services to businesses and individuals via Amazon.com.

23. Amazon acquires and directly distributes products through Amazon.com, hereinafter referred to as "Amazon direct sales."

24. In addition to Amazon direct sales, Amazon provides third-party sellers two fee-based options to sell and distribute products via Amazon.com: the "Selling on Amazon Service" and the "Fulfillment by Amazon" (FBA) service.

25. For Amazon direct sales, Amazon purchases products in bulk quantities, offers the products for sale on Amazon.com, fulfills the orders and ships the products to customers.  The Amazon.com product detail page for products shipped and sold through Amazon direct sales states, "Ships from and sold by Amazon.com."

26. The "Selling on Amazon Service" allows third-party sellers to advertise and sell products directly on Amazon.com.  Third-party sellers, also known as Marketplace Fulfilled Network (MFN) sellers, participating in the Selling on Amazon Service use Amazon's account management tools, including multi-feature offer templates, to manage product inventory, listing, presentation, and pricing with the benefits of accessing Amazon's hundreds of millions of consumers.  The third-party sellers work within Amazon's platform to establish a "detail page" on Amazon.com for each product offered for sale.  Third-party sellers fulfill and ship products to customers once an order is placed on Amazon.com.  The Amazon.com listing page for products shipped and sold by third-party vendors states, "Ships from and sold by [Amazon.com profile alias of seller]."

In the Matter of:  AMAZON.COM SERVICES LLC    U.S. Environmental Protection Agency
Docket Number:  FIFRA-10-2020-0102    1200 Sixth Avenue, Suite 155, M/S 11-C07
Stop Sale, Use, or Removal Order    Seattle, Washington 98101
Page 4 of 11

Exhibit B, pg. 73 of 280

27. According to Amazon.com, the "Fulfillment by Amazon" service, "is a service [Amazon] offer[s] sellers that lets them store products in Amazon's fulfillment centers, and [Amazon] directly pack[s], ship[s] and provide[s] customer services for these products." The Amazon.com listing page for products shipped and sold by the FBA service states, "Sold by [Amazon.com profile alias of seller] and Fulfilled by Amazon."

28. Amazon Standard Identification Numbers ("ASIN") are unique numbers Amazon assigns to each product sold through the Amazon.com marketplace. Products with the same ASIN are identical (or purportedly identical on Amazon.com) in all material respects.

29. All sellers on Amazon are required to assent to terms and conditions laid out in the document titled "Amazon Services Business Solutions Agreement" ("Agreement").

30. The Section of the Agreement entitled "Selling on Amazon Service Terms" states, "The Selling on Amazon Service . . . is a Service that allows you to offer certain products and services directly on Amazon Sites."

31. The Agreement defines Amazon Sites to include www.Amazon.com.

Selling on Amazon Service

32. The Agreement contains the following pertinent sections: General Terms, Selling on Amazon Service Terms, Fulfillment by Amazon Service Terms, Amazon Advertising Service Terms and Transaction Processing Service Terms.

33. General Terms, Section 3. "Term and Termination" of the Agreement grants Amazon the authority to terminate a third party's use of Amazon's services for convenience, provided Amazon provides advanced notice to the third party.

34. General Terms, Section 4. "License" of the Agreement grants Amazon a royalty-free, non-exclusive, worldwide right and license to any and all of a third-party seller's original or derivative intellectual property associated with the third-party seller's products. The Agreement also allows Amazon to sub-license the third-party seller's intellectual property to Amazon's affiliates, as defined in the Agreement.

35. General Terms, Section 18. "Miscellaneous" of the Agreement provides that Amazon retains the right to immediately halt any transactions, prevent or restrict a third-party seller's access to any of Amazon's services or take any other action to restrict access to or availability of any inaccurate listing, any inappropriately categorized items, any unlawful items, or any items otherwise prohibited by applicable Program Policies.

36. In accordance with Selling on Amazon Service Terms, Section 2.1 "Sale and Fulfillment" of the Agreement, third party sellers must source, offer, sell and fulfill products offered on Amazon.com in accordance with the Agreement as well as terms provided by the third-party seller or Amazon and displayed on the applicable site on Amazon.com.

In the Matter of: AMAZON.COM SERVICES LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Page 5 of 11

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

Exhibit B, pg. 74 of 280

37. In accordance with Selling on Amazon Service Terms, Section 2.1 "Sale and Fulfillment" of the Agreement, sellers may only cancel transactions in accordance with the terms and conditions appearing on the applicable Amazon.com website as well as the Agreement.

38. In accordance with the Agreement, all sellers must assent to Amazon's "Program Policies," which include, but are not limited to:
    (a) Amazon Seller Code of Conduct
    (b) ASIN creation policy
    (c) Category and Product Restrictions
    (d) Product Detail Page Rules
    (e) Product Guidelines

39. In accordance with the ASIN creation policy and Amazon's "Add a Product" tool, third party sellers seeking to list a product already on Amazon.com are prohibited from requesting a new ASIN or creating a new product detail page and must match to the existing product detail page. Using Amazon's "Add a Product" tool, third party sellers are directed to search Amazon's product "catalog" for existing listings. If the third-party seller's product exists within Amazon's product catalog, the Add a Product tool directs the sellers to enter certain information and select "Sell this Product."

40. If the third-party seller's product does not exist within Amazon's product catalog, Amazon's "Add a Product" tool directs the third-party seller to associate the product with Amazon's product categories and enter certain information regarding the product.

41. In accordance with the "Product Detail Page Rules" each product listing on Amazon.com must comply with Amazon's listing standards and restrictions, including:
    (a) All products must be categorized in accordance with categories provided by Amazon;
    (b) Product images must meet Amazon's image standards;
    (c) Product detail page titles, descriptions, bullet points, or images cannot contain adverts, promotional material, or watermarks on images, photos, or videos; and
    (d) Product detail page titles, descriptions, bullet points, or images cannot contain links to other websites for placing orders, or alternative shipping offers, such as free shipping.

42. Amazon provides category-specific templates for third-party sellers to use to develop product detail page(s).

43. In accordance with Selling on Amazon Service Terms, Section 2.1 "Sale and Fulfillment" of the Agreement, third-party sellers must conform to certain shipping, logistics, and customer service requirements and restrictions, including:
    (a) Package and label the products in a commercially reasonable manner;
    (b) Ship each product on or before its expected ship date;
    (c) Retrieve order information provided by Amazon at least once per business day;
    (d) Provide to Amazon information regarding fulfillment and order status and tracking, using the process designated by Amazon;

In the Matter of: AMAZON.COM SERVICES LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Page 6 of 11.
Exhibit B, pg. 75 of 280

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

     (e) Include an order specific packing slip and, if applicable, a tax invoice, within each shipment; and

     (f) Not send customers emails confirming orders or fulfillment of orders.

44. Amazon provides third-party sellers with advertising services called "Amazon Advertising." According to the "Amazon Advertising Service Terms" section of the Agreement, the Amazon Advertising services is governed by the Amazon Advertising Agreement.

45. In accordance with the Amazon Advertising Agreement, Amazon will make available to third-party sellers a variety of tools and services to place ads on certain websites.

46. In accordance with the Amazon Advertising Agreement, third parties participating in the Amazon Advertising service grant Amazon a worldwide, non-exclusive, royalty-free, fully-paid, and sublicensable right and license to use all information provided to Amazon, including the third party's ads, campaign details, fee data, technology, and trademarks, information, photographs, images, and videos.

47. The Amazon Advertising services includes the following:
     (a) Sponsored Products: Ads for individual product listings on Amazon
     (b) Sponsored Brands: Search result ads that feature product logos, a custom headline, and up to three products;
     (c) Amazon Stores: Custom multipage webpages on Amazon.com for individual brands;
     (d) Sponsored Display: Provides ad placements on and off Amazon.com

48. The Sponsored Products, Sponsored Brands, and Sponsored Display services are available to "Professional Sellers" for a monthly subscription fee. EPA has reason to believe that all of the third-party sellers associated with the products subject to this Order are or have been "Professional Sellers."

49. Amazon advertises sponsored products within the detail pages of products of similar categories. Amazon places these advertisements under the banner entitled "Sponsored products related to this item." These advertisements contain links to other Amazon detail pages, which include offers for sale.

50. The purpose of Amazon's advertising services as described in Paragraphs 44 through 49 are to induce the sale of products listed on Amazon.com.

51. All persons wishing to register as a third-party seller with Amazon must provide Amazon with the person's credit card information and bank account number and routing number.

52. The Selling on Amazon Service Terms, Section S-1.2 "Product Listing; Merchandising; Order Processing" of the Agreement provides that Amazon will, and has the exclusive right to, receive all proceeds from the sale of products on Amazon.com on behalf of third-party sellers for each transaction and will remit sales proceeds to the third-party seller in accordance with the Selling on Amazon Service Terms portion of the Agreement.

In the Matter of: **AMAZON.COM SERVICES LLC**     **U.S. Environmental Protection Agency**
**Docket Number: FIFRA-10-2020-0102**     **1200 Sixth Avenue, Suite 155, M/S 11-C07**
**Stop Sale, Use, or Removal Order**     **Seattle, Washington 98101**
Exhibit B, pg. 76 of 280
**Page 7 of 11**

53. In accordance with Selling on Amazon Service Terms, Section S-2.2 "Cancellations, Returns, and Refunds" of the Agreement, Amazon may in its sole discretion accept, calculate, and process cancellations, returns, refunds, and adjustments. Amazon may also make payments to customers in the manner Amazon determines. The Agreement requires the third-party seller to reimburse Amazon for all refund payments made to customers.

54. In accordance with Selling on Amazon Service Terms, Section S-4 "Compensation" of the Agreement, third-party sellers must pay Amazon several fees, including:
    (a) Referral Fees, which apply to each product sale and are determined based on the sales proceeds, the product categorization, and Amazon's fee schedule;
    (b) Variable Closing Fees, which apply to each product sale and are determined based on Amazon's variable closing fee schedule; and
    (c) Selling on Amazon Subscription Fee.

55. In accordance with Selling on Amazon Service Terms, Section S-5 "Remittance of Sales Proceeds & Refunds" of the Agreement, Amazon will remit a seller's available balance on a bi-weekly (14 day) (or more frequent) basis. A seller's available balance is equal to any sales proceeds not previously remitted as of the applicable remittance calculation date (which seller must accept as payment in full for transactions), less the compensation fees described in paragraph 54 and any taxes that Amazon automatically calculates.

56. In accordance with the Transaction Process Service Terms within the Agreement:
    (a) The third-party seller must authorize Amazon or Amazon's affiliates to act as the third-party seller's agent for purposes of processing payments, refunds, and adjustments to each transaction;
    (b) The third-party seller agrees that buyers satisfy their obligations to the third-party seller when Amazon receives the sales proceeds and that third-party sellers do not have a right or entitlement to collect sales proceeds directly from any customer; and
    (c) Amazon holds sales proceeds in its own, or its affiliates' own, accounts and may invest these proceeds.

Fulfillment by Amazon

57. Section F-4 of the Agreement contains Amazon's covenants to provide storage services for participants desiring to sell products using the FBA service. Participants in the FBA service are subject to the conditions and requirements laid out in Paragraphs 32 through 56, above.

58. According to Section F-4 of the Agreement, Amazon is not required to segregate product units based on the third-party seller and may commingle product units.

59. Section F-5 of the Agreement contains Amazon's covenants as part of the FBA service to ship products from Amazon's warehouses to customers.

**In the Matter of: AMAZON.COM SERVICES LLC**
**Docket Number: FIFRA-10-2020-0102**
**Stop Sale, Use, or Removal Order**
**Exhibit B, pg. 77 of 280**
**Page 8 of 11**

**U.S. Environmental Protection Agency**
**1200 Sixth Avenue, Suite 155, M/S 11-C07**
**Seattle, Washington 98101**

# III. BASIS FOR THE ORDER

60. Since December 1, 2019, EPA has been collecting and reviewing a substantial amount of publicly available information concerning products being distributed or sold on Amazon.com in violation of FIFRA and has discovered multiple offers for sale of pesticides and devices on Amazon.com. EPA's review of the information gathered formed the basis of the factual allegations set forth herein and EPA's reason to believe Amazon has distributed or sold and intends to continue distributing or selling unregistered and misbranded pesticides in violation of FIFRA.

61. On multiple occasions between at least December 1, 2019, and the present, pesticides and devices identified in Attachment A to this Order were advertised and offered for sale on Amazon.com. Amazon's actions discussed in section II, above, constitute distributions or sales of the pesticides and devices listed on Amazon.com as the phrase "to distribute or sell" is defined in Section 2(gg) of FIFRA, 7 U.S.C. § 136(gg) and 40 C.F.R. § 152.3, and interpreted in 40 C.F.R. § 168.22.

62. Therefore, on multiple occasions between at least December 1, 2019, and the present Amazon distributed or sold the pesticides and devices listed in Attachment A.

63. The products listed in Attachment A are either pesticides as that term is defined in Section 2(u) of FIFRA, 7 U.S.C. § 136(u), which must be registered under Section 3 of FIFRA or devices as that term is defined in Section 2(h) of FIFRA, 7 U.S.C. § 136(h), which are subject to the requirements laid out in 40 C.F.R. § 152.500. Attachment A lists the labeling statements for each pesticide or device that indicate the pesticides or devices are intended for preventing, destroying, repelling, or mitigating any pest. The column titled "Violative Product" of Attachment A includes pesticides or devices subject to this order as the terms "pesticide" and "device" are defined by Section 2 of FIFRA, 7 U.S.C. § 136. The columns titled Example Product Name(s) on Amazon.com, Example Third-Party Seller(s), and Example Amazon.com ASIN's of Attachment A provide a non-exhaustive list of identical or materially similar pesticides or devices, irrespective of variations in the product name, ASIN, or third-party seller as this information appears on Amazon.com.

64. At no time relevant to this Order were the pesticides or devices listed in Attachment A registered with EPA under Section 3 of FIFRA, 7 U.S.C. § 136a.

65. Many of the pesticides or devices listed in Attachment A are misbranded under Section 2(q) of FIFRA. Each misbranded product contains one or more false or misleading statements, which are listed in Attachment A. See Section 2(q)(1)(A) and 2(q)(1)(D) of FIFRA, 7 U.S.C. §§ 136(q)(1)(A) and (D).

66. Therefore, EPA has reason to believe that on multiple occasions between at least December 1, 2019 and the present, Amazon distributed and sold the unregistered and misbranded pesticides and devices listed in Attachment A in violation of Sections 12(a)(1)(A), 12(a)(1)(E) and 12(a)(1)(F) of FIFRA, 7 U.S.C. §§ 136j(a)(1)(A), (E) and (F).

In the Matter of: AMAZON.COM SERVICES LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Page 9 of 11

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

Exhibit B, pg. 78 of 280

67. EPA also has reason to believe that Amazon intends to further distribute or sell, the unregistered and misbranded pesticides and devices listed in Attachment A.

## IV.  **ORDER**

68. Pursuant to the authority of section 13(a) of FIFRA, 7 U.S.C. § 136k(a), EPA hereby orders Amazon to **immediately cease** the sale, use, or removal of the unregistered and misbranded pesticides and devices listed in Attachment A (collectively "Violative Products") under its ownership, control, or custody, wherever such products are located, except in accordance with the provisions of this Order.

69. This Order extends to all quantities of the Violative Products intended for sale, distribution and/or any stocks returned to Amazon from its sellers, customers, or other end-users.  This Order also extends to all versions of the Violative Products irrespective of a change in product name as it appears on Amazon.com, the identity of the third-party seller, or ASIN.

70. The Violative Products shall not be used, sold, offered for sale, held for sale, shipped, delivered for shipment, received, or having so received, shall not be delivered, or offered for delivery.

71. Amazon may move or remove any Violative Products from any facility or establishment ONLY after obtaining prior written approval from EPA, in accordance with the following:
    (a) Movement or removal requests must be made in writing addressed to Chad Schulze, Enforcement and Compliance Assurance Division, United States Environmental Protection Agency, 1200 Sixth Avenue, Suite 155, Mail Stop 20-C04, Seattle, Washington 98101, or at Schulze.chad@epa.gov;
    (b) Any request for movement or removal must include a written accounting of the products to be moved, the address of the facility from which the products will be moved from, the address of the destination facility, and a description of the reasons for the movement or removal;
    (c) If the movement or removal is for the purposes of disposal, Amazon must provide written proof of disposal to EPA and the disposal must comply with all applicable federal, state, and local laws; and
    (d) Any movement or removal of any Violative Products made without prior written authorization from EPA in accordance with this Paragraph constitutes a violation of this Order and distribution and sale of illegal pesticides in violation of FIFRA.

72. Within 30 days of receipt of this Order, Amazon must submit to EPA a written accounting of the Violative Products subject to this Order. The accounting must be submitted to Chad Schulze, Enforcement and Compliance Assurance Division, United States Environmental Protection Agency, 1200 Sixth Avenue, Suite 155, Mail Stop 20-C04, Seattle, Washington 98101, or at Schulze.chad@epa.gov, and must include an accounting of all existing product inventory, including the locations(s) where the products are held, quantities, and container sizes.  Amazon must provide EPA with an updated accounting at least every 30 days until 150 days following receipt of this order or when Amazon no longer has any Violative Products in its ownership, custody or control, whichever occurs earlier.

In the Matter of:  AMAZON.COM SERVICES LLC
Docket Number:  FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Exhibit B, pg. 79 of 280
Page 10 of 11

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

73. The information requested in Paragraphs 71 and 72 must be provided whether or not Amazon regards part or all of it as a trade secret or confidential business information. Amazon is entitled to assert a claim of business confidentiality covering all or any required information, in the manner described at 40 C.F.R. § 2.203(b) by labeling such information at the time it is submitted to EPA as "trade secret" or "proprietary" or "company confidential" or other suitable notice. Information subject to a claim of business confidentiality will be disclosed by EPA to the public only in accordance with the procedures set forth at 40 C.F.R. Part 2, Subpart B. Unless Amazon makes a claim at the time that it submits the information in the manner described in 40 C.F.R. § 2.203(b), EPA may make this information available to the public without further notice to Amazon.

74. Amazon may seek federal judicial review of this Order pursuant to Section 16 of FIFRA, 7 U.S.C. § 136n. The issuance of this Order shall not constitute a waiver by EPA of its remedies, either judicial or administrative, under FIFRA or any other federal environmental law to address this matter or any other matters or unlawful acts not specified in this Order.

75. This Order shall be effective immediately upon receipt by Amazon or any agents of Amazon.

76. This Order shall remain in effect unless and until revoked, terminated, suspended, or modified in writing by EPA.

77. If any provision or provisions of this Order is/are subsequently held to be invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired thereby and they shall remain in full force and effect.

78. EPA may amend this Order and Attachment A at any time to include additional pesticides or devices that EPA has a reason to believe Amazon is distributing or selling, or intends to distribute or sell, in violation of FIFRA.

## V.    OTHER MATTERS

79. For any additional information about this Order, please contact Chad Schulze, Pesticide Enforcement Coordinator, at 206-553-0505. For any legal matters concerning this Order, including questions from legal counsel, please contact Brett Dugan, Assistant Regional Counsel, at 206-553-8562.


_____                    _____
Date                                      Lauris C. Davies, Acting Director
                                              Enforcement and Compliance Assurance Division


**In the Matter of:  AMAZON.COM SERVICES LLC**          **U.S. Environmental Protection Agency**
**Docket Number:  FIFRA-10-2020-0102**                          **1200 Sixth Avenue, Suite 155, M/S 11-C07**
**Stop Sale, Use, or Removal Order**                                 **Seattle, Washington 98101**
**Page 11 of 11**

| Violative Product | Example Product Name on Amazon.com | Example Seller Name/ Shipping Service | Example Amazon.com ASIN | Pesticidal Claims on Product Labeling* | Misbranding and/or False and Misleading Claims on Product Labeling* |
|---|---|---|---|---|---|
| **Repellents** - Any unregistered or misbranded defense spray used to deter vertebrate pests. | Advanced Tech – Police Magnum OC-17 | Studio SOLO (FBS) | B07PSC9PKV | a) Pepper Spray is great for defending yourself against not just human attackers, but wild animals as well Especially effective against…vicious animals and more. | a) Nontoxic causes no permanent injuries |
| **Antimicrobials, Disinfectants** and **Sanitizers** - Any unregistered or misbranded Antimicrobial, Disinfectant or Sanitizer spray used to kill or inactivate microorganisms (bacteria or viruses) on inanimate objects. | PlaneAire Travel Mist

Fails to meet Minimum Risk Pesticide Exemption as follows: makes public health claim, does not list ingredients.

Otherwise unregistered. | EverywhereAire

(FBS) | B07QMHMV87 | a) Kills 99.99% of harmful bacteria
b) PlaneAire is laboratory tested to kill 99.99% of harmful bacteria including MRSA
c) Eliminates Surface Bacteria & Purifies the Air Naturally
d) The six oils were carefully selected for their powerful antibacterial, antiviral, antimicrobial and antifungal properties | a) Kills 99.99% of harmful bacteria
b) Ingredients are biodegradable and have no harmful impact on the environment
c) Although PlaneAire® is not intended to be used as a hand sanitizer, its all-natural, organic ingredients make it safe to do so
d) SAFE AND NON-TOXIC |
| | Antibacterial Yoga Mat Spray, Energizing Scent, by Diva Stuff (Energizing) | Diva Stuff (FBS) | B00YKP2W5M | a) Antibacterial Yoga Mat Spray
b) Great For Beach Chairs, Gym Equipment and More
c) Diva Stuff is introducing a new line of antibacterial yoga mat sprays
d) Antibacterial Formula | |
| | Portable Mini Disinfectant Spray | Messgod (Coronavirus Protection Clearance Sale) (FBS) | B086DRVXKG | a) Alcohol free disinfectant - 99.99% clean with 24-hour protection.
b) Antibacterial disinfection
c) Disinfectant spray
d) Effectively inactive bacterial viruses
e) The sterilization rate can reach 99.99% | a) 2020 Coronavirus Protection Coronavirus Protection Clearance Sale |
| | Edens Garden Cleaning Essential Oil Synergy Blend | Edens Garden (FBS) | B071XPKF2D | a) Sanitizes and disinfects
b) …this synergy blend functions as an antiviral, antibacterial, antifungal and antiseptic remedy. This all-natural concoction can be applied to counters, | a) Only pure, safe and effective products |

In the Matter of:  AMAZON.COM SERVICES, LLC
Docket Number:  FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 1 of 9

Exhibit B-12, pg. 12 of 58.

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington  98101

| | | | | |
|---|---|---|---|---|
| Fails to meet Minimum Risk Pesticide Exemption as follows: ingredients ineligible for exemption, does not list active ingredient by weight percentage, lack of company contact information.<br><br>Otherwise unregistered. | | | floors, tiles, toilets, sinks, ovens, windows and wood for a safer, cleaner home. | |
| TOTAMALA 20ML Alcohol-Free Bacteriostatic Portable Mini All in One Disinfectant Spray | TOTAMALA (FBS) | B085H77TP5 | a) alcohol free disinfectant - kills 99.99% bacteria with 24-hour protection<br>b) Suitable for a variety of appliances<br>c) Inhibit harmful substances<br>d) 1x Disinfectant Spray | a) 24-hour protection with just one application<br>b) Surface throughout useing (sic) to protecting your from harmful bacteria |
| **Antimicrobials, Disinfectants** and **Sanitizers** - Any unregistered or misbranded Antimicrobial, Disinfectant or Sanitizer wipe used to kill or inactivate microorganisms (bacteria and viruses) on inanimate objects. | Ainany Cleaning Water Wipes for Hand Suitable for Household Travel Protection - 10 Pads/Pack | Ainany (FBS) | B086HF5CT8 | a) Disinfectant wet wipes<br>b) Sterilizing Rate 99.9% Use for wiping door handles, doors, elevator buttons and other public place items, and disinfect children's toys | a) Sterilizing Rate 99.9%<br>b) Help keep your family and those you care for healthy |
| | 2 PACK Disinfecting Wipes for Hands, Cleaning Wipes, Antibacterial Wipes, Sanitizing Wipe | OWLHWEH (FBS) | B086173KRW | a) 100 percent bacteria free …disinfecting wipes for a bleach-free, all-in-one cleaning alternative<br>b) Bacteriostasis Wet Towel<br>c) New easy to pull flip top pack allows for the easiest way to clean and disinfect | a) Safe for use on hard, non-porous surfaces, everyday including food preparation areas, baby equipment, furniture, fridges, taps, sinks, door knobs, kitchen and bathroom surfaces, floor cleaning, children's surfaces and electronics |

**In the Matter of:  AMAZON.COM SERVICES, LLC**
**Docket Number:  FIFRA-10-2020-0102**
**Stop Sale, Use, or Removal Order**
**Attachment A, Page 2 of 9**

Exhibit B-12, pg. 12 of 58.

**U.S. Environmental Protection Agency**
**1200 Sixth Avenue, Suite 155, M/S 11-C07**
**Seattle, Washington  98101**

| | | | | | |
|---|---|---|---|---|---|
| | 20piter 6 Pack Disinfectant Wipes, 75% Alcohol Cleaning Wet Wipes(1 Pack,10 Wipes), Daily Disinfecting Use for Hand Home House Travel Office Electronics School All Purpose | 20piter (FBS) | B086DRXYF4 | a) 75% alcohol efficient sterilization (includes images of red lines through four types of bacteria: Candida albicans, E.coli, Staphylococcus aureus, Pseudomonas aeruginosa)<br>b) 99.99% sterilization<br>c) Daily Disinfecting Use for Hand Home House Travel Office Electronics School All Purpose | a) You can received (sic) 60/100 pieces cleaning wipes, meeting your daily use to keep safe and clean<br>b) Safe for all people using |
| **Antimicrobials**, **Disinfectants** and **Sanitizers** - Any unregistered or misbranded Antimicrobial, Disinfectant or Sanitizer tablets used to kill or inactivate microorganisms (bacteria and viruses) on inanimate objects or in water. | Epidemic prevention Chlorinating Tablets Disinfectant Chlorine Tablets Swimming Pool Instant Disinfection Tablets Chlorine Dioxide Effervescent Tablet Chlorine Disinfectant 100g Cozy apposite Fun | mingzuo (FBS) | B084RMYPTG | a) Function: Deep cleaning, sterilization, epidemic prevention, deodorization, bleaching<br>b) Product name: Sanitizer and disinfectant<br>c) Disinfectant Chlorine Tablets | a) Family disinfection in addition to the mold<br>b) Chlorine Disinfectant 100g Cozy apposite (sic) Fun |
| | KOVIPGU 100Pcs Chlorine Dioxide Disinfectant Cleaning 84 Instant Effervescent Tablets | KOVIPGU (FBS) | B08625RDR8 | a) Function: Deep cleaning, sterilization, deodorization, mildew, bleaching<br>d) Can be used for regular disinfection of the living room, kitchen, bathroom, bed linen and other clothes and furniture surface disinfection | a) Efficient disinfection to prevent the spread of disease<br>b) Use chlorine dioxide as the main active ingredient, safe and nonirritating<br>c) 100% brand new and high quality |
| | Explopur 84 Disinfection Tablets- Chlorine 84 Instant Disinfectant Effervescent Tablets | PPOshop (FBS) | B085DKC13G | a) Mop disinfection and cleaning<br>b) Dissolve in water and spray air to sterilize…<br>c) Home antivirus is important: hand-foot-mouth virus, mycobacterium tuberculosis, flu virus, norovirus, chickenpox virus<br>d) Kill invisible bacteria | a) With this bottle of effervescent tab-let, you can easily purify the living environment, providing a clean and safe home for yourself. |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 3 of 9

Exhibit B-12, pg. 14 of 58.

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
Attachment A

| | | | | e) Air disinfection, washing machine disinfection | |
|---|---|---|---|---|---|
| Zhance Epidemic Prevention Chlorinating Tablets Disinfectant Chlorine Tablets Swimming Pool Instant Disinfection Dioxide 100g Cozy apposite Fun Suitable | Zhanceus (FBS) | B085HFTM2D | a) Function: Deep cleaning, sterilization, epidemic prevention, deodorization, bleaching<br>b) Instant Disinfection Dioxide<br>c) Sanitizer and disinfectant | | a) Deep cleaning, sterilization, epidemic prevention, deodorization, bleaching |
| Aike Home 200 Pieces Swimming Pool Instant Disinfectant Tablets Chlorine Dioxide Effervescent Tablets Chloride Disinfectant | Aike Home (FBS) | B0855MSLXF | a) Material: disinfectant, Function: Disinfection<br>b) Sterilization: Continuous Bacteriostasis<br>c) Furniture disinfection, floor disinfection, toilet disinfection, bathtub disinfection | | a) Features: There is no damage to the environment and birds, and it is also a safety guarantee. |
| Coldcedar Chlorine 84 Disinfectant Effervescent Tablet Bleaching Pet Sterilization | Coldcedar (FBS) | B08663XRD9 | a) Coldcedar Chlorine 84 Disinfectant Effervescent Tablet Bleaching Pet Sterilization<br>b) Package included: 100pcs * Chlorine 84 disinfectant effervescent tablets | | a) A perfect hepler (sic) to easy understand your purify the living environment. |
| Explopur 100g Disinfection Effervescent Tablets Chlorine-containing 84 Disinfection Tablets Each Dissolves 500ml Water Sterilization for Home Pets Hospitals Public Places (Bottle Packaged) | PPOshop (FBS) | B085MH5FG7 | a) Package includes 1 bottle of disinfection tablet (100g)<br>b) Water Sterilization for Home Pets Hospitals Public Places<br>c) For external disinfection only<br>d) Sterilization | | a) Water Sterilization for Home Pets Hospitals Public Places |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 4 of 9

Exhibit B-12, pg. 15 of 58.

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

| | | | | |
|---|---|---|---|---|
| Explopur 300 Pcs Disinfection Effervescent Tablets Chlorine-containing 84 Disinfection Tablets 2g Each Dissolves 1.6kg Water Sterilization for Home Pets Hospitals Public Places (Bottle Packaged) | PPOshop (FBS) | B085MHD77D | a) Package includes 1 bottle of disinfection tablet (300 pieces)<br>b) For external disinfection only<br>c) Sterilization<br>e) Disinfection Tablets | |
| 84 Dioxidochlorine Effervescent Tablets Indoor and Outdoor | South Ranch (FBS) | B0861YHW4C | a) High efficient disinfection and sterilization, keep clean for a long time.<br>b) Tableware disinfection, washing machine disinfection, furniture sterilization, Air sterilization | a) High efficient disinfection and sterilization, keep clean for a long time. |
| Decdeal 1000PCS 84 Effervescent Tablets Cloth Bleach Sterilization Deodorization Cleaner Tablets for Household Floor Pool | Decdeal (FBS) | B0868P9YJ4 | a) 84 disinfectant effervescent tablets<br>b) Daily Sterilization | a) Safety and convenience<br>b) 84 cleaning effervescent tablets can bring you a cleaner and safer environment |
| 500PCS/Bottle Convenient 84 Disinfectant Effervescent Tablets Clothing Bleaching Pool Floor Household Deodorant Disinfection Handmade Spray Containing Chlorine Liquid,Daily Cleaning | fanLI (FBS) | B086GS7M4T | a) It can be used for the regular disinfection of the four corners of the living room, kitchen and toilet, as well as the surface disinfection of fabrics and furniture such as bed sheets and quilt covers<br>b) It can also be used for children's toys, pet products, instruments and equipment, air disinfection, and effectively<br>c) Disinfection Tablet | a) The disinfectant tablet with trichloroisocyanuric acid as the main effective component has an effective chlorine content of 450m-550mg/tablet, which is safe and non irritant<br>b) Efficient, One disinfectant tablet after dissoving (sic) is equal to one bottle of disinfectant, safe and environmental protection, convenient for preservation |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 5 of 9

Exhibit B-12, pg. 16 of 58.

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

| | | | | | |
|---|---|---|---|---|---|
| 100PCS/Bottle Convenient Household Disinfectant Pills Effervescent Tablets,Clothing Furniture Floor Surface Disinfection Handmade Spray Cleaner Containing Chlorine Liquid,Cleaning Supplies (D) | fanLI (FBS) | B086MT1WSF | a) It can be used for the regular disinfection of the four corners of the living room, kitchen and toilet, as well as the surface disinfection of fabrics and furniture such as bed sheets and quilt covers<br>b) It can also be used for children's toys, pet products, instruments and equipment, air disinfection, and effectively<br>c) Chlorine-containing, Disinfection Tablets | a) The disinfectant tablet with trichloroisocyanuric acid as the main effective component has an effective chlorine content of 450m-550mg/tablet, which is safe and non irritant<br>b) Efficient, One disinfectant tablet after dissoving (sic) is equal to one bottle of disinfectant, safe and environmental protection, convenient for preservation<br>c) Gentle to Child & Pets<br>d) Less Harmful to surfaces and skin | |
| 1Bottle Convenient Household Disinfectant Pills Effervescent Tablets,Clothing Furniture Floor Surface Cleaner Disinfection Handmade Spray Containing Chlorine Liquid,Daily Cleaning | fanLI (FBS) | B086MC9Q4Q | a) It can be used for the regular disinfection of the four corners of the living room, kitchen and toilet, as well as the surface disinfection of fabrics and furniture such as bed sheets and quilt covers<br>b) Surface disinfection of daily necessities, tableware, containers, pipes, etc., toilets, ceramic tiles, schools, hospitals, pet shops, etc<br>c) Disinfection Tablet | a) Medical quality, safe and non-toxic, easy to store<br>b) The disinfectant tablet with trichloroisocyanuric acid as the main effective component has an effective chlorine content of 450m-550mg/tablet, which is safe and non irritant<br>c) Efficient, One disinfectant tablet after dissoving (sic) is equal to one bottle of disinfectant, safe and environmental protection, convenient for preservation | |
| 100 Pcs 84 Instant Effervescent Cleaning Tablets Multifunctional Office School Spray | Chenyue US (FBS) | B086PLR1MR | a) Disinfecting effervescent tablets<br>b) Sterilization rate>99.999%<br>c) One bottle equals one hundred bottles of disinfection water<br>d) Affordable, one tablet is equal to one liter of disinfectant | a) Home Cleaning to protect the health of the family<br>b) There are patients at home, pets at home, daily life at home, hotels and hotels, and healthy and clean environments need this product<br>c) Home cleaning is preferred, medical quality, fast effervescence, effective cleaning, health and environmental protection. | |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 6 of 9

Exhibit B-12, pg. 87 of 282.

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

| | | | | | |
|---|---|---|---|---|---|
| **Antimicrobials**, **Disinfectants** and **Sanitizers** - Any unregistered or misbranded Antimicrobial, Disinfectant or Sanitizer coating used to kill or inactivate microorganisms (bacteria and viruses) on inanimate objects. | Nano Liquid Screen Protector<br><br>Amazon's Choice | Blobabe (FBA) | B07XGK96RF | a) Anti-bacteria<br>b) The coat of nano liquid protects it from microbes and bacteria too. | a) The coat of nano liquid protects it from microbes and bacteria. |
| | Original Nano Liquid Screen Protector | 7TECH (FBA) | B07JF9ZFQ2 | a) Anti-bacterial | |
| | HomeLifairy Upgraded 0.352 oz Liquid Screen Protector | Office-Selection (FBA) | B07SGXW1TB | a) Antibacterial | |
| | DOTSOG Nano Liquid Screen Protector | DOTSOG (FBA) | B07S2HX6ST | a) Anti-bacteria | |
| **Antimicrobials**, **Disinfectants** and **Sanitizers** - Any unregistered or misbranded Antimicrobial, Disinfectant or Sanitizer sterilization card used to kill or inactivate microorganisms (bacteria and viruses) in the surrounding air or on inanimate objects. | TOAMIT Card with Neck Strap | Healcier Store Official (FBS) | B086YLWRSZ<br>B086Y8LV5Q | a) Aluminum foil bag lanyard sterilization card<br>b) Virus Shut Out<br>c) Effective Antibacterial | a) Effective Antibacterial |

In the Matter of:  **AMAZON.COM SERVICES, LLC**
**Docket Number:  FIFRA-10-2020-0102**
**Stop Sale, Use, or Removal Order**
**Attachment A, Page 7 of 9**

**U.S. Environmental Protection Agency**
**1200 Sixth Avenue, Suite 155, M/S 11-C07**
**Seattle, Washington  98101**

| Pesticide Devices - Any misbranded pesticide device intended for trapping, destroying, repelling or mitigating any pest. | hOmeLabs 3,000 Sq. Ft Energy Star Dehumidifier for Large Rooms and Basements - Efficiently Removes Moisture to Reduce Likelihood of Mold and Mildew | hOmeLabs (FBS) | B06X9MFTZZ | a) Efficiently Removes Moisture to Reduce Likelihood of Mold and Mildew<br>b) Keep the humidity out of indoor rooms to help protect clothes, home goods, and furniture from mildew, mold, and moisture rot<br>c) When less moisture is in the air, the living environment is less susceptible to mold, mildew, and allergens that may cause irritation | a) Additionally, this dehumidifier targets humidity that can lead to mold, which can damage your health and valuable items in your living space.<br>b) Not only does our dehumidifier benefit the surrounding environment, but it can benefit human health, as well<br>c) Product lacks an EPA registered establishment number |
|---|---|---|---|---|---|
| | TOLOCO Indoor Insect Trap - Zap T3 Pro Mosquito Trap,USB Powered UV Lamps - for Bug,Fruit Fly,Moths,Mosquito Killer - No Zapper Non-Toxic (Black/Blue) | TOLOCO Inc (FBA) | B085ZZ6S11 | a) Bug,Fruit Fly,Moths,Mosquito Killer<br>b) Mosquitoes, fruit flies, and moths are attracted by the lights, and the fans suck them in,and the sticky glue boards trap it<br>c) Enjoy an insect free home | a) TOLOCO Insect traps use simple physical principles to safely capture and kill insects. Does not contain chemicals or toxic substances<br>b) Safe for kids and pets<br>c) Non-toxic, no electric zapping and odorless<br>d) The TOLOCO insects trap is currently the most safest and simplest mosquito killer.<br>e) Product lacks an EPA registered establishment number |
| | Eras Edge Ultrasonic Pest Repeller,Upgraded Electronic Pest Repellent Plug in Indoor Pest Control for Insects, Mosquito, Mouse, Cockroaches, Rats, Bug, Spider, Ant, Human & Pet Safe (Set of 4-Packs) | James a Driver (FBA) | B083DRFC22<br>B083DRG3RS | a) Produce good injuring effects on mouse, cockroach, spider, mosquitoes, insect, rat, rodent, flies, ant, fleas and more pests.<br>b) Indoor Pest Control for Insects, Mosquito, Mouse, Cockroaches, Rats, Bug, Spider, Ant<br>c) This time the machine began to work, and watch the pests go away!<br>d) Just plug it in - effectively chases away pests in home or office | a) More Safe for Child & Pets:Our pest repeller is safer than traditional mosquito repellents. Ultrasonic sound is inaudible to humans and household pets,environmental friendly alternative to dangerous poisons and Sprayers, chemicals and traps, no bad smell and Corpses.<br>b) Human & Pet Safe<br>c) The ultrasonic Pest Repellent is effective for an area up to 8001200 Square feet<br>d) ... simple to use and safe around family and most reject household pets |

In the Matter of:  AMAZON.COM SERVICES, LLC
Docket Number:  FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 8 of 9

Exhibit B-12, pg. 19 of 58

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington  98101

| | | | | e) | Product lacks an EPA registered establishment number |
|---|---|---|---|---|---|
| Frigidaire High 70 Pints-Per-Day Portable Dehumidifier with SpaceWise Design for Effective and Efficient Moisture Control, FAD704DWD, Fit for Use in any Damp Spaces in the Home, White | Amazon (Amazon) | B00AU7GZXE | a) This dehumidifier quietly removes excess moisture from the air, preventing mold and mildew<br>b) The benefits of this dehumidifier go beyond moisture removal thanks to the washable mesh filter that cleans the air of dust and allergens, reduces bacteria, and freshens the air<br>c) Design for Effective and Efficient Moisture Control<br>d) Protects your home from mold and mildew caused by excess moisture<br>e) Protects your home from mold and mildew caused by excess moisture | a) This dehumidifier quietly removes excess moisture from the air, preventing mold and mildew, keeping your family safe and healthy | |
| Indoor : Bug, Fruit Fly, Gnat, Mosquito Killer - Child and Kids Safe - No Zapper - Non-Toxic (Grey) | INLASK-US (FBA) | B083LSZDWT<br>B083LTHK92<br>B083LTJ393<br>B083LSVS6Q | a) Bug, Fruit Fly, Gnat, Mosquito Killer<br>b) Muliple powe traps - the UV light attcts the fruit fly, gnat, or mouito, the fa sucks it in, espe pvention funnel stops bugs from geing out (sic)<br>c) INLASK inect trap (sic) | a) Child and Kids (sic) Safe<br>b) Safe for Pets and Kids<br>c) Non-Toxic<br>d) Family Safe<br>e) Chemical Free<br>f) Product lacks an EPA registered establishment number | |

\* The claims presented in these columns are not necessarily exhaustive. The product labeling may contain additional pesticidal claims and/or false or misleading claims.

_____
Date

_____
Lauris C. Davies, Acting Director
Enforcement and Compliance Assurance Division

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 9 of 9

Exhibit B, pg. 91 of 282

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

**NOTE: Shaded products are from the June 10, 2020, version of Attachment A.**

| Violative Product | Example Product Name on Amazon.com | Example Seller Name/ Shipping Service | Example Amazon.com ASIN | Pesticidal Claims on Product Labeling* | Misbranding and/or False and Misleading Claims on Product Labeling* |
|---|---|---|---|---|---|
| **Repellents** - Any unregistered or misbranded defense spray used to deter vertebrate pests. | Advanced Tech – Police Magnum OC-17 | Studio SOLO (FBS) | B07PSC9PKV | a) Pepper Spray is great for defending yourself against not just human attackers, but wild animals as well Especially effective against…vicious animals and more. | a) Nontoxic causes no permanent injuries |
| **Antimicrobials, Disinfectants** and **Sanitizers** - Any unregistered or misbranded Antimicrobial, Disinfectant or Sanitizer used to kill or inactivate microorganisms (bacteria or viruses) on inanimate objects. | PlaneAire Travel Mist<br><br>Fails to meet Minimum Risk Pesticide Exemption as follows: makes public health claim, does not list ingredients.<br><br>Otherwise unregistered. | EverywhereAire (FBS) | B07QMHMV87 | a) Kills 99.99% of harmful bacteria<br>b) PlaneAire is laboratory tested to kill 99.99% of harmful bacteria including MRSA<br>c) Eliminates Surface Bacteria & Purifies the Air Naturally<br>d) The six oils were carefully selected for their powerful antibacterial, antiviral, antimicrobial and antifungal properties | a) Kills 99.99% of harmful bacteria<br>b) Ingredients are biodegradable and have no harmful impact on the environment<br>c) Although PlaneAire® is not intended to be used as a hand sanitizer, its all-natural, organic ingredients make it safe to do so<br>d) SAFE AND NON-TOXIC |
| | Antibacterial Yoga Mat Spray, Energizing Scent, by Diva Stuff (Energizing) | Diva Stuff (FBS) | B00YKP2W5M | a) Antibacterial Yoga Mat Spray<br>b) Great For Beach Chairs, Gym Equipment and More<br>c) Diva Stuff is introducing a new line of antibacterial yoga mat sprays<br>d) Antibacterial Formula | |
| | Portable Mini Disinfectant Spray | Messgod (Coronavirus Protection Clearance Sale) (FBS) | B086DRVXKG | a) Alcohol free disinfectant - 99.99% clean with 24-hour protection.<br>b) Antibacterial disinfection<br>c) Disinfectant spray<br>d) Effectively inactive bacterial viruses<br>e) The sterilization rate can reach 99.99% | a) 2020 Coronavirus Protection Coronavirus Protection Clearance Sale |
| | Edens Garden Cleaning Essential Oil Synergy Blend | Edens Garden (FBS) | B071XPKF2D | a) Sanitizes and disinfects<br>b) …this synergy blend functions as an antiviral, antibacterial, antifungal and antiseptic remedy. This all-natural | a) Only pure, safe and effective products |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 1 of 38

Exhibit B, pg. 92 of 282

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

| | | | | |
|---|---|---|---|---|
| Fails to meet Minimum Risk Pesticide Exemption as follows: ingredients ineligible for exemption, does not list active ingredient by weight percentage, lack of company contact information.<br><br>Otherwise unregistered. | | | concoction can be applied to counters, floors, tiles, toilets, sinks, ovens, windows and wood for a safer, cleaner home. | |
| TOTAMALA 20ML Alcohol-Free Bacteriostatic Portable Mini All in One Disinfectant Spray | TOTAMALA (FBS) | B085H77TP5 | a) alcohol free disinfectant - kills 99.99% bacteria with 24-hour protection<br>b) Suitable for a variety of appliances<br>c) Inhibit harmful substances<br>c) 1x Disinfectant Spray | a) 24-hour protection with just one application<br>b) Surface throughout useing (sic) to protecting your from harmful bacteria |
| Spot Gone Stain Remover and All Purpose Cleaner, Natural Eco Friendly Nontoxic Multi-Surface Formula. Saturate, Dab & Let it Dry! 32 Fl Oz | Spot Gone (FBA) | B08713FYZC | a) All Natural Cleaner with Hydrogen Peroxide – Kills Bacteria & Viruses<br>b) Disinfectant Cleaner<br>c) One-Step Disinfectant Cleaner<br>d) Soft Surface Sanitizer<br>e) Destroys germs, including most bacteria and viruses | a) Natural Eco Friendly Nontoxic Multi-Surface Formula<br>b) All Natural Cleaner with Hydrogen Peroxide – Kills Bacteria & Viruses<br>c) ECO Friendly<br>d) 100% Toxin-Free<br>e) Developed at home, friendly to the environment and never tested on animals |
| Xtreme Bio Antimicrobial Multi Surface Cleaner 4-1 Gallons | All-GreenJanitorial Products (FBS) | B088K5T55P | a) Xtreme Bio Antimicrobial Multi Surface Cleaner<br>b) Kills bacterial and fungus that cause spoilage or deterioration on a variety of surfaces, textiles, and paper products<br>c) Antimicrobial<br>d) Broad Spectrum Disnfectant for First Responders or Anyone in Infectious Environments | a) Non-toxic, non-mutagenic, and is biodegradable in less then 10 days<br>b) Odorless, Non-Hazardous, Non-Corrosive, Non-Toxic, Non-Mutagenic Formula<br>c) Safe and easy to use ...<br>d) Xtreme Bio is a non-toxic, non-mutagenic and provides a proven shield to bio security for you and your home |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 2 of 38

Exhibit B-12, pg. 22 of 58.

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 23 of 58.

| | | | | |
|---|---|---|---|---|
| | | | e) Inactivates viruses and KILLS bacteria and germs | |
| Artnatural Rubbing Isopropyl Alcohol - 99% Pure - 1 Gallon (Pack of 4 Quart) - Made in USA - Industrial Grade IPA Concentrated | ArtNaturals US (FBS) Organic Nature Bin (FBS) | B08DLC9JK6 B08P286KVB B08MT4MSJ2 B08P2CPJJZ | a) Great for cleaning, sterilizing equipment,chemistry, and creating hand sanitizer<br>b) Our 99% purity Isopropyl Alcohol is a truly high-grade & pure sanitizer. It makes a terrific addition to any emergency kit as it can sterilize tools and help prevent infections. You can also use it to create your very own homemade hand sanitizer, sanitizing spray, and wipes<br>c) Isopropyl alcohol (2-propanol) ... is the most common and widely used disinfectant within pharmaceutics, hospitals, cleanrooms, and electronics or medical devise manufacturing<br>d) Different solutions, purity grades, concentrations, and alchol types yield beneficial cleaning and disinfectant properties when applied correctly ...<br>e) You can also use our Isopropyl alcohol to sterilize tools ...<br>f) Whether you're using it as a topical sanitizer, instrument-sanitizing solution ... | a) A terrific addition for any first aid kit with zero harmful organics or heavy metals.<br>b) It is completely safe to use ... |
| 2in1 Screen Cleaning Spray Bottle and Cloth - Pack of 2 - Instantly Clean the Screen of your Phone, Tablet, TV, Laptop - Just Spray and Wipe - Compact - Ideal for Travel - Works Great on Flat Surfaces | ECO-FUSED (FBA) | B07C7MZLPQ | a) The antibacterial cleaning spray and microfiber cloth will make dust and fingerprints disappear instantly | |

In the Matter of:  AMAZON.COM SERVICES, LLC
Docket Number:  FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 3 of 38

Exhibit B, pg. 23 of 58

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington  98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 24 of 58.

| Antimicrobials, Disinfectants and Sanitizers - Any unregistered or misbranded Antimicrobial, Disinfectant or Sanitizer wipe used to kill or inactivate microorganisms (bacteria and viruses) on inanimate objects. | Ainany Cleaning Water Wipes for Hand Suitable for Household Travel Protection - 10 Pads/Pack | Ainany (FBS) | B086HF5CT8 | a) Disinfectant wet wipes<br>b) Sterilizing Rate 99.9% Use for wiping door handles, doors, elevator buttons and other public place items, and disinfect children's toys | a) Sterilizing Rate 99.9%<br>b) Help keep your family and those you care for healthy |
|---|---|---|---|---|---|
| | 2 PACK Disinfecting Wipes for Hands, Cleaning Wipes, Antibacterial Wipes, Sanitizing Wipe | OWLHWEH (FBS) | B086173KRW | a) 100 percent bacteria free …disinfecting wipes for a bleach-free, all-in-one cleaning alternative<br>b) Bacteriostasis Wet Towel<br>c) New easy to pull flip top pack allows for the easiest way to clean and disinfect | a) Safe for use on hard, non-porous surfaces, everyday including food preparation areas, baby equipment, furniture, fridges, taps, sinks, door knobs, kitchen and bathroom surfaces, floor cleaning, children's surfaces and electronics |
| | 20piter 6 Pack Disinfectant Wipes, 75% Alcohol Cleaning Wet Wipes(1 Pack,10 Wipes), Daily Disinfecting Use for Hand Home House Travel Office Electronics School All Purpose | 20piter (FBS) | B086DRXYF4 | a) 75% alcohol efficient sterilization (includes images of red lines through four types of bacteria: Candida albicans, E.coli, Staphylococcus aureus, Pseudomonas aeruginosa)<br>b) 99.99% sterilization<br>c) Daily Disinfecting Use for Hand Home House Travel Office Electronics School All Purpose | a) You can received (sic) 60/100 pieces cleaning wipes, meeting your daily use to keep safe and clean<br>b) Safe for all people using |
| | Wet Wipes (80 Wipes per Pack) Deep Cleaning of Hands/Toys/Tables/ Electronic Equipment, Etc. | Shenzhen LAGPOUSI Technology Co., Ltd.. (FBS) | B08BJ333JF | a) Cleaning and Sanitizing<br>b) Application scope: suitable for skin surface, home surfaceSterilization (sic), toy disinfection cleaning of public goods, surfaces, etc<br>c) Kill Bacteria<br>d) Effective Sterilization of Wipes 99.9% | a) Safe to Use |

In the Matter of:  AMAZON.COM SERVICES, LLC
Docket Number:  FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 4 of 38

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington  98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 25 of 58.

| | | | | |
|---|---|---|---|---|
| | | | e) Multiple occasions - ... Children Play Games – Outdoor Travel – Public Equipment – Hand-Held Elevator – Mobile Phone Computer | |
| 120 Wipes Hand Wet Wipes for Audlts, Hand Refreshing Cleaning Wipes for Travel Size, Disposable Wipes Suitable for Daily Cleaning | Rise-sun (FBS)<br><br>KEW LLC (FBS) | B0893V593N | a) Effectively Inhibit Bacteria 99.9%<br>b) Cleaning and Sanitizing<br>c) 75% Alcohol, 99.9% Sterilization Rate<br>d) Provides All-round Protection<br>e) Cleaning wipes for all-protections [above a graphic of glass ware, a toilet and a hand] | a) Provides All-round Protection<br>b) Gentle and Skin-friendly<br>c) Mild and Safe Formula<br>d) CE FDA MSDS Approved<br>e) Safer |
| Antibacterial Sanitizing Disinfecting Alcohol Wipes (250 Wipes) - Disinfectant Hand Sanitizer Wipes - Wet Disinfect Cleaning Wipes for House - 5 Pack of 50 | Kerrie's Counter (FBS) | B08CRRYJPB | a) Antibacterial Sanitizing Disinfecting Alcohol Wipes<br>b) Ag+ Alcohol Antibacterial Wipes<br>c) Effective sterilization 99.99% - Household Outdoor Travel<br>d) Disinfecting – Triple Sterilization – Sanitizing – Antibacterial<br>e) Alcohol Kills germs by breaking down it's cell walls, destroying the plasma membranes, and interfering with the metabolism of the cell<br>f) Benzalkonium Bromide is an active active antimicrobial agent that fights bacteria on all surfaces<br>g) Silver Ions (Ag+) block and destroy bacteria energy production, inhibiting cell replication and killing off the bacteria<br>h) Where to use – Hands – Car – House - Office<br>i) They fit comfortably in any travel bag or car and are a great alternative to liquid hand sanitizers; essential for | a) Safe<br>b) FDA CE SGS |

In the Matter of:  AMAZON.COM SERVICES, LLC
Docket Number:  FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 5 of 38

Exhibit B pg. 96 of 280

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington  98101

| | | | public transit, gyms, public toilets, parks, and more. | |
|---|---|---|---|---|
| 5 Pack Wipes, Replaceable Wipes Made of Sterile Non-Woven Fabric, Disposable Wipes for Adults. (50 Pieces in Total) | JDHF Manufacturing (FBA)<br><br>L Will (FBS) | B08CZYB2W6<br>B08BK7VCW1<br>B08BK7T863<br>B08D11376P | a) Disinfection Wet Wipes<br>b) 99.9% Sterilization Rate<br>c) Sanitary Care Sterilized Wet Wipes<br>d) Scope of Use: Applicable to the hand skin, object surface<br>e) Usage: ... From one side of the surface of the object, from the top down by the s-type wipe to the entire surface, action for 3 minutes<br>f) Category of Killing Microorganisms: Can kill the intestinal the intestinal pathogenic bacterium, staphylococcus aureus pseudomonas aeruginosa candida albicans<br>g) Widely used: wipes can be used indoors and outdoors, such as wiping door handles, elevator buttons and other easily accessible objects<br>h) Effective sterilization and sterilization without residue<br>i) Great for disinfecting on the go [with photographs of interior car door, desk draw with items, bus handrail and an airplane tray table] | a) Safety: The cleaning wipes are made of high-quality non-woven fabric, which is soft and skin-friendly<br>b) It can effectively provide a safe living environment<br>c) Professional purification and care for your health<br>d) Universal wipes can be widely used for outdoor travel, parks, parties and family use, adding a sense of security to your life |
| Cleaning Wipes, Hand Wet Refreshing Wipes(5 Pack=50 Piece),Clean Wipe for Adults Family, Travel, Bathroom & Kitchen PraLA507 | Pradonna (FBS) | B08D8X69CF<br>B08C4MPJ4G | a) Effective sterilization and Health Care<br>b) 75% alcohol disinfectant towel<br>c) 99.9% Sterilization Rate<br>d) Computer keyboard – Childrens Toys – Mobile phone – elevator – Refrigerator [Listed next to a graphic of the product label which states, | a) Effective sterilization and Health Care<br>b) Open a new sterile life 99.9% sterilization rate |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 6 of 38

Exhibit B-12, pg. 97 of 282.

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 27 of 58.

| | | | | |
|---|---|---|---|---|
| | | | "Effective sterilization and Health Care"]<br>e) 75% Disinfection Wipes<br>f) Open a new sterile life 99.9% sterilization rate<br>g) Sterilization, cleaning, sanitation<br>h) 75% Sterile with Alcohol<br>i) Clean antibacterial | |
| Alcohol Formula Wipes (20 Packs x 10 Sheets Total 200 PCS), Bulk 75% Alcohol Cotton Sanitizing Sheet Sterile Gauze Pads, Suitable for Outdoor Skin Cleansing Care, Individually Packaged Wet Tissues | God's Dream (FBS) | B08D7SLV3J | a) Bulk 75% Alcohol Cotton Sanitizing Sheet<br>b) Sterilization Rate 99.9%<br>c) Disinfect&Clean<br>d) Disinfection for office items such as keyboards, LCD monitors, glasses and mobile phones etc<br>e) Travel environment and use of sanitation of carry-on items<br>f) Inhibits Bacteria Cleanses Efficiently<br>g) Antibacterial<br>h) Effective sterilization and sterilization without residue | a) Take good care of your family's health |
| Antibacterial Alcohol Wipes, 6 Pack of 50 (300 Wipes), Kills 99.9% of Germs, Portable Cleaning Wipes for Home Outdoor Skin Toys | Sipa Masks (FBS) | B08BN4K52T | a) Antibacterial Alcohol Wipes<br>b) Kills 99.9% of Germs<br>c) 99.9% Kill Germs Naturally<br>d) Alcohol Wipes (50PCS, PACK OF 6) kills 99.9% of germs, help prevent the spread of bacterial. Portable design, suitable for daily use and travel use. | a) 99.9% Kill Germs Naturally<br>b) Especially for daily use, keep you safe |
| Wet Wipes, All Purpose 75% Portable 3Pack 80 Sheet Hand Wipes Family, Travel,Outdoor, Kitchen,Hand Skin Cleaning | Yinyin shares (FBS) | B08DQN9DZV | a) Disinfectant Wipes<br>b) Kills 99.9% of Viruses & Bacteria | a) Take good care of your family's health |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 7 of 38

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington  98101

| 60PCS Wet Wipes for Large Size, Hand Wipes for Adults Daily Cleansing | Shenzhen LAGPOUSI Technology Co., Ltd.. (FBS) | B08B4GQCWG B0892ZHYGT B08D8XVGJ3 B08D8YD6HY B08D8WRFY6 | a) Disinfection Wipes<br>b) For Use in Health .... Dental offices, ... Ophthalmic offices, Areas such as kitchens And Bathrooms<br>c) Wide Used- Suitable for keyboard, phone, office supplies, portable supplies, tableware, children's toys, etc. Perfect for use in offices, schools and home. | b) Safe and Clean |
|---|---|---|---|---|
| Wipe Out Anitbacterial Wipes Lemon Scent 80 Wipes | Multiple (FBA and FBS) | B08HPFP6CM | a) Wipe Out Anitbacterial Wipes<br>b) KILLS 99.9% OF GERMS<br>c) KILLS GERMS FAST<br>d) Kills 99.9% of germs - Use it anytime, anywhere<br>e) Cleans and sanitizes | a) Safe and gentle on hands |
| Household Cleaning Wipes, Cleaning Supplies, Heavy Duty Cleaning Wipes for House, Kitchen, Home, Bathroom, Microwave, Hands, Office, Pets, Floor \| 35 ct, 3 bottles, total 105 units | Doneesha-Smith (FBA) Enthusiasmr (FBA) | B08BL5VPKY B08CVN3NRD B08B38RWD5 B08B16SQF6 | a) NARRAH – The Easy Way To Clean And Disinfect.<br>b) Use On The Hard, Nonporous, Non-food-contact Surface, Kill Germs Around Tour (sic) Home, Kitchen Room, Bathroom, Safe For Use On Finished Wood, Sealed Granite, Glass, And Stainless Steel<br>c) Disinfect: Pre-clean surface. Use enough fresh wipes to a (sic) throughly wet surface<br>d) To prevent the growthof mold and mildew and their odors: Pre-clean hard, nonporous surfaces | a) Maintains a clean and healthy living environment.<br>b) Natural soft formula, does not harm the skin<br>c) Naturally Mild & Not Irritating |
| Waxman Kleen Freak Wipes 70 Count Canister (3 Canisters) | Waxman Consumer Products Inc. (FBA) | B08FRN1QXT B08FCWTRJK | a) Sanitizing Wipes<br>b) To help reduce viruses and bacteria<br>c) Disinfecting wipes<br>d) Wipe surface with product and allow to dry | |

In the Matter of:  AMAZON.COM SERVICES, LLC

Docket Number:  FIFRA-10-2020-0102

Stop Sale, Use, or Removal Order

Attachment A, Page 8 of 38

U.S. Environmental Protection Agency

1200 Sixth Avenue, Suite 155, M/S 11-C07

Seattle, Washington  98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 29 of 58.

| | | | | |
|---|---|---|---|---|
| | | | | e) Waxman Kleen Freak disinfecting wipes kill 99.9% of harmful viruses and bacteria<br>f) Our wipes are designed to hold moisture longer, and disinfect while that clean away dirt, dust and germs – making clean-ups easier and faster at home, work, school or anywhere messes occur<br>g) Fast, one-step cleaning and disinfecting | |
| | AlertCare Alcohol Prep Pads - Medical-Grade Sterile - 75% Alcohol Cotton Slices - 50 Pcs Large Size Gauze Pads Individually Wrapped - 11 x 15cm/4.3in x 5.9in | OnHand HealthCare | B08956RD91 | a) Large Alcohol Wipes - Big enough for your targeted use  perfect for biabetics Skin Cleaning Care, Jewelry Computer, Cell Phone, Digital Camera, Notebook Clean<br>b) KILLS 99.99% OF GERMS THAT MAY CAUSE ILLNESS<br>c) Kills Bacteria & Germs & Viruses<br>d) The product may seem small since it's folded, just unfold it to see the 6x6cm size alcohol pad and its good to go and use it to sterile (sic) and clean your phone, doorknob, remote control, car wheels, grocery carts, bags and all things you wanted<br>e) [photographs of people using the pads on a phone, eye-glasses and a keyboard | |
| **Antimicrobials, Disinfectants** and **Sanitizers** - Any unregistered or misbranded Antimicrobial, Disinfectant or Sanitizer tablets used to kill or | Epidemic prevention Chlorinating Tablets Disinfectant Chlorine Tablets Swimming Pool Instant Disinfection Tablets Chlorine Dioxide Effervescent Tablet Chlorine | mingzuo (FBS) | B084RMYPTG | a) Function: Deep cleaning, sterilization, epidemic prevention, deodorization, bleaching<br>b) Product name: Sanitizer and disinfectant<br>c) Disinfectant Chlorine Tablets | a) Family disinfection in addition to the mold<br>b) Chlorine Disinfectant 100g Cozy apposite (sic) Fun |

In the Matter of:  AMAZON.COM SERVICES, LLC
Docket Number:  FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Exhibit B-12, pg. 29 of 58.
Attachment A, Page 9 of 38

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington  98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 30 of 58.

| inactivate microorganisms (bacteria and viruses) on inanimate objects or in water. | Disinfectant 100g Cozy apposite Fun | | | | |
|---|---|---|---|---|---|
| | KOVIPGU 100Pcs Chlorine Dioxide Disinfectant Cleaning 84 Instant Effervescent Tablets | KOVIPGU (FBS) | B08625RDR8 | a) Function: Deep cleaning, sterilization, deodorization, mildew, bleaching<br>d) Can be used for regular disinfection of the living room, kitchen, bathroom, bed linen and other clothes and furniture surface disinfection | a) Efficient disinfection to prevent the spread of disease<br>b) Use chlorine dioxide as the main active ingredient, safe and nonirritating<br>c) 100% brand new and high quality |
| | Explopur 84 Disinfection Tablets- Chlorine 84 Instant Disinfectant Effervescent Tablets | PPOshop (FBS) | B085DKC13G | a) Mop disinfection and cleaning<br>b) Dissolve in water and spray air to sterilize…<br>c) Home antivirus is important: hand-foot-mouth virus, mycobacterium tuberculosis, flu virus, norovirus, chickenpox virus<br>d) Kill invisible bacteria<br>e) Air disinfection, washing machine disinfection | a) With this bottle of effervescent tab-let, you can easily purify the living environment, providing a clean and safe home for yourself. |
| | Zhance Epidemic Prevention Chlorinating Tablets Disinfectant Chlorine Tablets Swimming Pool Instant Disinfection Dioxide 100g Cozy apposite Fun Suitable | Zhanceus (FBS) | B085HFTM2D | a) Function: Deep cleaning, sterilization, epidemic prevention, deodorization, bleaching<br>b) Instant Disinfection Dioxide<br>c) Sanitizer and disinfectant | a) Deep cleaning, sterilization, epidemic prevention, deodorization, bleaching |
| | Aike Home 200 Pieces Swimming Pool Instant Disinfectant Tablets | Aike Home (FBS) | B0855MSLXF | a) Material: disinfectant, Function: Disinfection<br>b) Sterilization: Continuous Bacteriostasis | a) Features: There is no damage to the environment and birds, and it is also a safety guarantee. |

In the Matter of:  AMAZON.COM SERVICES, LLC
Docket Number:  FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 10 of 38

Exhibit B-12, pg. 30 of 58.

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington  98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 31 of 58.

| | | | | |
|---|---|---|---|---|
| Chlorine Dioxide Effervescent Tablets Chloride Disinfectant | | | c) Furniture disinfection, floor disinfection, toilet disinfection, bathtub disinfection | |
| Coldcedar Chlorine 84 Disinfectant Effervescent Tablet Bleaching Pet Sterilization | Coldcedar (FBS) | B08663XRD9 | a) Coldcedar Chlorine 84 Disinfectant Effervescent Tablet Bleaching Pet Sterilization<br>b) Package included: 100pcs * Chlorine 84 disinfectant effervescent tablets | a) A perfect hepler (sic) to easy understand your purify the living environment. |
| Explopur 100g Disinfection Effervescent Tablets Chlorine-containing 84 Disinfection Tablets Each Dissolves 500ml Water Sterilization for Home Pets Hospitals Public Places (Bottle Packaged) | PPOshop (FBS) | B085MH5FG7 | a) Package includes 1 bottle of disinfection tablet (100g)<br>b) Water Sterilization for Home Pets Hospitals Public Places<br>c) For external disinfection only<br>d) Sterilization | a) Water Sterilization for Home Pets Hospitals Public Places |
| Explopur 300 Pcs Disinfection Effervescent Tablets Chlorine-containing 84 Disinfection Tablets 2g Each Dissolves 1.6kg Water Sterilization for Home Pets Hospitals Public Places (Bottle Packaged) | PPOshop (FBS) | B085MHD77D | a) Package includes 1 bottle of disinfection tablet (300 pieces)<br>b) For external disinfection only<br>c) Sterilization<br>e) Disinfection Tablets | |
| 84 Dioxidochlorine Effervescent Tablets Indoor and Outdoor | South Ranch (FBS) | B0861YHW4C | a) High efficient disinfection and sterilization, keep clean for a long time.<br>b) Tableware disinfection, washing machine disinfection, furniture sterilization, Air sterilization | a) High efficient disinfection and sterilization, keep clean for a long time. |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 11 of 38

Exhibit B-12, pg. 130 of 265

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 32 of 58.

| | | | | |
|---|---|---|---|---|
| Decdeal 1000PCS 84 Effervescent Tablets Cloth Bleach Sterilization Deodorization Cleaner Tablets for Household Floor Pool | Decdeal (FBS) | B0868P9YJ4 | a) 84 disinfectant effervescent tablets<br>b) Daily Sterilization | a) Safety and convenience<br>b) 84 cleaning effervescent tablets can bring you a cleaner and safer environment |
| 500PCS/Bottle Convenient 84 Disinfectant Effervescent Tablets Clothing Bleaching Pool Floor Household Deodorant Disinfection Handmade Spray Containing Chlorine Liquid,Daily Cleaning | fanLI (FBS) | B086GS7M4T | a) It can be used for the regular disinfection of the four corners of the living room, kitchen and toilet, as well as the surface disinfection of fabrics and furniture such as bed sheets and quilt covers<br>b) It can also be used for children's toys, pet products, instruments and equipment, air disinfection, and effectively<br>c) Disinfection Tablet | a) The disinfectant tablet with trichloroisocyanuric acid as the main effective component has an effective chlorine content of 450m-550mg/tablet, which is safe and non irritant<br>b) Efficient, One disinfectant tablet after dissoving (sic) is equal to one bottle of disinfectant, safe and environmental protection, convenient for preservation |
| 100PCS/Bottle Convenient Household Disinfectant Pills Effervescent Tablets,Clothing Furniture Floor Surface Disinfection Handmade Spray Cleaner Containing Chlorine Liquid,Cleaning Supplies (D) | fanLI (FBS) | B086MT1WSF | a) It can be used for the regular disinfection of the four corners of the living room, kitchen and toilet, as well as the surface disinfection of fabrics and furniture such as bed sheets and quilt covers<br>b) It can also be used for children's toys, pet products, instruments and equipment, air disinfection, and effectively<br>c) Chlorine-containing, Disinfection Tablets | a) The disinfectant tablet with trichloroisocyanuric acid as the main effective component has an effective chlorine content of 450m-550mg/tablet, which is safe and non irritant<br>b) Efficient, One disinfectant tablet after dissoving (sic) is equal to one bottle of disinfectant, safe and environmental protection, convenient for preservation<br>c) Gentle to Child & Pets<br>d) Less Harmful to surfaces and skin |
| 1Bottle Convenient Household Disinfectant Pills Effervescent Tablets,Clothing | fanLI (FBS) | B086MC9Q4Q | a) It can be used for the regular disinfection of the four corners of the living room, kitchen and toilet, as well as the surface disinfection of fabrics | a) Medical quality, safe and non-toxic, easy to store<br>b) The disinfectant tablet with trichloroisocyanuric acid as the main |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 12 of 38

Exhibit B-12, pg. 191 of 285

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

| | | | | |
|---|---|---|---|---|
| Furniture Floor Surface Cleaner Disinfection Handmade Spray Containing Chlorine Liquid,Daily Cleaning | | | and furniture such as bed sheets and quilt covers<br>b) Surface disinfection of daily necessities, tableware, containers, pipes, etc., toilets, ceramic tiles, schools, hospitals, pet shops, etc<br>c) Disinfection Tablet | effective component has an effective chlorine content of 450m-550mg/tablet, which is safe and non irritant<br>c) Efficient, One disinfectant tablet after dissoving (sic) is equal to one bottle of disinfectant, safe and environmental protection, convenient for preservation |
| 100 Pcs 84 Instant Effervescent Cleaning Tablets Multifunctional Office School Spray | Chenyue US (FBS) | B086PLR1MR | a) Disinfecting effervescent tablets<br>b) Sterilization rate>99.999%<br>c) One bottle equals one hundred bottles of disinfection water<br>d) Affordable, one tablet is equal to one liter of disinfectant | a) Home Cleaning to protect the health of the family<br>b) There are patients at home, pets at home, daily life at home, hotels and hotels, and healthy and clean environments need this product<br>c) Home cleaning is preferred, medical quality, fast effervescence, effective cleaning, health and environmental protection. |
| FEINASU Magic Pool Cleaning Tablet & Floating Dispenser (100 Tablets 1 Bottle+ Dispenser 1pc) | lonko5DING (FBA) | B07WLDP7JS | a) Automatic Disinfection Drug Dispenser for Swimming Pool<br>b) Obvious Effect - Purification of Fouling in Swimming Pools<br>c) [Before and after graphic of an algae filled pool becoming clean] | a) Made of safe and quality materials<br>b) Ensures the swimming poll is safe and will not hurt the skin |
| COLORCASA Magic Pool Cleaning Tablet (100 Tablets 1 Bottle) Magic Swimming Pool Tup Cleaner | AFGQIANG LLC. (FBS) | B07VVNNCKC | a) Swimming Pool Disinfection Effervescent Tablets<br>b) [Before and after graphic of an algae filled pool becoming clean] | a) Made of safe and quality materials<br>b) It ensures that the swimming pool is safe and will not hurt the skin |
| MAMaiuh Magic Swimming Pool Cleaning Tablet with Floating Chemical Dispenser, 1 Bottle /100 Pieces Chlorine Tablet Chlorinating Tablets, | MAMaiuh (FBS) | B07XRX5PYJ | a) Effectively Guard Against Bacteria, Algae and Other Organism<br>b) These swimming pool water sanitizers create a safer, cleaner, and more enjoyable swimming experience<br>c) [Before and after graphic of an algae filled pool becoming clean] | a) These swimming pool water sanitizers create a safer, cleaner, and more enjoyable swimming experience<br>b) Made of safe and high-quality materials. It ensures that the swimming pool is safe and will not hurt the skin |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use or Removal Order
Exhibit B-12, pg. 192 of 280
Attachment A, Page 13 of 38

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 34 of 58.

| | | | | | c) | Safe and non-toxic – Will not hurt the skin |
|---|---|---|---|---|---|---|
| Effectively Guard Against Bacteria, Algae and Other Organism | | | | | | |
| LOVFASHION 4 Bottles Pool Cleaning Tablet Effectively Purify Water-Enjoy Crystal Clear Pool | Molly & Lily (FBS) | B07VT4SJFZ B07W7Y18N7 | a) Effectively Purify Water<br>b) Effective cleaning, effective sterilization, make your children safe and more reassuring<br>c) Bacteria are everywhere – It can be used in wards, pets, kitchens, toilets and other places<br>d) Effective sterilization<br>e) These swimming pool water sanitizers create a safer, cleaner, and more enjoyable swimming experience<br>f) Swimming Pool Disinfectant Effervescent Tablets<br>g) Purify water<br>h) [Before and after graphic of an algae filled pool becoming clean] | | a) Effective cleaning, effective sterilization, make your children safe and more reassuring<br>b) These swimming pool water sanitizers create a safer, cleaner, and more enjoyable swimming experience. | |
| Zooyooarts Magic Swimming Pool Cleaning Tablet with Floating Chemical Dispenser, Pool Maintenance Tablets, Effectively Eliminate Harmful Organisms 【1 Bottle(100Tablets)】 | cftaro (FBS) | B0895YCHWK | a) Effectively Eliminate Harmful Organisms<br>b) [Before and after graphic of an algae filled pool becoming clean]<br>c) [Before and after graphic of an algae filled pool, with magnifying glass showing algae cells, becoming clean]<br>d) Swimming Pool Disinfectant Effervescent Tablets | | a) Made of safe and high-quality materials. It ensures that the swimming pool is safe and will not hurt the skin<br>b) Safe and non-toxic – Will not hurt the skin | |
| Aquatabs Water Purification Tablets | Preparation Apparel (FBA) and (FBS) Cascade Supply (FBS) | B06XPCCD4Y B01IIRD2MO B077737MBN B071464NPG B07SNS3B9G B07DTSRB6S B07Q25KJ75 B0825SC66G | a) World's #1 Water Purification Tablets<br>b) Aquatabs are effervescent tablets which kill microorganisms in water to prevent cholera, typhoid, dysentery and other water borne diseases.<br>c) Drinking Water Tablets/Purify<br>d) Aquatabs Water Purification Tablets | | a) [Products appear to be repackaged from the original packaging]<br>b) Aquatabs are effervescent tablets which kill microorganisms in water to prevent cholera, typhoid, dysentery and other water borne diseases | |

In the Matter of:  AMAZON.COM SERVICES, LLC
Docket Number:  FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 14 of 38

Exhibit B pg. 105 of 282

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington  98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 35 of 58.

| | | | | | |
|---|---|---|---|---|---|
| **Antimicrobials**, **Disinfectants** and **Sanitizers** - Any unregistered or misbranded Antimicrobial, Disinfectant or Sanitizer coating used to kill or inactivate microorganisms (bacteria and viruses) on inanimate objects. | Nano Liquid Screen Protector<br><br>Amazon's Choice | Blobabe (FBA) | B07XGK96RF | a) Anti-bacteria<br>b) The coat of nano liquid protects it from microbes and bacteria too. | a) The coat of nano liquid protects it from microbes and bacteria too. |
| | Original Nano Liquid Screen Protector | 7TECH (FBA) | B07JF9ZFQ2 | a) Anti-bacterial | |
| | HomeLifairy Upgraded 0.352 oz Liquid Screen Protector | Office-Selection (FBA) | B07SGXW1TB | a) Antibacterial | |
| | DOTSOG Nano Liquid Screen Protector | DOTSOG (FBA) | B07S2HX6ST | a) Anti-bacteria | |
| **Antimicrobials**, **Disinfectants** and **Sanitizers** - Any unregistered or misbranded Antimicrobial, Disinfectant or Sanitizer treated article making claims beyond the article itself. | Secure-A-Pen Antimicrobial Counter Pen with 3 Refills, Black (514455) | BestSource OfficeSupplies. (FBS) | B00Q8TEL2K | a) Antimicrobial Protected | |
| | gb Home Collection Premium Antibacterial Door Mat \| 24 x 36 inches \| Indoor Outdoor Doormat w Anti-Skid Rubber Back \| Water | GrayBunny (FBA) | B07B67SQDL<br>B07WGHX535 | a) Premium Antibacterial Door Mat<br>b) The polypropylene surface is stain resistant, naturally anti-bacterial and quick to dry<br>c) Polypropylene Surface is Naturally Anti-Bacterial and Dries Quickly | |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use or Removal Order
Attachment A, Page 15 of 38

Exhibit B pg. 106 of 282

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 36 of 58.

| | | | | |
|---|---|---|---|---|
| | Absorbent Entryway Mat \| Easy to Clean Bootscaper \| Low Profile Entry Mat | | | |
| | Jamm Hands Free Touchless Arm Pull Door Handle Opener Treated with Antimicrobial Technology, 1 Pack | Hilwate Holdings (FBA) | B089LQHYRL B089LYWV1N | a) Treated with Antimicrobial Technology<br>b) This innovative technology, a highly active silver ion additive that assists in keeping surfaces sanitary, is dispersed throughout the handle<br>c) It remains active for the LIFETIME of the product making for the best germaphobe door opener<br>d) Never requires recoating of antimicrobial treatment.<br>e) Innovative antimicrobial technology<br>f) Bacteria lands on the biomaster surface ... the bacteria can't survive<br>g) Biomaster interups the cell's DNA preventing replication | a) Welcome to a stress, virus and germ free way to open a door<br>b) This innovative technology, a highly active silver ion additive that assists in keeping surfaces sanitary, is dispersed throughout the handle<br>c) It remains active for the LIFETIME of the product making for the best germaphobe door opener |
| **Antimicrobials, Disinfectants** and **Sanitizers** - Any unregistered or misbranded Antimicrobial, Disinfectant or Sanitizer made of or containing elemental metal intended to kill, control or destroy bacteria, viruses or germs. | Aviano Copper Protector Door Opener Tool & Button Pusher – (2 PACK) 99.9% Copper Hands Free Germ Keychain Utility Hook Tool Key– No Touch Tool for Infected Surfaces, Touchscreens, Handles, Buttons | BELLA AMAZING (FBA) | B087YZZ4XD | a) Our anti-touch door opener and stylus is ideally made with 99.9% copper that naturally kills pathogens, unlike brass keychain<br>b) Copper is a proven and tested material that naturally kills – Viruses – Bacteria – Germs<br>c) Copper releases ions which destroy the whole cells of pathogens including the DNA and RNA, making bacteria impossible to mutate<br>d) Prevent Germs<br>e) Made of 99.9% Antimicrobial Copper | a) Prevent Germs<br>b) Our 2 Pack Bundle Hands-Free Door Opener Tool is designed to keep you safe and stop the spread by limiting exposure to infected surfaces in day-to-day activities<br>c) MADE WITH 99.9% NATURAL COPPER<br>d) Copper is a proven and tested material that naturally kills – Viruses – Bacteria – Germs<br>e) |
| | StayWell Copper GermStopper Large Patch Cell Phone, Laptop, iPads or to Any | Stay Well Copper (FBS) | B07VFB3KHY B07VF9M2R5 | a) StayWell Copper kills bacteria and germs on contact<br>b) LAST FOREVER - StayWell Copper never stops killing germs when you | a) The Copper GermStopper Phone Patch reduces the spread of germs<br>b) Simply attach a Staywell GermStopper Cellphone Patch to your phone and |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 16 of 38

Exhibit B-12, pg. 36 of 58

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 37 of 58.

| | | | | |
|---|---|---|---|---|
| Product to Eliminate Germs Without Chemicals \| Pure Copper Made in The USA (Large) (2.125" x 3.375") | | | rub, roll, and touch it. The benefit from copper's 'halo effect' is that it kills 70% of all germs in a 50 cm radius (19") <br> c) Researchers worldwide agree copper is a natural "antimicrobial", killing germs and bacteria, just by touch. Microbe cells have an internal electric charge which copper's high conductance short−circuits, destroying the cell in seconds. <br> d) The Copper GermStopper Phone Patch reduces the spread of germs and kills germs on your phone | voila! Now you're carrying protection against germs - an extra layer of protection from unwanted sickness <br> c) StayWell Copper Phone Patches are 1.2 mm thick, packed full of all natural, chemical free germ killing power. Lasts forever. |
| Original StayWell Copper GermStopper Portable Roller \| Kills Germs On Contact Without Chemicals \| Pure Copper Made in the USA (Single Unit) | Stay Well Copper (FBS) | B086H3SVJG <br> B087X9HFSW | a) Kills Germs On Contact Without Chemicals <br> b) StayWell Copper HAS A HALO EFFECT: StayWell Copper is completely safe with no side effects. Unlike any other metal, copper has halos which can kills 70% of all germs within 16" of contact. Our copper products kill 99.97% of germs on contact. <br> c) HOW IT WORKS: When a germ comes in contact with StayWell Copper, the copper causes the outer membrane of the germ to rupture. Once ruptured, the germ's cell contents interact with the copper and their function is destroyed! <br> d) Due to its antimicrobial properties copper sterilizes itself! <br> e) Put your old staywell copper phone patch on any surface you want to protect from germs | a) Kills Germs On Contact Without Chemicals <br> b) StayWell Copper is completely safe with no side effects <br> c) SAFE, DURABLE & LASTS FOREVER StayWell Copper products require no warning labels. They are 100% safe for mothers, teachers, doctors, salespersons, children, teenagers, young adults, sanitation workers, food service employees, public officials and receptionists…everyone benefits from the germ-killing power of StayWell Copper! |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 17 of 38

Exhibit B-12, pg. 90 of 280

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 38 of 58.

| | | | | |
|---|---|---|---|---|
| Keyclean Copper Hands Free Door Opener Tool \| Button Pusher & Stylus Key \| No Touch - Avoid Germs \| Made in The USA | Mom + Pop (FBA) | B08882WV8X | a) The key to germ free living has finally arrived. Made from 99.9 percent antimicrobial copper<br>b) This germ protector germ key or germ hook can be used as a sanitary door opener ...<br>a) Keyclean is self-sanitizing comfortable to use, compact, durable and designed to keep you safe at all times from the millions of germs on public surfaces that we interact with on a daily basis. | a) This germ protector germ key or germ hook can be used as a sanitary door opener ...<br>b) Keyclean is self-sanitizing comfortable to use, compact, durable and designed to keep you safe at all times from the millions of germs on public surfaces that we interact with on a daily basis<br>c) Help keep you, your family, your friends, your coworkers, and your community safer by minimizing the spread with this elegant no touch tool<br>d) Thank you for making your community safer, one less touch at a time! |
| N3XISM_STUDIO Copper Protector Door Opener Tool & Button Pusher - 99.9% Copper Hands Free Germ Keychain Utility Hook Tool Key - No Touch Tool for Touchscreens, Handles, Buttons and More | ONEWKTS (FBA) | B088WKQQM4 | a) Why Copper? – Copper is a proven and tested material that naturally kills: - Viruses – Bacteria – Germs<br>b) How? – Copper releases ions which destroy the whole cells of pathogens including the DNA or RNA, making bacteria impossible to mutate | a) Our Hands-Free Door Opener Tool is designed to keep you safe and stop the spread by limiting exposure to surfaces in day-to-day activities |
| Antimicrobial Pure Copper Therapy Ring Band for Men & Women, Uncoated Solid Copper, Effective Against Viruses, Germs, Bacteria; Trace Mineral, Natural Relief of Arthritis, Joint Pain; Size 5-12 | Samie Collection (FBA) | B07NDCP5BF B07NDD4TR4 | a) Effective Against Viruses, Germs, Bacteria<br>b) Our natural copper has antimicrobial properties, meaning it kills bacteria and viruses<br>c) Copper is an essential trace metal which has healing and antimicrobial properties | |
| Hy-Genie 3 inch Brass No Touch Door Opener Hand Multi Tool | Addison & Sheffield (FBA) | B087NHGC9P | a) Hy-Genie uses copper's natural ANTIMICROBIAL ability to kill germs | a) Hy-Genie Hand Tool will keep you and your hands safe from coming into direct contact with harmful germs; |

In the Matter of:  AMAZON.COM SERVICES, LLC
Docket Number:  FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 18 of 38

Exhibit B-12, pg. 109 of 282

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington  98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 39 of 58.

| | | | | | |
|---|---|---|---|---|---|
| | | | | b) Manufactured from C280 Brass - a copper/zinc alloy that uses its natural ability to kill germs on its surface in up to 4 hours | b) Great gift idea for friends and family who need to stay clean and protected while out and about |
| **Antimicrobials**, **Disinfectants** and **Sanitizers** - Any unregistered or misbranded Antimicrobial, Disinfectant or Sanitizer film used to kill or inactivate microorganisms (bacteria and viruses). | CLOBO Anti Virus Film ZnO Film Elevator Kiosk Desk (1.6FT X 16.6FT) | Clobo (FBA) | B087MY4Z74 | a) Anti Virus Film<br>b) This is ZnO antivirus film<br>c) ZnO has a powerful antimicrobial effect for removing 99.9% of germs in daily life, such as staphylococ-us aures (sic), colon bacillus and bacillus pyocyaneus, when used for sanitary products<br>d) Antimicrobial mechanism of Zinc Oxide<br>e) Ion contact generates monovalence due to destruction of cell wall and cell membrane (sic)<br>f) Electrostatic attraction induces virus death by electrostatic attraction between ZnO and bacteria | a) Protect us from Virus<br>b) Zinc oxide (ZnO) has approved by FDA of U.S., and approved for human use by EPA (Economic Partnership Agreement) as a safe antimicrobial |
| | Sneeze Guard Antimicrobial Film, ETROBOT Anti-viral Film Adhesive Counter Shield for Desk, Elevator Button, Handle Sticker Car Film Transparent Protective Cover, Surface Protection 32ft x 1.3ft | YK Trading Inc. (FBS) | B08C9QB6NZ<br>B08C2MBTVJ<br>B08D3G72ZQ | a) 99.9% Anti-virus & All purpose Sterilization<br>b) Proven certified antimicrobial copper technology rapidly penetrates into bacterial cells, our antimicrobial copper film destroys the body and genome of the virus and rapidly deactivated the bacteria and virus within couple minutes, kills 99.9% of germs according to our professional lab test without producing any harmful substances, no odor, no chemical, safe to use<br>c) Easy to Use & 7/24 Away from Bacteria<br>d) Anti-microbial Copper Laminate Film | a) kills 99.9% of germs according to our professional lab test without producing any harmful substances, no odor, no chemical, safe to use<br>b) Our anti-microbial film keeps your family and friends safe 24 hours a day, 7 days a week for years<br>c) Harmless to human<br>d) Harmless to the environment<br>e) 24/7 Health Protection |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 19 of 38

Exhibit B-12, pg. 39 of 58

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 40 of 58.

| | | | | | |
|---|---|---|---|---|---|
| | | | | e) Principle behind the Antiviral effect of Copper - Antimicrobial Copper acts as an inhibitor of the virus replication<br>f) However, virus is deactivated in the Copper surface within 30 minutes and Copper destroys the body structure and genome of the virus<br>g) 99.99% Anti-virus Copper Film – Protects 24h a day, 7 days a week<br>h) Rapidly Block and Destroy 99.99% of Surface Bacteria<br>i) Sterilization Rate up to 99.99% | |
| **Antimicrobials, Disinfectants** and **Sanitizers** - Any unregistered or misbranded Antimicrobial, Disinfectant or Sanitizer sterilization card used to kill or inactivate microorganisms (bacteria and viruses) in the surrounding air or on inanimate objects. | TOAMIT Card with Neck Strap | Healcier Store Official (FBS) | B086YLWRSZ<br>B086Y8LV5Q | a) Aluminum foil bag lanyard sterilization card<br>b) Virus Shut Out<br>c) Effective Antibacterial | a) Effective Antibacterial |
| **Antimicrobials/Herbicides** - Any unregistered or misbranded Antimicrobial/Herbicide used to remove mold and mildew and kill weeds. | Green Gobbler ULTIMATE VINEGAR Home & Garden - 30% Vinegar Concentrate, Hundreds of Uses! 5 Gallon Pail | EcoClean Solutions (FBS) | B01EXSPF5O<br>B07939DYBP | a) Remove mold and mildew<br>b) Horticultural Applications: Use at full strength with any type of pressure sprayer<br>c) Restore Brickwork [on a picture of a brick patio with excessive weeds]<br>d) Use as a Handy Garden Helper [under a photograph of someone hoeing weeds]<br>e) It easily dissolves grease, soap scum, mildew, mold, rust and other organic matter | a) THE ALL-NATURAL ALTERNATIVE FOR CLEANING<br>b) Our OMRI-listed 30% vinegar is a safer alternative to bleach and ammonia<br>c) Use all-natural vinegar for cleaning, deodorizing, gardening, laundry, chrome polishing, grease removal, etc<br>d) Environmentally Friendly<br>e) Safe, natural and certified for organic use<br>f) ALL-NATURAL ALTERNATIVE |

In the Matter of:  AMAZON.COM SERVICES, LLC
Docket Number:  FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Exhibit B-12, pg. 40 of 58.
Attachment A, Page 20 of 38

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington  98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 41 of 58.

| | | | | | |
|---|---|---|---|---|---|
| | | | | f) Question: So if I wanted to use this kill grass & weeds and I wanted to use a 30 gallon tank sprayer, what would the dilution rate be & how many gallons needed? Answer: Use in full sunshine. Completely saturate grass & weeds. There's no need to dilute the vinegar; just add to a sprayer and start using the product. This kills all the plants in the area. Avoid spraying on any grass and plants you wish to protect. It doesn't leave residue in the soil that could prevent new plants from growing. A 30-gallon tank sprayer should cover approximately a half acre & you would need 30 gallons of vinegar. That's a little less than half a football field. see less - By EcoClean Solutions SELLER on February 6, 2019 <br> g) This powerful vinegar solution is typically reserved for agricultural and industrial tasks <br> h) Whether you want a handy garden helper or a powerful household cleaner, you can trust 30% Pure Vinegar to get the job done—naturally | g) SAFE, STRONG AND RELIABLE <br> h) A safer alternative to harmful chemicals <br> i) Whether you want a handy garden helper or a powerful household cleaner, you can trust 30% Pure Vinegar to get the job done—naturally <br> j) Free of Harmful Chemicals |
| **Pesticide Devices** - Any misbranded pesticide device intended for trapping, destroying, repelling or mitigating any pest. | hOmeLabs 3,000 Sq. Ft Energy Star Dehumidifier for Large Rooms and Basements - Efficiently Removes Moisture to Reduce Likelihood of Mold and Mildew | hOmeLabs (FBS) | B06X9MFTZZ | a) Efficiently Removes Moisture to Reduce Likelihood of Mold and Mildew <br> b) Keep the humidity out of indoor rooms to help protect clothes, home goods, and furniture from mildew, mold, and moisture rot <br> c) When less moisture is in the air, the living environment is less susceptible to mold, mildew, and allergens that may cause irritation | a) Additionally, this dehumidifier targets humidity that can lead to mold, which can damage your health and valuable items in your living space. <br> b) Not only does our dehumidifier benefit the surrounding environment, but it can benefit human health, as well <br> c) Product lacks an EPA registered establishment number |

In the Matter of:  AMAZON.COM SERVICES, LLC
Docket Number:  FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 21 of 38

Exhibit B-12, pg. 10 of 283

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington  98101

| | | | | |
|---|---|---|---|---|
| TOLOCO Indoor Insect Trap - Zap T3 Pro Mosquito Trap,USB Powered UV Lamps - for Bug,Fruit Fly,Moths,Mosquito Killer - No Zapper Non-Toxic (Black/Blue) | TOLOCO Inc (FBA) | B085ZZ6S11 | a) Bug,Fruit Fly,Moths,Mosquito Killer<br>b) Mosquitoes, fruit flies, and moths are attracted by the lights, and the fans suck them in,and the sticky glue boards trap it<br>c) Enjoy an insect free home | a) TOLOCO Insect traps use simple physical principles to safely capture and kill insects. Does not contain chemicals or toxic substances<br>b) Safe for kids and pets<br>c) Non-toxic, no electric zapping and odorless<br>d) The TOLOCO insects trap is currently the most safest and simplest mosquito killer.<br>e) Product lacks an EPA registered establishment number |
| Eras Edge Ultrasonic Pest Repeller,Upgraded Electronic Pest Repellent Plug in Indoor Pest Control for Insects, Mosquito, Mouse, Cockroaches, Rats, Bug, Spider, Ant, Human & Pet Safe (Set of 4-Packs) | James a Driver (FBA) | B083DRFC22 B083DRG3RS | a) Produce good injuring effects on mouse, cockroach, spider, mosquitoes, insect, rat, rodent, flies, ant, fleas and more pests.<br>b) Indoor Pest Control for Insects, Mosquito, Mouse, Cockroaches, Rats, Bug, Spider, Ant<br>c) This time the machine began to work, and watch the pests go away!<br>d) Just plug it in - effectively chases away pests in home or office | a) More Safe for Child & Pets:Our pest repeller is safer than traditional mosquito repellents. Ultrasonic sound is inaudible to humans and household pets,environmental friendly alternative to dangerous poisons and Sprayers, chemicals and traps, no bad smell and Corpses.<br>b) Human & Pet Safe<br>c) The ultrasonic Pest Repellent is effective for an area up to 8001200 Square feet<br>d) ... simple to use and safe around family and most reject household pets<br>e) Product lacks an EPA registered establishment number |
| Frigidaire High 70 Pints-Per-Day Portable Dehumidifier with SpaceWise Design for Effective and Efficient Moisture Control, FAD704DWD, Fit for Use in any Damp Spaces in the Home, White | Amazon (Amazon) | B00AU7GZXE | a) This dehumidifier quietly removes excess moisture from the air, preventing mold and mildew<br>b) The benefits of this dehumidifier go beyond moisture removal thanks to the washable mesh filter that cleans the air of dust and allergens, reduces bacteria, and freshens the air<br>c) Design for Effective and Efficient Moisture Control | a) This dehumidifier quietly removes excess moisture from the air, preventing mold and mildew, keeping your family safe and healthy |

In the Matter of:  AMAZON.COM SERVICES, LLC
Docket Number:  FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Exhibit B-12, pg. 42 of 58.
Attachment A, Page 22 of 38

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington  98101

| | | | | |
|---|---|---|---|---|
| | | | d) Protects your home from mold and mildew caused by excess moisture <br> e) Protects your home from mold and mildew caused by excess moisture | |
| Indoor : Bug, Fruit Fly, Gnat, Mosquito Killer - Child and Kids Safe - No Zapper - Non-Toxic (Grey) | INLASK-US (FBA) | B083LSZDWT <br> B083LTHK92 <br> B083LTJ393 <br> B083LSVS6Q | a) Bug, Fruit Fly, Gnat, Mosquito Killer <br> b) Muliple powe traps - the UV light attcts the fruit fly, gnat, or mouito, the fa sucks it in, espe pvention funnel stops bugs from geing out (sic) <br> c) INLASK inect trap (sic) | a) Child and Kids (sic) Safe <br> b) Safe for Pets and Kids <br> c) Non-Toxic <br> d) Family Safe <br> e) Chemical Free <br> f) Product lacks an EPA registered establishment number |
| UV Light Sanitizer Box- Cell Phone UV Light Sanitizer Box-Cell Phone Cleaner UV Light Sanitizer Box for Cellphone, Jewelry, Credit Card, Watch, Keys-USB Charge- Aromatherapy | 8 Joy My Home (FBA) | B086WRYSG5 | a) Sanitizer Box <br> b) Multi-Function Sterilizer <br> c) The phone cleaner can provide 360 ° protection, it can sterilize anything even hidden microorganisms in crevices that even cleaning wipes can't reach <br> d) UV light sanitizer box can sanitize any devices in 5 minutes <br> e) Phone Cleaner: iphone disinfector fits all phones below 7 inches <br> f) Sterilization | a) No liquid, heat or chemical is used in cell phone cleaners, so it's safe to sanitize anything that will fit inside! <br> b) Multi-Function Sterilizer <br> c) UV sterilization box is great electronic cleaner for cell phones up to 7 inches <br> d) Safe Protection: cell phone box effectively sterilize any home personal items, while is safe to the human body when using precautions <br> e) It is now more needed than ever to stay safe and be protected <br> f) Keep the entire family safe from illnesses and deadly infections <br> g) This iphone cleaner will be a great gift for your parents, kids or friend to keep them safe. <br> h) Harmless |
| UV Light Sanitizer Wand, Portable UVC Light Disinfector Lamp Chargable Foldable for Home Hotel Travel Car Kills 99% of Germs Viruses & Bacteria 59S | 59S Official Store (FBA) | B0861BK9LQ | a) 20pcs UVC & 100% OZONE FREE- Powered by 20 x UVC LED, disinfects and eliminates up to 99.9% of germs, viruses and bacteria <br> b) Disinfection Wand made your life easier with a simple press and scan <br> c) UVC LED Handheld Sterilizer | a) Enjoy a healthier life with less germs around <br> b) Side Effect – none <br> c) UVC LED Handheld Sterilizer <br> d) Sterilization rate: up to 99.9% <br> e) Convenience, Safe, Effective <br> f) Sterilization for Travel & Hotel |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use or Removal Order
Attachment A, Page 23 of 38

Exhibit B-12, pg. 43 of 58.

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 44 of 58.

| X5 | | | d) Sterilization for Travel & Hotel<br>e) Sterilization rate: up to 99.9% | |
|---|---|---|---|---|
| UV Light Sanitizer Ultraviolet Light Wand UVC Disinfector Timing Lamp Portable Sterilizer Rechargeable for Hotel Household Wardrobe Toilet Car Pet Area | GAKUS (FBA) | B08CRGVLHQ<br>B08CRKQRJK | a) EFFICIENT STERILIZATION<br>b) Anti-germ Rate 99.9%<br>c) This uv wand has 3 Disinfection Timing sets: 5 minutes, 10 minutes, 15 minutes<br>d) This sanitizer wand uses latest UV-C LED technology ,which reproduces the UV-C light using LED beads to provide a 100% clean environment and energy efficient disinfection<br>e) UV-C UV Disinfector Wand – Powerful sterilization | a) EFFICIENT STERILIZATION<br>b) This sanitizer wand uses latest UV-C LED technology ,which reproduces the UV-C light using LED beads to provide a 100% clean environment and energy efficient disinfection<br>c) Timing and Smart Display Function for Sterilization<br>d) Safe without Chemical<br>e) UV-C UV Disinfector Wand – Powerful sterilization |
| LIVINO Portable UV Wand Sanitizer Machine, Handheld UV Light Sanitizer for Household and Travel. UV Light Sterilizer Wand Disinfects Phones,Toys,Wardrobe and Baby Items [Trade Mark Registered] | AutumnFall (FBS) | B089WCGB4Z | a) UV Light Sanitizer<br>b) UV light disinfection kills the germ from 95% to 99% in just 20 seconds<br>c) UVC Wand: lightweight handheld UV light Sterilizer wand and portable design, you can take it with you anywhere and keep you and your family healthy and protected from germs<br>d) UV Lights Disinfect germs and allows you to avoid the usage of chemical base traditional fluids on body and objects<br>e) Remove bacteria, yeasts with-in a seconds (sic) | a) UVC Wand: lightweight handheld UV light Sterilizer wand and portable design, you can take it with you anywhere and keep you and your family healthy and protected from germs<br>b) UV Light Sterilizer is made up of premium plastic having a manageable size of 10.5 x 1.49 inches<br>c) It is a super strong LED ultraviolet light that is non-toxic and harmless |
| HISAN Effective UV Light Sanitizer & Sterilizer | Portable USB Rechargeable Led UV Light, Automatic Timer UV Sanitizer Wand for Grocery Bags, | HISAN Co. (FBA) | B08743PWNV | a) Proven certified technology kills 99.99% of germs<br>b) It can sterilize cell phones, iPads, toothbrushes, toilets, toys, pillows and much more<br>c) Professionally designed for household disinfection | a) ⚕ Certified Anti-germ [EPA EST: NO.95138-CHN-1]<br>b) It can sterilize cell phones, iPads, toothbrushes, toilets, toys, pillows and much more<br>c) Whether at home or on a trip, it will make sure that you stay in a clean and |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 24 of 38
Exhibit B-12, pg. 45 of 280

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 45 of 58.

| | | | | |
|---|---|---|---|---|
| Cellphones, Baby Toys, Boxes, Door knobs, Toilet | | | d) Proven Effective UV Light Sanitizer<br>e) Sterilization rate up to 99.9%<br>f) Not only disinfecting and sterilizing, but safety (sic) to use<br>g) UV sanitizer light is a powerful and comprehensive disinfection device. | safe place to avoid getting sick<br>d) The uv sterilizer light are FCC, CE, RoHs certified, not only proven works for disinfecting and sanitizing, but safety in use<br>e) This UV light will protect you from harmful bacteria and viruses that are surfacing the casino<br>f) Sterilization rate up to 99.9%<br>g) Not only disinfecting and sterilizing, but safety (sic) to use |
| LED UV Sterilizer Box Ultraviolet Light Bacteria Sanitizer Cosmetic Cleaning Tool Kid Pacifiers Toy Cleaner Toothbrush Nail Beauty Salon Art Makeup Equipment Phone Disinfectant | UV-POD (FBA) | B07DYFPGTV | a) LED UV Sterilizer Box Ultraviolet Light Bacteria Sanitizer Cosmetic Cleaning Tool<br>b) ALL-PURPOSE STERILIZER BOX<br>c) This salon quality sterilizing box can be used for nails as well as baby pacifiers, small toys, keys, glasses, mobile devices, hearing aids and personal items<br>d) Using the UV POD UV-C light storage box to help sterilize tools & accessories can help reduce the spread of germs, bacteria and impurities.<br>e) 99.99% Sterilization Rate<br>f) One-Tough Sterilization in a Portable Box<br>g) UV-C Light Sterilizer | a) LED UV Sterilizer Box<br>b) ALL-PURPOSE STERILIZER BOX<br>c) This salon quality sterilizing box can be used for nails as well as baby pacifiers, small toys, keys, glasses, mobile devices, hearing aids and personal items<br>d) Using the UV POD UV-C light storage box to help sterilize tools & accessories can help reduce the spread of germs, bacteria and impurities.<br>e) That's why we created the UV POD LED Sterilization Box that helps you quickly and easily protect against antisepsis with powerful and safe UV-C light<br>f) Safe and Eco-Friendly<br>g) 99.99% Sterilization Rate<br>h) One-Tough Sterilization in a Portable Box<br>i) UV-C Light Sterilizer |
| Cell Phone Wireless Charger, Marnana Portable Cell Phone Case with USB Charger, Multi-Use Smartphone Box for iPhone Android | MOBNAS (FBS) | B07X54YM93 | a) UV Phone Sterilizer | a) Protect your phone within 15 minutes, helps you stay healthy<br>b) Stay Healthy - Have you thought how dirty your phone is? Marnana phone wireless charger is designed to thoroughly protect your phone and |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 25 of 38

Exhibit B-12, pg. 45 of 58.

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

| | | | | |
|---|---|---|---|---|
| Mobile Phone Jewelry Keys | | | | helps you stay healthy<br>c) UV Phone Sterilizer |
| UV Phone Sanitizer Wireless Charger Cell Phone Cleaner UV Light Sterilizer Smartphone Charging Station Disinfection Box Aromatherapy Function for iOS Android Device, Watches, Masks, Keys | Yillc (FBA) | B08BR2V2YV | a) UV Phone Sanitizer<br>b) UV Light Sterilizer<br>c) Disinfection Box<br>d) Germicidal UV light eliminating germs and bacteria up to 99.99% without harmful heat, liquids or chemicals<br>e) The UV-C light can get to the microorganisms that hide in crevices where even cleaning wipes can't reach, neutralizes harmful bacteria and viruses that other phone cleaners can't kill<br>f) Just plug it into the USB cable, put the items into the internal chamber, close the lid, then press and hold the button for one second to start sterilizing<br>g) Your things can be grem-free and fragrantly refreshed from the essential oil of your choice | a) UV Light Sterilizer<br>b) Protect yourself and those closest to you by sanitizing your phone regularly<br>c) Safe and Effective<br>d) Safely kill up to 99.99% of germs and bacteria with UV light in less than 8 minutes<br>e) Just plug it into the USB cable, put the items into the internal chamber, close the lid, then press and hold the button for one second to start sterilizing<br>f) Safely disinfect your cell phone, watch, keys, jewelry, wallets, eyeglasses, credit cards and more |
| UV Light Sanitizer | UV Sterilizer Box | Sterilizes in Minutes with No Cleaning Required | Touch Screen Control | for Babies & The Whole Family | EVLA'S (FBA) | B07W7HSDPZ | a) LARGE UV STERILIZER BOX – Keep Your FAMILY SECURE and HEALTHY with Our Large UV Sterilizer in Your Own Home<br>b) STERILIZES IN JUST 11 MINUTES – Keys, Phones, Credit Cards, Work Passes are Sterilized in Just 11 Minutes<br>c) Sterilize your essentials in minutes | a) Sterilizes in Minutes with No Cleaning Required<br>b) for Babies & The Whole Family<br>c) LARGE UV STERILIZER BOX – Keep Your FAMILY SECURE and HEALTHY with Our Large UV Sterilizer in Your Own Home<br>d) Independently tested for safety and effectiveness |
| UV Light sanitizer Box with Aromatherapy Function for iOS Android Mobile Phone Jewelry Toothbrush Watch - Black | MONIGE (FBA) | B086JYX47G | a) UV Light sanitizer Box<br>b) Mobile phone sanitizer box with double upgrade 253.7nm UV wavelength light can kill up to 99.99% of unhealthy things for your devices | a) It does work when you close it down. It can keep you safe<br>b) And in this particular period of time, just let this cell phone cleaning box keep your safe everyday<br>c) Multi-function Sterilization Box |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Exhibit B-12, Pg. 46 of 280
Attachment A, Page 26 of 38

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

| | | | | |
|---|---|---|---|---|
| | | | c) There are some protruding points for holding up your stuff so that the bad thing on the back can be killed.<br>d) This cell phone sanitizer has a 6.6*3.5*0.87 inches inner space<br>e) This ultraviolet sanitizer machine is designed with USB charging port to be compatible with 5V/2A chargers.<br>f) Many researches show that the upgrade DOUBLE 253.7nm UV WAVELENGTH LIGHT is most effective to kill the bad things in daily life<br>g) Multi-function Sterilization Box | d) Enjoy your healthy life<br>e) Invisible small bacteria threatens family health<br>f) Create a healthy life and eliminate harmful bacteria |
| Eccomum Baby Bottle *Sterilizer* and Dryer, LED Touch Screen, 360° Steam **Disinf tion** & Drying, Super Large Capacity, HEPA Filter, Homemade Dried Fruit | fashioni (FBA) | B07T2R43MB | a) Eccomum Baby Bottle *Sterilizer* and Dryer<br>b) 360° Steam **Disinf tion** & Drying<br>c) This machine is highly steam steri lized by high temperature circulating steam, which can kill 99.9% of harmful substances; drying simultaneously<br>d) This machine combines multiple functions into one: Steri-lizer&Drying/ Drying/ Steri-lizer/ ...<br>e) 360˚ Disinfection Without Dead Ends<br>f) Sterilize & Dry More Throughly<br>g) HEPA Filtration: PM2.5, Dust, Germ | a) Made of BPA-free PP material, material safety is harmless<br>b) Invention for your baby's health<br>c) ... provide safe and healthy all-round care for the baby |
| 59S UV Light Sanitizer Box, Large Size UV-Clean Sterilizing Bag, 24 LEDs UVC Light Box for Cell P hone/ Wallet/Toys/Beauty Tools/Tableware/Bottle/ Clothes | 59S Official Store (FBS) | B08CXKYCG7 | a) 59S UV Light Sanitizer Box<br>b) Clean Sterilizing Bag<br>c) Efficient Sterilization: Built-in 24 high energy UV LEDs, cover wavelength 260-280nm, can be thoroughly disinfected in 3 minutes with a sterilization rate of 99.9% | a) Professional Disinfect: 59S UV light sanitizer bag has obtained EPA filing (EPA Est: No.95175-CHN-1), SGS sterilization test and FDA certificate<br>b) Safe Sanitizing: Highly reflective inner surface with UVC lamps up and down, real sterilization without dead ends<br>c) 59S, The Pioneer of LED Sterilization |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 27 of 38

Exhibit B-12, pg. 46 of 280

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 48 of 58.

| | | | | |
|---|---|---|---|---|
| | | | d) Safe Sanitizing: Highly reflective inner surface with UVC lamps up and down, real sterilization without dead ends<br>e) 59S, The Pioneer of LED Sterilization<br>f) Sterilization rate: up to 99.9%<br>g) Quick Disinfection to kill 99.99% of Bacteria<br>h) Disinfect with 59S<br>i) Just UVC LED Sterilization!<br>j) Eliminates 99.99% Germs & Bacteria in 3 Minutes<br>k) Disinfect Underwear Regularly<br>l) Killing rate (%) 99.999<br>m) P55 UV LED Sterilizer Bag<br>n) Kills 99.99% Germs Viruses & Bacteria | d) 59S, design and develop uv based disinfection solutions for families and healthcare environment<br>e) Join the 59S family and experience the difference of healthier life<br>f) Sterilization rate: up to 99.9%<br>g) 3 Sets for epidemic prevention<br>h) Just UVC LED Sterilization!<br>i) Disinfect Underwear Regularly – Give women one more protection to prevent female diseases<br>j) Create a Healthy Life and Eliminate Harmful Bacteria<br>k) Disinfect your phone regularly to prevent virus protection<br>l) Killing rate (%) 99.999 |
| Ultra Violet Wand Sanitizing Light Wand UV Sterilizer Wand UV Light Germicidal Germ Wand UV Light Wand UV Germ Killer | GSNOW Direct (FBA) | B0892ZCY44 | a) Ultra Violet Wand Sanitizing Light Wand<br>b) UV Sterilizer Wand<br>c) UV Light Germicidal Germ Wand<br>d) According to the approved laboratory research, the ultraviolet disinfection stick can kill 99.99% of harmful substance<br>e) Ultraviolet Germicidal Irradiation (UVGI) is a shortwave light that removes 99.9% of microorganisms and bacteria - all without the health hazards of harsh chemicals. | a) UV Sterilizer Wand<br>b) 10s FAST STERILIZATION<br>c) Turn on the UV light, simply sweep the UV light wand across the surface or stuff you desire to clean, it makes the environment safe and clean in 9 seconds without damaging any surface, makes non-toxic, no residue, no odor, no secondary pollution<br>d) Ultraviolet Germicidal Irradiation (UVGI) is a shortwave light that removes 99.9% of microorganisms and bacteria - all without the health hazards of harsh chemicals.<br>e) Our UV-C light wand adopted the selected ABS material and advanced led light beads to ensure obvious clean effect and durable LED UV Lamp lifespan more than 10,000+ hours, proven works for effective cleaning, and safety in use |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 28 of 38

Exhibit B-12, pg. 49 of 266

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 49 of 58.

| | | | | |
|---|---|---|---|---|
| Ultrawand - UV Light Sanitizer Wand for Rooms, Homes, Travel, Face Covers, Phones \| 254 nm Ultraviolet Wavelength UVC Lamp Bulb Germicidal Sterilizer (1-Year Warranty) | Hygea Direct (FBA) | B085KSPXGF | a) Ultrawand - UV Light Sanitizer Wand for Rooms, Homes, Travel, Face Covers, Phones<br>b) Germicidal Sterilizer<br>c) CLEANS THOROUGHLY: 254nm UV wavelength is lab-tested to fight against harmful organisms<br>d) The Ultrawand is a UV Light Sanitizer and Sterilizer that utilizes UVC light to fight against harmful organisms<br>e) UV Sanitizer For Packages<br>f) UV Sterilizer for Masks<br>g) UV Germicidal Wand For Doors<br>h) UV Sanitizer For Phones | a) Germicidal Sterilizer Lamp<br>b) The Ultrawand is a UV Light Sanitizer and Sterilizer that utilizes UVC light to fight against harmful organism<br>c) UV Sterilizer for Masks<br>d) You can safely use the wand over all sides of the package and be confident it is safe to pick up and open within a few minutes!<br>e) You can feel confident about reusing the masks you've purchased when sterilizing with the Ultrawand, just hover the wand over each side of the mask for a minute to remove harmful organisms!<br>f) Create a global healing center of cleanliness around you, wherever you are. |
| JJ CARE Premium UV Wand Sanitizer, UV Sterilizer Wand, UVC Wand for 99.9% Sterilization, Sanitizing Wand for Travel or Home Use, Handheld UV Light Wand Powered by Adapter or Batteries | JJ CARE (FBA) | B085FWV6BM | a) JJ CARE Premium UV Wand Sanitizer<br>b) UV Sterilizer Wand<br>c) UVC Wand for 99.9% Sterilization<br>d) Sanitizing Wand for Travel or Home Use<br>e) UVC DISINFECTION IN MINUTES - The Handheld UV Wand does a good job cleaning in such little time. Always bring the light wand for disinfection on-the-go.<br>f) STERILIZING MUST-HAVE<br>g) MULTI-SURFACE STERILIZING - Inside the home, the JJ CARE portable sterilizer wand can be used in the kitchen, living room, bedroom and virtually anywhere inside the house<br>h) PROTABLE STERILIZER – Sterolize anytime, anywhere | a) UV Sterilizer Wand<br>b) UVC Wand for 99.9% Sterilization<br>c) SAFE AND EFFECTIVE - Using this UV Cleaner Wand is absolutely safe, no chemicals (and chemical smells) involved!<br>d) STERILIZING MUST-HAVE<br>e) MULTI-SURFACE STERILIZING - Inside the home, the JJ CARE portable sterilizer wand can be used in the kitchen, living room, bedroom and virtually anywhere inside the house<br>f) PROTABLE STERILIZER – Sterolize anytime, anywhere<br>g) DISINFECT IN SECONDS |
| AA Aquarium Green | VerSure | B0051C62IQ | a) AA Aquarium Green Killing Machine | a) Green Killing Machine |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Exhibit B-12, pg. 49 of 285
Attachment A, Page 29 of 38

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

| | | | | |
|---|---|---|---|---|
| Killing Machine 3 Watt \| Internal UV Sterilizer System with Power Head \| Kills Algae, Bacteria, and Waterborne Pathogens \| Easy, Submersible Installation<br><br>[9 and 24-Watt versions are available] | (FBA)<br>One Way Pet (FBA)<br>Sweetner (FBA) | B001KP9B2W<br>B002ZVODP0 | b) Internal UV Sterilizer System with Power Head<br>c) Kills Algae, Bacteria, and Waterborne Pathogens<br>d) GKM makes fighting green water easier. UV light rays are effective in controlling free flowing bacteria, yeast, molds and other pathogens, in turn clearing up green water or cloudiness without any chemicals | b) Internal UV Sterilizer System with Power Head<br>c) Safety Tested internal UV kit – Be safe with your tank and fish!<br>d) Keep your fish healthier and tank clearer with an advanced UV system for your aquarium<br>e) When you need to control the bacteria in your fish tank and want to safely eliminate algae, improve clarity, and keep fish healthy, you need the AA Aquarium Green Killing Machine<br>f) Adds life to your environment |
| Aquatop PF40-UV Hang-On Filter with UV Sterilization | Cellar_Doors_Books (Zentra LLC) (FBA) | B005G03ZQU | a) Aquatop PF40-UV Hang-On Filter with UV Sterilization<br>b) The industry's first hang-on filter with integrated U.V. Sterilization<br>c) The UV Sterilizer of the PFUV-40 helps eliminate unwanted algae blooms, keeping aquarium water crystal clear and aids in the health of your aquatic creatures by eradicating free-floating parasites | a) Aquatop PF40-UV Hang-On Filter with UV Sterilization<br>b) The UV Sterilizer of the PFUV-40 helps eliminate unwanted algae blooms, keeping aquarium water crystal clear and aids in the health of your aquatic creatures by eradicating free-floating parasites |
| AquaTop In-Line UV Sterilizer 10W - IL10UV | TAG Supplies (FBS) | B005HJYXNO | a) AquaTop In-Line UV Sterilizer<br>b) AQUATOP'S IL-UV Series clarifies and sterilizes aquarium water, providing clear and healthy water so your aquatic creatures to thrive<br>c) The UV sterilizer will keep your aquarium fish tank water clean and reduce cleaning time<br>d) Water traveling through the IL-UV Series is exposed to UV-C light, known as germicidal- grade UV light | a) AquaTop In-Line UV Sterilizer<br>b) AQUATOP'S IL-UV Series clarifies and sterilizes aquarium water, providing clear and healthy water so your aquatic creatures to thrive<br>c) The UV sterilizer will keep your aquarium fish tank water clean and reduce cleaning time |
| Jebao UV Clarifier Sterilizer for Aquarium | Amazon.com | B00JDTXHI6 | a) Jebao UV Clarifier Sterilizer for Aquarium Fish Pond Fountain | a) Jebao UV Clarifier Sterilizer for Aquarium Fish Pond Fountain |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use or Removal Order
Attachment A, Page 30 of 38

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 51 of 58.

| | | | | |
|---|---|---|---|---|
| Fish Pond Fountain | | | b) Tackle heavy pond algae blooms with safe, cleansing ultraviolet light<br>c) Powerful UV clarifier keeps pond or aquarium water clean and "green free"<br>d) UV light effectively destroys unsightly green pond water algae | b) Tackle heavy pond algae blooms with safe, cleansing ultraviolet light |
| Killer's Instinct Outdoors JUP-01 9W UV Sterilizer Submersible Filter UV Sterilizer for Aquarium and Tank Aquarium UV Sterilizer Green Killing Machine Water Fliter Green Killing Machine That Work | Killer's Instinct Outdoors (FBA) | B0865TBM1N | a) Killer's Instinct Outdoors JUP-01 9W UV Sterilizer Submersible Filter<br>b) UV Sterilizer for Aquarium and Tank Aquarium UV Sterilizer<br>c) Green Killing Machine Water Fliter<br>d) SIMPLE AND EFFECTIVE - UV control of harmful microorganisms & free-floating algae<br>e) Built-in pump directs waterborne organisms past the UV-C lamp for clean, clear aquarium water<br>f) This amazing JUP-01 submersible UV sterilizer allows simple and effective UV control of harmful microorganisms & free-floating alga | a) Killer's Instinct Outdoors JUP-01 9W UV Sterilizer Submersible Filter<br>b) UV Sterilizer for Aquarium and Tank Aquarium UV Sterilizer<br>c) This amazing JUP-01 submersible UV sterilizer allows simple and effective UV control of harmful microorganisms & free-floating alga |
| Aquarium Lights 13W, Anntuk Submersible Fish Tank Light Aquarium Clean Light with Timer,Aquarium Water Clean Green Clear Waterproof Clean Lamp for Pond,Swimming Pool,Indoor | Jingshang (FBA) | B087Y6WLMN | a) Water Purification<br>b) For the disinfection work of others, it is recommended to ...<br>c) AIR PURIFICATION<br>d) Instructions: within 200 square feet, this product can be used for 30 minutes to achieve sterilization effect (the light area is the disinfection area)<br>e) After bacteria absorb ultraviolet ray, cause DNA strand to break<br>f) Kill the biological activity of nucleic acid and kill bacteria<br>g) Mold spores algae bacteria virus [crossed out]<br>h) UV Sterilizer for aquarium<br>i) Purified Green Algae Bloom | a) Instructions: within 200 square feet, this product can be used for 30 minutes to achieve sterilization effect (the light area is the disinfection area)<br>b) UV Sterilizer for aquarium |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 31 of 38

Exhibit B-12, pg. 120 of 285

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 52 of 58.

| | | | | | |
|---|---|---|---|---|---|
| Daily necessities Ultrasonic Watch, IP67 Waterproof Smart Electronic Bracelet with USB Rechargeable, Reusable Electronic Wristbands for Adults and Children | High Section (FBS) KSTEE (FBS) | B08961N2W6 B086YM8FT7 | a) Physical mosquito repellent<br>b) USB mosquito repellent bracelet<br>c) Mosquito repellent implanted with 6 kinds of biological sound waves, mosquito repellent is more effective<br>d) Intelligent chip superimposed circulation drive, efficient mosquito repellent | a) The bracelet has an automatic frequency conversion function, making it unable to adapt to the constantly changing sound wave frequency, so as to achieve the driving effect, without worrying about the impact on the human body, no odor, silent and no radiation, available for the whole family<br>b) Significant effect, more suitable for infants and young children, even pregnant women and pets can be used<br>c) Safe and non-toxic: This smart bracelet can work on 6 kinds of biological wave conversion frequency, which is harmless to the safety of human life<br>d) The high-quality, skin-friendly silicone bracelet is very comfortable, non-toxic and safe.<br>e) Pure physical, not chemical drugs, safer, more environmentally friendly, safer and healthier.<br>f) The elderly, children, pregnant women and pets can wear it<br>g) It can protect loved ones from harm<br>h) Save sound waves, can not affect normal life<br>i) Physical mosquito repellent is better<br>j) Using silicone, health and environmental protection, comfortable to wear, harmless to the body | |
| Panow Ultrasonic Mosquito Repellent Bracelet Rechargeable Smart Electronic Mosquito Repellent Watch Wristband Band for Adult Children with | pannow (FBA) | B0882NVCW1 B0882QWBC9 B088327MPQ | a) Panow Ultrasonic Mosquito Repellent Bracelet<br>b) Rechargeable Smart Electronic Mosquito Repellent Watch<br>c) The wristband uses high-frequency, incredible sound waves to protect you | a) Made of safe materials, environmentally friendly, non-toxic, safe, safe for children and adults<br>b) Made of environmental protection material, deet-free & non- toxic, environmentally friendly<br>c) [Image of a sleeping infant wearing | |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 32 of 38

Exhibit B-12, pg. 121 of 285.

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

| | | | | |
|---|---|---|---|---|
| Clock Function | | | from mosquito bites no matter where you are<br>d) The mosquito repellent bracelet can be worn on the wrist, you can connect it to the backpack, the stroller for more convenience<br>e) Effective for driving mosquitoes, both children and adults can use it, whether you are indoors, camping, fishing, sports, barbecue, barbecue, barbecue is very suitable for your comfortable summer experience | the mosquito repellent bracelet] |
| FADZECO Ultrasonic Mosquito Repellent Bracelet - Electronic Mosquito Repeller Wristband Suitable for Adults, Children Indoors and Outdoors | FADZWECO CLOTHING (FBA)<br>CecilisSz (FBS) | B07V1LYRTF<br>B0896V9KH8 | a) FADZECO Ultrasonic Mosquito Repellent Bracelet<br>b) Electronic Mosquito Repeller Wristband<br>c) Wristband uses high frequency, unobtrusive soundwaves to create a SONIC BARRIER that protects you from mosquito bites wherever you are<br>d) pure physical repellent<br>e) Efficiently drive 90% of mosquitoes<br>f) Simulate specific sound frequencies to drive mosquitoes | a) NON TOXIC OUTDOOR MOSQUITO REPELLENT Say goodbye to messy, oily mosquito creams and sprays, this sonic wristband keeps mosquitoes away without harmful chemicals, odours or fumes<br>b) SMALLER THAN A WATCH, it keeps you safe without weighing you down<br>c) Built-in smart chip, safe, power saving and no radiation<br>d) No chemicals added, pure physical repellent, environmental and non-toxic<br>e) With this watch, children can be in close contact with nature Technical<br>f) SAFTY & NON-TOXIC: Made of high-quality material, ultrasonic bracelets are very soft, safe and non-toxic, harmlessness by sound and frequency, without harmful chemicals, odours or fumes<br>g) 100% physical mosquito repellent , simulate specific sound frequencies, and repel mosquitoes ,safety and health ,non-toxic,suitable for children babies and adults, you can relax and |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Exhibit B-12, pg. 122 of 285
Attachment A, Page 33 of 38

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

| | | | | enjoy while preventing more insects |
|---|---|---|---|---|
| Ewer 2 Pack Ultrasonic Mosquito Repellent Bracelet for Kids Adults, Electronic Anti Mosquito Bracelet Wristband with USB Charging Cable, Non-Toxic & Waterproof, Perfect for Indoor Outdoor Protection | Zacchaeu (FBS) Gallop (FBS) Steady inc (FBS) HUGEPA1 (FBS) | B07T6J6G8F B086MGR4MZ B07X6D743N B0881L5GH8 | a) Ewer 2 Pack Ultrasonic Mosquito Repellent Bracelet<br>b) Electronic Anti Mosquito Bracelet Wristband with USB Charging Cable<br>c) Our ultrasonic mosquito repellent bracelets are reusable, providing convenience and saving money for you<br>d) Perfect for Indoor Outdoor Protection<br>e) Effective against mosquitoes and other annoying insects<br>f) Whether you are camping, fishing, hiking, running or shopping, our smart wristband is the best mosquito repellent<br>g) 70% DECREASE in mosquito bites | a) Safe Enough: Use ultrasonic and physical methods to achieve mosquito repellent purposes, no chemical additives, no noise and no odor, completely safe to the old, pregnant women, kids and pets.<br>b) HARMLESSNESS by sound and frequency<br>c) [Image of a sleeping infant wearing the mosquito repellent bracelet]<br>d) Free radiation-free and no chemicals completely eco-friendly and healthy |
| Ultrasonic Mosquito Repellent Bracelets, Reusable Portable Electronic Mosquito Repellent Wristband Band,Rechargeable,eco Friendly,Available for Infant and Pregnant Women | JUAN220 (FBS) greencountryside (FBS) Pannow (FBS) | B085NZ1C7L B087TVDZLV B0882TBZGT | a) Ultrasonic Mosquito Repellent Bracelets<br>b) Reusable Portable Electronic Mosquito Repellent Wristband Band<br>c) Ultrasonic Mosquito Repellent Bracelets: 2020 latest technology smart electronic mosquito repellent wristband band, unobtrusive ultrasonic to create a sonic barrier that protects you from mosquito bites wherever you are!<br>d) The Principle Of Mosquito Repellent: the bracelet rings to imitate the sounds that female mosquitoes hate, such as the sound of male mosquitoes and cockroaches, to achieve mosquito repellent effect<br>e) Product Features: pure physical mosquito repellent | a) eco Friendly,Available for Infant and Pregnant Women<br>b) Product Features: pure physical mosquito repellent, not chemical drugs to repel mosquitoes, safer, more environmentally friendly, more assured, healthier<br>c) Old people, children, even pregnant women and pets can be worn for seaside, park, camping, hiking, fishing and more<br>d) intelligent electronic mosquito repellent bracelet, unobtrusive ultrasound, creating a sound barrier, physical principle repellent, not chemical repellent, safer, more environmentally friendly, more assured, healthier, elderly, children,and Pets can be worn<br>e) Safety Mosquito Bracelet - Made of safe materials, environmentally |

In the Matter of:  AMAZON.COM SERVICES, LLC
Docket Number:  FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 34 of 38

Exhibit B-12, pg. 125 of 282

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington  98101

| | | | | | |
|---|---|---|---|---|---|
| | | | | | friendly, non-toxic, safe, safe for children and adults. Whether you are indoors or outdoors, our mosquito repellent bracelet protects you from mosquitoes |
| ZFRANC Ultrasonic Mosquito Repellent Bracelet with Clock Function Rechargeable Smart Electronic Watch Wristband Band for Adult Children | zhenFran (FBS) | B08833JHQ8 | a) ZFRANC Ultrasonic Mosquito Repellent Bracelet<br>b) POWERFUL WRISTBAND: Wristband uses high frequency, unobtrusive sound-waves to create a sonic barrier that protects you from mosquito bites wherever you are<br>c) The bracelet can effectively drive away 70% of mosquitoes by imitating the sounds of insect<br>d) Efficiently drive 70%-80% of mosquitoes<br>e) Effective driving mosquitoes, children and adults can use, whether you are indoors, camping, fishing, hiking, doing sports, barbecue are very suitable, give you a comfortable summer | | a) Physical mosquito repellent environmental health<br>b) Naturally Non-Toxic And Pollution-Free<br>c) Pure physical mosquito repellent, not chemical drugs to repel mosquitoes, safer, more environmentally friendly, more assured, healthier<br>d) [Image of a sleeping infant wearing the mosquito repellent bracelet] |
| Mosquito Repellent Bracelets for Kids, Electronic Ultrasonic Anti Mosquito Repeller Watch for Babies, Adults, Indoor or Outdoor Protection | Youliwj(🔴Good Quality and Cheap) (FBS) | B07RPZHLCW | a) Mosquito Repellent Bracelets for Kids<br>b) Electronic Ultrasonic Anti Mosquito Repeller Watch for Babies, Adults, Indoor or Outdoor Protection<br>c) anti mosquito travel anti mosquito home anti mosquito bracelet waterproof anti mosquito button<br>d) Efficacy: Mosquito repellent, insect repellent, salamander repellent, rat repellent<br>e) can eliminate mosquitoes<br>f) Watch mosquito repellent<br>g) repellent devices repellent bracelet | | a) Electronic Ultrasonic Anti Mosquito Repeller Watch for Babies<br>b) anti mosquito candle<br>c) anti mosquito net for door anti mosquito curtau (sic) anti mosquito detergent anti mosquito pants toddler anti mosquito garden anti mosquito pants mosquito repellent candle for lantern mosquito repellent wipes for kids mosquito repellent coils mosquito outdoor killer mosquito bulb mosquito net hammock mosquito killer lamp indoor anti mosquito soap anti mosquito spray<br>d) anti mosquito spray for kids anti |

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Exhibit B-12, pg. 24 of 289
Attachment A, Page 35 of 38

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 56 of 58.

| | | | | mosquito wipes anti mosquito light bulb anti mosquito buckle anti mosquito for baby anti mosquito clothing women anti mosquito device for babies anti mosquito plant seeds anti mosquito granules anti mosquito keychain mosquito repellent for kids organic mosquito repellent wipes bulk mosquito repellent bracelet for kids mosquito outdoor candle mosquito outdoor cordless mosquito net for car seat anti mosquito stick anti mosquito window screen an |
|---|---|---|---|---|
| | | | e) | can eliminate mosquitoes, at the same time non-toxic, no need to disinfect, safe for children and babies, can relax and enjoy, while preventing more insects! can eliminate mosquitoes, at the same time non-toxic, no need to disinfect, safe for children and babies, can relax and enjoy, while preventing more insects! |
| | | | f) | repellent stickers repellent travel size spray electric bug repellent plug indoor insect repellent spray repellent granules mosquito repellent for kids mosquito repellent stickers off repellent deep woods repellent baby ultrasonic repellent electronic repellent lotion repellent repellent electronic repellent soap repellent torches repellent wipes individually wrapped repellent devices insect repellent baby repellent air freshener repellent |
| | | | g) | no harm to the body |
| lRICE-sport Portable Outdoor Non-Toxic Ultrasonic Electronic | IWEING (FBS) Industry9688 | B07TMB1DSN B07TB5ZBVW B0869DC8SB | a) | lRICE-sport Portable Outdoor Non-Toxic Ultrasonic Electronic Mosquito Repellent | a) lRICE-sport Portable Outdoor Non-Toxic Ultrasonic Electronic Mosquito Repellent |

In the Matter of:  AMAZON.COM SERVICES, LLC
Docket Number:  FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 36 of 38

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington  98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 57 of 58.

| Mosquito Repellent Mosquito Repellent Bracelet Wristband | (FBS) TRAINWER SECRET (FBS) | | b) Mosquito Repellent Bracelet Wristband<br>c) The bracelet works by mimicking the unwanted sounds of female mosquitoes, such as those of males and dragonflies<br>d) Pure physical mosquito repellent<br>e) Effectively driving mosquitoes, can be used by the whole family<br>f) Mosquito Repellent Bracelet | b) Pure physical mosquito repellent, no chemical additives, no radiation, non-toxic safer and more environmental (sic) friendly<br>c) Smaller than a watch, it guarantees your safety without disappointing you<br>d) Features: Portable, Non-toxic, Anti-Mosquito<br>e) Simultaneous non-toxic, no need for disinfection, safe for children and babies, can relax and enjoy while preventing more insects |
| CONRAL IP67 Waterproof Intelligent Mosquito Repellent Bracelet, Ultrasonic and Biological Waves Technology Insects Repeller Wristband, USB Rechargeable Battery, Non Toxic, for Kids and Adults,Black | Car && Outdoor (FBA) | B07RC8FGVD | a) CONRAL IP67 Waterproof Intelligent Mosquito Repellent Bracelet<br>b) Ultrasonic and Biological Waves Technology Insects Repeller Wristband<br>c) BATTERY OPERATED MOSQUITO INSECT REPELLENT BRACELET: Experience innovation; get enhanced protection against mosquitoes, insect and bugs<br>d) First of its kind in the world, this bracelet uses the advanced technology of ultrasonic and simulated biological waves to keep away mosquitoes, insect and flies from you and your loved ones | a) Non Toxic<br>b) SAFE AND NON-TOXIC: This smart and intelligent mosquito repellent bracelet works on 6 biological waves conversion frequencies safe and harmless to human life<br>c) High quality and skin-friendly silicone body of the mosquito and insect repellent bracelet is very comfortable, non-toxic and safe |
| A&Dan Electronic Ultrasonic Mosquito Repellent Wristband, Electronic Mosquito Repellent Ultrasonic Mosquito Repellent Wristband | baofu123 | B07D33JN4G | a) A&Dan Electronic Ultrasonic Mosquito Repellent Wristband<br>b) Electronic Mosquito Repellent<br>c) Ultrasonic Mosquito Repellent Wristband<br>d) 70% DECREASE in mosquito bites | a) Non-toxic - This sonic wristband prevents mosquitoes from biting without producing harmful chemicals, odors or smoke<br>b) HARMLESSNESS by sound and frequency<br>c) [Image of a sleeping infant wearing the mosquito repellent bracelet] |

In the Matter of:  AMAZON.COM SERVICES, LLC
Docket Number:  FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Attachment A, Page 37 of 38

Exhibit B-12, pg. 128 of 282

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington  98101

IN THE MATTER OF: AMAZON.COM SERVICES LLC
Stop Sale, Use, or Removal Order
Docket No. FIFRA-10-2020-0102
First Amended Attachment A

Exhibit B-12, pg. 58 of 58.

| | | | | |
|---|---|---|---|---|
| Trapbedbugs Bed Bug Interceptors - Bedbug Traps and Detectors for Bed 8 Pack - Bugs Detector Trap System for Beds - Climb Up Prevention Interceptor Cups - No Pesticides, Chemicals Or Powder – White | amazon warehouse | B073Z6R44W B074QVXKJP B07FP5WPZB B07FCW5VX2 | a) Trapbedbugs Bed Bug Interceptors - Bedbug Traps<br>b) Climb Up Prevention Interceptor Cups - No Pesticides, Chemicals Or Powder<br>c) PROTECT YOURSELF, YOUR KIDS & YOUR LOVED ONES: Now you can finally prevent insect infestations and say goodbye to those itchy bites with the Trapbedbugs ultimate bed bug traps and detectors 8-pack!<br>d) TURN YOUR BED INTO A BUG-FREE FORTRESS: Our convenient, universal and durable climb up bed bug interceptors are ideal for your bed, sofa, crib, dresser, upholstered chair, armchair or office desk!<br>e) PREVENT MAJOR INFESTATION & SAVE MONEY: You can easily monitor if you have bed bugs with our interceptor cups for bed bugs, which will help prevent bed bug infestations and costly bug treatment | a) UNLIKE ALL THOSE CHEAPLY-MADE BED BUG TRAPS<br>b) Eco-Friendly Bed Bug Interceptor<br>c) What you need is a set of rugged interception cups for bed bugs that will not only trap bed bugs, but also keep you and your family safe!<br>d) Better Safe Than Sorry<br>e) Bedbug monitors are eco-friendly<br>f) Kid And Pet Safe<br>g) No Chemicals<br>h) [No EPA Establishment Number] |

\* The claims presented in these columns are not necessarily exhaustive. The product labeling may contain additional pesticidal claims and/or false and misleading claims.

_____
Date

EDWARD KOWALSKI
Digitally signed by EDWARD KOWALSKI
Date: 2021.01.07 10:55:59 -08'00'

Edward J. Kowalski, Director
Enforcement and Compliance Assurance Division

In the Matter of: AMAZON.COM SERVICES, LLC
Docket Number: FIFRA-10-2020-0102
Stop Sale, Use, or Removal Order
Exhibit B-12, pg. 129 of 282
Attachment A, Page 38 of 38

U.S. Environmental Protection Agency
1200 Sixth Avenue, Suite 155, M/S 11-C07
Seattle, Washington 98101



The gold standard in gravity-fed water filtration. **Berkey®** systems equipped with **Black Berkey®** Elements made from our proprietary blend of media are backed by independent third-party testing, and are capable of greater contaminant reduction and a longer lifespan than virtually any of the other filtration elements on the market.

FILTERED

FILTERED

Exhibit B, pg. 128 of 282





## Sport Berkey®

Berkey® Water Systems, the leader in gravity-fed filtration systems and trusted choice of adventurers, preppers, off-grid homesteaders and families for over 20 years, brings you the Sport Berkey® water filter bottle.

The filter utilized in the bottle uses the same filtration formulation as our Black Berkey® Elements, which are used in our popular outdoor gravity-fed systems.

### Versatile, Easy to Use

- Daily at home, work or school
- Off-grid remote lakes, ponds, streams
- Traveling abroad
- Emergencies

### More Outdoor Water Solutions Available

Contact an authorized Berkey® dealer today.

BPA FREE

### Superior Reduction

The Sport Berkey® water filter bottle has been tested by multiple independent third-party labs for its ability to remove or reduce typical contaminants found in tap water and other freshwater sources such as lakes, ponds and streams.

**Test results showed that the Sport Berkey® Bottle's water filter:**

- Mechanically extracts waterborne pathogens

Removes or dramatically reduces 200+ other typical contaminants found in water, such as:

- Heavy metals • Herbicides
- Pesticides • Pharmaceuticals
- Organic chemicals
- Petroleum-based products
- Unpleasant tastes, odors
- Silt and sediment

### Replaceable Filter

Filter replacement is recommended after 160 refills for untreated water, or 640 refills for tap water.

## Berkey®

### Sport Berkey®

22 OZ.    .6 L

FOR THE GREAT OUTDOORS

Berkey Water On-the-Go

WATER FILTER BOTTLE

Exhibit B-13, pg.4 of 81

**38 1/8"**

**19 1/16"**

**22 1/4"**



# Berkey®
WATER SYSTEMS

**TEXAS, USA**

### Black Berkey® Elements

Berkey®

**Specially Formulated to Address 200+ Typical Contaminants Found in Tap Water and Other Freshwater Sources.**
Our unique **Black Berkey®** Elements are made from a proprietary blend of media, and are backed by independent third party testing.*

The gold standard in gravity-fed water filtration, authentic **Black Berkey®** Elements are capable of greater contaminant reduction and a longer lifespan than virtually any of the other filter elements on the market.

**Made for the Extreme, Enjoyed Every Day.**
**Berkey®** Systems were originally designed for extreme use for emergency preparedness and off-grid activities, and are also now used every day in millions of homes around the world by discerning, health-conscious consumers who have declared water independence.

We recommend replacing **Black Berkey®** Elements every 3,000 gallons (6,000 per set of 2 elements). Elements may require replacement sooner based upon the quality of influent water.

**There is No Substitute for Black Berkey® Quality.**
Only buy authentic **Black Berkey®** Elements from authorized **Berkey®** dealers.

*Independent testing performed by EPA and ANSI/NSF accredited third party laboratories.

© Copyright  NMCP/NMCP  New Millennium Concepts, Ltd. All rights reserved.

### Black Berkey® Elements
Set of 2 Elements

Berkey®

**Black Berkey®**
Elements Are Proudly
Made in the USA.

Elements install date: _____

**MADE FOR THE EXTREME. ENJOYED EVERY DAY.**

## Black Berkey® Elements
Set of 2 Elements

Berkey®

**Black Berkey® Elements**
Set of 2 Elements

Berkey®

Berkey®

**TEXAS, USA**
WATER SYSTEMS

# Berkey®
WATER SYSTEMS

## Travel Berkey® System
### 1.5 GALLON (5.6L)

## Berkey® Water Filtration Systems

HOME  HEALTH  OUTDOOR  SURVIVAL

## Travel Berkey®
### 1.5 GALLON (5.6L)

### Enjoy Refreshing, Potable Water in the Great Outdoors

Filter raw freshwater sources like lakes, streams and ponds.

The gold standard in gravity-fed water filtration systems, **Berkey®** systems provide economical, long-lasting water filtration for just pennies a gallon! **Berkey®** systems are portable, powerful and easy to use.

**No electricity, tools or plumbing required.**

1. Simply pour untreated water from freshwater source into system's top chamber.
2. **Berkey®** systems have been tested by independent third-party labs* for their ability to address 200+ potential contaminants commonly found in tap water and freshwater sources.
3. Dispense refreshing potable water from spigot. **Berkey®** systems are ideal for camping, RVing, off-grid living, emergency scenarios and everyday use wherever you are.

*Independently tested: see website for full technical and performance specifications.

### MADE FOR THE EXTREME. ENJOYED EVERY DAY.



Ready for adventure! Take your **Berkey®** system along in your RV, or set it up at the campsite.

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

OUTDOOR SYSTEMS

Sport Berkey® Bottle

Go Berkey® Kit 1 Qt

Travel Berkey® 1.5 Gal

MULTI-USE SYSTEMS

Big Berkey® 2.25 Gal

Royal Berkey® 3.25 Gal

Imperial Berkey® 4.5 Gal

Crown Berkey® 6 Gal

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

## Travel Berkey®
### 1.5 GALLON (5.6L)

## Travel Berkey® System
### 1.5 GALLON (5.6L)

THE POWERFUL POTABLE WATER SOLUTION FOR CAMPING, RVING AND OTHER OFF-GRID ADVENTURES.

Berkey®

© Copyright - 2005-2022
New Millennium Concepts, Ltd.
All rights reserved

R  R  R  R



## Sport Berkey®

**Berkey®** Water Systems, the leader in gravity-fed filtration systems and trusted choice of adventurers, preppers, off-grid homesteaders and families for over 20 years, brings you the **Sport Berkey®** water filter bottle.

### Versatile, Easy to Use

 Daily at home, work or school

 Off-grid: remote lakes, ponds, streams

 Traveling abroad

 Emergencies

### More Outdoor Water Solutions Available
Contact an authorized **Berkey®** dealer today.



 **BPA FREE**


0 94922 52830 5

EPA EST. NO. 102008-PR-1

### Superior Reduction

The **Sport Berkey®** water filter bottle has been tested by multiple independent third-party labs* for its ability to remove or reduce 200+ typical contaminants found in tap water and other freshwater sources such as lakes, ponds and streams.

 **Mechanically extracts waterborne pathogens**

**Test results showed up to a 99.9% reduction** for other typical contaminants found in water, such as:
- Heavy metals • Herbicides
- Pesticides • Pharmaceuticals
- Organic chemicals
- Petroleum-based products
- Unpleasant tastes, odors
- Silt and sediment

### Replaceable Filter

Filter replacement is recommended after 160 refills for untreated water, or 640 refills for tap water.

*Independently tested: see website for full technical and performance specifications.



## Berkey®
WATER SYSTEMS

© Copyright - 2003-2023 - New Millennium Concepts, Ltd. All rights reserved.



## Sport Berkey®

 **22 OZ.** | **.6 L**

**WATER FILTER BOTTLE**

FOR THE
**GREAT OUTDOORS**

Berkey® Water On-the-Go





Berkey®
WATER SYSTEMS

Big Berkey® System
2.25 GALLON (8.5L)

Berkey® Water Filtration Systems

HOME    HEALTH    OUTDOOR    SURVIVAL

Big Berkey®
2.25 GALLON (8.5L)

**The Gold Standard in Gravity-Fed Water Filtration Systems**

Berkey® systems provide economical, long-lasting water filtration for just pennies a gallon—no electricity, tools or plumbing required.

**Easily Enjoy Refreshing, Potable Water at Home or in the Great Outdoors**

1. Simply pour untreated water from freshwater source into system's top chamber.
2. Berkey® systems have been tested by independent third-party labs** for their ability to address 200+ potential contaminants commonly found in tap water and freshwater sources.
3. Dispense refreshing potable water from spigot. Berkey® systems are ideal for camping, RVing, off-grid living, emergency scenarios and everyday use wherever you are.

*Independently tested; see website for full technical and performance specifications.

TAKE CONTROL OF YOUR TAP WATER AT HOME OR THE OFFICE

FILTER FRESHWATER SOURCES LIKE LAKES, STREAMS, PONDS

NO ELECTRICITY, TOOLS OR PLUMBING REQUIRED

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

Berkey® Water Filtration Systems

HOME    HEALTH    OUTDOOR    SURVIVAL

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

| Sport Berkey® Bottle | Go Berkey® Kit 1 Qt. | Travel Berkey® 1.5 Gal | Big Berkey® 2.25 Gal | Royal Berkey® 3.25 Gal | Imperial Berkey® 4.5 Gal | Crown Berkey® 6 Gal |

OUTDOOR SYSTEMS       MULTI-USE SYSTEMS

Big Berkey®
2.25 GALLON (8.5L)

MADE FOR THE EXTREME. ENJOYED EVERY DAY.

Berkey®

© Copyright – 2003-2023 – New Millennium Concepts, Ltd. All rights reserved.

R

R

R

R



# Instructions for the **Berkey Light®** gravity-fed water filtration system

## System Parts List

### Berkey Light® System

(A) Upper System Chamber
(B) Lower System Chamber
(C) System Lid
(D) Base

### Spigot

(E) Standard Spigot
(F) Spigot Hex Nut or Wing Nut (style may vary)
(G) Spigot Flat Washer (x2)

### Black Berkey® Elements

(H) Black Berkey® Elements (quantity varies by system)
(I) Blocking Plugs (quantity varies by system)
(J) Priming Button
(K) Sealing Washer (1 per element)
(L) Wing Nut (1 per element)



*Parts shown for illustration only and are not to scale.*

Failure to read, thoroughly understand, and follow all instructions may result in injury, water damage, or voiding of the warranty! It is the assembler's responsibility to make sure all components are properly assembled and installed using the instructions provided. While your **Berkey®** System should not have any leaking problems, there is always the chance that a leak might occur due to being improperly assembled or perhaps a faulty part. In an overabundance of caution, we recommend that for the first 24 hours the filled system be placed in an area wherein if such a leak were to occur, the resulting spillage would not damage anything.

## System Assembly

We recommend setting up your system on a countertop or other waterproof surface.
• Wash your hands, upper and lower chambers, and spigot before assembly to reduce the chances of contaminating the system's components.
• Be sure to keep all parts and original packaging in the unlikely event that your system needs to be returned to the manufacturer.





### 1. Place Lower Chamber on Base

Place base on a flat, stable surface. Carefully place empty lower system chamber onto base. Press lower chamber down onto the base until parts are secured together.

### 2. Assemble Spigot

To assure a proper seal, place one washer on stem of spigot. Insert spigot into system and turn spigot counterclockwise to the 9 o'clock position. Then, place the other washer on stem inside of the system, then the nut, and hand-turn nut until it is tight while holding spigot at the 9 o'clock position. Then, hold nut in place and rotate spigot clockwise until spigot is upright. This action should apply the right amount of pressure to complete the seal.

### 3. Insert Blocking Plugs

Use blocking plugs to fill the remaining open holes in the upper chamber where you will <u>not</u> be installing **Black Berkey®** Elements. Press plugs into holes from inside the upper chamber, smaller end first.

## 4. Prime the **Black Berkey®** Elements

Priming uses water to displace air out of the elements' pores, ensuring that water can flow freely. **Elements will not operate properly if they are not primed.**
We recommend setting up your system on a countertop or other waterproof surface. If process dust is present, wipe it off with a Scotch-Brite™ pad under cold running water.











**1.** Loosen wing nut (L) on **Black Berkey®** Element (H) stem until the top of wing nut (L) reaches the top of stem's threads (about 1/8" from top end of stem).

**2.** Place priming button (J) on top of wing nut. Top of priming button should be slightly higher than the top of the stem.

**3.** Place the threaded stem of element between fingers, and press priming button up against faucet.

**4.** Slowly turn on cold water (gradually increasing water pressure) **while holding element and priming button firmly against faucet to create a seal,** allowing water to saturate element.

**5.** As water pushes air out of element, allow element to sweat beads of water for **10-20 seconds.** Water may be discolored at first, as excess media exits element. Continue running water until it runs clear, and the entire element appears to be saturated.

**The element is now primed and ready for installation.**

**Repeat steps 1-5 at left for your remaining elements.**

**Tip:** Your **Black Berkey®** Elements will be wet after priming them—we recommend placing your elements in a clean bowl or sink while assembling the rest of your system.

## Questions About Using or Assembling Your **Berkey Light®** System?

Instructional Videos • Product FAQs • Support Via Email or Live Chat
**support.berkeywater.com**

Phone: (888) 803-4438  Monday - Friday 9AM - 5PM CST
Holiday hours may vary.

# 5. Install Primed Elements and Place Upper Chamber on Lower Chamber

1. Remove wing nut from threaded stem while leaving sealing washer on **Black Berkey®** Element.
2. Place threaded stem, with sealing washer attached, into the hole in the interior base of upper chamber.
3. Secure element in the base of the chamber by screwing wing nut onto threaded mount until hand-tight. **Caution: hand tighten only. Over-tightening wing nut can strip the nut's threads, which could cause the system to leak.** Repeat these 3 steps for remaining elements.
4. Please remember to plug unused holes in the upper chamber with included blocking plugs.
5. Carefully place upper chamber with primed elements on lower chamber, and press into place.
6. System is now assembled and ready to use.

Black Berkey® Element (H)

Sealing washer (K)

Wing nut (L)

**Berkey Light® System upper chamber (A)**

### Alternate/Off-Grid Priming Methods

When using the system off-grid or traveling where treated water is not available, we strongly recommend using the **Black Berkey Primer™** (sold separately), a handheld priming pump that makes the elements easy to prime without the need for faucets or hose connections. **Black Berkey Primers™** are available from Authorized **Berkey®** Dealers worldwide.

**Black Berkey®** Elements may also be primed using a bottle of filtered water. Have one person hold the element, with the priming button attached and facing upward. Have a second person press the mouth of the bottled water against the priming button and squeeze until water is forced through entire exterior wall of element and it begins to sweat beads of water.

## Using Your Berkey Light® System

Always use only the cleanest freshwater source available. **Use of softened water or salt water can clog the filter's pores and will void your warranty.**

Avoid placing your system in direct sunlight or near a heat source such as a stove, indoor heater, etc.

1. Fill upper chamber with cold or room temperature water. **DO NOT use hot or boiling water.** Only fill upper chamber with as much water as the lower chamber can hold. **Overfilling system could cause lower chamber to overflow.**
2. Place lid on system. Allow water to filter into lower chamber.
3. Open the spigot to completely empty the lower chamber, and discard water. If water is slightly discolored due to any remaining particulate, do not be concerned—simply repeat steps 1-3 in this section as many times as needed until dispensed water is clear.
4. Your system is now ready to use. Refill upper chamber with water.

### Notes:

- Water may begin to drip immediately when upper chamber is filled, but could take as long as 15 minutes based on how well elements are primed and the quality of influent water used.
- Maximum flow rate will be achieved after the initial 12-24 hours of use as micro air pockets within the elements are replaced with water.
- It is normal to have a few inches of water left in the upper chamber when using the system, as it is gravity fed and the water cannot process through the bottom of the element.
- Air hole on rim of lower chamber prevents vapor lock.

## Assembly Verification* (Red Food Coloring Test)

This simple test verifies that your system has been assembled correctly, and that there are no internal leaks in your system. We recommend this test be done after the first assembly of this system, after removal or replacement of **Black Berkey®** Elements, or the first use after drying and storing the elements for an extended period of time. **Ensure that you do not have Berkey PF-2™ Fluoride and Arsenic Reduction Elements installed in the system when performing this test.**

1. Add up to 1 teaspoon of artificial **red** food coloring (must be red) for every gallon that your **Berkey®** System can hold into the upper chamber. We recommend McCormick's red food coloring or any artificial food coloring. Acceptable food color ingredients include water, propylene glycol, FD&C Red 40 and FD&C Red 3, and propylparaben. **Avoid using food coloring that is not red, or contains citric acid, sodium benzoate or natural ingredients such beet juice, turmeric, etc. Using organic food colorings will result in a false failed test (stating that your system is not sealed correctly).**
2. Place a cup under spigot and drain water. If dispensed water does not have a red or pink hue, this indicates that the elements are sealed and system has been assembled correctly.
**\*Note: This test does not demonstrate the complete reduction of all possible water contaminants; it is meant to confirm that the system was assembled as intended.**

**If water drained from system has a red or pink hue during the assembly verification test, repeat the procedure again in this manner to determine the source of the leak:**

1. Place the upper system chamber only (with **Black Berkey®** Elements installed) on top of same-sized cups or jars, each positioned so that an element can drip water into it. This will help you identify which blocking plug or element may be leaking.
2. Fill upper chamber with water and red food coloring as directed above.
3. Allow system to filter water. Check the color of water expelled from the elements. If water color is clear, your system is ready to use. If red dye is still present, reinstall the element(s) or blocking plug(s) where leaking occurs and re-run test.
4. If system continues to fail the test, contact our Customer Service department for assistance.



Berkey Light® System upper chamber

Water with red food coloring

Cups or jars (same size)

Clear water ✓    ✗ Red or pink-hued water

Table or countertop

## Precautions

- **Avoid placing your system in direct sunlight or near a heat source such as a stove, indoor heater, etc.** Excessive heat can create conditions that could facilitate microbiological growth (mold, biofilm, bacteria, etc.) inside the upper chamber, where untreated (and possibly contaminated) water is poured into the system.
- **When lower chamber is partially filled, be cautious not to overfill upper chamber,** as this could cause lower chamber to overflow.
  For example: if the lower chamber is 1/3 full, the upper chamber can be refilled by 2/3. If the lower chamber is 1/2 full, the upper chamber can be refilled by 1/2, etc.
- **Never allow wet Black Berkey® Elements to freeze**—exposure to freezing temperatures can expand the water into ice, which may damage the elements and cause them to crack or break. Allowing elements to freeze will void your warranty.

## Black Berkey® Element Storage

**If you are going to be leaving the system unattended for 4-15 days and want to reduce the necessity of re-priming the elements,** remove the elements from your system and place them in a sealable plastic bag (gallon-size or larger) while elements are still damp (this allows the elements to stay wet, making priming unnecessary). Then, place the elements in your refrigerator where they will not freeze. When ready, thoroughly rinse elements under cold water, then reinstall them in your system.

**For longer-term storage, we recommend completely drying the elements first.** Ensuring they are bone-dry (zero moisture) before storing them long-term helps prevent any potential microbiological growth (mold, biofilm, bacteria, etc.). Shake excess water from elements, then air-dry by leaving them on a windowsill or other sunny location for 1-3 days until completely dry.

Once elements are bone-dry (zero moisture), store them in a sealable plastic bag (gallon-size or larger)—this prevents elements from absorbing odors. When you are ready to re-use your elements, clean them by scrubbing the outside with a stiff brush or a Scotch-Brite® pad under cold running water. Then re-prime the elements before putting them back in your system.

Alternatively, you can use a **Black Berkey Primer™** (sold separately) which assists in both priming and purging. Purging speeds up the drying process by pushing water out of the element before you place them in the sun or air dry to complete the process. Note: when purging, valves on the **Black Berkey Primer™** must be reversed.

## Maintaining Your System

**We recommend performing maintenance every 30 days as needed:**

**Clean the lower chamber and spigot**

1. Remove upper chamber (be sure to drain any water and remove optional **Berkey PF-2™** Fluoride and Arsenic Reduction Elements, if attached).
2. With the **Black Berkey®** Elements remaining installed in the upper chamber, place upper chamber upside down or securely on its side to ensure it will not roll off of your counter or other work surface. **Caution: breaking an element's stem will void its warranty.**
3. Clean lower chamber with mild dish soap or a 1:1 mixture of water and vinegar, and rinse thoroughly.
4. Remove spigot and soak it in a 1:1 mixture of clean water and vinegar for 5-10 minutes to help remove any mineral deposits. Rinse spigot thoroughly.
5. Reattach spigot. Reinstall any optional **Berkey PF-2™** Fluoride and Arsenic Reduction Elements to the stems of the system's **Black Berkey®** Elements. With elements in place, carefully place upper chamber onto lower chamber.

## System Troubleshooting

**After prolonged use, flow rate may decrease significantly. To improve flow rate:**

1. Carefully remove the elements from the upper chamber and gently scrub them with a stiff brush or Scotch-Brite® pad under cold running water (never apply soap or other cleaning agents to your **Black Berkey®** Elements). Re-prime elements, and reinstall them inside the upper chamber.
2. Place upper chamber back onto lower chamber, then perform the Assembly Verification process (Red Food Coloring Test). Your system is ready to use.

### New Millennium Concepts, Ltd. Limited Warranty

New Millennium Concepts, Ltd. warrants their product against defects in materials or workmanship during ordinary consumer use. This Limited Warranty does not cover product issues caused by any other reason, for the time periods and conditions set forth below when purchased directly from an Authorized **Berkey®** Dealer. New Millennium Concepts, Ltd. shall not be held liable for incidental or consequential damage to personal property from, but not limited to, a defective unit, improper use, abuse, accident, or neglect, etc. It is customer's responsibility to prevent misuse of the system and to replace parts, when due to the natural course of wear and tear, they must be replaced. To obtain warranty service, you must provide a dated receipt for the product and may be responsible to pay for any shipping charges incurred to return the product to New Millennium Concepts, Ltd. when required. This warranty will not apply to units which have been used for purposes not intended, which have been altered so as, in the manufacturer's judgment, to adversely affect its performance. This warranty is for the original retail purchaser only, and cannot be transferred. For a period not to exceed the specified warranty coverage from the date of receipt of the product by the original purchaser on the original invoice, New Millennium Concepts, Ltd. will, solely at its discretion, replace said product or component that New Millennium Concepts, Ltd. deems is not functioning properly during the stated warranty period. The laws of the state of Texas, USA will govern any disputes regarding this warranty or claim made. This warranty, which is given expressly in lieu of all warranties, expressed or implied, or merchantability and fitness for a particular purpose, constitutes the only warranty made by New Millennium Concepts, Ltd. This warranty applies only to products manufactured or exclusively distributed by New Millennium Concepts, Ltd. and its Authorized **Berkey®** Dealers, and does not apply to extended warranties offered by some Authorized **Berkey®** Dealers. **Berkey® System Housing: Berkey®** System upper and lower chambers including lids, excluding orders for factory-blemished systems, are covered under a one-year warranty. The warranty period begins from the date of receipt of the product by the original purchaser on the original invoice. **Black Berkey® Elements: Black Berkey®** Elements are covered under a two year limited prorated warranty, calculated in six-month intervals. Warranty period begins from the date of receipt of the product by the original purchaser on the original invoice. **Included spigot and accessories that are sold separately** are covered under a six-month warranty. The warranty period begins from the date of receipt of the product by the original purchaser on the original invoice.



**38 1/8"**

**19 1/16"**

**22 1/4"**

# Berkey®
WATER SYSTEMS

**TEXAS, USA**

### Black Berkey® Elements

Set of 2 Elements

**Specially Formulated to Address 200+ Typical Contaminants Found in Tap Water and Other Freshwater Sources.**

Our unique **Black Berkey®** Elements are made from a proprietary blend of media and are backed by independent third party testing.*

The gold standard in gravity-fed water filtration, authentic **Black Berkey®** Elements are capable of greater contaminant reduction and a longer lifespan than virtually any of the other filter elements on the market.

**Made for the Extreme, Enjoyed Every Day.**

**Berkey®** Systems were originally designed for extreme use for emergency preparedness and off-grid activities, and are also now used every day in millions of homes around the world by discerning, health-conscious consumers who have declared water independence.

We recommend replacing **Black Berkey®** Elements every 3,000 gallons (6,000 per set of 2 elements). Elements may require replacement sooner based upon the quality of influent water.

**There Is No Substitute for Berkey® Quality.**
Only buy authentic **Black Berkey®** Elements from authorized **Berkey®** dealers.

*Independent testing was conducted by 2 performance and public interest specifications.

© Copyright - 2009-2021 - New Millennium Concepts, Ltd. All rights reserved.

### Black Berkey® Elements
Set of 2 Elements

**Black Berkey® Elements**
Set of 2 Elements

**Black Berkey®**
Elements Are Proudly
Made in the USA.

Elements install date:

MADE FOR THE EXTREME, ENJOYED EVERY DAY.

**Black Berkey® Elements**

Berkey®

**TEXAS, USA**

Berkey®
WATER SYSTEMS



# Berkey®
WATER SYSTEMS

## Royal Berkey® System
3.25 GALLON (12.3L)

## Berkey® Water Filtration Systems

HOME    HEALTH    OUTDOOR    SURVIVAL

### Royal Berkey®
3.25 GALLON (12.3L)

**The Gold Standard in Gravity-Fed Water Filtration Systems**

**Berkey®** systems provide economical, long-lasting water filtration for just pennies a gallon—no electricity, tools or plumbing required.

**Easily Enjoy Refreshing, Potable Water at Home or in the Great Outdoors**

1. Simply pour untreated water from freshwater source into system's top chamber.
2. **Berkey®** systems have been tested by independent third-party labs* for their ability to address 200+ potential contaminants commonly found in tap water and freshwater sources.
3. Dispense refreshing potable water from spigot. **Berkey®** systems are ideal for camping, RVing, off-grid living, emergency scenarios and everyday use wherever you are.

*Independently tested; see website for full technical and performance specifications.

TAKE CONTROL OF YOUR TAP WATER AT HOME OR THE OFFICE

FILTER FRESHWATER SOURCES LIKE LAKES, STREAMS, PONDS

NO ELECTRICITY, TOOLS OR PLUMBING REQUIRED

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

## Berkey® Water Filtration Systems

HOME    HEALTH    OUTDOOR    SURVIVAL

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

Sport Berkey® Bottle | Go Berkey® Kit 1 Qt | Travel Berkey® 1.5 Gal | Big Berkey® 2.25 Gal | Royal Berkey® 3.25 Gal | Imperial Berkey® 4.5 Gal | Crown Berkey™ 6 Gal

OUTDOOR SYSTEMS    MULTI-USE SYSTEMS

### Royal Berkey®
3.25 GALLON (12.3L)

MADE FOR THE EXTREME. ENJOYED EVERY DAY.

# Berkey®

R



# Berkey®
WATER SYSTEMS

## Imperial Berkey® System
### 4.5 GALLON (17L)

## Berkey® Water Filtration Systems

HOME  HEALTH  OUTDOOR  SURVIVAL

## Imperial Berkey®
### 4.5 GALLON (17L)

**The Gold Standard in Gravity-Fed Water Filtration Systems**

Berkey® systems provide economical, long-lasting water filtration for just pennies a gallon—no electricity, tools or plumbing required.

**Easily Enjoy Refreshing, Potable Water at Home or in the Great Outdoors**

1. Simply pour untreated water from freshwater source into system's top chamber.
2. Berkey® systems have been tested by independent third-party labs* for their ability to address 200+ potential contaminants commonly found in tap water and freshwater sources.
3. Dispense refreshing potable water from spigot. Berkey® systems are ideal for camping, RVing, off-grid living, emergency scenarios and everyday use wherever you are.

*Independently tested: see website for full technical and performance specifications.

TAKE CONTROL OF YOUR TAP WATER AT HOME OR THE OFFICE

FILTER FRESHWATER SOURCES LIKE LAKES, STREAMS, PONDS

NO ELECTRICITY, TOOLS OR PLUMBING REQUIRED

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

## Berkey® Water Filtration Systems

HOME  HEALTH  OUTDOOR  SURVIVAL

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

| Sport Berkey® Bottle | Go Berkey® Kit 1 Qt. | Travel Berkey® 1.5 Gal | Big Berkey® 2.25 Gal | Royal Berkey® 3.25 Gal | Imperial Berkey® 4.5 Gal | Crown Berkey™ 6 Gal |

OUTDOOR SYSTEMS  MULTI-USE SYSTEMS

## Imperial Berkey®
### 4.5 GALLON (17L)

MADE FOR THE EXTREME. ENJOYED EVERY DAY.

Berkey®

© Copyright 2000-2021. New Millennium Concepts, Ltd. All rights reserved.

R

# Berkey®
WATER SYSTEMS

## Travel Berkey® System
### 1.5 GALLON (5.6L)

## Berkey® Water Filtration Systems

HOME   HEALTH   OUTDOOR   SURVIVAL

## Travel Berkey®
### 1.5 GALLON (5.6L)

### Enjoy Refreshing, Potable Water in the Great Outdoors

Filter raw freshwater sources like lakes, streams and ponds.

The gold standard in gravity-fed water filtration systems, **Berkey®** systems provide economical, long-lasting water filtration for just pennies a gallon! **Berkey®** systems are portable, powerful and easy to use.

**No electricity, tools or plumbing required.**

1. Simply pour untreated water from freshwater source into system's top chamber.
2. **Berkey®** systems have been tested by independent third-party labs* for their ability to address 200+ potential contaminants commonly found in tap water and freshwater sources.
3. Dispense refreshing potable water from spigot. **Berkey®** systems are ideal for camping, RVing, off-grid living, emergency scenarios and everyday use whenever you are.

*Independently tested: see website for full technical and performance specifications.

### MADE FOR THE EXTREME. ENJOYED EVERY DAY.

Ready for adventure! Take your **Berkey®** system along in your RV, or set it up at the campsite.

## Travel Berkey®
### 1.5 GALLON (5.6L)

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

## Berkey® Water Filtration Systems

HOME   HEALTH   OUTDOOR   SURVIVAL

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

| Sport Berkey® Bottle | Go Berkey® Kit 1 Qt | Travel Berkey® 1.5 Gal | Big Berkey® 2.25 Gal | Royal Berkey® 3.25 Gal | Imperial Berkey® 4.5 Gal | Crown Berkey® 6 Gal |
|---|---|---|---|---|---|---|

OUTDOOR SYSTEMS     MULTI-USE SYSTEMS

## Travel Berkey® System
### 1.5 GALLON (5.6L)

## Travel Berkey®
### 1.5 GALLON (5.6L)

THE POWERFUL POTABLE WATER SOLUTION FOR CAMPING, RVING AND OTHER OFF-GRID ADVENTURES.

Berkey®

© Copyright 2005-2022 New Millennium Concepts Ltd. All rights reserved.





Exhibit B



Exhibit B



## Sport Berkey®

**Berkey®** Water Systems, the leader in gravity-fed filtration systems and trusted choice of adventurers, preppers, off-grid homesteaders and families for over 20 years, brings you the **Sport Berkey®** water filter bottle.

### Versatile, Easy to Use

 Daily at home, work or school

 Off-grid: remote lakes, ponds, streams

 Traveling abroad

 Emergencies

### More Outdoor Water Solutions Available
Contact an authorized **Berkey®** dealer today.



 **BPA FREE**
4 LDPE



EPA EST. NO. 102008-PR-1

### Superior Reduction

The **Sport Berkey®** water filter bottle has been tested by multiple independent third-party labs* for its ability to remove or reduce 200+ typical contaminants found in tap water and other freshwater sources such as lakes, ponds and streams.

 **Mechanically extracts waterborne pathogens**

**Test results showed up to a 99.9% reduction** for other typical contaminants found in water, such as:

• Heavy metals • Herbicides
• Pesticides • Pharmaceuticals
• Organic chemicals
• Petroleum-based products
• Unpleasant tastes, odors
• Silt and sediment

### Replaceable Filter

Filter replacement is recommended after 160 refills for untreated water, or 640 refills for tap water.

*Independently tested: see website for full technical and performance specifications.



## Berkey®
WATER SYSTEMS

© Copyright - 2003-2023 - New Millennium Concepts, Ltd. All rights reserved.

## Sport Berkey®

 **22 OZ.** **.6 L**

FOR THE
**GREAT OUTDOORS**
Berkey® Water
On-the-Go

**WATER FILTER BOTTLE**







# Berkey®
WATER SYSTEMS

## Crown Berkey™ System
6 GALLON (22.7L)

## Berkey® Water Filtration Systems

HOME   HEALTH   OUTDOOR   SURVIVAL

## Crown Berkey™
6 GALLON (22.7L)

## Berkey® Water Filtration Systems

HOME   HEALTH   OUTDOOR   SURVIVAL

## Crown Berkey™
6 GALLON (22.7L)

### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** systems provide economical, long-lasting water filtration for just pennies a gallon—no electricity, tools or plumbing required.

TAKE CONTROL OF YOUR TAP WATER AT HOME OR IN THE OFFICE

### Easily Enjoy Refreshing, Potable Water at Home or in the Great Outdoors

1. Simply pour untreated water from freshwater source into system's top chamber.
2. **Berkey®** systems have been tested by independent third-party labs* for their ability to address 200+ potential contaminants commonly found in tap water and freshwater sources.
3. Dispense refreshing potable water from spigot. **Berkey®** systems are ideal for camping, RVing, off-grid living, emergency scenarios and everyday use wherever you are.

*Independent test performed, see website for full technical and performance specifications.

FILTER FRESHWATER SOURCES LIKE LAKES, STREAMS, PONDS

NO ELECTRICITY, TOOLS OR PLUMBING REQUIRED

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

MADE FOR THE EXTREME. ENJOYED EVERY DAY.

### FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

Sport Berkey® Bottle | Go Berkey® Kit 1 Qt | Travel Berkey® 1.5 Gal | Big Berkey® 2.25 Gal | Royal Berkey® 3.25 Gal | Imperial Berkey® 4.5 Gal | Crown Berkey™ 6 Gal

OUTDOOR SYSTEMS | MULTI-USE SYSTEMS

Berkey®

R

R

R

R



# Instructions for
# Black Berkey® Elements

## Parts List
**Parts shown for illustration only and are not to scale.**

 **(A) Black Berkey® Elements** (Set of 2)
 **(B) Sealing Washers** (Set of 2)
 **(C) Wing Nuts** (Set of 2)
 **(D) Tan Priming Button**

## Priming and Installing Your Black Berkey® Elements

**Before You Get Started:**
• Wash your hands before installing and priming elements to reduce the chances of contaminating the system's components.
• Keep all parts, instructions and original packaging in the event that your elements need to be returned to the manufacturer. Write the installation date in the space provided on the elements' box to serve as a reminder as to when elements need replacement.

### 1. Prime the Black Berkey® Elements

Priming uses water to displace air out of the elements' pores, ensuring that water can flow freely. **Elements will not operate properly if they are not primed.** We recommend setting up your system on a countertop or other waterproof surface. If process dust is present, wipe it off with a Scotch-Brite® pad under cold running water.

   

**1.** Loosen wing nut (C) on **Black Berkey® Element** (A) stem until the top of wing nut (C) reaches the top of stem's threads (about 1/8" from top end of stem).

**2.** Place tan priming button (D) on top of wing nut. Top of tan priming button should be slightly higher than the top of the stem.

**3.** Place the threaded stem of element between fingers, and press tan priming button up against faucet.

**4.** Slowly turn on cold water (gradually increasing water pressure) **while holding element and tan priming button firmly against faucet to create a seal,** allowing water to saturate element.

**5.** As water pushes air out of the element's pores, allow element to sweat beads of water for **10-20 seconds.** Water may be discolored at first, as excess media exits element. Continue running water until it runs clear, and the entire element appears to be saturated.

**The element is now primed and ready for installation. Repeat steps 1-5 for remaining elements.**

**Tip:** Your **Black Berkey®** Elements will be wet after priming them. We recommend placing your primed elements in a clean bowl or sink while priming and installing your other remaining **Black Berkey®** Elements.

### 2. Install Primed Elements In Your System

1. Remove wing nut from threaded stem while leaving sealing washer on element.
2. Place threaded stem, with sealing washer attached, into the hole in the interior base of upper chamber.
3. Secure element in the base of the chamber by screwing wing nut onto threaded mount until hand-tight. **Caution: hand tighten only. Over-tightening wing nut can strip the nut's threads, which could cause the system to leak.** Repeat these 3 steps for remaining elements.
4. With elements (and blocking plugs, if needed) in place, carefully place upper chamber onto lower chamber. Your system is ready to use.

**For more information about operating your system, visit: support.berkeywater.com**



**Black Berkey® Element (A)**   **Sealing washer (B)**   **Wing nut (C)**

**Berkey® System upper chamber (A)**

### Alternate/Off-Grid Priming Methods

When using the system off-grid or traveling where treated water is not available, we strongly recommend using the **Black Berkey Primer™** (sold separately), a handheld priming pump that makes the elements easy to prime without the need for faucets or hose connections. **Black Berkey Primers™** are available from Authorized **Berkey®** Dealers worldwide.

**Black Berkey®** Elements may also be primed using a bottle of filtered water. Have one person hold the element, with the priming button attached and facing upward. Have a second person press the mouth of the bottled water against the priming button and squeeze until water is forced through entire exterior wall of element and it begins to sweat beads of water.

## Questions About Installing or Using Your Black Berkey® Elements?

Instructional Videos • Product FAQs • Support Via Email or Live Chat
**support.berkeywater.com**
Phone: (888) 803-4438  Monday - Friday 9AM - 5PM CST
Holiday hours may vary.

Black Berkey® Elements Instructions - V1 2022  © Copyright 2002-2022 - New Millennium Concepts, Ltd. All Rights Reserved.

## 3. Assembly Verification* (Red Food Coloring Test)

This simple test verifies that your system has been assembled correctly, and that there are no internal leaks in your system. We recommend this test be done after the first assembly of this system, after removal or replacement of **Black Berkey®** Elements, or the first use after drying and storing the elements for an extended period of time. **Ensure that you do not have Berkey PF-2™ Fluoride and Arsenic Reduction Elements installed in the system when performing this test.**

1. Add up to 1 teaspoon of artificial **red** food coloring (must be red) for every gallon that your **Berkey®** System can hold into the upper chamber. We recommend McCormick's red food coloring or any <u>artificial</u> food coloring. Acceptable food color ingredients include water, propylene glycol, FD&C Red 40 and FD&C Red 3, and propylparaben. **Avoid using food coloring that is not red, or contains citric acid, sodium benzoate or natural ingredients such beet juice, turmeric, etc. Using organic food colorings will result in a false failed test (stating that your system is not sealed correctly).**

2. Place a cup under spigot and drain water. If dispensed water does not have a red or pink hue, this indicates that the elements are sealed and system has been assembled correctly.

**\*Note: This test does <u>not</u> demonstrate the complete reduction of all possible water contaminants; it is meant to confirm that the system was assembled as intended.**

**If water drained from system has a red or pink hue during the assembly verification test, repeat the procedure again in this manner to determine the source of the leak:**

1. Place the <u>upper system chamber only</u> (with **Black Berkey®** Elements installed) on top of same-sized cups or jars, each positioned so that an element can drip water into it. This will help you identify which blocking plug or element may be leaking.

2. Fill upper chamber with water and red food coloring as directed above.

3. Allow system to filter water. Check the color of water expelled from the elements. If water color is clear, your system is ready to use. If red dye is still present, reinstall the element(s) or blocking plug(s) where leaking occurs and re-run test.

4. If system continues to fail the test, contact our Customer Service department for assistance.



Berkey® system upper chamber

Water with red food coloring

Cups or jars (same size)

Clear water ✓  ✗ Red or pink-hued water

**Table or countertop**

# Black Berkey® Elements Precautions and Storage

Always use only the cleanest freshwater source available. **Use of softened water or salt water can clog the filter's pores and will void your warranty.**

**Never allow wet Black Berkey® Elements to freeze**. Exposure to freezing temperatures can expand the water into ice, which may damage the elements and cause them to crack or break. Allowing elements to freeze will void your warranty.

**If you are going to be leaving the system unattended for 4-15 days and want to reduce the necessity of re-priming the elements,** remove the elements from your system and place them in a sealable plastic bag (gallon-size or larger) while elements are still damp (this allows the elements to stay wet, making priming unnecessary). Then, place the elements in your refrigerator where they will not freeze. When ready, thoroughly rinse elements under cold water, then reinstall them in your system.

**For longer-term storage, we recommend completely drying the elements first.** Ensuring they are bone-dry (zero moisture) before storing them long-term helps prevent any potential microbiological growth (mold, biofilm, bacteria, etc.). Shake excess water from elements, then air-dry by leaving them on a windowsill or other sunny location for 1-3 days until completely dry.

Once elements are bone-dry (zero moisture), store them in a sealable plastic bag (gallon-size or larger)—this prevents elements from absorbing odors. When you are ready to re-use your elements, clean them by scrubbing the outside with a stiff brush or a Scotch-Brite® pad under cold running water. Then re-prime the elements before putting them back in your system.

Alternatively, you can use a **Black Berkey Primer™** (sold separately) which assists in both priming and purging. Purging speeds up the drying process by pushing water out of the element before you place them in the sun or air dry to complete the process. Note: when purging, valves on the **Black Berkey Primer™** must be reversed.

## New Millennium Concepts, Ltd. Limited Warranty

New Millennium Concepts, Ltd. warrants their product against defects in materials or workmanship during ordinary consumer use. This Limited Warranty does not cover product issues caused by any other reason, for the time periods and conditions set forth below when purchased directly from an Authorized **Berkey®** Dealer. New Millennium Concepts, Ltd. shall not be held liable for incidental or consequential damage to personal property from, but not limited to, a defective unit, improper use, abuse, accident, or neglect, etc. It is the customer's responsibility to prevent misuse of the system and to replace parts, when, due to the natural course of wear and tear, they must be replaced. To obtain warranty service, you must provide a dated receipt for the product and may be responsible to pay for any shipping charges incurred to return the product to New Millennium Concepts, Ltd. when required. This warranty will not apply to units which have been used for purposes not intended, which have been altered so as, in the manufacturer's judgment, to adversely affect its performance. This warranty is for the original retail purchaser only, and cannot be transferred. For a period not to exceed the specified warranty coverage from the date of receipt of the product by the original purchaser on the original invoice, New Millennium Concepts, Ltd. will, solely at its discretion, replace said product or component that New Millennium Concepts, Ltd. deems is not functioning properly during the stated warranty period. The laws of the state of Texas, USA will govern any disputes regarding this warranty or claim made. This warranty, which is given expressly in lieu of all warranties, expressed or implied, or merchantability and fitness for a particular purpose, constitutes the only warranty made by New Millennium Concepts, Ltd. This warranty applies only to products manufactured or exclusively distributed by New Millennium Concepts, Ltd. and its Authorized **Berkey®** Dealers, and does not apply to extended warranties offered by some Authorized **Berkey®** Dealers. **Black Berkey® Elements** are covered under a two year limited prorated warranty, calculated in six-month intervals. Warranty period begins from the date of receipt of the product by the original purchaser on the original invoice.

**Black Berkey®** Elements have been tested by accredited third-party labs that have reported that the elements exceed EPA and ANSI/NSF (Std. 53) protocol, and remove or reduce over 200+ typical contaminants found in tap water and other freshwater sources. We recommend replacing **Black Berkey®** Elements every 3,000 gallons (6,000 per set of 2 elements). Elements may require replacement sooner based upon the quality of influent water.



# Berkey®
### WATER SYSTEMS

# Big Berkey® System
## 2.25 GALLON (8.5L)

## Berkey® Water Filtration Systems

HOME   HEALTH   OUTDOOR   SURVIVAL

TAKE CONTROL OF YOUR TAP WATER AT HOME OR THE OFFICE

FILTER FRESHWATER SOURCES LIKE LAKES, STREAMS, PONDS

NO ELECTRICITY, TOOLS OR PLUMBING REQUIRED

### The Gold Standard in Gravity-Fed Water Filtration Systems

Berkey® systems provide economical, long-lasting water filtration for just pennies a gallon—no electricity, tools or plumbing required.

### Easily Enjoy Refreshing, Potable Water at Home or in the Great Outdoors

1. Simply pour untreated water from freshwater source into system's top chamber.
2. Berkey® systems have been tested by independent third-party labs* for their ability to address 200+ potential contaminants commonly found in tap water and freshwater sources.
3. Dispense refreshing potable water from spigot. Berkey® systems are ideal for camping, RVing, off-grid living, emergency scenarios and everyday use wherever you are.

*Independently tested; see website for full technical and performance specifications.

# Big Berkey®
## 2.25 GALLON (8.5L)

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

## Berkey® Water Filtration Systems

HOME   HEALTH   OUTDOOR   SURVIVAL

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

| Sport Berkey® Bottle | Go Berkey® Kit 1 Qt. | Travel Berkey® 1.5 Gal | Big Berkey® 2.25 Gal | Royal Berkey® 3.25 Gal | Imperial Berkey® 4.5 Gal | Crown Berkey® 6 Gal |
|---|---|---|---|---|---|---|

OUTDOOR SYSTEMS    MULTI-USE SYSTEMS

# Big Berkey® System
## 2.25 GALLON (8.5L)

MADE FOR THE EXTREME. ENJOYED EVERY DAY.

# Big Berkey®
## 2.25 GALLON (8.5L)

# Berkey®

© Copyright - 2003-2023 New Millennium Concepts, Ltd. All rights reserved.

R
R
R
R



Instructions for **Big Berkey®, Crown Berkey™, Imperial Berkey®, Royal Berkey®** and **Travel Berkey®** water filtration systems

## System Parts List

### Berkey® Stainless Steel System

(A) Upper System Chamber

(B) Lower System Chamber
with rubber ring attached

(C) System Lid

(D) Small Metal Washer

(E) Knob Screw

(F) Knob

### Spigot



(G) Standard Spigot

(H) Spigot Hex Nut or Wing Nut
(style may vary)

(I) Spigot Flat Washer (x2)

(J) Vapor Clip
(optional)

May or be included with all systems.

### Black Berkey® Elements



(K) Black Berkey® Elements
(quantity varies by system)

(L) Blocking Plugs
(style and quantity varies by system)

(M) Tan Priming Button

(N) Sealing Washer
(1 per element)

(O) Wing Nut
(1 per element)

Parts shown for illustration only and are not to scale.

Failure to read, thoroughly understand, and follow all instructions may result in injury, water damage, or voiding of the warranty! It is the assembler's responsibility to make sure all components are properly assembled and installed using the instructions provided. While your **Berkey®** System should not have any leaking problems, there is always the chance that a leak might occur due to being improperly assembled or perhaps a faulty part. In an overabundance of caution, we recommend that for the first 24 hours the filled system be placed in an area wherein if such a leak were to occur, the resulting spillage would not damage anything.

## System Assembly

**Tools you'll need:** standard screwdriver (not included). We recommend setting up your system on a countertop or other waterproof surface.
• Wash your hands, stainless steel chambers and spigot before assembly to reduce the chances of contaminating the system's components.
• Be sure to keep all parts and original packaging in the unlikely event that your system needs to be returned to the manufacturer.



Illustration of assembled system



Lid knob (F)

System lid (C)

Knob screw (E)

Small metal washer (D)

### 1. Attach Knob to Lid

Fit knob onto lid by inserting the knob screw up through the washer into hole in the underside of lid, then screw on the knob.



Washer (I)   Washer (I)   Standard spigot (G)

Hex nut (H)

Berkey® System lower chamber wall

### 2. Assemble Spigot

To assure a proper seal, place one washer on stem of spigot. Insert spigot into chamber and turn spigot counterclockwise to the 9 o'clock position. Then, place the other washer on stem inside of the system, then the nut, and hand-turn nut until it is tight while holding spigot at the 9 o'clock position. Then, hold nut in place and rotate spigot clockwise until spigot is upright.



Berkey® System upper chamber (A)

Blocking plugs (L)

or

(inside chamber)

Screw-type blocking plug assembly

Washer
Stem
Washer
Nut

### 3. Insert Blocking Plugs

Use blocking plugs to fill remaining open holes in the upper chamber where you will not be installing **Black Berkey®** Elements. **For push-in blocking plugs,** simply press plugs into holes from inside the upper chamber (smaller end first). **For screw-type blocking plugs,** place one washer on threaded stem, and insert plug (stem) through one of the holes inside the system's upper chamber. Place other washer on the threaded stem outside of system, then the nut. Hold plug securely with one hand inside system, and hand-turn nut on outside of system until snug. Do not over-tighten. Repeat for remaining plugs.



Vapor lock clip (J)

Berkey® System lower chamber (B)

### 4. Install the Vapor Lock Clip

Climate, elevation and other factors can create a tighter fit, preventing air flow between chambers, which slows down or prevents water flow (a natural phenomenon known as vapor lock). To prevent vapor lock, create air flow by placing clip on edge of lower chamber, making sure that the long portion of the airlock clip is hanging inside of the lower chamber.

**Note:** All systems may not include a vapor lock clip. If you experience vapor lock, please contact our Customer Service department to obtain a clip. For customers outside the United States, please contact a local Authorized **Berkey®** Dealer.

## 5. Prime the Black Berkey® Elements

Priming uses water to displace air out of the elements' pores, ensuring that water can flow freely. **Elements will not operate properly if they are not primed.**
We recommend setting up your system on a countertop or other waterproof surface. If process dust is present, wipe it off with a Scotch-Brite® pad under cold running water.



1/8"   (M) (O)

(K)

**1.** Loosen wing nut (O) on **Black Berkey®** Element (K) stem until the top of wing nut (O) reaches the top of stem's threads (about 1/8" from top end of stem).



(M) (O)

(K)

**2.** Place tan priming button (M) on top of wing nut. Top of tan priming button should be slightly higher than the top of the stem.



**3.** Place the threaded stem of element between fingers, and press tan priming button up against faucet.



**4.** Slowly turn on cold water (gradually increasing water pressure) **while holding element and tan priming button firmly against faucet to create a seal,** allowing water to saturate element.



**5.** As water pushes air out of element, allow element to sweat beads of water for **10-20 seconds.** Water may be discolored at first, as excess media exits element. Continue running water until it runs clear, and the entire element appears to be saturated.

**The element is now primed and ready for installation.**

**Repeat steps 1-5 at left for your remaining elements.**

**Tip:** Your **Black Berkey®** Elements will be wet after priming them—we recommend placing your elements in a clean bowl or sink while assembling the rest of your system.

## 6. Install Primed Elements In The System

1. Remove wing nut from threaded stem while leaving sealing washer on **Black Berkey®** Element.
2. Place threaded stem, with sealing washer attached, into the hole in the bottom of base of upper chamber.
3. Secure element in the base of the chamber by screwing wing nut onto threaded mount until hand-tight. **Caution: hand tighten only. Over-tightening wing nut can strip the nut's threads, which could cause the system to leak.** Repeat these 3 steps for remaining elements.
4. With elements in place, carefully place upper chamber onto lower chamber. Your system is now assembled and ready to use.



**Black Berkey® Element (K)**    **Sealing washer (N)**    **Wing nut (O)**

**Berkey® System upper chamber (A)**

### Alternate/Off-Grid Priming Methods

When using the system off-grid or traveling where treated water is not available, we strongly recommend using the **Black Berkey Primer™** (sold separately), a handheld priming pump that makes the elements easy to prime without the need for faucets or hose connections. **Black Berkey Primers™** are available from Authorized **Berkey®** Dealers worldwide.

**Black Berkey®** Elements may also be primed using a bottle of filtered water. Have one person hold the element, with the priming button attached and facing upward. Have a second person press the mouth of the bottled water against the priming button and squeeze until water is forced through entire exterior wall of element and it begins to sweat beads of water.

## Using Your System

Always use only the cleanest freshwater source available. **Use of softened water or salt water can clog the filter's pores and will void your warranty.**

Avoid placing your system in direct sunlight or near a heat source such as a stove, indoor heater, etc.

1. Fill upper chamber with cold or room temperature water. **DO NOT use hot or boiling water.**
2. Place lid on system. Allow water to filter into lower chamber.
3. Open the spigot to completely empty the lower chamber, and discard water. If water is slightly discolored due to any remaining particulate, do not be concerned—simply repeat steps 1-3 in this section as many times as needed until dispensed water is clear.
4. Your system is now ready to use. Refill upper chamber with water.

**Notes:**
• It may take up to 15 minutes for elements to begin dripping water from the upper chamber into the lower chamber.
• Maximum flow rate will be achieved after the initial 12-24 hours of use as micro air pockets within the elements are replaced with water.
• It is normal to have a few inches of water left in the upper chamber when using the system, as it is gravity fed and the water cannot process through the bottom of the element.

## Assembly Verification* (Red Food Coloring Test)

This simple test verifies that your system has been assembled correctly, and that there are no internal leaks in your system. We recommend this test be done after the first assembly of this system, after removal or replacement of **Black Berkey®** Elements, or the first use after drying and storing the elements for an extended period of time. **Ensure that you do not have Berkey PF-2™ Fluoride and Arsenic Reduction Elements installed in the system when performing this test.**

1. Add up to 1 teaspoon of artificial **red** food coloring (must be red) for every gallon that your **Berkey®** System can hold into the upper chamber. We recommend McCormick's red food coloring or any artificial food coloring. Acceptable food color ingredients include water, propylene glycol, FD&C Red 40 and FD&C Red 3, and propylparaben. **Avoid using food coloring that is not red, or contains citric acid, sodium benzoate or natural ingredients such beet juice, turmeric, etc. Using organic food colorings will result in a false failed test (stating that your system is not sealed correctly).**
2. Place a cup under spigot and drain water. If dispensed water does not have a red or pink hue, this indicates that the elements are sealed and system has been assembled correctly.

**\*Note: This test does not demonstrate the complete reduction of all possible water contaminants; it is meant to confirm that the system was assembled as intended.**

**If water drained from system has a red or pink hue during the assembly verification test, repeat the procedure again in this manner to determine the source of the leak:**

1. Place the upper system chamber only (with Black **Berkey®** Elements installed) on top of same-sized cups or jars, each positioned so that an element can drip water into it. This will help you identify which blocking plug or element may be leaking.
2. Fill upper chamber with water and red food coloring as directed above.
3. Allow system to filter water. Check the color of water expelled from the elements. If water color is clear, your system is ready to use. If red dye is still present, reinstall the element(s) or blocking plug(s) where leaking occurs and re-run test.
4. If system continues to fail the test, contact our Customer Service department for assistance.

**Berkey® system upper chamber**

**Water with red food coloring**

**Cups or jars (same size)**

**Clear water**    ✗    **Red or pink-hued water**

**Table or countertop**

## Precautions

• **Avoid placing your system in direct sunlight or near a heat source such as a stove, indoor heater, etc.** Excessive heat can create conditions that could facilitate microbiological growth (mold, biofilm, bacteria, etc.) inside the upper chamber, where untreated (and possibly contaminated) water is poured into the system.
• **When lower chamber is partially filled, be cautious not to overfill upper chamber,** as this could cause lower chamber to overflow.

*For example: if the lower chamber is 1/3 full, the upper chamber can be refilled by 2/3. If the lower chamber is 1/2 full, the upper chamber can be refilled by 1/2, etc.*

• **Never allow wet Black Berkey® Elements to freeze**—exposure to freezing temperatures can expand the water into ice, which may damage the elements and cause them to crack or break. Allowing elements to freeze will void your warranty.

## Black Berkey® Element Storage

**If you are going to be leaving the system unattended for 4-15 days and want to reduce the necessity of re-priming the elements,** remove the elements from your system and place them in a sealable plastic bag (gallon-size or larger) while elements are still damp (this allows the elements to stay wet, making priming unnecessary). Then, place the elements in your refrigerator where they will not freeze. When ready, thoroughly rinse elements under cold water, then reinstall them in your system.

**For longer-term storage, we recommend completely drying the elements first.** Ensuring they are bone-dry (zero moisture) before storing them long-term helps prevent any potential microbiological growth (mold, biofilm, bacteria, etc.). Shake excess water from elements, then air-dry by leaving them on a windowsill or other sunny location for 1-3 days until completely dry.

Once elements are bone-dry (zero moisture), store them in a sealable plastic bag (gallon-size or larger)—this prevents elements from absorbing odors. When you are ready to re-use your elements, clean them by scrubbing the outside with a stiff brush or a Scotch-Brite® pad under cold running water. Then re-prime the elements before putting them back in your system.

Alternatively, you can use a **Black Berkey Primer™** (sold separately) which assists in both priming and purging. Purging speeds up the drying process by pushing water out of the element before you clean them in the sun or air dry to complete the process. Note: when purging, valves on the **Black Berkey Primer™** must be reversed.

## Maintaining Your System

**We recommend performing maintenance every 30 days as needed:**

**Clean the lower chamber and spigot**

1. Remove upper chamber (be sure to drain any water and remove optional **Berkey PF-2™** Fluoride and Arsenic Reduction Elements, if attached).
2. With the **Black Berkey®** Elements remaining installed in the upper chamber, place upper chamber upside down or securely on its side to ensure it will not roll off of your counter or other work surface. **Caution: breaking an element's stem will void its warranty.**
3. Clean lower chamber with mild dish soap or a 1:1 mixture of water and vinegar, and rinse thoroughly.
4. Remove spigot and soak it in a 1:1 mixture of clean water and vinegar for 5-10 minutes to help remove any mineral deposits. Rinse spigot thoroughly.
5. Reattach spigot. Reinstall any optional **Berkey PF-2™** Fluoride and Arsenic Reduction Elements to the stems of the system's **Black Berkey®** Elements. With elements in place, carefully place upper chamber onto lower chamber.

## System Troubleshooting

**After prolonged use, flow rate may decrease significantly. To improve flow rate:**

1. Slow flow rate could be caused by vapor lock. Insert vapor lock clip, if supplied. See page 1, assembly step #4.
2. Carefully remove the elements from the upper chamber and gently scrub them with a stiff brush or Scotch-Brite® pad under cold running water (never apply soap or other cleaning agents to your **Black Berkey®** Elements). Re-prime elements, and reinstall them inside the upper chamber.
3. Place upper chamber back onto lower chamber, then perform the Assembly Verification process (Red Food Coloring Test). Your system is ready to use.

### New Millennium Concepts, Ltd. Limited Warranty

New Millennium Concepts, Ltd. warrants their product against defects in materials or workmanship during ordinary consumer use. This Limited Warranty does not cover product issues caused by any other reason, for the time periods and conditions set forth below when purchased directly from an Authorized **Berkey®** Dealer. New Millennium Concepts, Ltd. shall not be held liable for incidental or consequential damage to personal property from, but not limited to, a defective unit, improper use, abuse, accident, or neglect, etc. It is the customer's responsibility to prevent misuse of the system and to replace parts, when due to the natural course of wear and tear, they must be replaced. To obtain warranty service, you must provide a dated receipt for the product and may be responsible to pay for any shipping charges incurred to return the product to New Millennium Concepts, Ltd. when required. This warranty will not apply to units which have been used for purposes not intended, which have been altered so as, in the manufacturer's judgment, to adversely affect its performance. This warranty is for the original retail purchaser only, and cannot be transferred. For a period not to exceed the specified warranty coverage from the date of receipt of the product by the original purchaser on the original invoice, New Millennium Concepts, Ltd. will, solely at its discretion, replace said product or component that New Millennium Concepts, Ltd. deems is not functioning properly during the stated warranty period. The laws of the state of Texas, USA will govern any disputes regarding this warranty or claim made. This warranty, which is given expressly in lieu of all warranties, expressed or implied, or merchantability and fitness for a particular purpose, constitutes the only warranty made by New Millennium Concepts, Ltd. This warranty applies only to products manufactured or exclusively distributed by New Millennium Concepts, Ltd. and its Authorized **Berkey®** Dealers, and does not apply to extended warranties offered by some Authorized **Berkey®** Dealers. **Berkey® System Housing: Berkey®** System upper and lower chambers including lids, excluding orders for factory-blemished systems, are covered under a one-year warranty. The warranty period begins from the date of receipt of the product by the original purchaser on the original invoice. **Black Berkey® Elements: Black Berkey®** Elements are covered under a two year limited prorated warranty, calculated in six-month intervals. Warranty period begins from the date of receipt of the product by the original purchaser on the original invoice. **Included spigot and accessories that are sold separately** are covered under a six-month warranty. The warranty period begins from the date of receipt of the product by the original purchaser on the original invoice.

### Questions About Using or Assembling Your Berkey® System?

Instructional Videos • Product FAQs • Support Via Email or Live Chat
**support.berkeywater.com**

Phone: (888) 803-4438   Monday - Friday 9AM - 5PM CST
Holiday hours may vary.

# Sport Berkey®
# Water Filter Bottle



The **Sport Berkey®** water filter bottle has been tested by multiple independent third-party labs for its ability to remove or reduce 200+ typical contaminants found in tap water and other freshwater sources such as lakes, ponds and streams.

Test results showed up to a 99.9% reduction for typical contaminants found in water, such as: heavy metals, herbicides, pesticides, pharmaceuticals, organic chemicals, petroleum-based products, unpleasant tastes and odors, silt and sediment.

## Precautions

- To prevent leaks, do not store filled bottle on its side or upside down.
- Do not allow filter to freeze.
- Do not place bottle or filter in dishwasher or microwave oven.
- Do not run hot water through filter.
- Make sure straw is clean before using. If straw is dirty, or you suspect that the outside of straw has come into contact with contaminated water, reclean straw (see cleaning instructions on next page).

## Specifications

- Capacity: 22 oz. (0.6 L)
- 50 year shelf life
- Filter replacement is recommended after 160 refills of untreated water, or 640 refills of tap water.

## Warranty Information

The **Sport Berkey®** water filter bottle is covered by the NMCL Limited Warranty: 6 Months. Warranty coverage begins the date product is received.

**For the most up to date list of warranty exclusions, please visit:** support.berkeywater.com

For support and service, visit:
**support.berkeywater.com**

© Copyright 2002-2023 - New Millennium Concepts, Ltd. All Rights Reserved.

# Usage & Storage

### IMPORTANT! Flush Filter Before Use
Flushing clears excess carbon from the manufacturing process.

1. Pull lid closure down so that straw is exposed.
2. With bottle full of water, squeeze the bottle for 3-4 seconds to flush water through filter and straw.
3. **Repeat until water runs clear.**
4. Bottle is ready to use.

### Using Your Bottle
1. Fill the **Sport Berkey®** water filter bottle with water.
2. Screw on lid and tighten securely to prevent leaks.
3. To drink: pull lid closure down to expose straw. Squeeze bottle to squirt water out of straw into mouth, or suck water through straw, or use both actions together.
4. To close: simply pull lid closure up to conceal straw (this helps prevent drips or leaks while carrying).



Lid Closure — Straw — Lid — Bottle — Straw — Straw Filter Element



### Replacing the Filter
Filter replacement is recommended after 160 refills of untreated water, or 640 refills of tap water.

1. Unscrew lid from bottle.
2. Pull existing filter from straw.
3. Push new filter onto straw.
4. Flush new filter before using (see above for instructions).

### Cleaning and Storage
Periodically remove straw filter element and clean the bottle and straw with warm water and mild, unscented dish soap.

**If straw filter element will not be used for an extended period of time:**
1. Remove filter from straw and allow to air dry.
2. Once filter is dry, place it back on straw inside bottle.

    © Copyright 2002-2023 - New Millennium Concepts, Ltd. All Rights Reserved.

# Berkey® Water Systems

# Big Berkey® System
## 2.25 GALLON (8.5L)

## Berkey® Water Filtration Systems

HOME   HEALTH   OUTDOOR   SURVIVAL

# Big Berkey®
## 2.25 GALLON (8.5L)

## Berkey® Water Filtration Systems

HOME   HEALTH   OUTDOOR   SURVIVAL

# Big Berkey®
## 2.25 GALLON (8.5L)

MADE FOR THE EXTREME. ENJOYED EVERY DAY.

### The Gold Standard in Gravity-Fed Water Filtration Systems

Berkey® systems provide economical, long-lasting water filtration for just pennies a gallon—no electricity, tools or plumbing required.

### Easily Enjoy Refreshing Water at Home or in the Great Outdoors

Berkey® systems provide economical, long-lasting water filtration for just pennies a gallon! Berkey® systems are portable, powerful and easy to use.

**Made for the Extreme. Enjoyed Every Day.**

Berkey® Systems were originally designed for extreme use for emergency preparedness and off-grid activities, and are also now used every day in millions of homes around the world by discerning, health conscious consumers who have declared water independence.

TAKE CONTROL OF YOUR TAP WATER AT HOME OR THE OFFICE

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY



FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

| Sport Berkey® Bottle | Go Berkey® Kit 1 Qt. | Travel Berkey® 1.5 Gal | Big Berkey® 2.25 Gal | Royal Berkey® 3.25 Gal | Imperial Berkey® 4.5 Gal | Crown Berkey® 6 Gal |

OUTDOOR SYSTEMS   MULTI-USE SYSTEMS

Berkey®

© Copyright - 2003-2022 · New Millennium Concepts, Ltd. All rights reserved.

R



## Sport Berkey®

 **22 OZ.** | **.6 L**

**WATER FILTER BOTTLE**

FOR THE
**GREAT
OUTDOORS**

Berkey® Water
On-the-Go



## Sport Berkey®

**Berkey®** Water Systems, the leader in gravity-fed filtration systems and trusted choice of adventurers, preppers, off-grid homesteaders and families for over 20 years, brings you the **Sport Berkey®** water filter bottle.

### Versatile, Easy to Use

 Daily at home, work or school

 Traveling abroad

 Emergencies

### More Outdoor Water Solutions Available
Contact an authorized **Berkey®** dealer today.



### Superior Filtration

The **Sport Berkey®** water filter bottle has been tested by multiple independent third-party labs for its ability to remove or reduce 200+ typical contaminants found in tap water and other freshwater sources.

Test results showed **up to a 99.9% reduction** for typical contaminants found in water, such as:

- Heavy metals
- Herbicides
- Pesticides
- Pharmaceuticals
- Organic chemicals
- Petroleum-based products
- Silt and sediment

### Replaceable Filter

Filter is operable for up to 640 refills for tap water based upon the quality of influent water.



# Berkey®
WATER SYSTEMS

© Copyright - 2003-2023 - New Millennium Concepts, Ltd. All rights reserved.

 4 LDPE

**BPA
FREE**



**Travel Berkey® System**
1.5 GALLON (5.6L)

# Berkey®
WATER SYSTEMS

## Berkey® Water Filtration Systems

HOME  HEALTH  OUTDOOR  SURVIVAL

### Enjoy Refreshing Water in the Great Outdoors

**The Gold Standard in Gravity-Fed Water Filtration Systems**

**Berkey®** systems provide economical, long-lasting water filtration for just pennies a gallon! **Berkey®** systems are portable, powerful and easy to use.

**Made for the Extreme, Enjoyed Every Day.**

Berkey® Systems were originally designed for extreme use for emergency preparedness and off-grid activities, and are also now used every day in millions of homes around the world by discerning, health conscious consumers who have declared water independence.

**MADE FOR THE EXTREME. ENJOYED EVERY DAY.**

Ready for adventure!

R

## Travel Berkey®
1.5 GALLON (5.6L)

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

R

## Berkey® Water Filtration Systems

HOME  HEALTH  OUTDOOR  SURVIVAL

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

Sport Berkey® Bottle | Go Berkey® Kit 1 Qt | Travel Berkey® 1.5 Gal | Big Berkey® 2.25 Gal | Royal Berkey® 3.25 Gal | Imperial Berkey® 4.5 Gal | Crown Berkey® 6 Gal

OUTDOOR SYSTEMS    MULTI-USE SYSTEMS

R

## Travel Berkey®
1.5 GALLON (5.6L)

THE POWERFUL WATER FILTER SOLUTION FOR CAMPING, RVING AND OTHER OFF-GRID ADVENTURES.

# Berkey®
WATER SYSTEMS

© Copyright -2005-2022 New Millennium Concepts, Ltd. All rights reserved.

R



Exhibit B-13, pg.28 of 81

**38 1/8"**

**19 1/16"**

**22 1/4"**



**Berkey®**
WATER SYSTEMS

**TEXAS, USA**

**Black Berkey®**
**Elements**

Berkey®

**Made for the Extreme, Enjoyed Every Day.**

Our unique **Black Berkey®** Elements are made from a proprietary blend of media, and are backed by independent third-party testing.

The gold standard in gravity-fed water filtration, authentic **Black Berkey®** Elements are capable of greater contaminant reduction and a longer lifespan than virtually any of the other filter elements on the market.

Berkey® systems were originally designed for extreme use for emergency preparedness and off-grid activities, and are also now used every day in millions of homes around the world by discerning, health-conscious consumers who have declared water independence.

We recommend replacing **Black Berkey®** Elements every 3,000 gallons (6,000 per set of 2 elements). Elements may require replacement sooner based upon the quality of influent water.

**There Is No Substitute for Berkey® Quality.**

Only buy authentic **Black Berkey®** Elements from authorized **Berkey®** dealers.

© Copyright 1995-2022 · New Millennium Concepts, Ltd. All rights reserved.

**Black Berkey® Elements**
Set of 2 Elements

**Black Berkey® Elements**
Set of 2 Elements

Berkey®

**Black Berkey® Elements**
Set of 2 Elements

Berkey®

**TEXAS, USA**

**Black Berkey®**
Elements Are Proudly
Made in the USA.

Elements install date:

MADE FOR THE EXTREME, ENJOYED EVERY DAY.



# Instructions for the **Berkey Light®** gravity-fed water filtration system

## System Parts List



**Berkey Light® System**

(A) Upper System Chamber
(B) Lower System Chamber
(C) System Lid
(D) Base

**Spigot**

(E) Standard Spigot
(F) Spigot Hex Nut or Wing Nut (style may vary)
(G) Spigot Flat Washer (x2)

**Black Berkey® Elements**

(H) Black Berkey® Elements (quantity varies by system)
(I) Blocking Plugs (quantity varies by system)
(J) Priming Button
(K) Sealing Washer (1 per element)
(L) Wing Nut (1 per element)

*Parts shown for illustration only and are not to scale.*

Failure to read, thoroughly understand, and follow all instructions may result in injury, water damage, or voiding of the warranty! It is the assembler's responsibility to make sure all components are properly assembled and installed using the instructions provided. While your **Berkey®** System should not have any leaking problems, there is always the chance that a leak might occur due to being improperly assembled or perhaps a faulty part. In an overabundance of caution, we recommend that for the first 24 hours the filled system be placed in an area wherein if such a leak were to occur, the resulting spillage would not damage anything.

## System Assembly

We recommend setting up your system on a countertop or other waterproof surface.
• Wash your hands, upper and lower chambers, and spigot before assembly to reduce the chances of contaminating the system's components.
• Be sure to keep all parts and original packaging in the unlikely event that your system needs to be returned to the manufacturer.





**Berkey Light® System lower chamber (B)**

**Base (D)**

### 1. Place Lower Chamber on Base
Place base on a flat, stable surface. Carefully place empty lower system chamber onto base. Press lower chamber down onto the base until parts are secured together.

Washer (G)   Washer (G)   Standard spigot (E)

Hex nut (F)   **Berkey Light® System lower chamber wall**

### 2. Assemble Spigot
To assure a proper seal, place one washer on stem of spigot. Insert spigot into system and turn spigot counterclockwise to the 9 o'clock position. Then, place the other washer on stem inside of the system, then the nut, and hand-turn nut until it is tight while holding spigot at the 9 o'clock position. Then, hold nut in place and rotate spigot clockwise until spigot is upright. This action should apply the right amount of pressure to complete the seal.

**Berkey Light® System upper chamber (A)**   **Blocking plug (I) (inside chamber)**

### 3. Insert Blocking Plugs
Use blocking plugs to fill the remaining open holes in the upper chamber where you will not be installing **Black Berkey®** Elements. Press plugs into holes from inside the upper chamber, smaller end first.

## 4. Prime the Black Berkey® Elements
Priming uses water to displace air out of the elements' pores, ensuring that water can flow freely. **Elements will not operate properly if they are not primed.** We recommend setting up your system on a countertop or other waterproof surface. If process dust is present, wipe it off with a Scotch-Brite® pad under cold running water.



**1.** Loosen wing nut (L) on **Black Berkey®** Element (H) stem until the top of wing nut (L) reaches the top of stem's threads (about 1/8" from top end of stem).



**2.** Place priming button (J) on top of wing nut. Top of priming button should be slightly higher than the top of the stem.



**3.** Place the threaded stem of element between fingers, and press priming button up against faucet.



**4.** Slowly turn on cold water (gradually increasing water pressure) **while holding element and priming button firmly against faucet to create a seal,** allowing water to saturate element.



**5.** As water pushes air out of element, allow element to sweat beads of water for **10-20 seconds.** Water may be discolored at first, as excess media exits element. Continue running water until it runs clear, and the entire element appears to be saturated.

**The element is now primed and ready for installation.**

**Repeat steps 1-5 at left for your remaining elements.**

**Tip:** Your **Black Berkey®** Elements will be wet after priming them—we recommend placing your elements in a clean bowl or sink while assembling the rest of your system.

## Questions About Using or Assembling Your **Berkey Light®** System?
Phone: (888) 803-4438   Monday - Friday 9AM - 5PM CST
Holiday hours may vary.

## 5. Install Primed Elements and Place Upper Chamber on Lower Chamber

1. Remove wing nut from threaded stem while leaving sealing washer on **Black Berkey®** Element.
2. Place threaded stem, with sealing washer attached, into the hole in the interior base of upper chamber.
3. Secure element in the base of the chamber by screwing wing nut onto threaded mount until hand-tight. **Caution: hand tighten only. Over-tightening wing nut can strip the nut's threads, which could cause the system to leak.** Repeat these 3 steps for remaining elements.
4. Please remember to plug unused holes in the upper chamber with included blocking plugs.
5. Carefully place upper chamber with primed elements on lower chamber, and press into place.
6. System is now assembled and ready to use.



Black Berkey® Element (H)
Sealing washer (K)

Wing nut (L)

Berkey Light® System upper chamber (A)

### Alternate Priming Methods
We strongly recommend using the **Black Berkey Primer™** (sold separately), a handheld priming pump that makes the elements easy to prime without the need for faucets or hose connections. **Black Berkey Primers™** are available from Authorized **Berkey®** Dealers worldwide.

**Black Berkey®** Elements may also be primed using a bottle of filtered water. Have one person hold the element, with the priming button attached and facing upward. Have a second person press the mouth of the bottled water against the priming button and squeeze until water is forced through entire exterior wall of element and it begins to sweat beads of water.

## Using Your Berkey Light® System

**Use of softened water or salt water can clog the filter's pores and will void your warranty.**
Avoid placing your system in direct sunlight or near a heat source such as a stove, indoor heater, etc.

1. Fill upper chamber with cold or room temperature water. **DO NOT use hot or boiling water.** Only fill upper chamber with as much water as the lower chamber can hold. **Overfilling system could cause lower chamber to overflow.**
2. Place lid on system. Allow water to filter into lower chamber.
3. Open the spigot to completely empty the lower chamber, and discard water. If water is slightly discolored due to remaining particulate, do not be concerned—simply repeat steps 1-3 in this section as many times as needed until dispensed water is clear.
4. Your system is now ready to use. Refill upper chamber with water.

**Notes:**
- Water may begin to drip immediately when upper chamber is filled, but could take as long as 15 minutes based on how well elements are primed and the quality of influent water is used.
- Maximum flow rate will be achieved after the initial 12-24 hours of use as micro air pockets within the elements are replaced with water.
- It is normal to have a few inches of water left in the upper chamber when using the system, as it is gravity fed and the water cannot process through the bottom of the element.
- Air hole on rim of lower chamber prevents vapor lock.

### Assembly Verification* (Red Food Coloring Test)
This simple test verifies that your system has been assembled correctly, and that there are no internal leaks in your system. We recommend this test be done after the first assembly of this system, after removal or replacement of **Black Berkey®** Elements, or the first use after drying and storing the elements for an extended period of time. **Ensure that you do not have Berkey PF-2™ Fluoride and Arsenic Reduction Elements installed in the system when performing this test.**

1. Add up to 1 teaspoon of artificial <u>red</u> food coloring (must be red) for every gallon that your **Berkey®** System can hold into the upper chamber. We recommend McCormick's red food coloring or any <u>artificial</u> food coloring. Acceptable food color ingredients include water, propylene glycol, FD&C Red 40 and FD&C Red 3, and propylparaben. **Avoid using food coloring that is not red, or contains citric acid, sodium benzoate or natural ingredients such beet juice, turmeric, etc. Using organic food colorings will result in a false failed test (stating that your system is not sealed correctly).**
2. Place a cup under spigot and drain water. If dispensed water does not have a red or pink hue, this indicates that the elements are sealed and system has been assembled correctly.
***Note: This test is meant to confirm that the system was assembled as intended.**

**If water drained from system has a red or pink hue during the assembly verification test, repeat the procedure again in this manner to determine the source of the leak:**

1. Place the <u>upper system chamber only</u> (with **Black Berkey®** Elements installed) on top of same-sized cups or jars, each positioned so that an element can drip water into it. This will help you identify which blocking plug or element may be leaking.
2. Fill upper chamber with water and red food coloring as directed above.
3. Allow system to filter water. Check the color of water expelled from the elements. If water color is clear, your system is ready to use. If red dye is still present, reinstall the element(s) or blocking plug(s) where leaking occurs and re-run test.
4. If system continues to fail the test, contact our Customer Service department for assistance.

Berkey Light® System upper chamber

Water with red food coloring

Cups or jars (same size)

Clear water ✓   Red or pink-hued water ✗

Table or countertop

## Precautions

**Avoid placing your system in direct sunlight or near a heat source such as a stove, indoor heater, etc.** Excessive heat creates conditions that facilitate microbiological growth inside the upper chamber.

**When lower chamber is partially filled, be cautious not to overfill upper chamber,** as this could cause lower chamber to overflow.
For example: if the lower chamber is 1/3 full, the upper chamber can be refilled by 2/3. If the lower chamber is 1/2 full, the upper chamber can be refilled by 1/2, etc.

**Never allow wet Black Berkey®** Elements to freeze—exposure to freezing temperatures can expand the water into ice, which may damage the elements and cause them to crack or break. Allowing elements to freeze will void your warranty.

## Maintaining Your System

**We recommend performing maintenance every 30 days as needed:**

**Clean the lower chamber and spigot**

1. Remove upper chamber (be sure to drain any water and remove optional **Berkey** PF-2® Fluoride and Arsenic Reduction Elements, if attached).
2. With the **Black Berkey®** Elements remaining installed in the upper chamber, place upper chamber upside down or securely on its side to ensure it will not roll off of your counter or other work surface. **Caution: leaving an element's stem will void its warranty.**
3. Clean lower chamber with mild dish soap or a 1:1 mixture of water and vinegar, and rinse thoroughly.
4. Remove spigot and soak it in a 1:1 mixture of clean water and vinegar for 5-10 minutes to help remove any mineral deposits. Rinse spigot thoroughly.
5. Reattach spigot. Reinstall any optional **Berkey** PF-2® Fluoride and Arsenic Reduction Elements to the stems of the system's **Black Berkey®** Elements. With elements in place, carefully place upper chamber onto lower chamber.

## Black Berkey® Element Storage

**If you are going to be leaving the system unattended for 4-15 days and want to reduce the necessity of re-priming the elements,** remove the elements from your system and place them in a sealable plastic bag (gallon-size or larger) while elements are still damp (this allows the elements to stay wet, making priming unnecessary). Then, place the elements in your refrigerator where they will not freeze. When ready, thoroughly rinse elements under cold water, then reinstall them in your system.

**For long-term storage, we recommend completely drying the elements first.** Ensuring they are bone-dry (zero moisture) before storing them long-term. Shake excess water from elements, then air-dry by leaving them on a windowsill or other sunny location for 1-3 days until completely dry.

Once elements are bone-dry (zero moisture), store them in a sealable plastic bag (gallon-size or larger)—this prevents elements from absorbing odors. When you are ready to re-use your elements, clean them by scrubbing the outside with a stiff brush or a Scotch-Brite® pad under cold running water. Then re-prime the elements before putting them back in your system.

Alternatively, you can use a Black Berkey Primer™ (sold separately) which assists in both priming and purging. Purging speeds up the drying process by pushing water out of the element before you place them in the sun or air dry to complete the process. Note: when purging, valves on the **Black Berkey Primer™** must be reversed.

## System Troubleshooting

After prolonged use, flow rate may decrease significantly. To improve flow rate:
1. Carefully remove the elements from the upper chamber and gently scrub them with a stiff brush or Scotch-Brite® pad under cold running water (never apply soap or other cleaning agents to your **Black Berkey®** Elements). Re-prime elements, and reinstall them inside the upper chamber.
2. Place upper chamber back onto lower chamber, then perform the Assembly Verification process (Red Food Coloring Test). Your system is ready to use.

### New Millennium Concepts, Ltd. Limited Warranty
New Millennium Concepts, Ltd. warrants their product against defects in materials or workmanship during ordinary consumer use. This Limited Warranty does not cover product issues caused by any other reason, for the time periods and conditions set forth below when purchased directly from an Authorized **Berkey®** Dealer. New Millennium Concepts, Ltd. shall not be held liable for incidental or consequential damage to personal property from, but not limited to, a defective unit, improper use, abuse, accident, or neglect, etc. It is the customer's responsibility to prevent misuse of the system and to replace parts, when due to the natural course of wear and tear, they must be replaced. To obtain warranty service, you must provide a dated receipt for the product and may be responsible to pay for any shipping charges incurred to return the product to New Millennium Concepts, Ltd. when required. This warranty will not apply to units which have been used for purposes not intended, which have been altered so as, in the manufacturer's judgment, to adversely affect its performance. This warranty is for the original retail purchaser only, and cannot be transferred. For a period not to exceed the specified warranty coverage from the date of receipt of the product by the original purchaser on the original invoice, New Millennium Concepts, Ltd. will, solely at its discretion, replace said product or component that New Millennium Concepts, Ltd. deems is not functioning properly during the stated warranty period. The laws of the state of Texas, USA will govern any disputes regarding this warranty or claim made. This warranty, which is given expressly in lieu of all warranties, expressed or implied, or merchantability and fitness for a particular purpose, constitutes the only warranty made by New Millennium Concepts, Ltd. This warranty applies only to products manufactured or exclusively distributed by New Millennium Concepts, Ltd. and its Authorized **Berkey®** Dealers, and does not apply to extended warranties offered by some Authorized **Berkey®** Dealers. **Berkey® System Housing: Berkey®** System upper and lower chambers including lids, excluding orders for factory-blemished systems, are covered under a one-year warranty. The warranty period begins from the date of receipt of the product by the original purchaser on the original invoice. **Black Berkey® Elements: Black Berkey®** Elements are covered under a two year limited prorated warranty, calculated in six-month intervals. Warranty period begins from the date of receipt of the product by the original purchaser on the original invoice. **Included spigot and accessories that are sold separately** are covered under a six-month warranty. The warranty period begins from the date of receipt of the product by the original purchaser on the original invoice.



Instructions for **Big Berkey®, Crown Berkey™, Imperial Berkey®, Royal Berkey®** and **Travel Berkey®** water filtration systems

## System Parts List

### Berkey® Stainless Steel System

(A) Upper System Chamber

(B) Lower System Chamber with rubber ring attached

(C) System Lid

(D) Small Metal Washer

(E) Knob Screw

(F) Knob

### Spigot



(G) Standard Spigot

(H) Spigot Hex Nut or Wing Nut (style may vary)

(I) Spigot Flat Washer (x2)

(J) Vapor Clip (optional)

May or be included with all systems.

### Black Berkey® Elements

(K) Black Berkey® Elements (quantity varies by system)

(L) Blocking Plugs (style and quantity varies by system)

(M) Tan Priming Button

(N) Sealing Washer (1 per element)

(O) Wing Nut (1 per element)

*Parts shown for illustration only and are not to scale.*

Failure to read, thoroughly understand, and follow all instructions may result in injury, water damage, or voiding of the warranty! It is the assembler's responsibility to make sure all components are properly assembled and installed using the instructions provided. While your **Berkey®** System should not have any leaking problems, there is always the chance that a leak might occur due to being improperly assembled or perhaps a faulty part. In an overabundance of caution, we recommend that for the first 24 hours the filled system be placed in an area wherein if such a leak were to occur, the resulting spillage would not damage anything.

## System Assembly

**Tools you'll need:** standard screwdriver (not included). We recommend setting up your system on a countertop or other waterproof surface.
• Wash your hands, stainless steel chambers and spigot before assembly to reduce the chances of contaminating the system's components.
• Be sure to keep all parts and original packaging in the unlikely event that your system needs to be returned to the manufacturer.



Illustration of assembled system



### 1. Attach Knob to Lid

Fit knob onto lid by inserting the knob screw up through the washer into hole in the underside of lid, then screw on the knob.



### 2. Assemble Spigot

To assure a proper seal, place one washer on stem of spigot. Insert spigot into system and turn spigot counterclockwise to the 9 o'clock position. Then, place the other washer on stem inside of the system, then the nut, and hand-turn nut until it is tight while holding spigot at the 9 o'clock position. Then, hold nut in place and rotate spigot clockwise until spigot is upright.



### 3. Insert Blocking Plugs

Use blocking plugs to fill remaining open holes in the upper chamber where you will not be installing **Black Berkey®** Elements. **For push-in blocking plugs,** simply press plugs into holes from inside the upper chamber (smaller end first). **For screw-type blocking plugs,** place one washer on threaded stem, and insert plug (stem) through one of the holes inside the system's upper chamber. Place other washer on the threaded stem outside of system, then the nut. Hold plug securely with one hand inside system, and hand-turn nut on outside of system until snug. Do not over-tighten. Repeat for remaining plugs.



Berkey® System lower chamber (B)

### 4. Install the Vapor Lock Clip

Climate, elevation and other factors can create a tighter fit, preventing air flow between chambers, which slows down or prevents water flow (a natural phenomenon known as vapor lock). To prevent vapor lock, create air flow by placing clip on edge of lower chamber, making sure that the long portion of the airlock clip is hanging inside of the lower chamber.

**Note:** All systems may not include a vapor lock clip. If you experience vapor lock, please contact our Customer Service department to obtain a clip. For customers outside the United States, please contact a local Authorized **Berkey®** Dealer.

### 5. Prime the Black Berkey® Elements

Priming uses water to displace air out of the elements' pores, ensuring that water can flow freely. **Elements will not operate properly if they are not primed.**
We recommend setting up your system on a countertop or other waterproof surface. If process dust is present, wipe it off with a Scotch-Brite® pad under cold running water.



**1.** Loosen wing nut (O) on **Black Berkey®** Element (K) stem until the top of wing nut (O) reaches the top of stem's threads (about 1/8" from top end of stem).



**2.** Place tan priming button (M) on top of wing nut. Top of tan priming button should be slightly higher than the top of the stem.



**3.** Place the threaded stem of element between fingers, and press tan priming button up against faucet.



**4.** Slowly turn on cold water (gradually increasing water pressure) **while holding element and tan priming button firmly against faucet to create a seal,** allowing water to saturate element.



**5.** As water pushes air out of element, allow element to sweat beads of water for **10-20 seconds.** Water may be discolored at first, as excess media exits element. Continue running water until it runs clear, and the entire element appears to be saturated.

**The element is now primed and ready for installation.**

**Repeat steps 1-5 at left for your remaining elements.**

**Tip:** Your **Black Berkey®** Elements will be wet after priming them—we recommend placing your elements in a clean bowl or sink while assembling the rest of your system.

Exhibit B-13, pg.32 of 81

## 6. Install Primed Elements In The System

1. Remove wing nut from threaded stem while leaving sealing washer on **Black Berkey** Element.
2. Place threaded stem, with sealing washer attached, into the hole in the interior base of upper chamber.
3. Secure element in the base of the chamber by screwing wing nut onto threaded mount until hand-tight. **Caution: hand tighten only. Over-tightening wing nut can strip the nut's threads, which could cause the system to leak.** Repeat these 3 steps for remaining elements.
4. With elements in place, carefully place upper chamber onto lower chamber. Your system is now assembled and ready to use.



**Black Berkey® Element (K)**    **Sealing washer (N)**    **Wing nut (O)**

**Berkey® System upper chamber (A)**

### Alternate Priming Methods
We strongly recommend using the **Black Berkey Primer™** (sold separately), a handheld priming pump that makes the elements easy to prime without the need for faucets or hose connections. **Black Berkey Primers™** are available from Authorized **Berkey®** Dealers worldwide.

**Black Berkey®** Elements may also be primed using a bottle of filtered water. Have one person hold the element, with the priming button attached and facing upward. Have a second person press the mouth of the bottled water against the priming button and squeeze until water is forced through entire exterior wall of element and it begins to sweat beads of water.

# Using Your System

**Use of softened water or salt water can clog the filter's pores and will void your warranty.**
Avoid placing your system in direct sunlight or near a heat source such as a stove, indoor heater, etc.

1. Fill upper chamber with cold or room temperature water. **DO NOT use hot or boiling water.**
2. Place lid on system. Allow water to filter into lower chamber.
3. Open the spigot to completely empty the lower chamber, and discard water. If water is slightly discolored due to any remaining particulate, do not be concerned—simply repeat steps 1-3 in this section as many times as needed until dispensed water is clear.
4. Your system is now ready to use. Refill upper chamber with water.

**Notes:**
• It may take up to 15 minutes for elements to begin dripping water from the upper chamber into the lower chamber.
• Maximum flow rate will be achieved after the initial 12-24 hours of use as micro air pockets within the elements are replaced with water.
• It is normal to have a few inches of water left in the upper chamber when using the system, as it is gravity fed and the water cannot process through the bottom of the element.

## Assembly Verification* (Red Food Coloring Test)
This simple test verifies that your system has been assembled correctly, and that there are no internal leaks in your system. We recommend this test be done after the first assembly of this system, after removal or replacement of **Black Berkey®** Elements, or the first use after drying and storing the elements for an extended period of time. **Ensure that you do not have Berkey PF-2™ Fluoride and Arsenic Reduction Elements installed in the system when performing this test.**

1. Add up to 1 teaspoon of artificial **red** food coloring (read the label for every gallon that your **Berkey®** System can hold into the upper chamber. We recommend McCormick's red food coloring or any artificial food coloring. Acceptable food color ingredients include water, propylene glycol, FD&C Red 40 and FD&C Red 3, and propylparaben. **Avoid using food coloring that is not red, or contains citric acid, sodium benzoate or natural ingredients such beet juice, turmeric, etc. Using organic food colorings will result in a false failed test (stating that your system is not sealed correctly).**
2. Place a cup under spigot and drain water. If dispensed water does not have a red or pink hue, this indicates that the elements are sealed and system has been assembled correctly.
**\*Note: This test is meant to confirm that the system was assembled as intended.**

**If water drained from system has a red or pink hue during the assembly verification test, repeat the procedure again in this manner to determine the source of the leak:**

1. Place the upper system chamber only (with **Black Berkey®** Elements installed) on top of same-sized cups or jars, each positioned so that an element can drip water into it. This will help you identify which blocking plug or element may be leaking.
2. Fill upper chamber with water and red food coloring as directed above.
3. Allow system to filter water. Check the color of water expelled from the elements. If water color is clear, your system is ready to use. If red dye is still present, reinstall the element(s) or blocking plug(s) where leaking occurs and re-run test.
4. If system continues to fail the test, contact our Customer Service department for assistance.

**Berkey® system upper chamber**

**Water with red food coloring**

**Cups or jars (same size)**

**Red or pink-hued water**

**Clear water** ✓   ✗

**Table or countertop**

# Precautions

**Avoid placing your system in direct sunlight or near a heat source such as a stove, indoor heater, etc.** Excessive heat can create conditions that facilitate microbiological growth inside the upper chamber.

**When lower chamber is partially filled, be cautious not to overfill upper chamber,** as this could cause lower chamber to overflow.
*For example: if the lower chamber is 1/3 full, the upper chamber can be refilled by 2/3. If the lower chamber is 1/2 full, the upper chamber can be refilled by 1/2, etc.*
**Never allow wet Black Berkey® Elements to freeze**—exposure to freezing temperatures can expand the water into ice, which may damage the elements and cause them to crack or break. Allowing elements to freeze will void your warranty.

# Black Berkey® Element Storage

**If you are going to be leaving the system unattended for 4-15 days and want to reduce the necessity of re-priming the elements,** remove the elements from your system and place them in a sealable plastic bag (gallon-size or larger) while elements are still damp (this allows the elements to stay wet, making priming unnecessary). Then, place the elements in your refrigerator where they will not freeze. When ready, thoroughly rinse elements under cold water, then reinstall them in your system.

**For longer-term storage, we recommend completely drying the elements first.** Ensuring they are bone-dry (zero moisture) before storing them long-term helps prevent any potential microbiological growth (mold, biofilm, bacteria, etc.). Shake excess water from elements, then air-dry by leaving them on a windowsill or other sunny location for 1-3 days until completely dry.

Once elements are bone-dry (zero moisture), store them in a sealable plastic bag (gallon-size or larger)—this prevents elements from absorbing odors. When you are ready to re-use your elements, clean them by scrubbing the outside with a stiff brush or a Scotch-Brite® pad under cold running water. Then re-prime the elements before putting them back in your system.

Alternatively, you can use a **Black Berkey Primer™** (sold separately) which assists in both priming and purging. Purging speeds up the drying process by pushing water out of the element before you clean them in the sun or air dry to complete the process. Note: when purging, valves on the **Black Berkey Primer™** must be reversed.

## Maintaining Your System

**We recommend performing maintenance every 30 days as needed:**
**Clean the lower chamber and spigot**

1. Remove upper chamber (be sure to drain any water and remove optional **Berkey PF-2™** Fluoride and Arsenic Reduction Elements, if attached).
2. With the **Black Berkey®** Elements remaining installed in the upper chamber, place upper chamber upside down or securely on its side to ensure it will not roll off of your counter or work surface. **Caution: breaking an element's stem will void its warranty.**
3. Clean lower chamber with mild dish soap or a 1:1 mixture of water and vinegar, and rinse thoroughly.
4. Remove spigot and soak it in a 1:1 mixture of clean water and vinegar for 5-10 minutes to help remove any mineral deposits. Rinse spigot thoroughly.
5. Reattach spigot. Reinstall any optional **Berkey PF-2™** Fluoride and Arsenic Reduction Elements to the stems of the system's **Black Berkey®** Elements. With elements in place, carefully place upper chamber onto lower chamber.

# System Troubleshooting

**After prolonged use, flow rate may decrease significantly. To improve flow rate:**
1. Slow flow rate could be caused by vapor lock. Insert vapor lock clip, if supplied. See page 1, assembly step #4.
2. Carefully remove the elements from the upper chamber and gently scrub them with a stiff brush or Scotch-Brite® pad under cold running water (never apply soap or other cleaning agents to your **Black Berkey®** Elements). Re-prime elements, and reinstall them inside the upper chamber.
3. Place upper chamber back onto lower chamber, then perform the Assembly Verification process (Red Food Coloring Test). Your system is ready to use.

### New Millennium Concepts, Ltd. Limited Warranty
New Millennium Concepts, Ltd. warrants their product against defects in materials or workmanship during ordinary consumer use. This Limited Warranty does not cover product issues caused by any other reason, for the time periods and conditions set forth below when purchased directly from an Authorized **Berkey®** Dealer. New Millennium Concepts, Ltd. shall not be held liable for incidental or consequential damage to personal property from, but not limited to, a defective unit, improper use, abuse, accident, or neglect, etc. It is the customer's responsibility to prevent misuse of the system and to replace parts, when due to the natural course of wear and tear, they must be replaced. To obtain warranty service, you must provide a dated receipt for the product and may be responsible to pay for any shipping charges incurred to return the product to New Millennium Concepts, Ltd. when required. This warranty will not apply to units which have been used for purposes not intended, which have been altered so as, in the manufacturer's judgment, to adversely affect its performance. This warranty is for the original retail purchaser only, and cannot be transferred. For a period not to exceed the specified warranty coverage from the date of receipt of the product by the original purchaser on the original invoice, New Millennium Concepts, Ltd. will, solely at its discretion, replace said product or component that New Millennium Concepts, Ltd. deems is not functioning properly during the stated warranty period. The laws of the state of Texas, USA will govern any disputes regarding this warranty or claim made. This warranty, which is given expressly in lieu of all warranties, expressed or implied, or merchantability and fitness for a particular purpose, constitutes the only warranty made by New Millennium Concepts, Ltd. This warranty applies only to products manufactured or exclusively distributed by New Millennium Concepts, Ltd. and its Authorized **Berkey®** Dealers, and does not apply to extended warranties offered by some Authorized **Berkey®** Dealers. **Berkey® System Housing: Berkey®** System upper and lower chambers including lids, excluding orders for factory-blemished systems, carry a one-year warranty. The warranty period begins from the date of receipt of the product by the original purchaser on the original invoice. **Black Berkey® Elements: Black Berkey®** Elements are covered under a two year limited prorated warranty, calculated in six-month intervals. Warranty period begins from the date of receipt of the product by the original purchaser on the original invoice. **Included spigot and accessories that are sold separately** are covered under a six-month warranty. The warranty period begins from the date of receipt of the product by the original purchaser on the original invoice.

**Questions About Using or Assembling Your Berkey® System?**
Phone: (888) 803-4438   Monday - Friday 9AM - 5PM CST
Holiday hours may vary.

V2123-BB



Instructions for
**Black Berkey®** Elements

## Parts List Parts shown for illustration only and are not to scale.

 **(A) Black Berkey® Elements** (Set of 2)

**(B) Sealing Washers** (Set of 2) 

**(C) Wing Nuts** (Set of 2) 

**(D) Tan Priming Button** 

## Priming and Installing Your Black Berkey® Elements

**Before You Get Started:**
• Wash your hands before installing and priming elements to reduce the chances of contaminating the system's components.
• Keep all parts, instructions and original packaging in the event that your elements need to be returned to the manufacturer. Write the installation date in the space provided on the elements' box to serve as a reminder as to when elements need replacement.

### 1. Prime the Black Berkey® Elements

Priming uses water to displace air out of the elements' pores, ensuring that water can flow freely. **Elements will not operate properly if they are not primed.** We recommend setting up your system on a countertop or other waterproof surface. If process dust is present, wipe it off with a Scotch-Brite® pad under cold running water.

 1/8" → (C)

 (D) (C)

**1.** Loosen wing nut (C) on **Black Berkey®** Element (A) stem until the top of wing nut (C) reaches the top of stem's threads (about 1/8" from top end of stem).

**2.** Place tan priming button (D) on top of wing nut. Top of tan priming button should be slightly higher than the top of the stem.



**3.** Place the threaded stem of element between fingers, and press tan priming button up against faucet.

**4.** Slowly turn on cold water (gradually increasing water pressure) **while holding element and tan priming button firmly against faucet to create a seal,** allowing water to saturate element.

**5.** As water pushes air out of the element's pores, allow element to sweat beads of water for **10-20 seconds.** Water may be discolored at first, as excess media exits element. Continue running water until it runs clear, and the entire element appears to be saturated.

**The element is now primed and ready for installation. Repeat steps 1-5 for remaining elements.**

**Tip:** Your **Black Berkey®** Elements will be wet after priming them. We recommend placing your primed elements in a clean bowl or sink while priming and installing your other remaining **Black Berkey®** Elements.

### 2. Install Primed Elements In Your System

1. Remove wing nut from threaded stem while leaving sealing washer on element.
2. Place threaded stem, with sealing washer attached, into the hole in the interior base of upper chamber.
3. Secure element in the base of the chamber by screwing wing nut onto threaded mount until hand-tight. **Caution: hand tighten only. Over-tightening wing nut can strip the nut's threads, which could cause the system to leak.** Repeat these 3 steps for remaining elements.
4. With elements (and blocking plugs, if needed) in place, carefully place upper chamber onto lower chamber. Your system is ready to use.
**For more information about operating your system, visit: support.berkeywater.com**



**Black Berkey® Element (A)** **Sealing washer (B)** **Wing nut (C)**

Berkey® System upper chamber (A)

### Alternate Priming Methods

We strongly recommend using the **Black Berkey Primer™** (sold separately), a handheld priming pump that makes the elements easy to prime without the need for faucets or hose connections. **Black Berkey Primers™** are available from Authorized **Berkey®** Dealers worldwide.

**Black Berkey®** Elements may also be primed using a bottle of filtered water. Have one person hold the element, with the priming button attached and facing upward. Have a second person press the mouth of the bottled water against the priming button and squeeze until water is forced through entire exterior wall of element and it begins to sweat beads of water.

## Questions About Installing or Using Your Black Berkey® Elements?

Phone: (888) 803-4438  Monday - Friday 9AM - 5PM CST
Holiday hours may vary.

Black Berkey® Elements Instructions - V1 2022    © Copyright 2002-2022 - New Millennium Concepts, Ltd. All Rights Reserved.

## 3. Assembly Verification* (Red Food Coloring Test)

This simple test verifies that your system has been assembled correctly, and that there are no internal leaks in your system. We recommend this test be done after the first assembly of this system, after removal or replacement of **Black Berkey®** Elements, or the first use after drying and storing the elements for an extended period of time. **Ensure that you do not have Berkey PF-2™ Fluoride and Arsenic Reduction Elements installed in the system when performing this test.**

1. Add up to 1 teaspoon of artificial **red** food coloring (must be red) for every gallon that your **Berkey®** System can hold into the upper chamber. We recommend McCormick's red food coloring or any <u>artificial</u> food coloring. Acceptable food color ingredients include water, propylene glycol, FD&C Red 40 and FD&C Red 3, and propylparaben. **Avoid using food coloring that is not red, or contains citric acid, sodium benzoate or natural ingredients such beet juice, turmeric, etc. Using organic food colorings will result in a false failed test (stating that your system is not sealed correctly).**

2. Place a cup under spigot and drain water. If dispensed water does not have a red or pink hue, this indicates that the elements are sealed and system has been assembled correctly.

**\*Note: This test is meant to confirm that the system was assembled as intended.**

**If water drained from system has a red or pink hue during the assembly verification test, repeat the procedure again in this manner to determine the source of the leak:**



Berkey® system upper chamber

Water with red food coloring

Cups or jars (same size)

Clear water ✓  ✗ Red or pink-hued water

**Table or countertop**

1. Place the <u>upper system chamber only</u> (with **Black Berkey®** Elements installed) on top of same-sized cups or jars, each positioned so that an element can drip water into it. This will help you identify which blocking plug or element may be leaking.
2. Fill upper chamber with water and red food coloring as directed above.
3. Allow system to filter water. Check the color of water expelled from the elements. If water color is clear, your system is ready to use. If red dye is still present, reinstall the element(s) or blocking plug(s) where leaking occurs and re-run test.
4. If system continues to fail the test, contact our Customer Service department for assistance.

## Black Berkey® Elements Precautions and Storage

**Use of softened water or salt water can clog the filter's pores and will void your warranty.**

**Never allow wet Black Berkey® Elements to freeze.** Exposure to freezing temperatures can expand the water into ice, which may damage the elements and cause them to crack or break. Allowing elements to freeze will void your warranty.

**If you are going to be leaving the system unattended for 4-15 days and want to reduce the necessity of re-priming the elements,** remove the elements from your system and place them in a sealable plastic bag (gallon-size or larger) while elements are still damp (this allows the elements to stay wet, making priming unnecessary). Then, place the elements in your refrigerator where they will not freeze. When ready, thoroughly rinse elements under cold water, then reinstall them in your system.

**For longer-term storage, we recommend completely drying the elements first.** Ensuring they are bone-dry (zero moisture) before storing them long-term. Shake excess water from elements, then air-dry by leaving them on a windowsill or other sunny location for 1-3 days until completely dry.

Once elements are bone-dry (zero moisture), store them in a sealable plastic bag (gallon-size or larger)—this prevents elements from absorbing odors. When you are ready to re-use your elements, clean them by scrubbing the outside with a stiff brush or a Scotch-Brite® pad under cold running water. Then re-prime the elements before putting them back in your system.

Alternatively, you can use a **Black Berkey Primer™** (sold separately) which assists in both priming and purging. Purging speeds up the drying process by pushing water out of the element before you place them in the sun or air dry to complete the process. Note: when purging, valves on the **Black Berkey Primer™** must be reversed.

### New Millennium Concepts, Ltd. Limited Warranty

New Millennium Concepts, Ltd. warrants their product against defects in materials or workmanship during ordinary consumer use. This Limited Warranty does not cover product issues caused by any other reason, for the time periods and conditions set forth below when purchased directly from an Authorized **Berkey®** Dealer. New Millennium Concepts, Ltd. shall not be held liable for incidental or consequential damage to personal property from, but not limited to, a defective unit, improper use, abuse, accident, or neglect, etc. It is the customer's responsibility to prevent misuse of the system and to replace parts, when, due to the natural course of wear and tear, they must be replaced. To obtain warranty service, you must provide a dated receipt for the product and may be responsible to pay for any shipping charges incurred to return the product to New Millennium Concepts, Ltd. when required. This warranty will not apply to units which have been used for purposes not intended, which have been altered so as, in the manufacturer's judgment, to adversely affect its performance. This warranty is for the original retail purchaser only, and cannot be transferred. For a period not to exceed the specified warranty coverage from the date of receipt of the product by the original purchaser on the original invoice, New Millennium Concepts, Ltd. will, solely at its discretion, replace said product or component that New Millennium Concepts, Ltd. deems is not functioning properly during the stated warranty period. The laws of the state of Texas, USA will govern any disputes regarding this warranty or claim made. This warranty, which is given expressly in lieu of all warranties, expressed or implied, or mer-chantability and fitness for a particular purpose, constitutes the only warranty made by New Millennium Concepts, Ltd. This warranty applies only to products manufactured or exclusively distributed by New Millennium Concepts, Ltd. and its Authorized **Berkey®** Dealers, and does not apply to extended warranties offered by some Authorized **Berkey®** Dealers. **Black Berkey®** Elements are covered under a two year limited prorated warranty, calculated in six-month intervals. Warranty period begins from the date of receipt of the product by the original purchaser on the original invoice.

We recommend replacing **Black Berkey®** Elements every 3,000 gallons (6,000 per set of 2 elements). Elements may require replacement sooner based upon the quality of influent water.

# Sport Berkey®
# Water Filter Bottle



The **Sport Berkey®** water filter bottle uses the same filtration formulation as our **Black Berkey®** Elements, which are used in our popular gravity-fed systems.

The **Sport Berkey®** water filter bottle has been tested by multiple independent third-party labs for its ability to remove or reduce typical contaminants found in water.

Test results showed up to a 99.9% reduction for typical contaminants found in water, such as: heavy metals, herbicides, pesticides, pharmaceuticals, organic chemicals, petroleum-based products, silt and sediment.

## Precautions

- To prevent leaks, do not store filled bottle on its side or upside down.
- Do not allow filter to freeze.
- Do not place bottle or filter in dishwasher or microwave oven.
- Do not run hot water through filter.
- Make sure straw is clean before using. If straw is dirty, reclean straw (see cleaning instructions on next page).

## Specifications

- Capacity: 22 oz. (0.6 L)
- 50 year shelf life
- Filter is operable for up to 640 refills for tap water based upon the quality of influent water.

## Warranty Information

The **Sport Berkey®** water filter bottle is covered by the NMCL Limited Warranty: 6 Months. Warranty coverage begins the date product is received.

# Usage & Storage

**IMPORTANT! Flush Filter Before Use**

Flushing clears excess carbon from the manufacturing process.

1. Pull lid closure down so that straw is exposed.

2. With bottle full of water, squeeze the bottle for 3-4 seconds to flush water through filter and straw.

3. **Repeat until water runs clear.**

4. Bottle is ready to use.

## Using Your Bottle

1. Fill the **Sport Berkey®** water filter bottle with water.

2. Screw on lid and tighten securely to prevent leaks.

3. To drink: pull lid closure down to expose straw. Squeeze bottle to squirt water out of straw into mouth, or suck water through straw, or use both actions together.

4. To close: simply pull lid closure up to conceal straw (this helps prevent drips or leaks while carrying).



Lid Closure

Straw

Lid

Bottle

Straw

Straw Filter Element



### Replacing the Filter

Filter is operable for up to 640 refills for tap water based upon the quality of influent water.

1. Unscrew lid from bottle.

2. Pull existing filter from straw.

3. Push new filter onto straw.

4. Flush new filter before using (see above for instructions).

## Cleaning and Storage

Periodically remove straw filter element and clean the bottle and straw with warm water and mild, unscented dish soap.

**If straw filter element will not be used for an extended period of time:**

1. Remove filter from straw and allow to air dry.

2. Once filter is dry, place it back on straw inside bottle.



Berkey®
WATER SYSTEMS

# Big Berkey® System
2.25 GALLON (8.5L)

## Berkey® Water Filtration Systems

HOME HEALTH OUTDOOR SURVIVAL

### Specially Formulated to Address 200+ Typical Contaminants found in Tap Water

Berkey® System shown with optional Stainless Steel Spigot and Stand (Sold Separately)

TAKE CONTROL OF YOUR TAP WATER AT HOME OR THE OFFICE

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

Our unique **Black Berkey®** Elements are made from a proprietary blend of media, and are back by independent thrid-party testing.

### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** systems provide economical, long-lasting water filtration for just pennies a gallon! **Berkey®** systems are portable, powerful and easy to use.

**Made for the Extreme, Enjoyed Every Day.**

**Berkey®** Systems were originally designed for extreme use for emergency preparedness and off-grid activities, and are also now used every day in millions of homes around the world by discerning, health conscious consumers who have declared water independence.

R

## Big Berkey®
2.25 GALLON (8.5L)

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

R

## Berkey® Water Filtration Systems

HOME HEALTH OUTDOOR SURVIVAL

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

| OUTDOOR SYSTEMS | | | MULTI-USE SYSTEMS | | | |
|---|---|---|---|---|---|---|
| Sport Berkey® Bottle | Go Berkey® Kit 1 Qt | Travel Berkey® 1.5 Gal | Big Berkey® 2.25 Gal | Royal Berkey® 3.25 Gal | Imperial Berkey® 4.5 Gal | Crown Berkey™ 6 Gal |

R

## Big Berkey®
2.25 GALLON (8.5L)

MADE FOR THE EXTREME. ENJOYED EVERY DAY.

0 94922 52825 4

Berkey®
WATER SYSTEMS

© Copyright - 2003-2023 - New Millennium Concepts, Ltd. All rights reserved.

R

Exhibit B-13, pg.38 of 81



**38 1/8"**

**19 1/16"**

**22 1/4"**

**Berkey®**

**TEXAS, USA**

## Black Berkey® Elements

**Black Berkey® Elements**
Set of 2 Elements

**Specially Formulated to Address 200+ Typical Contaminants Found in Tap Water.**

Our unique **Black Berkey®** Elements are made from a proprietary blend of media, and are backed by independent third-party testing.

The gold standard in gravity-fed water filtration, authentic **Black Berkey®** Elements are capable of greater contaminant reduction and a longer lifespan than virtually any of the other filter elements on the market.

**Made for the Extreme, Enjoyed Every Day.**

**Berkey®** Systems were originally designed for extreme use for emergency preparedness and off-grid activities, and are also now used every day in millions of homes around the world by discerning, health-conscious consumers who have dedicated water independence.

We recommend replacing **Black Berkey®** Elements every 3,000 gallons (6,000 per set of 2 elements). Elements may require replacement sooner based upon the quality of influent water.

**There is No Substitute for Berkey® Quality.**

Only buy authentic **Black Berkey®** Elements from authorized **Berkey®** dealers.

**Black Berkey® Elements**
Set of 2 Elements

**Black Berkey®**
Elements Are Proudly
Made in the USA.

Elements install date:

**MADE FOR THE EXTREME, ENJOYED EVERY DAY.**

**Berkey®** **TEXAS, USA**



# Berkey®
WATER SYSTEMS

## Berkey® Water Filtration Systems

HOME  HEALTH  OUTDOOR  SURVIVAL

# Imperial Berkey®
4.5 GALLONS (17L)

## Imperial Berkey® System
4.5 GALLONS (17L)

## Imperial Berkey®
4.5 GALLONS (17L)

**MADE FOR THE EXTREME. ENJOYED EVERY DAY.**

### Specially Formulated to Address 200+ Typical Contaminants found in Tap Water

Our unique **Black Berkey®** Elements are made from a proprietary blend of media, and are back by independent third-party testing.

### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** systems provide economical, long-lasting water filtration for just pennies a gallon! **Berkey®** systems are portable, powerful and easy to use.

### Made for the Extreme. Enjoyed Every Day.

**Berkey®** Systems were originally designed for extreme use for emergency preparedness and off-grid activities, and are also now used every day in millions of homes around the world by discerning, health-conscious consumers who have declared water independence.

TAKE CONTROL OF YOUR TAP WATER AT HOME OR THE OFFICE

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

**FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY**

| Sport Berkey® Bottle | Go Berkey® Kit 1 Qt. | Travel Berkey® 1.5 Gal | Big Berkey® 2.25 Gal | Royal Berkey® 3.25 Gal | Imperial Berkey® 4.5 Gal | Crown Berkey® 6 Gal |

OUTDOOR SYSTEMS    MULTI-USE SYSTEMS

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

© Copyright - 2013-2022 - New Millennium Concepts, Ltd. All rights reserved

R

R

R

R



Berkey 6-Gal 22.7L v1.1

# Berkey®

WATER SYSTEMS

## Berkey® Water Filtration Systems

HOME   HEALTH   OUTDOOR   SURVIVAL

# Crown Berkey™
## 6 GALLONS (22.7L)

### Specially Formulated to Address 200+ Typical Contaminants found in Tap Water

Our unique **Black Berkey®** Elements are made from a proprietary blend of media, and are back by independent third-party testing.

### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** systems provide economical, long-lasting water filtration for just pennies a gallon! **Berkey®** systems are portable, powerful and easy to use.

### Made for the Extreme. Enjoyed Every Day.

**Berkey®** Systems were originally designed for extreme use for emergency preparedness and off-grid activities, and are also now used every day in millions of homes around the world by discerning, health conscious consumers who have declared water independence.

TAKE CONTROL OF YOUR TAP WATER AT HOME OR THE OFFICE

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

## Berkey® Water Filtration Systems

HOME   HEALTH   OUTDOOR   SURVIVAL

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

| Sport Berkey® Bottle | Go Berkey® Kit 1 Qt. | Travel Berkey® 1.5 Gal | Big Berkey® 2.25 Gal | Royal Berkey® 3.25 Gal | Imperial Berkey® 4.5 Gal | Crown Berkey® 6 Gal |

OUTDOOR SYSTEMS   MULTI-USE SYSTEMS

# Crown Berkey™
## 6 GALLONS (22.7L)

**MADE FOR THE EXTREME. ENJOYED EVERY DAY.**

# Berkey®

© Copyright – 2003-2022 – New Millennium Concepts, Ltd. All rights reserved.

R          R          R          R



**Berkey®**
WATER SYSTEMS

**Royal Berkey® System**
3 GALLONS (11.36L)

# Berkey® Water Filtration Systems

HOME · HEALTH · OUTDOOR · SURVIVAL

## *Royal Berkey®*
3 GALLONS (11.36L)

### Specially Formulated to Address 200+ Typical Contaminants found in Tap Water

Our unique **Black Berkey®** Elements are made from a proprietary blend of media, and are back by independent third-party testing.

### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** systems provide economical, long-lasting water filtration for just pennies a gallon! **Berkey®** systems are portable, powerful and easy to use.

### Made for the Extreme. Enjoyed Every Day.

**Berkey®** Systems were originally designed for extreme use for emergency preparedness and off-grid activities, and are also now used every day in millions of homes around the world by discerning, health conscious consumers who have declared water independence.

TAKE CONTROL OF YOUR TAP WATER AT HOME OR THE OFFICE

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

# Berkey® Water Filtration Systems

HOME · HEALTH · OUTDOOR · SURVIVAL

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

Sport Berkey® Bottle | Go Berkey® Kit 1 Qt. | Travel Berkey® 1.5 Gal | Big Berkey® 2.25 Gal | Royal Berkey® 3.25 Gal | Imperial Berkey® 4.5 Gal | Crown Berkey® 6 Gal

OUTDOOR SYSTEMS · MULTI-USE SYSTEMS

## *Royal Berkey®*
3 GALLONS (11.36L)

MADE FOR THE EXTREME. ENJOYED EVERY DAY.

**Berkey®**
WATER SYSTEMS

© Copyright, 2003-2022, New Millennium Concepts, Ltd. All rights reserved.

R

R

R

R



# Sport Berkey®

**Berkey®** Water Systems, the leader in gravity-fed filtration systems and trusted choice of adventurers, preppers, off-grid homesteaders and families for over 20 years, brings you the **Sport Berkey®** water filter bottle.

## Versatile, Easy to Use

 Daily at home, work or school

 Traveling abroad

 Emergencies

### More Outdoor Water Solutions Available
Contact an authorized **Berkey®** dealer today.



 **4 LDPE**

**BPA FREE**



## Superior Filtration

The **Sport Berkey®** water filter bottle has been tested by multiple independent third-party labs for its ability to remove or reduce 200+ typical contaminants found in tap water and other freshwater sources.

Test results showed **up to a 99.9% reduction** for typical contaminants found in water, such as:

• Heavy metals
• Herbicides
• Pesticides
• Pharmaceuticals
• Organic chemicals
• Petroleum-based products
• Silt and sediment

## Replaceable Filter

Filter is operable for up to 640 refills for tap water based upon the quality of influent water.



# Berkey®
### WATER SYSTEMS

© Copyright - 2003-2023 - New Millennium Concepts, Ltd. All rights reserved.



# Sport Berkey®

**22 OZ.** | **.6 L**

**WATER FILTER BOTTLE**

FOR THE
## GREAT OUTDOORS

Berkey® Water On-the-Go









# Berkey®
WATER SYSTEMS

# Travel Berkey® System
## 1.5 GALLON (5.6L)

## Berkey® Water Filtration Systems

HOME   HEALTH   OUTDOOR   SURVIVAL

# Travel Berkey®
## 1.5 GALLON (5.6L)

## Berkey® Water Filtration Systems

HOME   HEALTH   OUTDOOR   SURVIVAL

# Travel Berkey®
## 1.5 GALLON (5.6L)

### Enjoy Refreshing Water in the Great Outdoors

**Specially Formulated to Address 200+ Typical Contaminants found in Tap Water.** Our unique **Black Berkey** Elements are made from a proprietary blend of media, and are back by independent third-party testing.

**The Gold Standard in Gravity-Fed Water Filtration Systems**

**Berkey®** systems provide economical, long-lasting water filtration for just pennies a gallon! **Berkey®** systems are portable, powerful and easy to use.

Berkey® Systems were originally designed for extreme use for emergency preparedness and off-grid activities, and are also now used every day in millions of homes around the world by discerning, health conscious consumers who have declared water independence.

**MADE FOR THE EXTREME. ENJOYED EVERY DAY.**

Ready for adventure!

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

THE POWERFUL WATER FILTER SOLUTION FOR CAMPING, RVING AND OTHER OFF-GRID ADVENTURES.

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

Sport Berkey® Bottle | Go Berkey® Kit 1 Qt | Travel Berkey® 1.5 Gal | Big Berkey® 2.25 Gal | Royal Berkey® 3.25 Gal | Imperial Berkey® 4.5 Gal | Crown Berkey® 6 Gal

OUTDOOR SYSTEMS | MULTI-USE SYSTEMS

# Berkey®
WATER SYSTEMS

© Copyright , 2003-2023
New Millennium Concepts, Ltd.
All rights reserved

R

R

R

R

Exhibit B-13, pg 45 of 57



## Berkey® Light System
2.75 GALLON (10.4L)

### Berkey® Light
2.75 GALLON (10.4L)

**Berkey® Water Filtration Systems**

**Enjoy Refreshing Water in the Great Outdoors**

Specially Formulated to Address 200+ Typical Contaminants Found in Tap Water.

Our unique **Black Berkey**® Elements are made from a proprietary blend of media, and are built by independent third party testing.

**The Gold Standard in Gravity-Fed Water Filtration Systems**

**Berkey**® systems provide economical, long-lasting water filtration for your home, and for use when regular tap water is unavailable, powerful and easy to use.

**Berkey**® Systems were originally designed for missionary preparedness and off-grid activities, and are also now used every day in millions of homes around the world by discerning, health conscious consumers who have elected water independence.

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

Exhibit B-13, pg.47 of 81

**38 1/8"**

**19 1/16"**

**22 1/4"**



**Black Berkey® Elements**
Set of 2 Elements

## Black Berkey® Elements

### Berkey®

**The Gold Standard in Gravity-Fed Water Filtration Systems**

**Black Berkey®** Elements are powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions. **Berkey®** systems are simple and easy to use and require no electricity, costly installation, tools or plumbing to operate, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

**There is No Substitute for Berkey® Quality.**
Only buy authentic **Black Berkey®** Elements from authorized **Berkey®** dealers.

**Berkey®**
**TEXAS, USA**

Black Berkey®
Elements Are Proudly
Made in the USA

Elements Install date:

**Black Berkey® Elements**
Set of 2 Elements

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

**Berkey®**
**TEXAS, USA**

Exhibit B-13, pg 49 of 97

57"

21 7/8"



**Berkey®**
WATER SYSTEMS

**Berkey Light® System**
2.75 GALLON (10.4L)

### Berkey® Water Filtration Systems

## Berkey Light®
### 2.75 GALLON (10.4L)

**Super Simple and Easy to Use**

**No Electricity, Tools or Plumbing Required**

1. Simply pour water into system's top chamber.

2. Water is then filtered through our unique and powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.

3. Dispense refreshing water from spigot. **Berkey®** systems are ideal for everyday use wherever you are.

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

**Our Most Economical Water Filtration Solution**

Equipped with powerful **Filtration Elements**, the **Berkey Light®** gravity-fed water filtration system offers the same contaminant reduction performance as our stainless steel systems, but in a more rugged design that's super-durable and very lightweight.

MADE IN THE USA

**Berkey®**

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

### Berkey® Water Filtration Systems

**The Gold Standard in Gravity-Fed Water Filtration Systems**

**Berkey®** systems use designed-to-meet the specific needs of contaminants seeking practical and cost-effective water filtration solutions.

**Berkey®** systems are simple and easy to use and require no electricity, tools, installation, even in plumbing, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

A Berkey® System to Choose From to Meet Your Water Filtration Needs

## Berkey Light®
### 2.75 GALLON (10.4L)

**Our Most Economical Water Filtration Solution**

- Lightweight, durable construction
- Made from BPA-free copolyester
- Easy to use anywhere—no tools, plumbing or electricity required
- Backed by independent third-party testing

**Berkey®**

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY



# Berkey®
WATER SYSTEMS

# Big Berkey® System
## 2.25 GALLON (8.5L)

## Berkey® Water Filtration Systems

### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions.

**Berkey®** systems are simple and easy to use and require no electricity, costly installation, tools or plumbing to operate, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

### Super Simple and Easy to Use!
### No Electricity, Tools or Plumbing Required.

1. Simply pour water into system's top chamber.

2. Water is then filtered through our unique and powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.

3. Dispense refreshing water from spigot. **Berkey®** systems are ideal for everyday use wherever you are.

## Big Berkey®
## 2.25 GALLON (8.5L)

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

## Berkey® Water Filtration Systems

### 8 Berkey® Systems to Choose From to Meet Your Water Filtration Needs

Berkey Light®
2.75 Gal

Sport Berkey®
Bottle

Go Berkey®
Kit 1 Qt

Travel Berkey®
1.5 Gal

Big Berkey®
2.25 Gal

Royal Berkey®
3.25 Gal

Imperial Berkey®
4.5 Gal

Crown Berkey™
6 Gal

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

## Big Berkey®
## 2.25 GALLON (8.5L)

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

Berkey®

R

R

R

R



## Sport Berkey®

|  | 22 OZ. | .6 L |

Berkey® Water
On-the-Go

**WATER FILTER BOTTLE**

## Berkey® Systems

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions.

**Berkey®** systems are simple and easy to use and require no electricity, costly installation, tools or plumbing to operate, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning consumers who trust the quality of Berkey® systems to meet their drinking water needs.

### Available in 6 Larger Sizes



Travel Berkey® System
shown in use in an RV.

Contact an authorized **Berkey®** dealer today to learn more.


BPA
FREE



### Superior Reduction

The **Sport Berkey®** water filter bottle uses the same filtration formulation as our <mark>Black Berkey®</mark> Elements, which are used in our popular gravity-fed systems.

The unique **Sport Berkey®** filter is made from a proprietary blend of media, and is backed by independent third-party testing.

### Versatile, Easy to Use

1. Fill the **Sport Berkey®** water filter bottle with water.
2. Screw on lid and tighten securely to prevent leaks.
3. To drink: pull lid closure down to squirt water out of straw into mouth, or suck water through straw, or use both actions together.
4. To close: simply pull lid closure up to conceal straw (this helps prevent drips or leaks while carrying).

### Sport Berkey® water filter bottle includes lid, straw and replaceable filter





**Berkey®**
WATER SYSTEMS









# Berkey®
WATER SYSTEMS

**Travel Berkey® System**
1.5 GALLON (5.6L)

## Berkey® Water Filtration Systems

# Travel Berkey®
1.5 GALLON (5.6L)

## Berkey® Water Filtration Systems

# Travel Berkey®
1.5 GALLON (5.6L)

### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions.

**Berkey®** systems are simple and easy to use and require no electricity, costly installation, tools or plumbing to operate, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

### Super Simple and Easy to Use! No Electricity, Tools or Plumbing Required.

1. Simply pour your water into system's top chamber.

2. Water is then filtered through our unique and powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.

3. Dispense refreshing water from spigot. **Berkey®** systems are ideal for everyday use wherever you are.

### 8 Berkey® Systems to Choose From to Meet Your Water Filtration Needs

**Berkey Light®** 2.75 Gal

**Sport Berkey®** Bottle

**Go Berkey® Kit** 1 Qt

**Travel Berkey®** 1.5 Gal

**Big Berkey®** 2.25 Gal

**Royal Berkey®** 3.25 Gal

**Imperial Berkey®** 4.5 Gal

**Crown Berkey™** 6 Gal

### FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

R
R

R

R

R



# Berkey®
WATER SYSTEMS

## Crown Berkey™ System
6 GALLON (22.7L)

## Berkey® Water Filtration Systems

HOME   HEALTH   OUTDOOR   SURVIVAL

## Crown Berkey™
6 GALLON (22.7L)

### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** Systems were originally designed for extreme use for emergency preparedness and off-grid activities, and are also now used every day by millions of homes around the world by discerning, health conscious consumers who have declared water independence. **Berkey®** systems provide economical, long-lasting water filtration for just pennies a gallon. No electricity, tools, or plumbing required.

### Easily Enjoy Refreshing, Potable Water at Home or in the Great Outdoors

1. Simply pour your water into systems top chamber.
2. Water is then filtered by our unique **Black Berkey®** Elements, which are made from a proprietary blend of media and are backed by independent third-party testing.
3. Dispense refreshing water from spigot. **Berkey®** systems are ideal for camping, RVing, off-grid living, emergency scenarios and everyday use wherever you are.

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

## Berkey® Water Filtration Systems

HOME   HEALTH   OUTDOOR   SURVIVAL

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

OUTDOOR SYSTEMS   MULTI-USE SYSTEMS

## Crown Berkey™
6 GALLON (22.7L)

MADE FOR THE EXTREME. ENJOYED EVERY DAY.

Berkey®

R



Exhibit B-13, pg.53 of 81

# Berkey®
WATER SYSTEMS

# Big Berkey® System
### 2.25 GALLON (8.5L)

## Berkey® Water Filtration Systems

HOME · HEALTH · OUTDOOR · SURVIVAL

## Big Berkey®
### 2.25 GALLON (8.5L)

### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** systems were originally designed for extreme use for emergency preparedness and off-grid activities, and are also now used every day in millions of homes around the world by discerning, health conscious consumers who have declared water independence. **Berkey®** systems provide economical, long lasting water filtration for just pennies a gallon. No electricity, tools, or plumbing required.

### Easily Enjoy Refreshing Water at Home or in the Great Outdoors

1. Simply pour water into system's top chamber.
2. Water is then filtered by our unique **Black Berkey®** Elements, which are made from a proprietary blend of media and are backed by independent third party testing.
3. Dispense refreshing water from spigot. **Berkey®** systems are ideal for camping, RVing, off grid living, emergency scenarios and everyday use wherever you are.

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

## Berkey® Water Filtration Systems

HOME · HEALTH · OUTDOOR · SURVIVAL

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

| Sport Berkey® | Go Berkey® | Travel Berkey® | Big Berkey® | Royal Berkey® | Imperial Berkey® | Crown Berkey® |
|---|---|---|---|---|---|---|
| Kit 1.5L | Kit 1.5L | 1.5 Gal | 2.25 Gal | 3.25 Gal | 4.5 Gal | 6 Gal |

OUTDOOR SYSTEMS · MULTI-USE SYSTEMS

## Big Berkey®
### 2.25 GALLON (8.5L)

MADE FOR THE EXTREME. ENJOYED EVERY DAY.

Berkey®





## Berkey® Water Filtration Systems

### Enjoy Refreshing, Filtered Water in the Great Outdoors

The gold standard in gravity-fed water filtration systems, Berkey® systems provide economical, long-lasting water filtration for just pennies a gallon. Berkey® systems are portable, powerful and easy to use.

**No electricity, tools or plumbing required.**

1. Simply pour water into system's top chamber.
2. Water is then filtered by our unique Black Berkey® Elements, which are made from a proprietary blend of media and are backed by independent third party testing.
3. Dispense refreshing water from spigot. Berkey® systems are ideal for camping, RVing, off-grid living, emergency scenarios and everyday use wherever you are.

### MADE FOR THE EXTREME. ENJOYED EVERY DAY.

Ready for adventure! Take your Berkey® system along in your RV, or set it up at the campsite.

## Travel Berkey®
### 1.5 GALLON (5.6L)

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

## Berkey® Water Filtration Systems

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

OUTDOOR SYSTEMS          MULTI-USE SYSTEMS

## Travel Berkey® System
### 1.5 GALLON (5.6L)

## Travel Berkey®
### 1.5 GALLON (5.6L)

THE POWERFUL WATER FILTRATION SOLUTION FOR CAMPING, RVING AND OTHER OFF-GRID ADVENTURES.

R

R

R

R

Exhibit 8-13, pg.56 of 81



# Berkey®
#### WATER SYSTEMS

## Imperial Berkey® System
### 4.5 GALLON (17L)

## Berkey® Water Filtration Systems

HOME · HEALTH · OUTDOOR · SURVIVAL

## Imperial Berkey®
### 4.5 GALLON (17L)

### The Gold Standard in Gravity-Fed Water Filtration Systems

Berkey® Systems were originally designed for extreme use for emergency preparedness and off-grid activities, and are also now used every day in millions of homes around the world by discerning, health-conscious consumers who have declared water independence. Berkey® systems provide economical, long-lasting water filtration for just pennies a gallon. No electricity, tools, or plumbing required.

### Easily Enjoy Refreshing, Potable Water at Home or in the Great Outdoors

1. Simply pour your water into system's top chamber.
2. Water is then filtered by our unique Black Berkey® Elements, which are made from a proprietary blend of media and are backed by independent third-party testing.
3. Dispense refreshing water from spigot. Berkey® systems are ideal for camping, RVing, off-grid living, emergency scenarios and everyday use whenever you are.

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

## Berkey® Water Filtration Systems

HOME · HEALTH · OUTDOOR · SURVIVAL

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

| Sport Berkey® Bottle | Go Berkey® | Travel Berkey® | Big Berkey® | Royal Berkey® | Imperial Berkey® | Crown Berkey™ |
|---|---|---|---|---|---|---|
| 651 Qt | 1 Gal | 1.5 Gal | 2.25 Gal | 3.25 Gal | 4.5 Gal | 6 Gal |

OUTDOOR SYSTEMS · MULTI-USE SYSTEMS

## Imperial Berkey® System
### 4.5 GALLON (17L)

## Imperial Berkey®
### 4.5 GALLON (17L)

MADE FOR THE EXTREME. ENJOYED EVERY DAY.

Berkey®

R



**38 1/8"**

**19 1/16"**

**22 1/4"**

Berkey®
WATER SYSTEMS

**TEXAS, USA**

**Black Berkey® Elements**

Set of 2 Elements

**The Gold Standard in Gravity-Fed Water Filtration Systems**

**Black Berkey®** Elements are powerful filters that utilize a proprietary blend of media and are backed by independent third party testing.

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions that require no electricity, costly installation, tools or plumbing to operate. **Berkey®** systems provide economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning, health-conscious consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

**There is No Substitute for Berkey® Quality.** Only buy authentic **Black Berkey®** Elements from authorized **Berkey®** dealers.

**Black Berkey® Elements**

Set of 2 Elements

**Black Berkey®**
Elements Are Proudly
Made in the USA.

Elements install date: _____

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

**Black Berkey® Elements**

Set of 2 Elements

Berkey®
WATER SYSTEMS

**TEXAS, USA**

Exhibit B-13, pg.28 of 81

57"

21 7/8"



**Berkey®**
WATER SYSTEMS

**Berkey Light® System**
2.75 GALLON (10.4L)

**Berkey® Water Filtration Systems**

**Berkey Light®**
2.75 GALLON (10.4L)

### Super Simple and Easy to Use

**No Electricity, Tools or Plumbing Required**

1. Simply pour water into system's top chamber.
2. Water is then filtered through our unique and powerful filters that utilize a proprietary blend of media and are tested by independent third-party testing.
3. Dispense refreshing water from spigot. **Berkey®** systems are ideal for everyday use wherever you are.

MADE IN THE USA

**Berkey®**

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

### Our Most Economical Water Filtration Solution

Equipped with powerful **Filtration** Elements, the **Berkey Light®** gravity-fed water filtration system offers the same contaminant reduction performance as our stainless steel systems, but in a more rugged design that's super-durable and very lightweight.

**Berkey® Water Filtration Systems**

**Berkey Light®**
2.75 GALLON (10.4L)

### The Gold Standard in Gravity-Fed Water Filtration Systems

A Berkey® System to Choose From to Meet Your Water Filtration Needs

### Our Most Economical Water Filtration Solution

- Lightweight, durable construction
- Made from BPA-free copolyester
- Easy to use anywhere—no tools, plumbing or electricity required
- Backed by independent third-party testing

**Berkey®**

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY



## Berkey®
WATER SYSTEMS

# Big Berkey® System
## 2.25 GALLON (8.5L)

# Berkey® Water Filtration Systems

# Big Berkey®
## 2.25 GALLON (8.5L)

# Berkey® Water Filtration Systems

# Big Berkey®
## 2.25 GALLON (8.5L)

### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions that require no electricity, costly installation, tools or plumbing to operate.

**Berkey®** systems are used every day in homes around the world by discerning, health conscious consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

**Berkey®** systems provide economical, long-lasting water filtration for just pennies a gallon.

### Super Simple and Easy to Use!
### No Electricity, Tools or Plumbing Required.

1. Simply pour water into system's top chamber.

2. Water is then filtered through our unique and powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.

3. Dispense refreshing water from spigot. **Berkey®** systems are ideal for everyday use wherever you are.

### 8 Berkey® Systems to Choose From to Meet Your Water Filtration Needs

Berkey Light®
2.75 Gal

Sport Berkey®
Bottle

Go Berkey®
Kit 1 Qt

Travel Berkey®
1.5 Gal

Big Berkey®
2.25 Gal

Royal Berkey®
3.25 Gal

Imperial Berkey®
4.5 Gal

Crown Berkey®
6 Gal

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

R

R

R

R



## Berkey® Systems

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions that require no electricity, costly installation, tools or plumbing to operate.

**Berkey®** systems are used every day in homes around the world by discerning, health conscious consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

**Berkey®** systems provide economical, long-lasting water filtration for just pennies a gallon.

### Available in 6 Larger Sizes



 
Travel Berkey® System shown in use in an RV.

Contact an authorized **Berkey®** dealer today to learn more.

**BPA FREE**

### Superior Reduction

The **Sport Berkey®** water filter bottle uses the same filtration formulation as our **Black Berkey®** Elements, which are used in our popular gravity-fed systems.

The unique **Sport Berkey®** filter is made from a proprietary blend of media, and is backed by independent third-party testing.

### Versatile, Easy to Use

1. Fill the **Sport Berkey®** water filter bottle with water.
2. Screw on lid and tighten securely to prevent leaks.
3. To drink: pull lid closure down to expose straw. Squeeze bottle to squirt water out of straw into mouth, or suck water through straw, or use both actions together.
4. To close: simply pull lid closure up to conceal straw (this helps prevent drips or leaks while carrying).

### Sport Berkey® water filter bottle includes lid, straw and replaceable filter





## Sport Berkey®


| ☐ | **22 OZ.** | **.6 L** |

Berkey® Water On-the-Go

**WATER FILTER BOTTLE**







# Berkey®
WATER SYSTEMS

## Travel Berkey® System
### 1.5 GALLON (5.6L)

## Berkey® Water Filtration Systems

## Travel Berkey®
### 1.5 GALLON (5.6L)

### The Gold Standard in Gravity-Fed Water Filtration Systems

Berkey® systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions that require no electricity, costly installation, tools or plumbing to operate.

Berkey® systems are used every day in homes around the world by discerning, health conscious consumers who trust the quality of Berkey® systems to meet their drinking water needs.

Berkey® systems provide economical, long-lasting water filtration for just pennies a gallon.

### Super Simple and Easy to Use!
### No Electricity, Tools or Plumbing Required.

1. Simply pour your water into system's top chamber.

2. Water is then filtered through our unique and powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.

3. Dispense refreshing water from spigot. Berkey® systems are ideal for everyday use wherever you are.

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

## Berkey® Water Filtration Systems

## 8 Berkey® Systems to Choose From to Meet Your Water Filtration Needs

Berkey Light®
2.75 Gal

Sport Berkey®
Bottle

Go Berkey®
Kit 1 Qt

Travel Berkey®
1.5 Gal

Big Berkey®
2.25 Gal

Royal Berkey®
3.25 Gal

Imperial Berkey®
4.5 Gal

Crown Berkey™
6 Gal

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

## Travel Berkey®
### 1.5 GALLON (5.6L)

### FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

Berkey

R
R

R

R

R

Exhibit B-13, pg.62 of 81



**38 1/8"**

**19 1/16"**

**22 1/4"**

Berkey®

**TEXAS, USA**

**Black Berkey® Elements**

Set of 2 Elements

**Black Berkey® Elements**

Set of 2 Elements

**The Gold Standard in Gravity-Fed Water Filtration Systems**

**Black Berkey®** Elements are powerful filters that utilize a proprietary blend of media and are backed by independent third party testing.

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions. **Berkey®** systems are simple and easy to use and require no electricity, costly installation, tools or plumbing to operate, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

**There is No Substitute for Berkey® Quality.**

Only buy authentic **Black Berkey®** Elements from authorized **Berkey®** dealers.

Black Berkey®
Elements Are Proudly
Made in the USA.

Elements install date:

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

**Black Berkey® Elements**

Set of 2 Elements

Berkey®

**TEXAS, USA**

Berkey®

# Sport Berkey®



## Water Filter Bottle

Exhibit B, pg. 190 of 280

The unique **Sport Berkey®** water filter is made from a proprietary blend of media, and is backed by independent third-party testing. Test results showed up to a 99.9% reduction of typical contaminants found in tap water.





BPA FREE
MADE IN THE USA



**Berkey®**
WATER SYSTEMS

**Travel Berkey® System**
1.5 GALLON (5.6L)

## Berkey® Water Filtration Systems

## Travel Berkey®
1.5 GALLON (5.6L)

### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions.

**Berkey®** systems are simple and easy to use and require no electricity, costly installation, tools or plumbing to operate, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

Berkey® system shown with optional Berkey Stainless Steel™ spigot and Berkey Base™ (sold separately)

### Super Simple and Easy to Use! No Electricity, Tools or Plumbing Required.

1. Simply pour water into system's top chamber.

2. Water is then filtered through our unique and powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.

3. Dispense refreshing water from spigot. **Berkey®** systems are ideal for everyday use wherever you are.

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

### 8 Berkey® Systems to Choose From to Meet Your Water Filtration Needs

**Sport Berkey®** Bottle

**Go Berkey®** Kit 1 Qt

**Travel Berkey®** 1.5 Gal

**Berkey® Light** 2.75 Gal

**Big Berkey®** 2.25 Gal

**Royal Berkey®** 3.25 Gal

**Imperial Berkey®** 4.5 Gal

**Crown Berkey™** 6 Gal

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

## Travel Berkey®
1.5 GALLON (5.6L)

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

**Berkey®**

R

R

R

R



## Berkey® Systems

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions.

**Berkey®** systems are simple and easy to use and require no electricity, costly installation, tools or plumbing to operate, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

### Berkey® Systems are Available in 6 Larger Sizes



**Travel Berkey®** Outdoor System shown in use in an RV.

Contact an authorized **Berkey®** dealer today to learn more.

 BPA FREE



### Superior Reduction

The **Sport Berkey®** water filter bottle uses the same filtration formulation as the **Berkey®** filter elements used in our larger gravity-fed systems.

The unique **Sport Berkey®** filter is made from a proprietary blend of media, and is backed by independent third-party testing.

### Versatile, Easy to Use

1. Fill the **Sport Berkey®** water filter bottle with water.
2. Screw on lid and tighten securely to prevent leaks.
3. To drink: pull lid closure down to expose straw. Squeeze bottle to squirt water out of straw into mouth, or suck water through straw, or use both actions together.
4. To close: simply pull lid closure up to conceal straw (this helps prevent drips or leaks while carrying).

**Sport Berkey® water filter bottle includes lid, straw and replaceable filter**



 **Sport Berkey®**

|  | 22 OZ. | .6 L |

Berkey® Water On-the-Go

**WATER FILTER BOTTLE**

### Berkey

WATER SYSTEMS





 Sport Berkey®

Water Filter Bottle





## Berkey®
WATER SYSTEMS

## Big Berkey® System
2.25 GALLON (8.5L)

## Berkey® Water Filtration Systems

## Big Berkey®
2.25 GALLON (8.5L)

## Berkey® Water Filtration Systems

## Big Berkey®
2.25 GALLON (8.5L)

### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions.

**Berkey®** systems are simple and easy to use and require no electricity, costly installation, tools or plumbing to operate, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by the discerning consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

*Berkey® System shown with optional Berkey Stainless Steel™ spigot and Berkey Base™ (sold separately).*

### Super Simple and Easy to Use!
### No Electricity, Tools or Plumbing Required.

1. Simply pour your water into system's top chamber.

2. Water is then filtered through our unique and powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.

3. Dispense refreshing water from spigot. **Berkey®** systems are ideal for everyday use wherever you are.

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

### 8 Berkey® Systems to Choose From to Meet Your Water Filtration Needs

**Berkey® Light** 2.75 Gal

**Sport Berkey® Bottle**

**Go Berkey® Kit 1 Qt**

**Travel Berkey® 1.5 Gal**

**Big Berkey® 2.25 Gal**

**Royal Berkey® 3.25 Gal**

**Imperial Berkey® 4.5 Gal**

**Crown Berkey™ 6 Gal**

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

## Berkey®

R

R

R

R



57"

21 7/8"

**Berkey®**
WATER SYSTEMS

**Berkey Light® System**
2.75 GALLON (10.4L)

**Berkey® Water Filtration Systems**

**Super Simple and Easy to Use**

**No Electricity, Tools or Plumbing Required**

1. Simply pour water into system's top chamber.
2. Water is then filtered through our unique and powerful filters that remove a wide variety of harmful contaminants and are backed by independent third party testing.
3. Dispense refreshing water from spout. Berkey® systems are ideal for everyday use wherever you are.

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

**Berkey Light®**
2.75 GALLON (10.4L)

**Our Most Economical Water Filtration Solution**

Equipped with powerful filtration elements, the **Berkey Light®** gravity-fed water filtration system offers the same contaminant reduction performance as our stainless steel systems, but in a more rugged design that's super-durable and very lightweight.

**Berkey®**
WATER SYSTEMS

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

**Berkey® Water Filtration Systems**

**The Gold Standard in Gravity-Fed Water Filtration Systems**

Berkey® systems are designed to meet the specific needs of convenient water filtration. Each Berkey® system is easy to use and requires no electricity, costly installation, tools or plumbing to operate, providing economical, long-lasting water filtration for just pennies a gallon.

Berkey® systems are used every day in homes around the world by discerning consumers who trust the quality of Berkey® systems to meet their drinking water needs.

**6 Berkey® Systems to Choose From to Meet Your Water Filtration Needs**

**Berkey® Water Filtration Systems**

**Berkey Light®**
2.75 GALLON (10.4L)

**Our Most Economical Water Filtration Solution**

- Lightweight, durable construction
- Made from BPA-free copolyester
- Easy to use anywhere—no tools, plumbing or electricity required
- Backed by independent third-party testing

**Berkey®**
WATER SYSTEMS

FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY

Exhibit B-13, pg.69 of 81

**38 1/8"**

**19 1/16"**

**22 1/4"**



**Berkey**
WATER SYSTEMS
**TEXAS, USA**

**Black Berkey® Elements**
Set of 2 Elements

**Berkey®**

**The Gold Standard in Gravity-Fed Water Filtration Systems**

Black Berkey® Elements are powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.

Berkey® systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions. Berkey® systems are simple and easy to use and require no electricity, costly installation or tools and plumbing to operate, providing economical, long-lasting water filtration for just pennies a gallon.

Berkey® systems are used every day in homes around the world by discerning consumers who trust the quality of Berkey® systems to meet their drinking water needs.

**There is No Substitute for Berkey® Quality.** Only buy authentic Black Berkey® Elements from authorized Berkey® dealers.

**Black Berkey® Elements**
Set of 2 Elements

**Black Berkey®**
Elements Are Proudly
Made in the USA.

Elements Install date:

Not available for sale in California

**FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY**

**Black Berkey® Elements**
Set of 2 Elements

**Berkey®**

**Berkey**
WATER SYSTEMS
**TEXAS, USA**



# Berkey®
WATER SYSTEMS

# Big Berkey® System
## 2.25 GALLON (8.5L)

## Berkey® Water Filtration Systems

## Big Berkey®
### 2.25 GALLON (8.5L)

## Berkey® Water Filtration Systems

## Big Berkey®
### 2.25 GALLON (8.5L)

### The Gold Standard in Gravity-Fed Water Filtration Systems

Berkey® systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions.

Berkey® systems are simple and easy to use and require no electricity, costly installation, or tools, providing economical, long-lasting water filtration for just pennies a gallon.

Berkey® systems are used every day in homes around the world by discerning consumers who trust the quality of Berkey® systems to meet their drinking water needs.

Berkey® System shown with optional Berkey Stainless Steel™ (spigot and Berkey Base™ (sold separately).

### Super Simple and Easy to Use!
No Electricity, Costly Installation, or Tools Required.

1. Simply pour your water into system's top chamber.

2. Water is then filtered through our unique and powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.

3. Dispense refreshing water from spigot. Berkey® systems are ideal for everyday use wherever you are.

### 8 Berkey® Systems to Choose From to Meet Your Water Filtration Needs

Berkey Light®
2.75 Gal

Sport Berkey® Bottle

Go Berkey® Kit 1 Qt

Travel Berkey® 1.5 Gal

Big Berkey® 2.25 Gal

Royal Berkey® 3.25 Gal

Imperial Berkey® 4.5 Gal

Crown Berkey™ 6 Gal

A

A

A

A

Exhibit B-13, pg 71 of 81

**38 1/8"**

**19 1/16"**

**22 1/4"**



Berkey®
WATER SYSTEMS
**TEXAS, USA**

**Black Berkey®**
Elements

Berkey®

Set of 2 Elements

**The Gold Standard in Gravity-Fed
Water Filtration Systems**

**Black Berkey®** Elements are powerful filters that utilize a
proprietary blend of media and are backed by independent
third-party testing.

**Berkey®** systems are designed to meet the specific needs of
consumers seeking practical and cost-effective water filtration
solutions. **Berkey®** systems are simple and easy to use and
require no electricity, costly installation, or tools to operate,
providing economical, long-lasting water filtration for just
pennies a gallon.

**Berkey®** systems are used every day in homes around the
world by discerning consumers who trust the quality of
**Berkey®** systems to meet their drinking water needs.

**There is No Substitute for Berkey®** Quality.
Only buy authentic **Black Berkey®** Elements from
authorized **Berkey®** dealers.

Berkey®

**Black Berkey® Elements**
Set of 2 Elements

**Black Berkey® Elements**
Set of 2 Elements

Berkey®
WATER SYSTEMS
**TEXAS, USA**

**Black Berkey®**
Elements Are Proudly
Made in the USA

Elements install date:

Not available for sale in California



## Berkey® Water Filtration Systems

### Big Berkey®
2.25 GALLON (8.5L)

### Berkey® Water Filtration Systems

### Big Berkey®
2.25 GALLON (8.5L)

**Berkey® WATER SYSTEMS**

# Big Berkey® System
2.25 GALLON (8.5L)

**The Gold Standard in Gravity-Fed Water Filtration Systems**

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions.

**Berkey®** systems are simple and easy to use and require no electricity, costly installation, or tools to operate, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

Berkey® System shown with optional Berkey Stainless Steel™ Spigot and Berkey Base™ (sold separately).

**Super Simple and Easy to Use!**
No Electricity, Costly Installation, or Tools to Operate.

1. Simply pour your water into system's top chamber.

2. Water is then filtered through our unique and powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.

3. Dispense refreshing water from spigot. **Berkey®** systems are ideal for everyday use wherever you are.

**8 Berkey® Systems to Choose From to Meet Your Water Filtration Needs**

**Berkey Light®** 2.75 Gal

**Sport Berkey®** Bottle

**Go Berkey®** Kit 1 Qt

**Travel Berkey®** 1.5 Gal

**Big Berkey®** 2.25 Gal

**Royal Berkey®** 3.25 Gal

**Imperial Berkey®** 4.5 Gal

**Crown Berkey™** 6 Gal

**FRESH CLEAN DRINKING WATER FILTERED THE NATURAL WAY**

**Berkey®**

A

A

A

A

# Berkey®
WATER SYSTEMS

## Travel Berkey® System
### 1.5 GALLON (5.6L)

## Berkey® Water Filtration Systems

## Travel Berkey®
### 1.5 GALLON (5.6L)



### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions.

**Berkey®** systems are simple and easy to use and require no electricity, costly installation, or tools, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

Berkey® system shown with optional Berkey Stainless Steel™ Spigot and Berkey Base™ (sold separately)

### No Electricity, Costly Installation, or Tools Required.

1. Simply pour water into system's top chamber.

2. Water is then filtered through our unique and powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.

3. Dispense refreshing water from spigot. **Berkey®** systems are ideal for everyday use.

### 8 Berkey® Systems to Choose From to Meet Your Water Filtration Needs

**Sport Berkey®** Bottle

**Go Berkey®** Kit 1 Qt

**Travel Berkey®** 1.5 Gal

**Berkey Light®** 2.75 Gal

**Big Berkey®** 2.25 Gal

**Royal Berkey®** 3.25 Gal

**Imperial Berkey®** 4.5 Gal

**Crown Berkey™** 6 Gal

## Berkey® Water Filtration Systems

## Travel Berkey®
### 1.5 GALLON (5.6L)

Berkey®

R

R

R

R

# Berkey®
WATER SYSTEMS

**Imperial Berkey® System**
4.5 GALLON (17L)

## Berkey® Water Filtration Systems

## Imperial Berkey®
4.5 GALLON (17L)

### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions.

**Berkey®** systems are simple and easy to use and require no electricity, costly installation, or tools, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

Berkey® System shown with optional **Berkey Stainless Steel™** Spigot and **Berkey Base™** (sold separately).

### No Electricity, Costly Installation, or Tools Required.

1. Simply pour your water into system's top chamber.
2. Water is then filtered through our unique and powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.
3. Dispense refreshing water from spigot. **Berkey®** systems are ideal for everyday use.

## Berkey® Water Filtration Systems

### 8 Berkey® Systems to Choose From to Meet Your Water Filtration Needs



**Berkey Light®** 2.75 Gal

**Sport Berkey®** Bottle

**Go Berkey® Kit** 1 Qt

**Travel Berkey®** 1.5 Gal

**Big Berkey®** 2.25 Gal

**Royal Berkey®** 3.25 Gal

**Imperial Berkey®** 4.5 Gal

**Crown Berkey™** 6 Gal

## Imperial Berkey®
4.5 GALLON (17L)

Berkey®

R

R

R

R



## Berkey® Water Filtration Systems

### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions.

**Berkey®** systems are simple and easy to use and require no electricity, costly installation, or tools, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

*Berkey® System shown with optional Berkey Stainless Steel™ Spigot and Berkey Base™ (sold separately).*

### No Electricity, Costly Installation, or Tools Required.

1. Simply pour water into system's top chamber.
2. Water is then filtered through our unique and powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.
3. Dispense refreshing water from spigot. **Berkey®** systems are ideal for everyday use.

---

## Royal Berkey®
### 3.25 GALLON (12.3L)

---

## Berkey® Water Filtration Systems

### 8 Berkey® Systems to Choose From to Meet Your Water Filtration Needs

**Berkey Light®** 2.75 Gal

**Sport Berkey®** Bottle

**Go Berkey®** Kit 1 Qt

**Travel Berkey®** 1.5 Gal

**Big Berkey®** 2.25 Gal

**Royal Berkey®** 3.25 Gal

**Imperial Berkey®** 4.5 Gal

**Crown Berkey™** 6 Gal

---

## Royal Berkey® System
### 3.25 GALLON (12.3L)

## Royal Berkey®
### 3.25 GALLON (12.3L)

R



# Berkey®
WATER SYSTEMS

## Crown Berkey™ System
6 GALLON (22.7L)

## Berkey® Water Filtration Systems

## Crown Berkey™
6 GALLON (22.7L)

## Berkey® Water Filtration Systems

## Crown Berkey™
6 GALLON (22.7L)

### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions.

**Berkey®** systems are simple and easy to use and require no electricity, costly installation, or tools, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

Berkey® System shown with optional **Berkey Stainless Steel™** Spigot and **Berkey Base™** stand (sold separately)

### No Electricity, Costly Installation, or Tools Required.

1. Simply pour water into system's top chamber.

2. Water is then filtered through our unique and powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.

3. Dispense refreshing water from spigot. **Berkey®** systems are ideal for everyday use.

### 8 Berkey® Systems to Choose From to Meet Your Water Filtration Needs

**Berkey Light®**
2.75 Gal

**Sport Berkey®**
Bottle

**Go Berkey®**
Kit 1 Qt

**Travel Berkey®**
1.5 Gal

**Big Berkey®**
2.25 Gal

**Royal Berkey®**
3.25 Gal

**Imperial Berkey®**
4.5 Gal

**Crown Berkey™**
6 Gal

R

R

R

R

# Berkey®
WATER SYSTEMS

# Big Berkey® System
## 2.25 GALLON (8.5L)

## Berkey® Water Filtration Systems

## Big Berkey®
### 2.25 GALLON (8.5L)

## Berkey® Water Filtration Systems

## Big Berkey®
### 2.25 GALLON (8.5L)

### The Gold Standard in Gravity-Fed Water Filtration Systems

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions.

**Berkey®** systems are simple and easy to use and require no electricity, costly installation, or tools, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

Berkey® System shown with optional Berkey Stainless Steel™ Spigot and Berkey Base™ (sold separately).

### No Electricity, Costly Installation, or Tools Required.

1. Simply pour your water into system's top chamber.
2. Water is then filtered through our unique and powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.
3. Dispense refreshing water from spigot. Berkey® systems are ideal for everyday use.

### 8 Berkey® Systems to Choose From to Meet Your Water Filtration Needs



**Berkey Light®** 2.75 Gal

**Sport Berkey®** Bottle

**Go Berkey®** Kit 1 Qt

**Travel Berkey®** 1.5 Gal

**Big Berkey®** 2.25 Gal

**Royal Berkey®** 3.25 Gal

**Imperial Berkey®** 4.5 Gal

**Crown Berkey™** 6 Gal

R

R

R

R

57"

21 7/8"

# Berkey®
WATER SYSTEMS

# Berkey Light® System
## 2.75 GALLON (10.4L)

## Berkey® Water Filtration Systems

# Berkey Light®
## 2.75 GALLON (10.4L)



**Super Simple and Easy to Use**

No Electricity, Costly Installation, or Tools Required.

**Our Most Economical Water Filtration Solution**

Equipped with powerful filtration elements, the Berkey Light® gravity-fed water filtration system offers the same contaminant reduction performance as our stainless steel systems, but in a more rugged design that's super-durable and very lightweight.

## Berkey® Water Filtration Systems

**The Gold Standard in Gravity-Fed Water Filtration Systems**

# Berkey Light®
## 2.75 GALLON (10.4L)

**Our Most Economical Water Filtration Solution**

- Lightweight, durable construction
- Made from BPA-free copolyester
- Easy to use — no electricity, costly installation or tools required
- Backed by independent third-party testing

Berkey®

Exhibit B-13, pg.79 of 81

**38 1/8"**

**19 1/16"**

**22 1/4"**



# Berkey®
WATER SYSTEMS

**TEXAS, USA**

## Black Berkey®
Elements

Berkey®

### The Gold Standard in Gravity-Fed
Water Filtration Systems

**Black Berkey®** Elements are powerful filters that utilize a proprietary blend of media and are backed by independent third-party testing.

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions. **Berkey®** systems are simple and easy to use. They are powerful to filter, yet simple to operate, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

**There is No Substitute for Berkey® Quality.**

Only buy authentic **Black Berkey®** Elements from authorized **Berkey®** dealers.

## Black Berkey® Elements
Set of 2 Elements

**Black Berkey®**
Elements Are Proudly
Made in the USA

Elements Install date:

Not available for sale in California

## Black Berkey®
Elements
Set of 2 Elements

# Berkey®
WATER SYSTEMS

**TEXAS, USA**



## Berkey® Systems

**Berkey®** systems are designed to meet the specific needs of consumers seeking practical and cost-effective water filtration solutions.

**Berkey®** systems are simple and easy to use and require no electricity, costly installation, or tools, providing economical, long-lasting water filtration for just pennies a gallon.

**Berkey®** systems are used every day in homes around the world by discerning consumers who trust the quality of **Berkey®** systems to meet their drinking water needs.

**Berkey® Systems are Available in 6 Larger Sizes**



**Travel Berkey®** shown here.

Contact an authorized **Berkey®** dealer today to learn more.


4
LDPE

**BPA FREE**


1 97644 93894 0

### Superior Reduction

The **Sport Berkey®** water filter bottle uses the same filtration formulation as the **Berkey®** filter elements used in our larger gravity-fed systems.

The unique **Sport Berkey®** filter is made from a proprietary blend of media, and is backed by independent third-party testing.

### Versatile, Easy to Use

1. Fill the **Sport Berkey®** water filter bottle with water.
2. Screw on lid and tighten securely to prevent leaks.
3. To drink: pull lid closure down to expose straw. Squeeze bottle to squirt water out of straw into mouth, or suck water through straw, or use both actions together.
4. To close: simply pull lid closure up to conceal straw (this helps prevent drips or leaks while carrying).

**Sport Berkey® water filter bottle includes lid, straw and replaceable filter**



**Sport Berkey®**


| 22 OZ. | .6 L |

Berkey® Water On-the-Go

**WATER FILTER BOTTLE**







**Berkey®**
WATER SYSTEMS

Sport Berkey®

Water Filter Bottle



Exhibit B, pg. 208 of 280

| From: | James.M |
|---|---|
| To: | "Shawn Elliott" |
| Subject: | FW: Big problem of Berkey diffamation in France |
| Date: | Wednesday, June 7, 2023 4:24:56 PM |
| Attachments: | bfm2022.png |
| | dealer2022.png |
| | FIFRA-08-2023-0038-SSURO-BerkeyInternational-2023.pdf |

**From:** Céline SEBAN - Berkey®France Millenium <admin@berkey-france-millenium.fr>
**Sent:** Wednesday, June 7, 2023 4:57 AM
**To:** James Mathis <james.m@berkeywater.com>; Shawn <shawn.e@berkeybynmcl.com>
**Subject:** Big problem of Berkey diffamation in France

Dear James and Shawn,

Today we learn of a document that has been published on the website of Berkefeld's official reseller in France, the company Aquatechniques https://eaudoulton.com/berkey-condamnation/?fbclid=IwAR3pMdVvqS8cgx-fTZzR7n9Qyg4ySbRmnF6SzbOAXxT9QC5xz2fvsg19lNY headed by Mr Laurent TROUVE.

A document has been published which purports to be a court decision against Berkey International LLC.
The introduction to this document is entitled: "Berkey cartridges ineffective, banned from export sales" and "Berkey finally guilty in the USA".

In addition, the document mentions a URL for our European store berkey-store.com (page 4).

Please give us your reaction to this document and the official way to react.

--
Best regards,

 

**Céline SEBAN | Présidente**
Distributeur agréé Berkey® France | Europe
Boutique en ligne berkey-france-millenium.fr
+33 (0)5 31 61 61 06 / +33 (0)6 01 18 04 81

From: **Shawn** shawn@berkeywater.com 
Subject: URGENT Part#1 of 2 FW: Defamation of our Berkey products in Europe by Aqua-Techniques
Date: June 19, 2023 at 12:49 PM
To: Jim js-tw@startmail.com, Warren Norred wnorred@norredlaw.com

Hi Jim,

Here is a request from our main dealer in France/Brussels area for support in pushing back attacks by Aqua-Techniques (Doulton/British Berkefeld distributor in France) who has been slandering Berkey, and tagging all the dealers in the EU on Social media, so their slander shows up in our Berkey dealers social media feeds. They are looking to take legal action, and want our help to either join in the legal action or contact Doulton/British Berkefeld HQ.

Please advise on how I should respond.

I also received a request from another dealer in France (with whom Pure Berkey has been in contact) asking for an official response or "denial" see the email that will follow this one (Part #2 of 2).

They see this as an URGENT request as does the other dealer in France (other email - part 2). I'm not saying drop everything to address this, but **your advice on how I can respond to them would be much appreciated ASAP**.

Thanks,

**Shawn Elliott**
Senior Executive Manager
**Berkey® Water Systems**

---

**From:** Sébastien Kaiser <Sebastien@pure-berkey.eu>
**Sent:** Monday, June 19, 2023 9:36 AM
**To:** shawn@berkeywater.com; James Mathis <james.m@berkeywater.com>
**Cc:** Gaetan Marechal <gaetan@pure-berkey.eu>
**Subject:** FW: Defamation of our Berkey products in Europe by Aqua-Techniques
**Importance:** High

Dear Shawn, James,

As you can read below (scroll down), we have already been in touch (written a letter) with the Doulton team to discuss the situation and seek an amicable resolution.

However, given the extent of the impact, we believe that support from the parent company, Berkey, could be beneficial in managing this situation.

Several Berkey resellers in Europe are currently considering initiating a class action lawsuit for defamation (we are in contact with Celine Seban). Your support, be it through a public statement, legal resources, or simply moral backing, would be greatly appreciated during this difficult time.

We have complete faith in the quality of Berkey products. However, the seriousness of these

defamatory accusations requires a coordinated and strong response from all parties involved.

If necessary, I have good contacts with the American law firm Wilson Sonsini (WSGR.com) which is based in Brussels and also in Austin, which could allow us to take joint action.

We sincerely hope that we can overcome this hurdle together, defending the values of quality and transparency that have always characterized the brand.

We look forward to your prompt response.

Best regards,

Sébastien



**Sébastien Kaiser**
**M&L Distribution**
[mob lu] +352 671 250 458
[mob be] +32 496 250 458
[mob fr] +33 6 12 90 43 76
[sebastien@pure-berkey.eu](mailto:sebastien@pure-berkey.eu)

---

**From:** Sébastien Kaiser
**Sent:** Monday, June 19, 2023 3:39 PM
**To:** [rjackson@doulton.com](mailto:rjackson@doulton.com); [OHarrison@doulton.com](mailto:OHarrison@doulton.com)
**Cc:** [gaetan@pure-berkey.eu](mailto:gaetan@pure-berkey.eu)
**Subject:** Defamation of our Berkey products in Europe by Aqua-Techniques
**Importance:** High

Dear Doulton Team,

I am writing to you as a representative of Pure Berkey, in response to a series of concerning incidents that have recently taken place in Europe. We have received reports that Aqua-Techniques, one of your resellers, has made defamatory statements about our Berkey products. These remarks have not only damaged our reputation but also negatively impacted several of our dealers across Europe ([https://www.instagram.com/aquatechniques/](https://www.instagram.com/aquatechniques/)).

We firmly believe in fair competition and market transparency, and we are deeply perplexed by these actions that seem to contradict these principles. Every brand has the right to promote its products, but this should not be done at the expense of other companies' reputation.

In light of this situation, several of our affected dealers in Europe are currently considering initiating a joint legal action for defamation. However, before undertaking such a step, we would like to discuss this matter with you to seek an amicable resolution.

We trust in the quality of our Berkey products. Consequently, we expect an appropriate response from you to this situation. This could involve a public retraction from Aqua-Techniques, a clarification of your communication standards to prevent such incidents in the future, or other suitable measures.

We sincerely hope that this matter can be resolved in a constructive and fair manner, respecting the values that we all share as industry players.

Looking forward to your prompt response.

Best regards,

Sébastien



**Sébastien Kaiser**
**M&L Distribution**
[mob lu] +352 671 250 458
[mob be] +32 496 250 458
[mob fr] +33 6 12 90 43 76
sebastien@pure-berkey.eu



**From:** **Shawn** shawn@berkeywater.com 📎
**Subject:** URGENT Part#2 of 2 FW: REQUEST FOR OFFICIAL DENIAL
**Date:** June 19, 2023 at 12:51 PM
**To:** Jim js-tw@startmail.com, Warren Norred wnorred@norredlaw.com

Here is Part #2, referenced in my part#1 email.

Shawn

---

**From:** Céline SEBAN - Berkey®France Millenium <admin@berkey-france-millenium.fr>
**Sent:** Monday, June 19, 2023 7:58 AM
**To:** James Mathis <james.m@berkeywater.com>; shawn <shawn.e@berkeywater.com>
**Subject:** REQUEST FOR OFFICIAL DENIAL

Dear James, Dear Shawn,

For 2 weeks now, Aqua-Technique, a Doulton and Berkefeld dealer, has been publishing articles accusing Berkey® of selling ineffective filters, of being condemned by the courts and even of being banned from importing into Europe. These articles are appearing on their website, on Facebook and on Instagram, damaging not only the Berkey® brand, but also the French and European retailers that we are, since we are systematically tagged in these publications - and that's unacceptable!

We've asked for your help in getting an official reaction, or even taking legal action for defamation to stop these attacks. To date, nothing has been done and, once again, we're left to fend for ourselves, since this isn't the first time we've asked for your help with similar attacks and nothing has happened...

Are we just another entity generating sales for Berkey®, or are we part of a real network, and if so, can we count on your help at least once to hope for some action on your part?

I confess to being somewhat irritated by your systematic lack of reaction when it comes to coming to our aid when the brand and retailers are under attack. We spend an enormous amount of energy to ensure that Berkey® continues to be seen as a brand of impeccable quality and high standards, and I don't think you can imagine how much this kind of event damages Berkey®'s reputation and ultimately everyone's business.

Do you have anything concrete to suggest to us to ensure that this individual stops these illegal and defamatory attacks?
--
Best regards,

    

Céline SEBAN | **Présidente**
Distributeur agréé Berkey® France | Europe
Boutique en ligne berkey-france-millenium.fr
+33 (0)5 31 61 61 06 / +33 (0)6 01 18 04 81

Cordialement,

    

Frédéric | **Berkey® Customer Support**
Berkey® Authorized Dealer for Europe
Boutique en ligne berkey-store.com



# One Sample of a <u>Counterfeit</u> Black Berkey® Box (Front)

**Badly faked artwork, wrong fonts**





**Missing "LTD." from the end of the manufacturer's name, "New Millennium Concepts, Ltd."**



**Numerous typographical errors, including misspelled words such as "Inorganic", and a lack of spaces between many words**

VIRUSES:>99.999%(Log 5)–Exceeds Purification Standard (Log 4);
Ms2 Coliphage; Fr Coliphage
**PATHOGENIC BACTERIA(AND SURROGATES)**
≥99.9999%–Exceeds Purification Standard(Log 6);
Bacillus atrophaeus (Anthrax Surrogate);Raouitella temigena(Pathogenic
Bacteria Surrogate),Salmonella Enterica.
PHARMACEUTICAL DRUGS–Removed to>99.5%(Below Lab Detectable Limits):
4-tert-Octylphenol-Acetaminophen-Bisphenol A(BPA)-Caffeine Ciprofloxacin-Erythromycin
Ibuprofen-Naproxan-Sodium-Primidone-Progesterone-Triclosan-Trimathoprim and many more;
TRIHALOMETHANES–Removed to>99.8%(Below Lab Detectable Limits);
Bromodichloromethane-Bromoform-Chloroform-Dibromochloromethane;
INRGANIC MINERALS–Removed to Below Lab Detectable Limits;
Chloramines-Chloride-Chlorine Residual (Total Residual): Free Chlorine.
PESTICIDES & (SEMI)VOLATILE ORGANIC COMPOUNDS(VOCs)
Removed to Below Laboratory Detectable Limits:
1.1.1.2-Tetrachloroethane 1.1.1-Trichloroethane(TCA) 1.1.2.2-Tetrachloroethane 1.1.2-
Trichloroethane 1.1.2-Trichlorotrifluoroethane 1.1-Dichloroethane(1.1-DCA) 1.1-Dichloroethylene
(1.1DCE) 1.1-Dichloropropene 1.2.3-Trichlorobenzene 1.2.3-Trichloropropane 1.2.4-
Trichlorobenzene 1.2.4-Trimethylbenzene 1.2-Dibromo-3-chloropropane(DBCP) 1.2-
Dibromoethane 1.2-Dichloro-1.1.2-trifluoroethane(CFC 123a) 1.2-Dichlorobenzene 1.2-
Dichloroethane-d4 1.2-Dichloroethane 1.2-Dichloropropane 1.3.5-Trimethylbenzene 1.3-
Dichlorobenzene 1.3-Dichloropropene 1.4-Dichlorobenzene 2.2-Dichloropropane 2.4.5-T 2.4.5-
TP(Silvex) 2.4-D 2.4-DB 2-Butanone(MEK) 2-Chlorotoluene 2-Hexanone 2-Methyl-2-propanol
3.5-Dichlorobenzoic Acid 3-Hydroxycarbofuran 4-Bromofluorobenzene 4-Chlorotoluene 4-
Isopropyltoluene 4-Methyl-2-pentanone 4-Nitrophenol 4.4-DDE 4.4-DDD 4.4-DDT 5-
Hydroxydicamba Acetone Acenaphthylene Acifluorfen Alachlor Aldicarb Aldicarb Sulfone
Aldicaarb Sulfoxide Aldrin alpha–Chlordane Ametryn Anthracene Aroclor(1016,1221 1232 1242
1248 1254,1260) Atraton Atrazine Baygon Bentazon Benzene Bromacil Bromoacetic Acid
Bromobenzene Bromochloromethane Bromomethane Butachlor Butylate Butylbenzylphthalate
Carbanyl Carbofuran Carbon Tetrachloride Carboxin Chloramben Chlordane Chloroacetic Acid
Chlorobenzene Chlorobenzilate Chloroethane Chloromethane Chlorpropham Chlorprophane
cis-1.2-Dichloroethylene cis-1.3-Dichloropropene cis-Nonachlor Cyclaate Dacthal Acid Dalapon
Diazinona Dibromoacetic Acid Dibromochloropropane(DBCP) Dibromomethane Dicamba
Dichloroacetic Acid Dichlorodifluoromethane(CFC 12) Dichloromethane Dichlorvos Diclorprop
Dieldrin Diethylphthalate Dinoseb Diphenzmid Disulfoton Disulfoton Sulfone Disulfoton
Sulfoxides Endrin EPTC Ethoprop Ethylbenzene Ethylene Dibromide (EDB) Fenamiphos
Fenarimol Fluorobenzene Fluoridone gamma–Chlordane Glyphosate Halo acidic Acids(HAA5)
Heptachlor Heptachlor Epoxide Hexachlorobenzene Hexachlorobutadiene(CCC)
Hexachlorocyclopentadiene Hexazinone Isophorone Isopropylbenzene(Cumene) Lindane
(Gamma–BHC) Marphos Methocarb Methomyl Methoxychlor Methylcyclohexane–methane
Methyl Paraoxon Methyl thrt–Butyl Ether(MTBE) Metolachlor Metribuzin Mevinphos MGK 264
Molinate Monochlorobenzene m–Xylenes Naphthalene Napropamide n–Butylbenzene,
Norflurazon,n–Propylbenzene Oxamyl o–Xylene Pebulate Pentachlorophenol Picloram
Prometon Prometryn Pronamidea Propazine Propanine p–Xylenes sec–Butylbenzene Simazine Simetryn
Strofos,Styrene,Tebuthiuron,Terbacil Terbufos,Terbutryn,tert–Butylbenzene,Tetrachloroethylene
(PCE) Tetrahydrofuran(THF) Thiobencarb Toluene Toxaphene,trans–1.2-Dichloroethylene trans-
1.3-Dichloropropene trans–Nonachlor Triademefon Tribromoacetic Acid Trichloroacetic Acid,
Trichloroethene(TCE) Trichloroethylene Trichlorofluoromethane(CFC 11) Tricyclazole Trifuralin

# Authentic Black Berkey® Box (Front)

Original Berkey® artwork and fonts





**Berkey® Water Purifiers** "Simply the Best"

NEW MILLENNIUM CONCEPTS, LTD.

# Black Berkey®
## Purification Elements

**VIRUSES: >99.999% (Log 5) - Exceeds Purification Standard (Log 4):**
MS2 Coliphage; Fr Coliphage.
**PATHOGENIC BACTERIA (AND SURROGATES)**
**>99.9999% - Exceeds Purification Standard (Log 6):**
Bacillus atrophaeus (Anthrax Surrogate); Raoultella terrigena (Pathogenic Bacteria Surrogate); Salmonella Enterica.
**PHARMACEUTICAL DRUGS - Removed to >99.5% (Below Lab Detectable Limits):**
4-tert-Octylphenol; Acetaminophen; Bisphenol A (BPA); Caffeine; Ciprofloxacin; Erythromycin; Ibuprofen; Naproxen Sodium; Primidone; Progesterone; Triclosan; Trimethoprim and many more.
**TRIHALOMETHANES - Removed to >99.8% (Below Lab Detectable Limits):**
Bromodichloromethane; Bromoform; Chloroform; Dibromochloromethane.
**INORGANIC MINERALS - Removed to Below Lab Detectable Limits:**
Chloramine; Chloride; Chlorine Residual (Total Residual); Free Chlorine.
**PESTICIDES & (SEMI) VOLATILE ORGANIC COMPOUNDS (VOCs)**
**Removed to Below Laboratory Detectable Limits:**
1,1,1,2-Tetrachloroethane; 1,1,1-Trichloroethane (TCA); 1,1,2,2-Tetrachloroethane; 1,1,2-Trichloroethane; 1,1,2-Trichlorotrifluoroethane; 1,1-Dichloroethane (1,1-DCA); 1,1-Dichloroethylene (1,1-DCE); 1,1-Dichloropropene; 1,2,3-Trichlorobenzene; 1,2,3-Trichloropropane; 1,2,4-Trichlorobenzene; 1,2,4-Trimethylbenzene; 1,2-Dibromo-3-chloropropane (DBCP); 1,2-Dibromoethane; 1,2-Dichloro-1,1,2-trifluoroethane (CFC 123a); 1,2-Dichlorobenzene; 1,2-Dichlorobenzene-d4; 1,2-Dichloroethane; 1,2-Dichloropropane; 1,3,5-Trimethylbenzene; 1,3-Dichlorobenzene; 1,3-Dichloropropene; 1,4-Dichlorobenzene; 2,3-Dichloropropane; 2,4,5-T; 2,4,5-TP (Silvex); 2,4-D; 2,4-DB; 2-Butanone (MEK); 2-Chlorotoluene; 2-Hexanone; 2-Methyl-2-propanol; 3,5-Dichlorobenzoic Acid; 3-Hydroxycarbofuran; 4-Bromofluorobenzene; 4-Chlorotoluene; 4-Isopropyltoluene; 4-Methyl-2-pentanone; 4-Nitrophenol; 4,4'-DDE; 4,4'-DDT; 5-Hydroxydicamba; Acetone; Acenaphthylene; Acifluorfen; Alachlor; Aldicarb; Aldicarb Sulfone; Aldicarb Sulfoxide; Aldrin; alpha-Chlordane; Ametryn; Anthracene; Aroclor (1016; 1221; 1232; 1242; 1248; 1254; 1260); Atraton; Atrazine; Baygon; Bentazon; Benzene; Bromacil; Bromoacetic Acid; Bromobenzene; Bromochloromethane; Bromomethane; Butachlor; Butylate; Butylbenzylphthalate; Carbaryl; Carbofuran; Carbon Tetrachloride; Carboxin; Chloramben; Chlordane; Chloroacetic Acid; Chlorobenzene; Chlorobenzilate; Chloroethane; Chloromethane; Chlorpropham; Chlorpyrophos; cis-1,2-Dichloroethylene; cis-1,3-Dichloropropene; cis-Nonachlor; Cyclodie; Dacthal Acid; Dalapon; Diazinone; Dibromoacetic Acid; Dibromochloropropane (DBCP); Dibromomethane; Dicamba; Dichloroacetic Acid; Dichlorodifluoromethane (CFC 12); Dichloromethane; Dichlorvos; Diclorprop; Dieldrin; Diethylphthalate; Dinoseb; Diphenamid; Disulfoton; Disulfoton Sulfone; Disulfoton Sulfoxide; Endrin; EPTC; Ethoprop; Ethylbenzene; Ethylene Dibromide (EDB); Fenamiphos; Fenarimol; Fluorobenzene; Fluoridone; gamma-Chlordane; Glyphosate; Halo acidic Acids (HAA5); Heptachlor; Heptachlor Epoxide; Hexachlorobenzene; Hexachlorobutadiene (CCC); Hexachlorocyclopentadiene; Hexazinone; Isophorone; Isopropylbenzene (Cumene); Lindane (Gamma-BHC); Merphos; Methiocarb; Methomyl; Methoxychlor; Methylcyclohexane-methane; Methyl Paraoxon; Methyl tert-Butyl Ether (MTBE); Metolachlor; Metribuzin; Mevinphos; MGK 264; Molinate; Monochlorobenzene; m-Xylenes; Naphthalene; Napropamide; n-Butylbenzene; Norflurazon; n-Propylbenzene; Oxamyl; o-Xylene; Pebulate; Pentachlorophenol; Picloram; Prometon; Prometryn; Pronamide; Propazine; p-Xylenes; sec-Butylbenzene; Simazine; Simetryn; Stirofos; Styrene; Tebuthiuron; Terbacil; Terbufos; Terbutryn; tert-Butylbenzene; Tetrachloroethylene

---



Full name of manufacturer, New Millennium Concepts, Ltd. (notice the "LTD.", which was missing on counterfeit sample)

Text on authentic box has correct spellings (i.e. "inorganic") and proper typography

Printed text and logo have a thicker appearance than on counterfeit box



# One Sample of a <u>Counterfeit</u> Black Berkey® Box
## (Side of Box)

**Goodman, Benjamin** 12/7/2022 12:14 PM

**Comment [1]:** In the asterisk at the bottom of the page, the first two sentences seem to conflict. The first says that all packing has holograms with serial numbers, and the second says that some packages do not.

Counterfeit box has faked NMCL logo (note jagged lines and lack of "Ltd." after "New Millennium Concepts")

Fake hologram has no unique verifiable serial number, and is of much lower quality than official NMCL holograms used on authentic Black Berkey® Elements boxes



Typeface on counterfeit box is thinner than on the authentic box

## <u>Authentic</u> Black Berkey® Box (Side of Box)

Authentic box has official New Millennium Concepts, Ltd. logo that has no jagged lines.
Note: "LTD." included on the logo

High-quality official hologram with unique verifiable serial number (most boxes)*, brilliant 3D effect, detailed text, and NMCL logo

Authentic elements come in a sturdy, thick box

Typeface on authentic box is thicker than on counterfeit box

\* Authenticity verification holograms with unique verifiable serial numbers are found on all packaging for Berkey® filters including Black Berkey® Elements and Berkey PF-2™ Fluoride and Arsenic Reduction Elements. Due to mixed inventory in our distribution channels, some Black Berkey® Elements boxes may not have a verifiable serial number on them. Absence of the verifiable serial number on the hologram on Black Berkey® Elements box does not necessarily indicate that the elements inside are not authentic. Consumers that identify they have received Black Berkey® Elements in a counterfeit box can be 100% sure they have counterfeit Black Berkey® Elements. At some point, all holograms on Black Berkey® Elements boxes will have an identifiable serial number. However, consumers that receive Berkey PF-2™ Fluoride and Arsenic Reduction Elements without a hologram displaying a serial number is an indication that the elements are counterfeit. Consumers may contact NMCL Customer Service to verify if they have authentic Berkey® elements.

# One Sample of a <u>Counterfeit</u> Black Berkey® Box
## (Element Packaging Inside Box)

**Counterfeit priming button colors**



**Priming button may be yellow (an obvious counterfeit) or tan but also be <u>harder and less flexible</u>, which could prevent a good seal when priming**



Counterfeit Black Berkey® Elements almost always come individually shrink-wrapped in plastic, but may also be packaged in bubble wrap

If you receive filters that are shrink-wrapped, you can be <u>100% sure</u> that you have received counterfeit filters.

# <u>Authentic</u> Black Berkey® Box
## (Element Packaging Inside Box)

**Authentic priming button (color: tan)**



**Authentic priming button has a <u>tan</u> color, and is both <u>pliable</u> and <u>durable</u> to help create a good seal when priming**



Authentic Black Berkey® Elements are enclosed in bubble wrap, not shrink-wrapped

# Using Holograms to Combat Counterfeits

With the appearance of knock-off and counterfeit filters in the market, NMCL took strategic measures to develop authenticity verification holograms that were affixed on all **Berkey**®-branded filters. After a period of time, we discovered that not only had criminals copied our filters and packaging, but they were also copying our authentication holograms. We therefore began to add features to our holograms to help consumers distinguish between authentic and counterfeit filters, including verifiable serial numbers for which consumers could call our customer service department to verify if the **Berkey**® filters they purchased were genuine or fake.

In an effort to stay ahead of the illegal counterfeit activities impacting the **Berkey**® brand, we have had to make several iterations of holograms. Second-generation holograms are currently being used on all **Berkey**®-brand filters, and we will soon release a more advanced third-generation hologram with more advanced features.



Evolution of the Official **Berkey**® Hologram

**1st-Generation**
*The Original*
Poorly copied (and currently in use) by counterfeiters

**2nd-Generation**
*Current*
Added unique identifiable serial number, plus greater detail and colors than 1st-gen hologram

**3rd-Generation**
*Up Next!*
State-of-the-art hologram includes verifiable serial number; now in limited circulation

# Samples of <u>Counterfeit</u> Holograms

Goodman, Benjamin 12/7/2022 12:14 PM
**Comment [2]:** Same as previous comment.

Lack of proper space between the words "Authentic" and "Berkey" (the words appear to run together)

### Lower-Quality Design!
Minimal color and 3D animation effects

The two diamond shapes with horizontal lines behind NMCL logo (red dotted lines show where they should be) aren't easily visible without holding the hologram at a specific light angle

No serial number

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Second-Generation <u>Authentic</u> (Current) Hologram

### High-quality design with brilliant, eye-catching color!

Superior graphic detail (note the easily visible two sets of diamond shapes with horizontal silver lines originating behind the blue diamond shape and NMCL logo)

Unique verifiable serial number clearly printed on each hologram (on most boxes)* to help ensure product authenticity



Authentic hologram displays impressive 3D/animation effects as viewing and lighting angle changes

*Authenticity verification holograms with unique verifiable serial numbers are found on all packaging for Berkey® filters including Black Berkey® Elements and Berkey PF-2™ Fluoride and Arsenic Reduction Elements. Due to mixed inventory in our distribution channels, some Black Berkey® Elements boxes may not have a verifiable serial number on them. Absence of the verifiable serial number on the hologram on Black Berkey® Elements box does not necessarily indicate that the elements inside are not authentic. Consumers that identify they have received Black Berkey® Elements in a counterfeit box can be 100% sure they have counterfeit Black Berkey® Elements. At some point, all holograms on Black Berkey® Elements boxes will have an identifiable serial number. However, consumers that receive Berkey PF-2™ Fluoride and Arsenic Reduction Elements without a hologram displaying a serial number is an indication that the elements are counterfeit. Consumers may contact NMCL Customer Service to verify if they have authentic Berkey® elements.





Big Berkey Equivilant Unit Sales on Amazon Jan to June 22' vs 23'

Accueil  >  News & Blog  >  Blogs  >  Les cartouches Berkey inefficaces !







dimanche, mai 28th, 2023  /  Publié dans Blogs

# Les cartouches Berkey inefficaces !

Avis Vérifiés
AVIS DE NOS CLIENTS
★★★★⯪ 4.6/5

n BERKEY sont interdites de vente à l'export. Cette interdiction est is

Exhibit B-18, pg.3 of 6

de la condamnation par l'agence d'environnement des Etats Unis, la FIFRA. Les cartouches Be contrairement aux cartouches British Berkefeld sont très loin de fournir la filtration promise ce c de la simple tromperie sur la marchandise qu'ils vous vendent. La société Berkey a dénigré pe des années la société British Berkefeld en expliquant le contraire. La justice a tranché !!

Ci-dessous le détail du jugement.

Machine Translated by Google

ÉTATS-UNIS
AGENCE DE PROTECTION DE L'ENVIRONNEMENT RÉGION 8

Date: ____________ Par: ______________________________

David Cobb, superviseur de section
Section de l'application des lois sur les substances toxiques et les pesticides
Division de l'application de la loi et de l'assurance de la conformité

Interdiction de vente -BerkeyInternational 2023 -04-05-2023-français Télécharger

Avis Vérifiés
AVIS DE NOS CLIENTS 4.6/5

Exhibit B, pg. 225 of 280





**UNITED STATES**
**ENVIRONMENTAL PROTECTION AGENCY REGION**

Date: ______________ By: ______________________________________________
David Cobb, Section Supervisor
Toxics and Pesticides Enforcement Section
Enforcement and Compliance Assurance Division

FIFRA-08-2023-0038 SSURO BerkeyInternational 2023 Télécharger

SHARE:

Avis Vérifiés
AVIS DE NOS CLIENTS 4.6/5

    







   

© 2018 Doulton Solutions de traitement et filtration de l'eau. Tous droits réservés.

CGV   Contact







Text   Images   Websites

French     ⇄     English

Les cartouches de filtration BERKEY sont interdites de vente à l'export. Cette interdiction est issue de la condamnation par l'agence d'environnement des Etats Unis, la FIFRA. Les cartouches Berkey, contrairement aux cartouches British Berkefeld sont très loin de fournir la filtration promise ce qui est de la simple tromperie sur la marchandise qu'ils vous vendent. La société Berkey a dénigré pendant des années la société British Berkefeld en expliquant le contraire. La justice a tranché !!

Ci-dessous le détail du jugement.



530 / 5,000

Berkey filtration cartridges are prohibited from export sales. This prohibition is the result of the conviction by the environmental agency of the United States, the FIFRA. The Berkey cartridges, unlike the British Berkefeld cartridges are far from providing the promised filtration which is simple deception on the goods they sell to you. The Berkey company has denied British Berkefeld for years, explaining the opposite. Justice has decided !!

Below is the detail of the judgment.



Send feedback

History    Saved    Contribute



← Lawsuit

# Berkey Statement Regarding Berkey Water Filter Lawsuit

 By Dan DeBaun     December 19, 2022

*Over the past couple months we have been receiving inquiries from customers regarding Berkey's involvement in litigation for the Black Berkey filters. We asked the manufacturer of Berkey products (New Millennium Concepts, LTD) to release a statement to our customers so that they would feel at more ease in understanding the merits of this lawsuit. Counterfeit products are a real problem for Berkey and the following official statement speaks to that. At the bottom of this statement is a link to NMCL's page that shows examples of Berkey counterfeit products that are unfortunately saturating the market.*

## Berkey Official Statement Regarding Lawsuit

Attorneys typically advise clients not to discuss ongoing litigation, and New Millennium Concepts, Ltd. (NMCL), provider of Berkey® water filters, has remained silent until now. However, NMCL believes that our loyal customers deserve a public response to the false erroneous misinformation appearing online regarding a lawsuit filed against NMCL. many problematic issues in the lawsuit that we cannot address here, but

Unlock Perks

below are some brief highlights:

- One of the named plaintiffs previously filed a lawsuit, but later withdrew after NMCL responded to the suit and showed that the plaintiff's claims were so weak that she would obviously lose. Now the plaintiffs have filed a second lawsuit, apparently attempting to engineer around the arguments that NMCL made during the first lawsuit. This current lawsuit seems to be just another attempt to "do-over" the first suit in order to force NMCL to settle.

- We also believe that much of the information that the plaintiff collected for the lawsuit came from Berkey knock-off filter websites because of their carbon block descriptions (Black Berkey® Elements are not carbon block filters), and the plaintiff repeatedly uses the term "Berkey Black" in their lawsuit, which is a term utilized by knock-off filter websites in order to engineer around our trademark "Black Berkey®".

- While the plaintiffs claim Black Berkey® Elements do not perform as advertised, the plaintiffs do not claim that they have suffered any physical or health-related harm in anyway by their Berkey® systems. Instead, plaintiffs claim that they are representing everyone that has ever purchased a Berkey® system, claiming that Berkey® systems are "nothing more than an empty can or plastic bottle".

- We strongly believe the plaintiffs' allegations are not based on valid testing of authentic Black Berkey® Elements, but are based on counterfeits which are deceptively similar in appearance, but are mere carbon block filters which look like Berkey® filter elements. The plaintiffs' testing results in no way comport with the factual results of other independent accredited third-party labs that have tested genuine Black Berkey® Elements.

**NMCL vigorously denies the plaintiff's allegations and we believe that the plaintiff is utilizing counterfeit product to exact a settlement. History of Black Berkey® Elements and Counterfeit Products**

## History of Black Berkey® Elements and Counterfeit Products

...vo decades ago, NMCL developed the proprietary formulation for our Black ...ements, and during their history they have undergone what we believe to be

Unlock Perks

the most rigorous testing of any other gravity-fed filter elements. Berkey® water systems have been utilized in off-grid applications by relief groups for disaster recovery, charities, and people worldwide without access to clean water for over two decades without a complaint of which we are aware as to their ability to remove contaminants from unpotable water sources. More importantly, to our knowledge there has never been a successful suit filed against the Black Berkey® Elements because they have historically provided customers with exceptional performance and value—a perception that has been challenged only because Chinese and other foreign counterfeit filtersentered the market failing to meet consumers' performance expectations and appear so similar to genuine Black Berkey® Elements that consumers are being misled by not being able to determine the difference between the authentic Black Berkey® Elements and the counterfeit carbon block filters.

- Worse, NMCL discovered that major online retail marketplaces were commingling at their warehouses counterfeit elements supplied by unauthorized sellers with authentic Black Berkey® Elements supplied by our authorized Berkey® dealers. The marketplaces then shipped product from the commingled inventory to consumers who purchased authentic Black Berkey® Elements. Since that discovery, NMCL has required its authorized dealers to opt out of all commingling programs, and keep separate inventories at Amazon and other platforms to prevent comingling from occurring in the future. However, it is important to note that the majority of plaintiffs claim to have purchased their products on Amazon prior to NMCL discovering the commingling issue. NMCL believes that the plaintiffs likely tested counterfeit Berkey® elements, and that NMCL is being required to defend itself against the performance of Chinese and other foreign counterfeit carbon block filters rather than the proven performance of authentic Black Berkey® Elements. Moreover, NMCL is also being required to defend itself against various websites, social media and video-sharing platforms that presume the likely imitation carbon block filters tested in the lawsuit are authentic Black Berkey® Elements, when they are not. If the plaintiff tested counterfeit or knock-off filters, then obviously any testing they conducted is irrelevant to the performance of authentic Black Berkey® Elements.

## Regarding Black Berkey® Elements Test Results

Multiple accredited third-party laboratories have tested Black Berkey® Elements and the independent results validate that they meet exceptional standards of quality. claims are based upon test reports from these laboratories, which are

Unlock Perks

available on our website at: Black Berkey Water Filter Test Results

- NMCL has had an extremely difficult time in getting cooperation from major online retail platforms in removing the counterfeit filters. This only allows the counterfeit problem to continue metastasizing. In fact, of 57 test buys of Black Berkey® Elements purchased from unauthorized sellers on two major platforms, 51 test buys (89%) were confirmed as being counterfeit—meaning that 89% of sales from unauthorized sellers were just generic, untested Chinese or foreign carbon block filters packaged to imitate the appearance of authentic Black Berkey® Elements. The problem has become so pervasive that the estimated sales of verified counterfeit filters have exceeded more than two and a quarter million dollars during the first nine months of 2022 on just one major U.S. online retail marketplace alone.

We also ask that Berkey® customers assist NMCL in purging the market of counterfeit filters by always buying Berkey® systems and Black Berkey® Elements from authorized Berkey® dealers. Customers can verify authorized dealers by calling our customer service department at 888-803-4438.

If you suspect your online marketplace purchase (from Amazon, eBay, etc.) may contain counterfeit elements, please check this page (https://support.berkeywater.com /buyerbeware/) for a guide to identifying counterfeit elements. Then, after reviewing those examples, if you believe you have received counterfeit filters, we suggest the following course of action:

Unlock Perks

- Demand a full refund from the dealer or marketplace.

- Return the product stating the specific seller from whom you purchased, shipped you counterfeit filters.

- Leave a review on the specific seller's storefront stating that the seller sold and shipped you counterfeit filters, rather than authentic Black Berkey® Elements.

- Contact NMCL to report the marketplace and seller that sold you the counterfeit product (this helps us identify and take action against unauthorized sellers). We also urge customers who have been fooled into purchasing untested knock-off carbon block filters advertised as replacements to follow the same procedure.

- Replace the counterfeit filters by purchasing genuine Black Berkey® Elements from an authorized Berkey® dealer.

We appreciate the countless Berkey® Water System users around the world and want to assure you that we fully stand by the quality of Berkey® products and intend to defend and defeat this baseless lawsuit.

Following this link will show you the extent counterfeiters are willing to go to decieve our Berkey customer base.

CLICK HERE TO SEE SAMPLES OF COUNTFEIT PRODUCTS

Previous post          Next post

# 7 thoughts on "Berkey Statement Regarding Berkey Water Filter Lawsuit"

Unlock Perks

**LEAVE A COMMENT**



Dawn July 6, 2023 at 8:50 AM

Feeling better about it. Stopped drinking water! Now will begin again.

Wanted to purchase set for my daughter. She saw lawsuits. Said no

Feel like I can approach her again to buy for her. Our tap water even smells like poison!

Reply



Conchscooter April 26, 2023 at 10:24 AM

We use our Berkey in our van traveling Central America and it works perfectly. I think Berkey is brave to sell filters in this stupidly litigious society. I hope they stay in business.

Reply



Dan DeBaun April 26, 2023 at 12:21 PM

Hi Conchscooter -

The owner of the company is a longterm prepper and believes it's essential folks have access to high quality gravity filtration in case of emergencies. As a result, they are fighting this lawsuit and will continue to prove the quality of the Berkey products.

Thanks
Dan

pril 3, 2023 at 4:45 PM

concern is the unaddressed (correct if wrong), multiple test results showing

an increase in aluminum-presence after the water goes through the filters.

Reply



Dan DeBaun April 5, 2023 at 11:12 AM

Hi Haris -

There is alot of misinformation being circulated about this subject. We have addressed this in prior posts and comments, and here it is again to provide clarity.

1) This claim is not based/associated with the black berkey filters themselves.
2) This claim is associated with the PF-2 fluoride filters when they are used in conjunction with the black berkeys.
3) As for the higher aluminum test results from the use of the PF-2 filters: This is aluminum oxide (alumina) and not aluminum. Typical lab tests do not distinguish between the 2 forms and it is commonly accepted that alumina (used in the Berkey PF-2) is inert and not absorbed by the body like aluminum would be. So, this is a critically important distinguishing chemical trait that should be made clear. What is being read by the test as aluminum is actually alumina which is a non bio-available form which is not absorbed by the body.
4) Here's an article with more details on what alumina is:
https://www.bigberkeywaterfilters.com/blog/fluoride-water-filters/what-is-aluminum-oxide

Thanks
Dan



Rob M March 8, 2023 at 1:18 PM

here a way customers can independently test the filters they receive? Preferably
ing cheap we can do ourselves that only real Black Berkey filters can do.



**Dan DeBaun** March 10, 2023 at 10:34 AM

Hi Rob -

Sometimes your local water authority will perform the tests inexpensively.

Thanks
Dan



**Tobe**  January 7, 2023 at 7:42 AM

In this day of so many corrupt companies getting away with evil deceitful practices one would tend to believe they are being duped easily after hearing about this lawsuit,  But all of my fears went away quickly after this statement was made by berkey .  I received this gift about a year ago and have only one complaint !  one of my four black filters thread's are slightly stripped and came so ,  so it won't tighten correctly , and is not going to last the lifetime since I follow the cleaning protocol .  I haven't taken The time to deal with this since it was a gift and didn't want to burden my Dad with it .  So I don't hold berkey responsible!   I'd also like to add after about a month of research of my own I decided on berkey .  my father not only bought me the biggest  berkey they offer for me ,  but one for himself as well .  I'm a trusting customer of berkey I just hope I can get the filter situated at some point .  Thanks Berkey for the statement

Reply



**Dan DeBaun** January 9, 2023 at 12:55 PM

Hi Tobe -

We appreciate your comments. The manufacturer is and has always been a family owned business and earnestly believes in providing a high quality product and standing behind it's performance. Outside investors and large corporations have offered to purchase Berkey many times over the past 10 years, and each time these are rejected. As a dealer, we are also a 20 year customer and a constructive

Unlock Perks

critic as well, and so we make sure all our customer feedback (as well as ours) gets to the decision makers and is taken seriously. While NMCL is not perfect, their intentions are good and have never been in the business of deception.

As far as your black berkey not tightening fully, contact our customerservice@bigberkeywaterfilters.com and rep can send you an additional wingnut to help solve that problem for you.

Thanks
Dan



Jim December 27, 2022 at

I'm glad this response was ~~~~~~~~~~~~~~~~~~~~ oard commandos bashing Berkey based on a ~~~~~~~~~~~~~~~~~ f an outstanding lawsuit. They were then promoting ~~~~~~~~~~~~~~~~~~~ hat are actually probably made in China. It was com~~~~~~~~~~~~~~~~~ ny Berkey and have tested it myself, so I sleep ~~~~~~~~



Reply



Kathy P December 23, 2022 at 12:18 PM

This is alarming. I just checked my filter box, and they are genuine, but I could have easily been duped. I'll be sure to order my filters from you going forward. Thank you for posting.

Reply

Unlock Perks

# Recent articles:



### Filtered Water for Pets

By Dan DeBaun        June 22, 2023



### Do Berkey Water Filter Systems Leach Aluminum Into Your Drinking Water?

By Dan DeBaun        June 2, 2023



### Ultimate Guide to Choosing a Berkey Water Filter: Find Your Perfect Match Today

By Dan DeBaun        May 26, 2023



### Why you Should be Using Filtered Water on your Plants and Garden

By Dan DeBaun        May 9, 2023

**Trust**                                                            +



**Payment methods**

### Choosing a Berkey Water Filter System for Your Home    +

Unlock Perks

+

**Follow us**

**Sign Up for Upcoming Sales and New Berkey Tips**

| Enter your email address | **KEEP ME INFORMED** |

Big Berkey Water Filters      +

Replacement Parts      +

Accessories      +

Helpful Articles      +

Comparisons      +

Resources      +

Quick Links      +

Policies      +

Unlock Perks

Contact      +

Copyright 2021 BigBerkeyWaterFilters.com. All Rights Reserved



March 6, 2000

PESTICIDE REGISTRATION (PR) NOTICE 2000 - 1*

NOTICE TO MANUFACTURERS, FORMULATORS, PRODUCERS
AND REGISTRANTS OF PESTICIDE PRODUCTS

ATTENTION:      Persons Responsible for Registration of Pesticide Products

SUBJECT:         Applicability of the Treated Articles Exemption to Antimicrobial Pesticides

This notice clarifies current EPA policy with respect to the scope of the "treated articles exemption" in 40 CFR 152.25(a). This exemption covers qualifying treated articles and substances bearing claims to protect the article or substance itself. EPA does not regard this exemption as including articles or substances bearing implied or explicit public health claims against human pathogens. This notice addresses the types of claims which are not permitted for antimicrobial pesticide products exempt from registration under this provision and gathers together in one place guidance the Agency has offered in recent years on labeling statements which it believes would or would not be covered under this provision. This notice also explains the requirement that the pesticide in a treated article be "registered for such use."

This notice provides guidance to producers and distributors of pesticide treated articles and substances, and to producers and distributors of pesticides used as preservatives to protect treated articles from microbial deterioration.

## I.      BACKGROUND

EPA regulations in 40 CFR 152.25(a) exempt certain treated articles and substances from regulation under the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) if specific conditions are met. The specific regulatory language is:

**Section 152.25 Exemptions for pesticides of a character not requiring FIFRA regulation**

"(a) *Treated articles or substances.* An article or substance treated with, or containing, a pesticide to protect the treated article or substance itself (for example, paint treated with a pesticide to protect

* This version makes corrections to the February 3, 2000 PR Notice 2000-1. Corrections in bold/italics or editorial deletions were made on pages 3, 4, 7, and 9.

the paint coating, or wood products treated to protect the wood against insect or fungus infestation),

if the pesticide is registered for such use."

Known as the "Treated Articles Exemption," section 152.25(a) provides an exemption from all requirements of FIFRA for qualifying articles or substances treated with, or containing a pesticide, if:

(1) the incorporated pesticide is registered for use in or on the article or substance, and;
(2) the sole purpose of the treatment is to protect the article or substance itself.

The exemption gives two examples of treatments that are intended to protect only the treated article or substance itself. In the first case, paint is being protected from deterioration of the paint film or coating. In the second case, wood is being protected from fungus or insect infestations which may originate on the surface of the wood. Pesticides used in this manner are generally classified as preservatives. Other pesticides are incorporated into treated articles because of their ability to inhibit the growth of microorganisms which may cause odors or to inhibit the growth of mold and mildew. Because of this treatment, it is claimed that a fresher and more pleasing surface can be maintained.

To qualify for the treated articles exemption, both conditions stated above must be met. If both are not met, the article or substance does not qualify for the exemption and is subject to regulation under FIFRA.

In recent years, the marketplace has experienced a proliferation of products that are treated with pesticides and bear implied or explicit public health claims for protection against bacteria, fungi and viruses, as well as specific claims against pathogenic organisms which may cause food poisoning, infectious diseases or respiratory disorders. Examples of such articles include toothbrushes, denture cleansers, children's toys, kitchen accessories such as cutting boards, sponges, mops, shower curtains, cat litter, vacuum cleaner bags, pillows, mattresses and various types of finished consumer textiles. In many cases, these products have made public health claims that extend beyond the protection of the article itself, and thus, they do not qualify for the treated articles exemption.

## II.     TYPES OF ANTIMICROBIAL CLAIMS

### A.  Public Health Claims

Because consumers have long associated the following widely used claims and references to microorganisms harmful to humans with products providing public health protection, EPA considers an article or substance to make a public health claim if any of the following claims are made either explicitly or implicitly:

1. A claim for control of specific microorganisms or classes of microorganisms that are directly or indirectly infectious or pathogenic to man (or both man and animals). Examples of specific microorganisms include *Mycobacterium tuberculosis, Pseudomonas aeruginosa, E. coli, HIV,*

*Streptococcus* and *Staphylococcus aureus.*

2.  A claim for the product as a sterilant, disinfectant, virucide or sanitizer, regardless of the site of use of the product, and regardless of whether specific microorganisms are identified.

3.  A claim of "antibacterial," "bactericidal," or "germicidal" activity or references in any context to activity against germs or human pathogenic organisms implying public health related protection is made.

4.  A claim for the product as a fungicide against fungi infections or fungi pathogenic to man, or the product does not clearly indicate it is intended for use against non-public health fungi.

5.  A claim to control the spread of allergens through the inhibition or removal of microorganisms such as mold or mildew.

6.  A non-specific claim that the product will beneficially impact or affect public health by pesticidal means at the site of use or in the environment in which applied.

7.  An unqualified claim of "antimicrobial" activity.  Refer to Unit IV.C.

**B.  Non-Public Health Claims**

EPA considers a product to make a non-public health claim if any of the following applies:

1. A claim to inhibit the growth of mildew on the surface of a dried paint film or paint coating.

2.  A claim to inhibit microorganisms which may cause spoilage or fouling of the treated article or substance.

3.  A claim to inhibit offensive odors in the treated article or substance.

4.  EPA considers terms such as "antimicrobial," "fungistatic," "mildew-resistant," and " preservative," as being acceptable for exempted treated articles or substances provided that they are properly, and very clearly, qualified as to their intended non-public health use.  Refer to Unit IV.C.  Use of these terms in product names or elsewhere in the labeling in bolder text than accompanying information may render such qualifications inadequate.

**III.     PAST EPA LABELING CLAIMS INTERPRETATIONS**

**A.  Odor and Mildew-Resistant Properties May Be Claimed**

Over the past twenty-five years the Agency has issued several interpretations concerning the

exemption from FIFRA regulations *of* certain types of antimicrobial treated article claims associated with mildew-resistant paint, films and coatings. In the same period, EPA has also issued other interpretations concerning certain types of odor-resistant antimicrobial treated article claims.

During this period there has been widespread dissemination and adoption by the antimicrobial pesticide product community of these EPA interpretations regarding mildew-resistant and odor-resistant claims under the "treated articles exemption." Furthermore, the Agency continues to treat these general types of claims as covered by the term "to protect the treated article or substance itself" because mitigation of these non-public health related organisms can contribute to the protection of the appearance and maintenance of the intended useful life of the treated article or substance. Because during this period, there has also been widespread misinterpretation of EPA's guidance, the Agency has developed a representative set of statements designed to clarify its position in this area. Consequently, if they otherwise qualify for the exemption, properly labeled treated articles and substances bearing claims such as those described under Unit IV.B. continue to be eligible for the treated articles exemption.

### B. Product Names May Not Contain Public Health Claims

The Agency regards trademarked product names of treated articles or substances [or references to trademarked names of registered pesticides] as potential sources of public health claims that could render a product ineligible for the "treated articles exemption" just as could other direct or indirect public health claims on or in a product's packaging or in its labeling or advertising literature. The Agency has maintained this position in enforcement actions against pesticide-treated articles, such as pesticide-treated cutting boards and other items, which bore names suggesting health or other benefits beyond mere preservation of the treated article itself. In determining the eligibility of a treated article or substance for the exemption, the Agency will examine the product name, its context, labeling claims and other related elements on a case-by-case basis

## IV. TREATED ARTICLE LABELING CLAIMS

Products treated with antimicrobial pesticides with claims such as those described in Section A below are likely to not be acceptable under the "treated articles exemption" because they imply or express protection that extends beyond the treated article or substance itself. Products treated with antimicrobial pesticides registered for such use and which only bear claims for protection of the article or substance itself such as those described in Section B below are likely to be acceptable and eligible for the "treated articles exemption", assuming all other conditions have been met. Section C below contains examples of appropriate qualifying and prominence statements which have been extracted from multiple enforcement proceedings dealing with claims that can be made for treated articles without obtaining registration.

### A. Examples of Labeling Claims That the Agency is Likely to Consider Unacceptable Under the Exemption

The following examples are not intended to be an all-inclusive listing of unacceptable treated article labeling claims.  If persons are not sure whether their antimicrobial pesticides are covered by the provisions of this section, the Agency encourages them to request a written opinion from the Antimicrobials Division at one of the addresses listed under Unit VII.

These examples represent claims or types of claims for a treated article that would lead to a requirement to register the article as a pesticide product.

o  Antibacterial

o  Bactericidal

o  Germicidal

o  Kills pathogenic bacteria.

o  Effective against E. coli and Staphylococcus.

o  Reduces the risk of food-borne illness from bacteria.

o  Provides a germ-resistant surface.

o  Provides a bacteria-resistant surface.

o  Surface kills common gram positive and negative bacteria.

o  Surface controls both gram positive and negative bacteria.

o  Surface minimizes the growth of both gram positive and negative bacteria.

o  Reduces risk of cross-contamination from bacteria.

o  Controls allergy causing microorganisms.

o  Improves indoor air quality through the reduction of microorganisms.

**B.   Examples of Labeling Claims the Agency is Likely to Consider Acceptable Under the Exemption**

The following examples are not intended to be an all-inclusive listing of acceptable treated article labeling claims.  If persons are not sure whether their antimicrobial pesticides are covered by the provisions of this section, the Agency encourages them to request a written opinion from the

Antimicrobials Division at one of the addresses listed under Unit VII.

1. Mold and Mildew Resistant Claims

o  This article has been treated with a fungistatic agent to protect the product from fungal growth.

o  Mildew Resistant - treated with a fungistatic agent to protect the paint itself from the growth   of mildew.

o  Mildew Resistant - This paint contains a preservative which inhibits the growth of mildew on       the surface of this paint film.

o  Mildew Resistant - Extends useful life of article by controlling deterioration caused by mildew.

o  Algae Resistant - This article contains a preservative to prevent discoloration by algae.

o  A fungistatic agent has been incorporated into the article to make it resistant to stain caused by mildew.

o  Article treated to resist deterioration by mold fungus.

o  Article treated to resist deterioration from mildew.

o  The fungistatic agent in this article makes it especially useful for resisting deterioration caused by mildew.

o  Dry coating of this paint mildew resistant.

o  Dried paint film resists mold fungus.

o  Dry enamel coating resists discoloration from mildew.

o  Cured sealant is mildew resistant.

o  Dried film resists stains by mold.

o  A mold or mildew resisting component has been incorporated in this article to make its dry film mildew resistant.

o  Specially formulated to resist mildew growth on the paint film.

o  Gives mildew-resistant coating.

o  The mildew resistance of this outside house paint film makes it especially useful in high humidity areas.

o  Retards paint film spoilage.

o  Resists film attack by mildew.

     2.  <u>Odor Resistant Claims</u>

o  This product contains an antimicrobial agent to control odors.

o  This product contains an antimicrobial agent to prevent microorganisms from degrading the product.

o  Resists Odors - This product has been treated to resist bacterial odors.

o  Inhibits the growth of bacterial odors.

o  Resists microbial odor development.

o  Retards the growth and action of bacterial odors.

o  Guards against the growth of odors from microbial causes.

o  Guards against degradation from microorganisms.

o  Reduces odors from microorganisms.

o  Odor-resistant.

o  Acts to mitigate the development of odors.

    **C.  Antimicrobial Qualifying and Prominence Considerations**

    EPA does not believe that claims such as "antimicrobial," "fungistatic," "mildew-resistant," and "preservative" or related terms are consistent with the intent of 40 CFR 152.25(a) if they are:  (1) part of the name of the product; or (2) not properly qualified as to their intended non-public health use. Examples of ***permissible*** statements would include, but not be limited to: "Antimicrobial properties built in to protect the product" and "Provides mildew-resistant dried paint coating."  All references to the pesticidal properties and the required qualifying statements should be located together, should be printed in type of the same size, style, and color, and should be given equal prominence.  Moreover, such references should not be given any greater prominence than any other described product feature.

In addition, treated articles or substances intended for microbial odor control or article preservation in areas where food-borne or disease-causing organisms may be present have the potential to create the impression that the article provides protection against food-borne and disease-causing bacteria.  This potential should be addressed through very careful narrowing and qualification of the non-public health claims.  A complete assurance that there is no misleading impression could be achieved through use of language like:  "This product does not protect users or others against food-borne (or disease-causing) bacteria.  Always clean this product thoroughly after each use." or " This product does not protect users or others against bacteria, viruses, germs or other disease organisms.  Always clean this product thoroughly after each use."

## V.    ADDITIONAL INFORMATION

### A.  Registration of Treated Articles Making Public Health Claims

Treated articles or substances with implied or explicit public health claims or which otherwise fail to qualify for exemption are pesticide products subject to all requirements of FIFRA.  They may not be legally sold or distributed unless they are registered with EPA or unless such claims have been removed and the article otherwise qualifies for exemption.  To obtain a registration, an applicant must submit acceptable data supporting all the proposed claims under which the product will be marketed and meet all other applicable registration requirements.  Refer to 40 CFR Parts 152, 156, and 158.

The Agency currently has no established  protocols for the development of data to support public health claims on treated articles for which registration is sought.  Acceptable protocols for product testing reflecting actual use conditions need to be submitted and approved by EPA prior to the development of these data.  As part of this review process, the Agency will require that these protocols be independently validated for accuracy and reproducibility.  Antimicrobial treated articles requiring registration must meet the same efficacy performance standards that are required for corresponding antimicrobial public health products.  For any questions regarding the need for registration or the registration requirements for specific treated articles or substances, contact the Antimicrobials Division at the address listed under Unit VII.

### B.  The Term "Registered for Such Use"

In order to qualify for the treated articles exemption, 40 CFR 152.25(a) specifies that an article or substance must be treated with, or contain, a pesticide to protect the treated article or substance itself.  The terms "treated with, or containing, a pesticide" and "if the pesticide is registered for such use" in 40 CFR 152.25(a) refer to actual incorporation or adding of an antimicrobial pesticide specifically registered for that use.  To qualify under the "treated articles exemption" (assuming the article or substance otherwise qualifies), it is not sufficient that the antimicrobial pesticidal substance in the treated article merely resemble or have activity like a registered pesticide.  The antimicrobial pesticide in the treated article or substance must be present in the article or substance solely as the result of

incorporating an antimicrobial pesticide which is registered for treating the specific article or substance.

Because of the wide range of exposure scenarios associated with the use of treated articles such as cutting boards and conveyor belts used in the food processing industry, and the wide range of household consumer uses, the Agency has interpreted 40 CFR 152.25(a) to mean that the registration and the labeling of the antimicrobial pesticide intended for incorporation into the treated article or substance needs to include specific listings of the articles or substances that may be treated. Accordingly, in registration actions over the past several years, EPA has not permitted broad general use patterns, such as the preservation of hard surfaces, plastics, adhesives or coatings for the registered pesticide. Instead, it has required that specific listings such as toys, kitchen accessories and clothing articles be reflected in the product registration and labeling as a prerequisite for incorporation of the pesticide into an article or substance under 40 CFR 152.25(a).

## VI.     EFFECTIVE DATE AND PROCEDURES

In order to remain in compliance with FIFRA and avoid regulatory or enforcement consequences as described here and below, it is the Agency's position that producers, distributors, and any other person selling or distributing pesticide treated articles and substances not in compliance with the Agency's interpretation of 40 CFR 152.25(a), as clarified by this notice, need to bring their products, labeling and packaging, any collateral literature, advertisements or statements made or distributed in association with the marketing *(sale or distribution)* of the treated article or substance into full compliance with the regulation as clarified by this notice as soon as possible.

Because some of the elements of this interpretation may not have been well understood by the regulated community, the Agency expects that some companies may need up to a year in order to comply with those elements that have been clarified by this notice. Therefore, for the present, the Agency is following the approach set forth in the April 17, 1998 **Federal Register** (63 FR 19256). Although non-public health claims for microbial odor control and mold and mildew claims associated with deterioration, discoloration, and staining were not specifically mentioned in the April 17, 1998 **Federal Register**, such claims are also consistent with the enforcement approach set forth in that notice, as well as with this guidance, provided that they are properly, and very clearly, qualified as to their non-public health use. The Agency will begin to rely on the guidance provided in this Notice on February 11, 2001. Products in commerce after that date *which make statements, etc. that do not reflect the clarification offered in this notice* would risk being considered out of compliance with 40 CFR 152.25(a).

## VII.     ADDRESSES

By mail:
Antimicrobials Division (7510C)
U. S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, D. C. 20460-0001

<u>By courier:</u>
Antimicrobials Division (7510C)
U. S. Environmental Protection Agency
Room 300, Crystal Mall 2
1921 Jefferson Davis Highway
Arlington, VA 22202-4501

## VIII.   FOR FURTHER INFORMATION CONTACT

If you have questions about the content of this notice, you should contact Debra Edwards at (703) 308-7891.

/signed/

Marcia E. Mulkey, Director
Office of Pesticide Programs

February 23, 2023

## Pesticide Registration Notice (PR Notice) 2023-01

**NOTICE TO MANUFACTURERS, FORMULATORS, PRODUCERS, REGISTRANTS AND APPLICATORS OF PESTICIDE PRODUCTS**

**ATTENTION:** Persons Responsible for Public Health Programs and Those Responsible for Registration of Pesticide Products

**SUBJECT:** Lists of Pests of Significant Public Health Importance – Revised 2023

This notice updates and replaces PR Notice 2002-1, which identifies pests of significant public health importance. Section 28(d) of the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) requires the United States Environmental Protection Agency (EPA), in coordination with the United States Department of Health and Human Services (HHS) and United States Department of Agriculture (USDA), to identify pests of significant public health importance and to develop and implement programs to improve and facilitate the safe and necessary use of chemical, biological and other methods to combat and control such pests of public health importance.

The lists were first published in 2002, fulfilling the requirement of FIFRA section to identify pests of significant public health importance. EPA, HHS and USDA believe that pests, diseases, and control techniques have changed since 2002. The lists provide an interagency baseline for the federal government and the public to begin any discussions on government regulation and control of disease or vectors of disease agents. EPA makes this information available, in part, to establish a platform for stakeholders, such as public health departments or pesticide registrants to prioritize their workloads and resource allocations. The Office of Pesticide Programs, EPA, coordinated the review by experts in public health and/or pesticide use patterns to compile these lists. No person is required to take any action in response to this notice.

The publication of these lists do not affect the regulatory status of any pesticide registration, pesticide registration exemption under FIFRA section 25(b), pesticide device, or application for registration of any pesticide product or device. These lists do not, by itself, determine whether a pesticide product might be considered a "public health pesticide" as that term is used in FIFRA. That term is defined in FIFRA section 2(nn); determining whether any specific pesticide is a public health pesticide is beyond the scope of this PR Notice.

The Agency has determined that the lists of pests of significant public health importance required under FIFRA section 28(d) can be established independently of the definition of "public health pesticide" in section 2(nn). EPA is interpreting the term "significant public health importance" broadly, to include pests that pose a widely recognized risk to considerable numbers of people.

## I.  BACKGROUND

FIFRA section 28(d) charges EPA with identifying "pests of significant public health importance." FIFRA section 2(t) defines the term "pest" as meaning:

Page **1**

(1) any insect, rodent, nematode, fungus, weed, or (2) any other form of terrestrial or aquatic plant or animal life or virus, bacteria, or other micro-organism (except viruses, bacteria, or other micro-organism on or in living man or other living animals) which the Administrator declares to be a pest under section 25(c)(1).

Pursuant to the authorization in the second part of this definition, EPA has broadly declared that the term pest includes all members of each of the categories of organisms identified in FIFRA section 2(t) in circumstances where they are deleterious to man or the environment, except for the organisms specifically excluded by the definition (See 40 CFR 152.5).

## II.    THE LISTS

EPA has determined that the pests identified in the Appendix are pests of significant public health importance as that term is used in FIFRA section 28(d). Although these lists are derived in large part from review of the pesticide/pest combinations for which efficacy (product performance) data are generally required to be submitted and reviewed prior to registration; in no way should this be interpreted to mean that EPA has or would base any regulatory action solely on these lists. EPA is publishing these lists separate from any statutory or regulatory conclusions which may be associated with public health pesticides. Additionally, these lists do not account for unanticipated nomenclature changes and/or novel pests. A brief description of the pests and their potential impact on the public's health each is provided below:

Arthropods. The listed arthropods may cause asthma or trigger allergies, contaminate food, irritate skin, cause direct injury, or carry agents causing diseases such as Lyme disease, epidemic typhus, trench fever, epidemic relapsing fever, malaria, encephalitis (St. Louis, Eastern, Western, West Nile and LaCrosse), yellow fever, dengue fever and many others.

Vertebrates. The listed organisms have the potential for direct human injury and can act as disease reservoirs for rabies and other diseases. The rats and mice include those that spread rodent-borne diseases and contaminate food for human consumption.

Microorganisms and acellular particles.  This category includes listed bacteria, fungi, protozoans, viruses, virusoids, and prions. The microorganisms and acellular particles listed in this category cause diseases such as COVID-19, cholera, meningitis, Legionnaire's Disease and many others.

As with the original 2002 lists (PR Notice 2002-1)[1], these lists identify the pests that EPA, HHS and USDA currently consider to be of significant public health importance. As deemed necessary, the Agency will update the lists of pests of significant public health importance. Also, EPA notes that the listings in the "Public Health Importance/Possible Clinical Significance" column are not exhaustive and can vary in their presence and severity (up to and including death) based on a variety of situation specific factors.

---

[1] https://www.epa.gov/sites/production/files/2014-04/documents/pr2002-1.pdf

Interested parties are invited to petition the Agency regarding the amendment of these lists. This petition should include the common use name and scientific name of the pest, and a rationale regarding the public health threat posed by this pest. These petitions can be sent to the contact under **Part V. For Additional Information**.

## III.  USE OF THE LISTS OF PESTS OF SIGNIFICANT PUBLIC HEALTH IMPORTANCE BY THE AGENCY

The Agency will use the lists of pests of significant public health importance to:

1. Fulfill the requirements set forth in FIFRA section 28(d)

2. Together with other federal agencies, develop and implement programs to improve and facilitate the safe and necessary use of chemical, biological and other methods to control pests of public health importance

3. To identify pests that might warrant additional scrutiny and analyses of benefits before changing, restricting or eliminating a use to control a pest of public health significance

## IV.  WHAT REGISTRANTS SHOULD DO

Registrants do not need to do anything in response to this notice.

## V.  FOR ADDITIONAL INFORMATION

If you have questions regarding this PR Notice, please contact one of the following individuals:

Name: Susan Jennings
phone: (706) 355-8574
e-mail: jennings.susan@epa.gov

You may also mail a written inquiry to EPA using the following address:

U.S. Environmental Protection Agency
Office of Pesticide Programs (Mailcode 7505M)
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

## VI.  Signature

This PR Notice is digitally signed today, February 23, 2023.

MICHAEL
GOODIS

Digitally signed by MICHAEL
GOODIS
Date: 2023.02.23 14:25:50 -05'00'

**Michael Goodis,**
Acting Director, Office of Pesticide Programs.

**Appendix**

# Appendix to PR Notice 2023-01 (02/23/2023)

Arthropod Pests.................................................................................................................... 2

Vertebrate Pests ................................................................................................................ 7

Microorganisms ................................................................................................................ 11

PR Notice 2023-01; Appendix

| Arthropod Pests | | |
|---|---|---|
| **Pest** | **Scientific Name** | **Public Health Importance/ Possible Clinical Significance** |
| **ARACHNIDS** | | |
| **Ixodida** | | |
| Soft Ticks | Argasidae | |
| Relapsing fever ticks (and allied species) | *Ornithodoros turicata* | Tick-borne relapsing fever |
| | *Ornithodoros hermsi* | |
| | *Ornithodoros parkeri* | |
| Hard Ticks | Ixodidae | |
| American dog tick | *Dermacentor variabilis* | Rocky Mountain spotted fever, Tularemia, tick paralysis, |
| Rocky Mountain wood tick | *Dermacentor andersoni* | Colorado tick fever, Rocky Mountain spotted fever, Tularemia, tick paralysis, |
| Pacific Coast tick | *Dermacentor occidentalis* | Pacific Coast tick fever |
| Western blacklegged tick | *Ixodes pacificus* | Anaplasmosis, *Borrelia miyamotoi* disease, Lyme disease |
| Blacklegged tick (deer tick) | *Ixodes scapularis* | Anaplasmosis, *Borrelia miyamotoi* disease, Lyme disease, Babesiosis, Powassan encephalitis |
| Brown dog tick | *Rhipicephalus sanguineus* | Rocky Mountain spotted fever |
| Lone star tick | *Amblyomma americanum* | Ehrlichiosis, Bourbon virus disease, Heartland virus disease, Alpha-gal syndrome (red meat allergy) |
| Gulf Coast tick | *Amblyomma maculatum* | *Rickettsia parkeri* rickettsiosis |
| **Trombidiformes** | | |
| Chigger mites | Trombiculidae | |
| Common chiggers | *Eutrombicula* spp. | Dermatitis with risk of secondary infection |
| Follicle mites | Demodicidae | |
| Dog follicle mite | *Demodex canis* | Scabies |
| Human follicle mites | *Demodex brevis* | Roseacea, Demodicosis, Demodicidosis, eye infections |
| | *Demodex folliculorum* | |
| **Sarcoptiformes** | | |
| Dust Mites | Pyroglyphidae | |
| American house dust mite | *Dermatophagoides farina* | Allergic reaction, Asthma |
| European house dust mite | *Chorioptes pteronyssinus* | |
| Itch Mites | Sarcopidae | |
| Scabies mite | *Sarcoptes scabiei* | Scabies |

| Arthropod Pests | | |
|---|---|---|
| **Pest** | **Scientific Name** | **Public Health Importance/ Possible Clinical Significance** |
| **Araneae** | | |
| Spiders | | |
| Widow spiders, including: Southern black widow Northern black widow Western black widow Brown widow | *Latrodectus mactans* *Latrodectus variolus* *Latrodectus hesperus* *Latrodectus geometricus* | Venomous bite |
| Recluse spiders, including: Brown recluse | *Loxosceles reclusa* | |
| **Scorpiones** | | |
| Scorpions | | |
| Bark scorpions | *Centruroides sculpturatus* *Centruroides exilicauda* *Centruroides vittatus* | Venomous sting |
| **Chilopoda** | | |
| Centipedes | | |
| House centipede | *Scutigera coleoptrata* | |
| Florida blue centipede | *Hemiscolopendra marginata* | Venomous bite |
| Scolopendra centipedes | *Scolopendra* spp. | |
| **INSECTS** | | |
| **Blattodea** | | |
| Cockroaches | | |
| American cockroach | *Periplaneta americana* | |
| Australian cockroach | *Periplaneta australasiae* | |
| Brown cockroach | *Periplaneta brunnea* | Allergic reaction, asthma, Salmonellosis, *E. coli* infection, hepatitis |
| Smokybrown cockroach | *Periplaneta fuliginosa* | |
| Brownbanded cockroach | *Supella longipalpa* | |
| German cockroach | *Blattella germanica* | |
| Oriental cockroach | *Blatta orientalis* | |
| **Anoplura** | | |
| Sucking lice | | |
| Body louse (cootie) | *Pediculus humanus humanus* | Epidemic typhus, epidemic relapsing fever, Trench fever, dermatitis with risk of secondary infection |
| Head louse | *Pediculus humanus capitis* | |
| Crab louse (crabs) | *Phthirus pubis* | |

| Arthropod Pests | | |
|---|---|---|
| **Pest** | **Scientific Name** | **Public Health Importance/ Possible Clinical Significance** |
| **Heteroptera** | | |
| True bugs | | |
| Bed bug | *Cimex lectularis* | Bites, allergic reactions |
| Tropical bed bug | *Cimex hemipterus* | |
| Masked hunter | *Reduvius personatus* | Chagas disease, allergic reactions |
| Large kissing bug | *Triatoma rubrofasciata* | Chagas disease, allergic reactions |
| Bloodsucking conenose | *Triatoma sanguisuga* | |
| Western bloodsucking conenose | *Triatoma protracta* | |
| **Diptera** | | |
| Horse & Deer Flies | | |
| Horse flies | *Tabanus spp.* | Painful Bite, allergic reactions, mechanical transmission of anthrax |
| Deer flies | *Chrysops* spp. | Painful Bite, allergic reactions, Tularemia |
| Calyptrate Flies | | |
| House fly | *Musca domestica* | Salmonellosis, Shigella, dysentery, myiasis, allergic reactions |
| Stable fly | *Stomoxys calcitrans* | |
| Little house fly | *Fannia canicularis* | |
| Horse bot fly | *Gasterophilus intestinalis* | Ocular myiasis, cutaneous myiasis |
| Nose bot fly | *Gasterophilus haemorrhoidalis* | |
| Torsalo (human bot fly) | *Dermatobia hominus* | |
| Sheep ked | *Melophagus ovinus* | Myiasis |
| Flesh flies | Sarcophagidae, including *Sarcophaga* and *Wohlfahrtia* spp. | Myiasis, mechanical vector of pathogens |
| Blow flies | Calliphoridae, including *Phaenicia* and *Calliphora* spp. | Myiasis, mechanical vector of pathogens |
| Screwworm | *Cochliomyia hominivorax* | Myiasis |
| Secondary screwworm | *Cochliomyia macellaria* | |

## Arthropod Pests

| Pest | Scientific Name | Public Health Importance/ Possible Clinical Significance |
|------|-----------------|----------------------------------------------------------|
| **Biting Midges and Sand Flies** | | |
| "No-See-Ums" | *Culicoides* spp.*, Leptoconops* spp. | Dermatitis with risk of secondary infection, allergic reactions |
| Punkies | | |
| Biting midges | | |
| Sand flies | *Lutzomyia* spp.*, Phlebotomus* spp. | Dermatitis with risk of secondary infection, American dermal leishmaniasis |
| Black flies | Simuliidae; includes *Simulium* and *Prosimulium* spp. | River blindness, dermatitis with risk of secondary infection, painful bite, allergic reactions |
| Black gnats | | |
| **Mosquitoes** | Culicidae | |
| Mosquito species that vector disease | *Aedes* spp. *Culex* spp. *Culiseta* spp. *Ochlerotatus* spp. *Anopheles* spp. *Psorophora* spp. *Coquillettidia* spp. *Mansonia* spp. | Viral diseases, such as: West Nile, St. Louis encephalitis Eastern equine encephalitis, Western equine encephalitis, Venezuelan equine encephalitis, LaCrosse, Jamestown Canyon, Cache Valley virus disease, Dengue fever, Yellow fever, Malaria, Zika, Chikungunya, Japanese encephalitis (note: not all diseases are vectored by every genera) |
| **Siphonaptera** | | |
| **Fleas** | | |
| Cat flea | *Ctenocephalides felis* | Bartonella, Murine typhus, tapeworm infection, dermatitis with a risk of secondary infection, allergic reactions, painful bite |
| Dog flea | *Ctenocephalides canis* | |
| Human flea | *Pulex irritans* | Dermatitis with risk of secondary infection, allergic reactions, painful bite |
| Sticktight flea | *Echidnophaga gallinacea* | Bubonic plague, Murine plague (endemic typhus), Dermatitis with risk of secondary infection, allergic reactions, painful bite |
| Oriental rat flea | *Xenopsylla cheopis* | |
| Chigoe | *Tunga penetrans* | |
| Other fleas | *Oropsylla* spp. *Thrassis* spp. *Ceratophyllus gallinae* | |

## Arthropod Pests

| Pest | Scientific Name | Public Health Importance/ Possible Clinical Significance |
|---|---|---|
| **Hymenoptera** | | |
| Stinging Wasps, Bees, & Ants | | |
| Yellowjackets | *Vespula* spp. | Painful stings, allergic reactions |
| European hornet | *Vespa crabro* | |
| Bald-faced hornet | *Dolichovespula maculata* | |
| Paper wasps | *Polistes* spp. | |
| Thread-waisted wasps (including mud daubers) | Sphecidae: Various species | |
| Ants | Formicidae | |
| Pharaoh ant | *Monomorium pharaonis* | Feed on wounds |
| Fire ants, including: Southern fire ant Tropical fire ant Red imported fire ant Black imported fire ant European fire ant | *Solenopsis* spp. *Solenopsis xyloni* *Solenopsis geminata* *Solenopsis invicta, Solenopsis richteri Myrmica rubra* | Painful stings, allergic reactions |
| Harvester ants | *Pogonomyrmex* spp. | Painful stings, allergic reactions |
| Bees | Apidae | |
| Africanized honey bee | *Apis mellifera scutellata* | Painful stings, allergic reactions |

| Vertebrate Pests | | |
|---|---|---|
| **Pest** | **Scientific Name** | **Public Health Importance/ Possible Clinical Significance** |
| **Reptiles** | | |
| Rattlesnakes | *Crotalus* spp. | Direct injury, venomous bites |
| Copperhead and cottonmouth snakes | *Agkistrodon* spp. | |
| Coral snakes | *Micrurus* spp. | |
| Brown tree snake | *Boiga irregularis* | |
| **Fish** | | |
| Great white shark | *Carcharodon carcharias* | Direct Injury |
| Tiger shark | *Galeocerdo cuvier* | |
| Bull shark | *Carcharhinus leucas* | |
| Asian carps | *Cyprinus* spp. *Ctenopharyngodon* spp. *Hypophthalmichthys* spp. | |
| **Birds** | | |
| Geese | Subfamily Anserinae | Histoplasmosis, cryptococcosis, psittacosis, avian influenza, direct injury, bird strike at airports |
| Mute swan | *Cygus olor* | |
| Gulls | Subfamily Larinae | |
| Coot | *Fulica americana* | |
| Rock dove (domestic pigeon) | *Columba livia* | |
| Cliff swallow | *Petrochelidon pyrrhonota* | |
| Barn swallow | *Hirundo rustica* | |
| House (English) sparrow | *Passer domesticus* | |
| American crow | *Corvus brachyrhynchos* | |
| Fish crow | *Corvus ossifragus* | |
| European starling | *Sturnus vulgaris* | |
| House finch | *Cardodacus purpureus* | |
| Blackbirds | Family Icteridae | |
| Common raven | *Corvus corax* | |
| Chihuahuan raven | *Corvus cryptoleucus* | |
| Black vulture | *Cathartes aura* | |
| Turkey vulture | *Coragyps atratus* | |

| Vertebrate Pests | | |
|---|---|---|
| **Pest** | **Scientific Name** | **Public Health Importance/ Possible Clinical Significance** |
| **Mammals** | | |
| Bats | | |
| Big brown bat | *Eptesicus fuscus* | Rabies, histoplasmosis, salmonellosis, yersiniosis, Nipah virus, Ebola virus, SARS coronavirus |
| Little brown bat | *Myotis lucifugus* | |
| Brazilian (Mexican) free-tailed bat | *Tadarida brasiliensis* | |
| Big eared bat | *Corynorhinus townsendii* | |
| Common vampire bat | *Desmodus rotundus* | |
| Mice | | |
| House mouse | *Mus musculus* | Hantavirus, salmonellosis, tularemia, leptospirosis, lymphocytic chorio-meningitis, rat bite fever, other diseases, allergy and asthma triggers from urine/hair/dander |
| Deer mouse | *Peromyscus maniculatus* | |
| Cotton mouse | *Peromyscus gossypinus* | |
| White-footed mouse (White-footed deer mouse) | *Peromyscus leucopus* | |
| Eastern harvest mouse | *Reithrodontomys humuli* | |
| Golden mouse | *Ochrotomys nuttalli* | |
| Rats | | |
| Norway rat | *Rattus norvegicus* | Leptospirosis, plague, rat bite fever, salmonellosis, tularemia, lymphocytic chorio-meningitis, direct injury, allergy and asthma triggers from urine/hair/dander |
| Roof rat | *Rattus rattus* | |
| Polynesian rat | *Rattus exulans* | |
| Cotton rats | *Sigmodon* spp. | |
| Mexican woodrat | *Neotoma mexicana* | |
| Southern plains woodrat | *Neotoma micropus* | |
| White-throated woodrat | *Neotoma albigula* | |

| Vertebrate Pests | | |
|---|---|---|
| **Pest** | **Scientific Name** | **Public Health Importance/ Possible Clinical Significance** |
| Squirrels | | |
| Flying squirrels | *Glaucomys* spp. | Sylvatic typhus, leptospirosis |
| Ground squirrels and prairie dogs | *Urocitellus* spp., *Spermophilus* spp., *Ictidomys* spp., *Poliocitellus* spp., *Cynomys* spp., *Xerospermophilus* spp., *Callospermophilus* spp., *Otospermopjilus* spp., *Ammospermophilus* spp. | Plague, tularemia |
| Tree squirrels and chipmunks | *Sciurus* spp., *Tamias* spp., *Eutamias* spp., *Tamiasciurus* spp. | Leptospirosis, salmonellosis, tularemia, rabies, direct injury |
| Woodchuck | *Marmota monax* | |
| Yellow-bellied marmot | *Marmota flaviventris* | |
| **Other Mammals** | | |
| Bears | Family Ursidae | Toxoplasmosis, brucellosis, trichinellosis, direct injury |
| Coyote | *Canis latrans* | Rabies, canine distemper virus, leptospirosis, direct injury |
| Arctic fox | *Alopex lagopus* | |
| Gray fox | *Urocyon cinereoargenteus* | |
| Red fox | *Vulpes vulpes* | |
| Gray wolf | *Canis lupus* | |
| Wild (feral) dog | *Canis lupus familiaris* | |
| Wild (feral) cat | *Felis catus* | Toxoplasmosis, rabies, direct injury |
| Wild (feral) horse | *Equus caballus* | Rabies, leptospirosis, salmonellosis, campylobacterosis, cryptosporidiosis, direct injury |
| Wild (feral) swine Javelina (collared peccary) | *Sus scrofa* *Dicotyles tajacu* | Leptospirosis, brucellosis, *E. coli* infection, salmonellosis, toxoplasmosis, rabies, swine influenza viruses, trichinosis, giardiasis, cryptosporidiosis, direct injury |
| Deer and elk | Family Cervidae | Leptospirosis, salmonellosis, chlamydiosis, campylobacterosis, cryptosporidiosis, giardiasis, direct injury |
| American bison | *Bison bison* | Brucellosis, direct injury |
| Mongooses | Family Herpestidae | Leptospirosis, direct injury |

PR Notice 2023-01; Appendix

| Vertebrate Pests | | |
|---|---|---|
| **Pest** | **Scientific Name** | **Public Health Importance/ Possible Clinical Significance** |
| **Other Mammals (continued)** | | |
| Mountain lion (cougar) | *Puma concolor* | Toxoplasmosis, plague, rabies, direct injury |
| Nutria | *Myocastor coypus* | Tuberculosis, septicemia, rabies, leptospirosis |
| Porcupine | *Erethizon dorsatum* | Rabies, tularemia, direct injury |
| North American beaver | *Castor canadensis* | Giardiasis, leptospirosis, hantavirus, direct injury, waterway impoundment that can lead to life-threatening flooding |
| Badger | *Taxidea taxus* | Rabies, direct injury |
| Muskrat | *Ondatra zibethicus* | Leptospirosis, tularemia |
| Striped skunk | *Mephitis mephitis* | Leptospirosis, tularemia, direct injury |
| Spotted skunk | *Spilogale putorius* | |
| Raccoon | *Procyon lotor* | |
| Rabbits | Family Leporidae | Cryptosporidoisis, tularemia, rabbit hemorrhagic fever |
| Virginia opossum | *Didelphis virginiana* | Leptospirosis, tularemia, direct injury |
| Nine-banded armadillo | *Dasypus novemcinctus* | Leprosy, Chagas disease |

| Microorganisms | |
|---|---|
| **Taxonomic Name (Organism or Particle Type)** | **Public Health Importance (Possible Clinical Significance)** |
| **Bacteria** | |
| Spirochetes | |
| *Borrelia* spp. | Lyme disease, *Borrelia miyamotoi* disease, tick-borne relapsing fever |
| *Leptospira* spp. | Leptospirosis |
| *Treponema* spp. | Syphilis, yaws, pinta |
| Gram-Negative Bacteria – aerobic rods and cocci | |
| *Campylobacter* spp. | Enteritis, abscesses, |
| *Pseudomonas* spp. | Septicemia, abscesses, respiratory and urinary infections, bacteremia |
| *Stenotrophomonas* spp. | Respiratory infections, urinary tract infections |
| *Burkholderia* spp. | Endocarditis, septicemia, wound infections |
| *Legionella* spp. | Legionnaires' Disease, pneumonia |
| *Neisseria* spp. | Meningitis, gonorrhea, urinary tract infections |
| *Elizabethkingia* spp. *(Chryseobacterium - Flavobacteria* spp.*)* | Nosocomial infection, meningitis, septicemia |
| *Bordetella* spp. | Whooping cough |
| *Brucella* spp. | Brucellosis, undulant fever |
| *Moraxella* spp. | Conjunctivitis |
| *Acinetobacter* spp. | Nosocomial infections |
| *Aeromonas* spp. | Gastroenteritis, wound, septicemia |
| *Haemophilus* spp. | Bronchitis, sinusitis, otitis, septicemia, venereal disease |
| *Chromobacterium* spp. | Pyogenic infections, septicemia |
| Gram-Negative Bacteria –facultatively anaerobic rods | |
| *Vibrio* spp. | Cholera, gastroenteritis, septicemia, ear infections |
| *Plesiomonas* spp. | Gastroenteritis |
| *Pasteurella* spp. | Meningitis, arthritis, otitis, septicemia, sinusitis, encephalitis |
| *Actinobacillus* spp. | Pneumonia, bronchitis, septicemia, sinusitis |
| *Bacteroide* spp. | Diarrhea, intra-abdominal abscesses, peritoneal infections, inflammatory bowel disease, anaerobic bacteremia, colon cancer |
| *Cardiobacterium* spp. | Endocarditis |
| *Gardnerella* spp. | Vaginitis |
| *Eikenella* spp. | Sinusitis, pulmonary infections, arthritis, endocarditis, pancreatic abscesses |

| Microorganisms | |
|---|---|
| **Taxonomic Name (Organism or Particle Type)** | **Public Health Importance (Possible Clinical Significance)** |
| Enteric Bacteria | |
| *Escherichia* spp. | Urinary tract infections, septicemia, diarrhea, hemorrhagic colitis |
| *Shigella* spp. | Dysentery, diarrhea |
| *Salmonella* spp. | Gastroenteritis, septicemia, bacteremia, arthritis, typhoid fever, enterocolitis, gallbladder infection |
| *Citrobacter* spp. | Opportunistic infections, neonatal meningitis |
| *Klebsiella* spp. | Pneumoniae, infant diarrhea and urinary tract infection |
| *Enterobacter* spp./Other related species | Wound infection, nosocomial infections, urinary tract infections, gastroenteritis |
| *Hafnia* spp. | Opportunistic infections |
| *Proteus* spp. | Urinary tract infections, infant diarrhea, respiratory infections |
| *Serratia* spp. | Cystitis, bloodstream and central nervous system infections |
| *Providencia* spp. | Nosocomial infections, urinary tract infections, burn wound infections |
| *Morganella* spp. | Bacteremia, respiratory/urinary tract infections, wound infections |
| *Yersinia* spp. | Gastroenteritis, wound infections, septicemia |
| Gram-Negative, Anaerobic, Straight, Curved, and Helical Rods | |
| *Bacterioides* spp. | Periodontal disease, bacteremia |
| *Fusobacterium* spp. | Abscesses |
| **Rickettsia and Chlamydia – obligate, intracellular parasites** | |
| Rickettsia—Rod-shaped bacteria or Coccobacilli, Gram-Negative, Non-motile, Most transmitted by arthropods | |
| *Rickettsia* spp. | Rickettsialpox, Rocky Mountain spotted fever, *Rickettsia parkeri* rickettsiosis, Pacific Coast tick fever |
| *Anaplasma* spp. | Anaplasmosis |
| *Ehrlichia* spp. | Ehrlichiosis |
| *Coxiella* spp. | Q fever |
| Chlamydia –coccoid bacteria, Gram-negative, non-motile | |
| *Chlamydia* spp. | Trachoma (blindness), nongonococcal urethritis, lymphoma venereum, pneumonia |
| *Mycoplasma* spp. | Pneumonia, urogenital tract infections |
| *Ureaplasma* spp. | Urogenital tract infections |

## Microorganisms

| Taxonomic Name (Organism or Particle Type) | Public Health Importance (Possible Clinical Significance) |
|---|---|
| **Gram-Positive Cocci** | |
| *Staphylococcus* spp. | Cellulitis, boils, carbuncles, impetigo, toxic shock syndrome, bacteremia, endocarditis, meningitis, pneumonia, osteomyelitis |
| Coagulase-negative *Staphylococcus* spp. | Bacteremia, endocarditis, peritonitis, genitourinary tract infections |
| Group A *Streptococci* spp. | Pharyngitis, tonsillitis, sinusitis, arthritis, rheumatic fever, scarlet fever, impetigo |
| Group B *Streptococci* spp. | Neonatal disease, pneumonia, septicemia, meningitis, endocarditis |
| Group C *Streptococci* spp. | Pneumonia, pharyngitis, endocarditis, meningitis |
| *Enterococcus* spp. | Wound infections, bacteremia, endocarditis, meningitis |
| Additional *Streptococci* spp. | Pneumonia, otitis media, bacteremia, meningitis |
| **Endospore-forming Gram-positive rods and cocci** | |
| *Bacillus* spp. | Anthrax, gastroenteritis |
| *Clostridioides* spp. | Pseudomembranous colitis |
| *Clostridium* spp. | Tetanus, botulism, gangrene |
| **Non-Endospore forming Gram-Positive Rods** | |
| *Listeria* spp. | Food poisoning, abscess, abortion, meningitis |
| *Erysipelothrix* spp. | Erysipeloid, arthritis, endocarditis |
| **Irregular, non-endospore forming, Gram-positive rods** | |
| *Corynebacterium* spp. | Diphtheria |
| *Actinomyces* spp. | Actinomyces-granulomatous, ocular infections, caries, periodontal disease, intrauterine infection |
| *Propionibacterium* spp. | Acne |
| *Mycobacterium* spp. | Tuberculosis, pulmonary disease, cutaneous abscesses, post-operative wound infections |
| **Actinomycetes—Irregular, non-endospore forming, Gram-positive** | |
| *Nocardia* spp. | Cutaneous/subcutaneous infections, nocardiosis, mycetoma |
| *Rhodococcus* spp. | Opportunist pathogens |
| *Streptomyces* spp. | Actinomycetoma |
| *Actinomadura* spp. | |

| Microorganisms | |
|---|---|
| **Taxonomic Name (Organism or Particle Type)** | **Public Health Importance (Possible Clinical Significance)** |
| **Fungi** | |
| *Rhizopus* spp. | Opportunistic infections--Mucormycosis |
| *Rhizomucor* spp. | |
| *Absidia* spp. | |
| *Mucor* spp. | |
| *Cunninghamella* spp. | |
| *Mortierella* spp. | |
| *Saksenaea* spp. | |
| *Apophysomyces* spp. | |
| *Penicillium* spp. | Pneumonia, endocarditis, urinary tract infections |
| *Candida* spp. | Candidiasis, thrush, iatrogenic infections, Genitourinary tract infections |
| *Fusarium* spp. | Disseminated skin lesions in patients with leukemia |
| *Pseudalleschericia* spp. | Local lesions in paranasal sinuses, disseminated in kidney, thyroid, brain, heart |
| *Cryptococcus* spp. | Meningitis |
| *Trichosporon* spp. | Trichosporonosis |
| *Epidermophyton* spp. | Tinea cruris, tinea pedis |
| *Malassezia* spp. | Tinea versicolor |
| *Exophiala* spp. | Tinea nigra palmaris |
| *Trichophyton* spp. | Athlete's foot, tinea pedis, tinea corporis, tinea pedis, tinea barbae, tinea cruris, tinea capitis, tinea favosa |
| *Microsporum* spp. | Tinea capitis |
| *Pneumocystis* spp. | Pneumonia |
| *Histoplasma* spp. | Histoplasmosis |
| *Coccidioides* spp. | Coccidioidomycosis |
| *Paracoccidioides* spp. | Paracoccidioidomycosis |
| *Blastomyces* spp. | Blastomycosis |
| *Sporothrix* spp. | Sporotrichosis |
| *Aspergillus* spp. | Aspergillosis, pneumonia, ear infections, food-borne intoxication (aflatoxin) |
| *Stachybotrys* spp. / *Memnoniella* spp. | Allergic reactions |
| **Protozoans** | |
| Amoebas | |
| *Entamoeba* spp. | Amoebic dysentery |
| *Naegleria* spp. | Meningoencephalitis |
| *Acanthamoeba* spp. | Keratitis, chronic granulomatous amoebic encephalitis |

| Microorganisms | |
|---|---|
| **Taxonomic Name (Organism or Particle Type)** | **Public Health Importance (Possible Clinical Significance)** |
| Flagellates | |
| *Giardia* spp. | Dysentery |
| *Trichomonas* spp. | Urethritis, vaginitis |
| Ciliates | |
| *Balantidium* spp. | Dysentery |
| Sporozoans | |
| *Babesia* spp. | Babesiosis |
| *Cryptosporidium* spp. | Diarrhea |
| *Cyclospora* spp. | Food poisoning |
| *Toxoplasma* spp. | Toxoplasmosis |
| *Isospora* spp. | Watery diarrhea, abdominal pain/cramping, vomiting, fever |
| **Viruses** | |
| Adenoviruses (Infectious canine hepatitis virus) | Bronchitis, pneumonia, diarrhea, conjunctivitis, fever, bladder inflammation |
| Alphaviruses (Eastern equine encephalitis virus, chikungunya virus) | Fever, headache, joint swelling, pain, seizures, neurocognitive symptoms |
| Papillomaviruses (HPV), | Cancers, papilloma, warts |
| Polyomaviruses (simian vacuolating virus, Simian Virus 40, BK virus) | Usually asymptomatic, hemorrhagic cystitis, |
| Herpesviruses (herpes simplex viruses, varicella-zoster virus, cytomegalovirus, Epstein-Barr virus) | Shingles, chicken pox, fever, sore throat, swollen glands, hepatitis |
| Parvoviruses (parvovirus B19, canine parvovirus) | Fifth disease, rash, rhinitis, headache, painful joints |
| Poxviruses (smallpox virus, cow pox virus, sheep pox virus, monkey pox, vaccinia virus, molluscum contagiosum) | Lesions, skin nodules, disseminated rash |
| Picornaviruses (poliovirus, rhinovirus, coxsackie virus, enterovirus, hepatovirus, cardiovirus) | Hand, foot, and mouth disease, viral meningitis, myocarditis, acute flaccid paralysis, inflammatory muscle disease, stomach pain, nausea |
| Reoviruses (rotavirus) | Acute necrotizing encephalopathy, vomiting, diarrhea, abdominal pain |
| Caliciviruses (norovirus) | Diarrhea, vomiting, stomach pain |
| Togoviruses (rubella virus, alphavirus) | German measles, rash, sore throat |
| Flaviviruses (dengue virus, hepatitis C virus, yellow fever virus, Zika virus, West Nile virus, Powassan virus, tick-borne encephalitis virus) | Fever, headache, neurological symptoms, nausea, vomiting, rash, aches, pains, bleeding from nose or gums |
| Orthomyxoviruses (influenza viruses, Thogotovirus) | Fever, child, cough, sore throat, rhinitis |

PR Notice 2023-01; Appendix

| Microorganisms | |
|---|---|
| **Taxonomic Name (Organism or Particle Type)** | **Public Health Importance (Possible Clinical Significance)** |
| **Viruses (continued)** | |
| Paramyxoviruses (measles virus, measles virus, respiratory syncytial virus (RSV), canine distemper virus) | High fever, coryza, conjunctivitis, coughing, wheezing, |
| Bunyaviruses (California encephalitis virus, hantavirus, Crimean-Congo hemorrhagic fever) | Fever, fatigue, muscle aches, vomiting, diarrhea, lethargy, shortness of breath |
| Rhabdoviruses (rabies virus) | Flu-like symptoms, weakness, fever, headache |
| Filoviruses (Ebola virus, Marburg virus) | Muscle pains, fatigue, diarrhea, unexplained bleeding or bruising |
| Coronaviruses (coronavirus, SARS-CoV, MERS-CoV) | Rhinitis, cough, sore throat, fever, fatigue, difficulty breathing |
| Astroviruses (astrovirus) | Vomiting, diarrhea |
| Retroviruses (HIV) | Night sweats, continual fevers, extreme fatigue, prolonged swelling of lymph glands, immune deficiency (i.e., AIDS) |
| Hepeviruses (Hepatitis E virus) | Nausea, jaundice, liver failure |
| Hepadnaviruses (Hepatitis B virus) | Fever, vomiting, nausea, dark urine, jaundice |
| Arenaviruses (Lymphocytic choriomeningitis virus (LCMV), Lujo Hemorrhagic Fever (LHF) virus, Sabia Virus, Lassa virus) | Meningitis, encephalitis, hydrocephalus, rash on face and trunk, respiratory distress, circulatory issues |
| **Prions** | |
| *TSEs (transmissible spongiform encephalopathies)* | Gerstmann-Straussler-Scheinker Syndrome, fatal familial insomnia, kuru, Creutzfeldt-Jakob Disease, bovine spongiform encephalopathy, scrapie, transmissible mink encephalopathy, feline spongiform encephalopathy, ungulate spongiform encephalopathy, chronic wasting disease |

CBS News Philadelphia Live Stream | Download Our App | Mentioned On-Air | Send News Tips/Share videos & pics | CBSNews.com | CBS+ | Paramount+

CBS NEWS
PHILADELPHIA

Live TV

CBS NEWS AND STATIONS

©2023 CBS Broadcasting Inc. All Rights Reserved.

Terms of Use     Privacy Policy     California Notice     Your Privacy Choices     CBS Philadelphia     News     Sports     Weather

Entertainment     Video     Contests & Promotions     Program Guide     Contact Us / Closed Captioning Information     Sitemap

Download Our App     Advertise     Paramount+     CBS Television Jobs     Public File for KYW-TV / CBS Philadelphia

Public File for WPSG-TV / The CW Philly     Public Inspection File Help     FCC Applications     EEO Report

HEALTH

# Environmental group tests to find the best water filters for removing PFAS



**BY STEPHANIE STAHL**
**JULY 11, 2023 / 5:51 PM / CBS PHILADELPHIA**



## More from CBS News



**National Night Out 2023 events happening throughout Philadelphi...**



**Neighbor rescued from burning Philadelphia home after girl hears...**

**Temple University unveils new athletics logo created by graphic...**



**NEXT Weather: Low humidity, sunny skies bring relief after heat...**



PHILADELPHIA (CBS) -- Water filters have become more popular following studies that show nearly half of the country's tap water could be contaminated with potentially toxic compounds. But which are the best water filters?

There are different ways to filter your water at home, according to a recent study focused on specialized pitchers that are designed to block PFAS, also known as forever chemicals.

The Environmental Working Group tested 10 water pitchers and found some of the most well-known are "not" effective at fully filtering out PFAS.

**ALSO SEE: West Deptford chemical manufacturing company agrees to $392.7M settlement for PFAS pollution**

The so-called forever chemicals -- used in products like nonstick cookware, stain-resistant carpets and cosmetics -- have been linked to an increased risk for a number of health problems, including certain cancers, high cholesterol and pregnancy complications.



"We've since discovered that all these PFAS are immune suppressants, so they suppress your immune system and that means any opportunistic disease, including some types of cancer, could take over," said Graham Peaslee, who is a biochemist.

PFAS have also been found in drinking water. A map from the Environmental Working Group shows contamination in the Phila region, as well as north into New York.



Now, there's growing interest in water filtration systems.

**<u>ALSO SEE: Pennsylvania sets limit on "forever chemicals" in drinking water</u>**

The <u>Environmental Working Group testing</u> showed three of the filters tested stood above the rest.

"They actually reduced PFAS down to non-detectable levels, which is really great," said Sydney Evans, with the Environmental Working Group.

In the study, pitchers from "Clearly Filtered" and "Zero Water" blocked 100% of PFAS tested. So did the standing travel Berkey filter system.





The Epic Pure pitcher was close, blocking 98% of PFAS.

However, for them to work properly, filters need to be changed, which can be costly.

The travel Berkey sells for $327, but the filter lasts eight years.

The other recommended pitchers have a lower up-front price but changing the filters can cost hundreds of dollars a year.

For a full year's use, Epic has the lowest price.

**<u>ALSO SEE: Toxic "forever chemicals" found in U.S. farmland soil</u>**



*© 2023 CBS Broadcasting Inc. All Rights Reserved.*

# Regional Hearing Clerk Filing Coversheet

| | |
|---|---|
| Date | 5/8/23 |
| Suggested close date | Immediately after docketing |
| *Specific date (if applicable)* | |
| Response urgency level | Within 1 week |
| Program contact (extension required) | Christine Tokarz, 303-312-6147 |
| Attorney contact (extension required) | Shaula Eakins, 303-312-6317 |
| Statute | FIFRA |
| Type of Filing | Stop Sale, Use or Removal Order |
| RJO review requested | ☑ Yes  ☐ No |
| Final Order requested | ☑ Yes  ☐ No |
| If Complaint: | |
| Proposed penalty (if proposed under 40 C.F.R. § 22.14(a)(4)(i)) | $ 0 |
| If Consent Agreement: | |
| Penalty amount | $ 0 |
| Penalty installment payments | ☐ Yes  ☑ No |
| If yes, terms of installment payments (number of payments, when due) | not applicable |
| Respondent contact name & address (including email) | Berkey International LLC<br>Royal Industrial Park, B-2<br>869 Km 1.5, Barrio Palmas |
| Represented by legal counsel | ☐ Yes  ☑ No |
| Legal counsel name & address (including email) | |
| Public notice required | ☐ Yes  ☑ No |
| Public notice period (in days) | |
| Comments received | ☐ Yes  ☑ No |

**Exhibit B-24**



EPA Administrative Enforcement Dockets

You are here: <u>EPA Home</u>    <u>EPA Administrative Enforcement Dockets</u>    Berkey International LLC

# Berkey International LLC

Docket Number: FIFRA-08-2023-0038
Status: Closed
Statute: FIFRA Federal Insecticide, Fungicide and Rodenticide Act (Administrative Order - Notice of Refusal of Admission)
Complaint Date:
Closed Date: 05/09/2023 12:00:00 AM
Disposition: No Further Action Needed
Location Filed: Region 08

Filings:

<u>(05/08/2023) #1 Stop Sale, Use or Removal Order</u>