# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 11, 2023

Ms. Shari Howard
U.S. Department of Justice
Enviornment & Natural Resources Division
150 M Street, N.E.
4th Floor
Washington, DC 20002

Mr. Warren Norred
Norred Law, P.L.L.C.
515 E. Border Street
Arlington, TX 76010

Mr. Mark L. Walters
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

      No. 23-11189    Shepherd v. Regan
                      USDC No. 4:23-CV-826

Dear Ms. Howard, Mr. Norred, Mr. Walters,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Lisa E. Ferrara, Deputy Clerk
                                    504-310-7675