No. 23-11189

## United States Court of Appeals for the Fifth Circuit

James Shepherd, Trustee for the James B. Shepard Trust;
New Millennium Concepts, Limited,

*Plaintiffs – Appellants*

v.

Michael S. Regan, Administrator;
Environmental Protection Agency;
Christine Tokarz; David Cobb; Carol Kemker; Keriema Newman,

*Defendants - Appellees*

On Appeal from the United States District Court
for the Northern District of Texas, Fort Worth Division

### APPELLANTS' MOTION FOR LEAVE TO EXCEED LENGTH LIMITATIONS IN *APPELLANT'S MOTION FOR INJUNCTION PENDING APPEAL AND TEMPORARY ADMINISTRATIVE STAY*

Warren V. Norred
**Norred Law, PLLC**
Texas Bar Number: 24045094
warren@norredlaw.com
515 E. Border St.
Arlington, TX 76010
(817) 704-3984 (Office)
(817) 524-6686 (Fax)
Counsel for Appellants

**To the Honorable Court:**

Appellants filed their *Motion for Injunction Pending Appeal and Temporary Administrative Stay* ("Motion") on December 10, 2023. This morning, the undersigned counsel was informed that the Motion exceeds the word limit of 5,200, using 8605 words, making necessary this motion for leave to exceed the word limit.

The Motion seeks an injunction, and is thus similar to an extraordinary writ, which allows for a much higher word count. Additionally, the matter requires discussion of the Administrative Procedures Act and EPA regulations, and how they have evolved on a significant manufacturer with an intricate supply chain, and requires discussion of EPA communications with Appellants. Thus, Appellants Jim Shepherd et al. respectfully move for leave to exceed the maximum word limit of 5200 established by FRAP 27(d)(2)(A), allowing the motion to employ 8,605 words.

On December 11, 20223, Counsel for Appellees has advised that the Appellees do not oppose this motion, so long as the Court allows Appellees 10 days to respond before ruling on the Motion.

### PRAYER

Appellants respectfully request that leave be granted, allowing the Motion to be considered with its word length of 8,605. Further, Appellants ask the Court to allow Appellees the usual ten days to respond, disregarding Appellants' earlier request of five days.

Respectfully submitted this December 11, 2023,

>/s/Warren V. Norred
>Warren V. Norred
>Norred Law, PLLC, 515 E. Border Street; Arlington, TX 76010
>T: 817.704.3984; F: 817.524.6686; wnorred@norredlaw.com
>>*Appellants, Jim Shepherd et al.*

## CERTIFICATES

**DISCLOSURE STATEMENT (**RULE 26.1, 5TH CIR. R. 28.2.1) Movants are Appellants in the present appeal and adopt the Certificate of Interested Persons provided in the Motion.

**CERTIFICATE OF COMPLIANCE -** Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitation of Circuit Rule 27(d), in that: a) exclusive of the accompanying documents as authorized by Fed. R. App. P. 27(a)(2)(B) and the exempted portions of the motion as provided by Fed. R. App. P. 27(d)(2) and 32(f), the motion contains 211 words; and b) the motion has been prepared in proportionally spaced typeface using Microsoft Word 2010 in 14-point Times New Roman font as provided by Fed. R.App. P. 32(a)(5)-(6). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

**CERTIFICATE OF CONFERENCE** - I hereby certify that, on December 11, 2023, I discussed the Motion and the foregoing motion to exceed word length with Chris Anderson, counsel for Appellees, who stated that he was unopposed, as long as Appellees were given ten days to respond, rather than the five requested originally by Appellees when filing the Motion, to which I have agreed.

**CERTIFICATE OF SERVICE -** I hereby certify that, on December 11, 2023, I filed the foregoing with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

I certify that the above Certification of Compliance, Certificate of Conference, and Certificate of Service are correct as written.

>/s/Warren V. Norred
>Warren V. Norred, *Appellants, Jim Shepherd et al.*